Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-cv-00413<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES** |

Hammerless Tools, LLC and Eight Eighteen, LLC ("Plaintiffs"), by and through their attorneys of record, Lee & Hayes PC, move the Court for an Order

PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

allowing Plaintiffs to exceed the page limit in their Motion for Temporary Restraining Order and Preliminary Injunction.

According to Eastern District of Washington Local Rule 7(f)(2), nondispositive motions "shall not exceed 10 pages." Despite best efforts, Plaintiffs are unable to address the causes of action and elements of a temporary restraining order and preliminary injunction within the 10-page limitation under the local civil rules. Declaration of Caleb Hatch at ¶¶ 5-6. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction was originally 29 pages. *Id*. at ¶ 6. Through significant work and effort, it has been narrowed down to 16 pages of substantive facts and arguments. *Id*. Given the issues presented in this case and the necessary analysis needed to address them, the currently drafted Motion has been curated and curtailed to the extent possible to limit the amount of pages needed while also ensuring that the issues contain sufficient detail. *Id*.

Plaintiffs hereby request that they be permitted sixteen (16) pages in which to file their Motion for Temporary Restraining Order and Preliminary Injunction.

Counsel for Plaintiffs previously contacted the legal counsel that represented Defendants in a recent State Court action. *Id*. at ¶ 7. The attorney stated that he has disengaged with Defendants and is no longer representing them. *Id*. Defendants have not responded to the demand letter sent prior to filing the Complaint in this matter and it is unknown who may be currently representing Defendants. *Id*. As such,

PLAINTIFFS' MOTION FOR LEAVE
TO FILE EXCESS PAGES - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Plaintiffs have not been able to obtain Defendants' position on the motion for leave to file excess pages.

DATED this 10th day of December, 2024.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

PLAINTIFFS' MOTION FOR LEAVE
TO FILE EXCESS PAGES - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979