Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-cv-00413<br><br>**DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES** |

CALEB HATCH, declares and states as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify

HATCH DECLARATION - 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

to the matters herein.

2.  I am an attorney of record for Plaintiffs Hammerless Tools, LLC and Eight Eighteen LLC in the above captioned matter.

3.  I also represented the Plaintiffs in this matter in a recent Washington State Court action against Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC (Case Number 23-2-03519-32).

4.  Plaintiffs filed a Complaint against Defendants as well as a Motion for Temporary Restraining Order and Preliminary Injunction. The Complaint contains multiple causes of action that are also addressed in the Motion.

5.  Despite my best efforts, and removing substantial portions of the draft Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiffs are unable to address the causes of action and elements of a temporary restraining order and preliminary injunction within the 10-page limitation under the local civil rules.

6.  Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction was originally 29 pages. Through significant work and effort, I have managed to narrow that down to 16 pages of substantive facts and arguments (excluding case caption and signature portions). Given the issues presented in this case and the necessary analysis needed to address them, the currently drafted Motion has been curated and curtailed to the extent possible to limit the amount of pages needed while also ensuring that the issues contain sufficient detail.

7. I previously contacted the legal counsel that represented Defendants in the State Court action; who stated that he has disengaged with Defendants and is no longer representing them. Defendants have not responded to the demand letter sent prior to filing the Complaint in this matter. I do not know who is currently representing Defendants. As such, I have not been able to obtain Defendants' position on the motion for leave to file excess pages.

8. Leave from the Court to allow additional pages will allow Plaintiffs to address the issues without needing to excise significant portions that are pertinent and relevant to the analysis of Plaintiffs' Motion

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 10th day of December, 2024 at Spokane, Washington.

s/ Caleb Hatch
Caleb Hatch

HATCH DECLARATION – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979