1
2
3
4

Caleb Hatch, WSBA #51292
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorneys for Plaintiffs*

5
6

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

7
8
9
10
11
12
13
14
15
16

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>                    Defendants. | CASE NO. 2:24-cv-00413<br><br>**DECLARATION OF JAMES GOSS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

17

James Goss, declares and states as follows:

18

1.    I am over the age of eighteen and make this declaration based upon my

19

personal knowledge and the files and records of my companies and am competent

20

to testify to the matters herein.

DECLARATION OF JAMES GOSS – 1

2.      I am the owner of Hammerless Tools, LLC and Eight Eighteen, LLC.

3.      In 2016, I formed Eight Eighteen, LLC ("Eight Eighteen") to conduct a consulting & manufacturing business.

4.      In 2017, I began manufacturing tools for others in my garage on nights and weekends.

5.      In 2018, I began to primarily design, manufacture, and sell spring driven hand tools used by painters, finish carpenters, and contractors. By the middle of 2020, I had expanded to designing, prototyping, and white labeling gunsmithing tools for Wyoming Sight Drifter. This relationship is ongoing to this day.

6.      By late 2020, I expanded further to designing, prototyping, and white labeling tools for Covert Instruments. These are spring driven hand tools for Firefighters, First Responders, and Locksmiths. This relationship is still ongoing to this day as well.

7.      Throughout this time, I created and developed the designs, modifications and upgrades and prototypes that evolved into the current design protected by a US Patented Design held by Hammerless Tools, LLC.

8.      In February 2021, I formed Hammerless Tools, LLC ("Hammerless Tools") to create efficiencies in the manufacture, marketing, and sale of Eight Eighteen's spring driven tools. Since its inception, and continuing to date, Hammerless Tools has continuously and consistently advertised, promoted, and sold

DECLARATION OF JAMES GOSS – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   its spring driven tools as HAMMERLESS IMPACT TECHNOLOGY-branded
2   tools.

3       9.      My companies use the following trademarks on our products:
4   HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and
5   related logos (collectively "Plaintiffs' Marks).

6       10.     In May 2021, Jonathan Clausen ("Clausen"), as a representative of
7   Lilac City, LLC, came to bid on my house for a painting job. And, while at my house,
8   Clausen noticed my spring driven tools. Eventually, Clausen discussed with me the
9   idea of using my spring driven tool design with ArmaLite Rifle ("AR") platform
10  guns (the "AR-TT Tool"). After discussions with Clausen, through Eight Eighteen,
11  I began the design of the AR-TT Tool, cycling through designs and producing
12  multiple prototypes, all paid for by Eight Eighteen.

13      11.     During that process, Clausen also asked about possibly reselling the
14  other HAMMERLESS IMPACT TECHNOLOGY tools. Clausen was allowed to
15  purchase and resell Plaintiffs' tools. Defendants purchased and resold Plaintiffs'
16  tools as one of a number of resellers until the relationship was terminated. The
17  HAMMERLESS IMPACT TECHNOLOGY tools were purchased by Clausen
18  through several entities, including AR-TT, LLC and Lilac City, LLC.

19      12.     On September 07, 2021, without my knowledge and without approval
20  of Hammerless Tools, LLC, Clausen created the DBA for HITTOOLSTORE.COM.

DECLARATION OF JAMES GOSS - 3

13.    Around September 2022, Hammerless Tools attempted to receive payment from AR-TT, LLC for products via its QuickBooks interface. QuickBooks informed Hammerless Tools it could not process the payment because Clausen had represented himself as the owner, CEO, and President of both AR-TT, LLC and of H.I.T. (Hammerless Impact Technology) Tool on LinkedIn.

14.    I told Clausen he could not claim to be the owner, CEO, or president of H.I.T. Tool or the company responsible for the HAMMERLESS IMPACT TECHNOLOGY brand and instructed Clausen to change the description on his LinkedIn account as well as all other websites and social media.

