Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>     Plaintiffs,<br> v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>     Defendants. | CASE NO. 2:24-cv-00413<br><br>**PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO FILE EXCESS PAGES AND PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

  Hammerless Tools, LLC and Eight Eighteen, LLC ("Plaintiffs") filed Plaintiffs' Motion for Expedited Hearing on Motion for Leave to File Excess Pages. In accord with LCivR 7(i)(2)(C), Plaintiffs, by and through their attorneys of record,

PLAINTIFFS' MOTION FOR EXPEDITED HEARING- 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1   Lee & Hayes PC, respectfully request the Court expedite the hearing on Plaintiffs'
2   Motion for Leave to File Excess Pages. Expedited consideration is necessary to
3   ensure the Court considers the underlying motion prior to deciding whether to issue
4   a temporary restraining order and a preliminary injunction against Jonathan Clausen,
5   Clausen, Inc., AR-TT LLC, and Lilac City, LLC ("Defendants"). Consideration and
6   ruling on the Motion for Leave to File Excess Pages will ensure the most efficient
7   use of the Court's resources and will ensure that resolution of this matter before the
8   Court considers the underlying motion. Plaintiffs respectfully request that the Court
9   expedite its decision on Plaintiffs' Motion for Leave to File Excess Pages.

10      For the above reasons, good cause exists to grant Plaintiffs' Motion for
11  Expedited Hearing on Motion for Leave to File Excess Pages and to hear Plaintiffs'
12  Motion for Leave to File Excess Pages as soon as may be heard.

13      Additionally, Plaintiffs have filed a Motion to File Under Seal portions of
14  Plaintiffs' Complaint, Plaintiffs' Motion for Temporary Restraining Order ("TRO")
15  and Preliminary Injunction, and declaration and exhibit in support of Plaintiffs'
16  Motion for TRO and Preliminary Injunction (the "Pleadings") which reference
17  protected business information and subject to a confidentiality clause. This
18  information is relevant for the soon-to-be-heard Motion for Temporary Restraining
19  Order and Preliminary Injunction.
20

PLAINTIFFS' MOTION FOR EXPEDITED HEARING- 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Counsel for Plaintiffs previously contacted the legal counsel that represented Defendants in a recent State Court action. Declaration of Caleb Hatch in Support of the Motion for Leave to File Excess Pages at ¶ 7. The attorney stated that he has disengaged with Defendants and is no longer representing them. *Id*. Defendants have not responded to the demand letter sent prior to filing the Complaint in this matter and it is unknown who may be currently representing Defendants. *Id*. As such, Plaintiffs have not been able to obtain Defendants' position on this Motion.

DATED this 10th day of December, 2024.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiff*

PLAINTIFFS' MOTION FOR EXPEDITED HEARING- 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979