Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-cv-00413<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES AND PLAINTIFFS' MOTION TO FILE UNDER SEAL AND GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES AND PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

Before the Court is Plaintiffs' Motion for Expedited Hearing on Motion for Leave to File Excess Pages and Plaintiffs' Motion to File Under Seal – as well as the underlying Motions themselves.

The Court, having reviewed the files herein, find good cause to grant the motions.

Accordingly, IT IS SO ORDERED.

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1.  Plaintiffs' Motion for Expedited Hearing on Motion for Leave to File Excess Pages and Plaintiffs' Motion to File Under Seal, is **GRANTED**.

2.  Plaintiffs' Motion for Leave to File Excess Pages, is **GRANTED.** Plaintiff may file the 16-page motion.

3.  Plaintiffs' Motion to File Under Seal, is **GRANTED**. Plaintiff may file the agreement and material in the pleadings from the agreement, under seal.

DATED this \_\_\_\_ day of December, 2024

_____

HONORABLE JUDGE FOR THE
FEDERAL COURT FOR THE EASTERN
DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979