Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-cv-00413<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

The Court, having reviewed the Motion, the files herein, all other documents of record, the applicable rules and law, any oral argument, and upon good cause shown, the Court **GRANTS** Plaintiff's Motion for Temporary Restraining Order and Preliminary

[PROPOSED] ORDER - 1

Injunction.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, is **GRANTED.**

2. Defendants are enjoined from using the following of Plaintiffs' Marks: HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos, in association with Defendants' goods and services.

3. Defendants are enjoined from manufacturing, offering, or selling of Defendants' goods with designs identical, or similar, to the design protected by U.S. Design Patent No. D981199; including, but not limited to, Defendants' takedown tools.

4. Plaintiffs' bond is set at $0.00.

    DATED this _____ day of December, 2024

_____
HONORABLE JUDGE FOR THE
FEDERAL COURT FOR THE EASTERN
DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979