# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company and EIGHT EIGHTEEEN, LLC, an Idaho limited liability company,<br><br>Plaintiff(s),<br><br>vs.<br><br>JONATHAN CLAUSEN, an individual. CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company and LILAC CITY LLC, a Washington limited liability company,<br><br>Defendant(s). | No.   2:24-cv-00413<br><br>**DECLARATION OF SERVICE** |

*I Declare:*

1. I am over the age of 18 years, and I am not a party to this action.

2. I served JONATHAN CLAUSEN with the following document(s): **Summons in a Civil Action to Jonathan Clausen; Summons in a Civil Action to Clausen, Inc; Summons in a Civil Action to AR-TT LLC; Summons in a Civil Action to Lilac City, LLC; Complaint Demand for Jury Trial; Plaintiffs' Motion for Expedited Hearing on Motion for Leave to File Excess Pages and Plaintiffs' Motion to File Under Seal; Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of James Goss in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Plaintiffs' Motion for Leave to File Excess Pages; Plaintiffs' Motion to File Under Seal; Declaration of Caleb Hatch in Support of Plaintiffs' Motion for Leave to File Excess Pages; Notice of Electronic**

DECLARATION OF SERVICE - 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842

Filing; Civil Cover Sheet; Proposed Order Granting Plaintiffs' Motion for Expedited Hearing on Plaintiff's Motion for Leave to File Excess Pages and Plaintiffs' Motion to File Under Seal and Granting Plaintiff's Motion for Leave to File Excess Pages and Plaintiffs' Motion to File Under Seal; Proposed Order Granting Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

3. The date, time, and place of service:

   Date: **December 13, 2024**    Time: **4:03 PM**

   Address: **12918 North Norman Road, Spokane, WA 99217**

4. Service was made:

   **In-Hand** – by personal delivery to the person named in Paragraph 2.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Spokane, WA on December 16, 2024

RON UZETA
Process Server Registered #1730
Private Investigator License #4642
Business Principal License #2385
County of Spokane

Service Fee:    $ 79.80

DECLARATION OF SERVICE - 1

Gopher, LLC
921 N. Adams St., Ste. C
Spokane, WA 99201
(509) 818-7842