15.    Around the same time, I learned Clausen was creating HAMMERLESS IMPACT TECHNOLOGY-branded materials without authorization or approval from Hammerless Tools or Eight Eighteen. The marketing materials created by Clausen showed inaccurate information about Plaintiffs' products. I repeatedly asked Clausen to cease from developing materials for the HAMMERLESS IMPACT TECHNOLOGY-branded tools. However, despite my multiple requests, Clausen continued to create marketing materials for the HAMMERLESS IMPACT TECHNOLOGY tools without authorization or approval from Hammerless Tools or Eight Eighteen.

16.    Defendants do not own rights in or to Plaintiffs' HAMMERLESS IMPACT TECHNOLOGY trademark, trade name, or branded tool. I did not give

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

Defendants permission or authorization to represent themselves as the owner of my companies or the HAMMERLESS IMPACT TECHNOLOGY tools.

17.    I also discovered Clausen established multiple websites, social media accounts, and advertisements – without authorization – claiming he owned and invented the HAMMERLESS IMPACT TECHNOLOGY-branded tool.

18.    On May 5, 2023, without my knowledge or authorization, Clausen registered the trade name with the Washington Department of Revenue for THE HIT TOOL.

19.    In May 2023, Hammerless Tools and Eight Eighteen, through counsel, sent Clausen a letter demanding Clausen and his entities cease and desist from utilizing Hammerless Tools' and Eight Eighteen's name, images, trademarks, and goodwill. Clausen refused. On August 29, 2023, Hammerless Tools and Eight Eighteen filed a Complaint against the Defendants in the Superior Court of the State of Washington in Spokane (Case Number 23-2-03519-32) for trademark infringement, false association, violations of the Washington Consumer Protection Act, and breach of contract.

20.    During litigation, the Parties engaged in settlement negotiations and in June 2024, the Parties executed a settlement agreement (the "Agreement") with the intention of preventing further litigation.

21.    Attached hereto at **EXHIBIT A** is a true and correct copy of the

DECLARATION OF JAMES GOSS – 5

1    Agreement.

2        22.    In the Agreement, the Parties agreed that Defendants ████████

3    ████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████

9    ██████

10       23.    Also in the Agreement, Defendants also agreed that they ████

11   ████████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████

18   ██████████████████████████

19       24.    In the Agreement, Defendants also agreed ████████████████

20   ████████████████████████████████████████████████████████████

DECLARATION OF JAMES GOSS – 6

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1 ████████████████████████████████████████████████████

2 ████████

25.     My companies performed their duties in accordance with the Agreement; while Clausen and his entities have not.

26.     On July 30, 2024, my counsel notified Defendants' counsel, via email, ██████████████████████████████████████████████ in violation of the Agreement. ████████████████████████ ████████████████████████ Neither Clausen nor his attorney responded.

27.     Following the dismissal of the Washington State case, I became aware that Defendants were still in breach of the Agreement.

28.     Defendants' unauthorized use of Plaintiffs' Marks has already resulted in actual confusion. On August 15, 2024, I received a new contact submission through my website from a confused customer looking for the AR-TT tool on my companies' website but could not find it. Attached hereto at **EXHIBIT B** is a true and correct copy of the communication from the confused customer. The customer believed HAMMERLESS IMPACT TECHNOLOGY and AR Takedown Tool to be the same company due to Defendants continued use of Plaintiffs' trademarks.

29.     On September 16, 2024, my counsel sent a formal demand letter to Defendants' counsel ████████████████████████████████████ ████████████████████████████████████ ████████████

DECLARATION OF JAMES GOSS – 7

1

2    30. ███████████████████████

3   ███████████████████████████████

4   ███████████████████████████████

5   ███████████████████████████████

6   ███████

7    31.   I also became aware of new infringement of Plaintiffs' Marks by

8   Defendants on their social media platforms, marketing emails, and product websites.

9   Below are images on Defendants' websites using Plaintiffs' Marks without

10  permission or authorization:



DECLARATION OF JAMES GOSS – 8

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



32.    I also discovered that Defendants began manufacturing, offering, and selling nearly identical tools (the "Accused Products") that infringed on Hammerless Tools' Design Patent No. D981199 (the 'D199 Patent").

33.    I and the other two inventors obtained a patent for the design of the unique ridges on my "HIT Tools," the 'D199 Patent. The 'D199 Patent was assigned to Plaintiff Hammerless Tools on April 20, 2021. The 'D199 Patent was legally issued by the United States Patent and Trademark Office on March 21, 2023. A true and correct copy of the 'D199 Patent is attached hereto at **Exhibit C**.

34.    The 'D199 Patent resulted from the United States Patent Application

DECLARATION OF JAMES GOSS – 9

No. 29/779,573, filed on April 20, 2021.

35.     Below are copies of the design claims in the 'D199 Patent:



FIG. 1          FIG. 2          FIG. 3  FIG. 4   FIG. 5       FIG. 6

The photos below show examples of Plaintiffs' HIT Tools:



36.     My companies previously manufactured white-label tools covered by the 'D199 Patent for Defendants to purchase and re-sell. But the last sale to Defendants was in January 2023. Neither I nor my companies have not sold or manufactured products for Defendants to sell since January 2023. Neither I nor my

DECLARATION OF JAMES GOSS – 10

1    companies have given Defendants permission or authorization to use the patented

2    design.

3        37.    Still, following the execution of the Agreement, Defendants began

4    using their own manufacturer and offering for sale tools that are directly infringing

5    on Hammerless Tools' design patent.

6        38.    Defendants state that the infringing tools are actively being

7    manufactured and will be ready to ship in a few weeks through their website:

8    https://www.artakedowntool.com/products/the-ar-takedown-5-piece-gunsmithing-

9    set-sold-out-preorders-only.

10       39.    Below are examples of Defendants' products that directly infringe on

11   Plaintiffs' 'D199 Patent:



DECLARATION OF JAMES GOSS – 11

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

40.     Neither I nor my companies have provided authorization, permission, or consent to Defendants to copy, imitate, or use in any manner the design claimed by the 'D199 patent, and have not sold Defendants any white-label tools since January 2023.

41.     ███████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████

42.     ███████████████████████████████████████
██████████████████████████████████████

43.     ███████████████████████████████████████
██████████████████████████████████████

| CLAUSEN LLC | | |
| --- | --- | --- |
| **Registered Trade Names** | | |
| Registered trade names | Status | First issued |
| AAB | Active | Feb-22-2021 |
| AAG | Active | Feb-22-2021 |
| ALL ABOUT BULLETS | Active | Feb-22-2021 |
| ALLABOUTBULLETS.COM | Active | Sep-07-2021 |
| AMMO.INC | Active | Mar-23-2023 |
| AMMOZONS | Active | Mar-23-2023 |
| AR TAKEDOWN TOOL | Active | Sep-07-2021 |
| AR-TT | Active | Sep-07-2021 |
| HITTOOLSTORE.COM | Active | Sep-07-2021 |

DECLARATION OF JAMES GOSS – 12

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

44. █████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████

45. ███ ████ ██████ ██ █████ ██████ ████

████████



46. Defendants own and operate a separate Instagram page, @artakedowntool, through which Defendants' use Plaintiffs' Marks to market

DECLARATION OF JAMES GOSS – 13

1    infringing products.

2        47.    ███████████████████████████████

3    ███████████████████████████████████████████

4    █████████



19        48.    Defendants also own and operate the YouTube Channel @Hittools

20    which utilizes Plaintiffs' name and logo in several different locations.

DECLARATION OF JAMES GOSS – 14

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

49.    Below is the @Hittools YouTube page's description:



50.    Defendants' YouTube page @ar-ttakedowntool2703 is used to promote Defendants' infringing products also displays Plaintiffs' trademarks in the description.

//

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

51. Below is the @ar-ttakedowntool2703 YouTube page's description:



52. Defendants have breached the Agreement, infringed on Plaintiffs' trademarks, infringed Hammerless Tools' design patent, and have failed to cure their unlawful use following the Agreement and repeated demands by Plaintiffs.

53. Defendants' acts of breach of contract, trademark infringement, and patent infringement have caused, and will continue to cause, damage to Plaintiffs.

54. I also just recently discovered that rather than cease use of Plaintiffs' Marks, Defendants have actually begun posting new videos also using Plaintiffs' Marks.

DECLARATION OF JAMES GOSS – 16

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

55.    Defendants just posted a video on their website at https://www.artakedowntool.com/blogs/blogs showing a tool clearly infringing Hammerless Tools' design patent and showcasing the product packaging using Plaintiffs' "HAMMERLESS IMPACT TECHNOLOGY" trademark.

56.    Below is a screenshot from Defendants' recent video:



57.    Defendants also just recently posted at least four additional new videos to their website at https://www.artakedowntool.com/pages/videos, showing the infringing product – and using, both orally and in writing, Plaintiffs' Marks.

58.    Below are screenshots from Defendants' recent videos:

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16



17
18
19
20

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16
17



18
19
20

DECLARATION OF JAMES GOSS – 19



59.    Eight Eighteen, LLC and Hammerless Tools, LLC are both small, local businesses and do not have financial resources to post more than a minimal bond.

60.    ]Defendants' website, https://www.artakedowntool.com/products/the-ar-takedown-5-piece-gunsmithing-set-sold-out-preorders-only, states that the infringing products "are out of stock and ready to ship in approximately 8-10 weeks they're being made right now by our United States manufacturer."

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 10th day of December, 2024 at Spokane, Washington.

James Goss

DECLARATION OF JAMES GOSS – 20

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

Confidential - Filed under seal

# EXHIBIT B

Re: New Contact Submission on HIT Tool Website

JAMES GOSS <james@thehittool.com>
Sat 8/17/2024 9:30 AM
To:Jake Lee <inspjakeboxr@yahoo.com>

Hi Jake,

Thank you for your kind words! While we're not the same company as the Takedown Tools, I can see why there could be some confusion.  We did work with them for a bit when they first started up but stopped doing so about a year ago.

We don't sell a tool identical to the AR-Takedown Tool, but I hope that one of our tools will meet your needs. We also have brass and steel pin punch sets that we're currently selling on Amazon and are working on adding these to our website soon. We also have a brand-new roll pin punch and starter set that we will be launching shortly and we have some new tool ideas that we will roll out in the coming months, so please check back to see what's new.

Also, we work with a great company called Wyoming Sight Drifter. They have gunsmithing tools that you might like as well. You can view their products at:
www.wyomingsightdrifter.com.

I hope you have a great weekend!

James Goss
Owner/Founder
Hammerless Impact Technology (HIT) Tool
(509) 655-1884
www.theHITtool.com



---

**From:** Jake Lee <inspjakeboxr@yahoo.com>
**Sent:** Friday, August 16, 2024 12:24 PM
**To:** JAMES GOSS <james@thehittool.com>
**Subject:** Re: New Contact Submission on HIT Tool Website

Thank you very much for the referral, I saw both of these names at the booth at the '23 gundies on CF channel. I thought it was just one company. Because if your kindness I believe I will find a tool I can use from your company. Need to do a little research first. Have a great day!

Yahoo Mail: Search, Organize, Conquer

On Fri, Aug 16, 2024 at 12:26 PM, JAMES GOSS <james@thehittool.com> wrote:

Hi Jake,

Thank you for taking the time to check out our website and reach out to us with your inquiry.

While we know the tool that you are referring to, we do not sell it. I believe that you will be able to find what you are looking for at www.artakedowntool.com.

Please feel free to contact us any time with questions.

Thank you!

James Goss
Owner/Founder
Hammerless Impact Technology (HIT) Tool
(509) 655-1884
www.theHITtool.com



---

**From:** The Hit Tool <info@thehittool.com>
**Sent:** Thursday, August 15, 2024 8:28 PM
**To:** Rebecca Goss <rebecca@thehittool.com>
**Subject:** New Contact Submission on HIT Tool Website

|       |                          |
|-------|--------------------------|
| **Name** | Jake |
| **Last** | Lee |
| **Email** | inspjakeboxr@yahoo.com |
| **Message** | I'm interested in the AR take down tool. Don't see it on the list. How can I get this? Tia |



# EXHIBIT C



US00D981199S

(12) **United States Design Patent**     (10) Patent No.:     **US D981,199 S**
Goss et al.                                (45) Date of Patent:   ** **Mar. 21, 2023**

(54) **HAMMERLESS TOOL**

(71) Applicant: **HAMMERLESS TOOLS LLC,** Seattle, WA (US)

(72) Inventors: **James Goss**, Spokane, WA (US); **Marty Parola**, Spokane, WA (US); **Mark Turpen**, Seattle, WA (US)

(73) Assignee: **HAMMERLESS TOOLS LLC,** Seattle, WA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/779,573**

(22) Filed: **Apr. 20, 2021**

(51) **LOC (14) Cl.** ................................................. **08-05**

(52) **U.S. Cl.**
USPC ............................................................... **D8/47**

(58) **Field of Classification Search**
USPC .............. D8/14, 47, 98, 300, 107; D24/133; D19/174, 199, 916
CPC .. B25C 3/006; B25D 1/16; B25D 5/00; B26F 1/32; B25G 1/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 354,663 A | 12/1886 | Snider | |
| 1,458,961 A * | 6/1923 | Williams | B25D 3/00 173/132 |
| 1,887,085 A * | 11/1932 | Ehrlich | B25D 5/00 173/202 |
| 2,602,360 A * | 7/1952 | Berninger | B25D 5/00 30/367 |
| 2,675,079 A * | 4/1954 | Hughes | C14B 5/00 30/367 |
| D174,249 S * | 3/1955 | Daniels | D19/163 |
| 3,297,352 A * | 1/1967 | Larrison | H01F 7/0257 294/65.5 |

| | | | |
|---|---|---|---|
| 5,307,741 A | 5/1994 | Clark et al. | |
| D354,663 S * | 1/1995 | Clark | B25D 3/00 D8/47 |
| 5,426,858 A * | 6/1995 | Clark | B25D 5/00 81/463 |
| 5,433,007 A * | 7/1995 | Clark | B25C 3/006 30/360 |
| D361,346 S * | 8/1995 | Johnson | B25D 5/00 D19/918 |
| D398,494 S * | 9/1998 | Bickford | B25C 3/006 D8/47 |
| D427,241 S * | 6/2000 | Izushima | D19/199 |
| D431,262 S * | 9/2000 | Izushima | D19/174 |
| 6,273,626 B1 * | 8/2001 | Yazawa | B43K 23/008 401/6 |
| D457,563 S * | 5/2002 | Moon | D19/918 |
| D497,300 S * | 10/2004 | Chen | D8/70 |
| D605,699 S * | 12/2009 | Li | D19/174 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO     WO9423905 A1   10/1994

*Primary Examiner* — Philip S Hyder
(74) *Attorney, Agent, or Firm* — Lee & Hayes, P.C.

(57) **CLAIM**

The ornamental design for a hammerless tool, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front, right-side perspective view of an embodiment of a hammerless tool;
FIG. **2** is a bottom, back, left-side perspective view thereof;
FIG. **3** is a right-side view thereof;
FIG. **4** is a left-side view thereof;
FIG. **5** is a front view thereof; and,
FIG. **6** is a back view thereof.
The dashed broken lines depict portions of the hammerless tool that form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



## US D981,199 S

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D684,627 | S | * | 6/2013 | Casciotti ...................... D19/918 |
| D689,934 | S | * | 9/2013 | Chu ............................. D19/179 |
| D733,219 | S | * | 6/2015 | Li ............................... D19/173 |
| D746,922 | S | * | 1/2016 | Chu ............................. D19/906 |
| D787,595 | S | * | 5/2017 | Kim ............................ D19/174 |
| D846,640 | S | * | 4/2019 | Nakazawa ................... D19/174 |
| D855,699 | S | * | 8/2019 | Xiong .......................... D19/123 |
| 10,524,804 | B2 | * | 1/2020 | Clark ................. A61B 17/1604 |
| D876,541 | S | * | 2/2020 | Nakazawa ................... D19/174 |
| 2011/0094353 | A1 | * | 4/2011 | Lombardi ............... B25C 3/006 |
| | | | | 81/438 |
| 2014/0305266 | A1 | * | 10/2014 | Wernersson ............. B25G 1/10 |
| | | | | 81/436 |

* cited by examiner



FIG. 1



FIG. 2

**U.S. Patent**    Mar. 21, 2023    Sheet 3 of 6    US D981,199 S



FIG. 3



# FIG. 4



FIG. 5



FIG. 6