FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | No. 2:24-CV-00413-SAB<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 9. Plaintiffs are represented by Johanna Tomlinson and Caleb Hatch. The motion was heard without oral argument. Defendants have not appeared.

Plaintiffs move the Court to issue a temporary restraining order to enjoin

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** ~ 1

Defendants from using Plaintiffs' Marks, namely HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos, in association with Defendants' goods and services, and from HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos, in association with Defendants' goods and services.

Fed. R. Civ. P. 65(b) states that a court may issue a temporary restraining order without written or oral notice the adverse party *only if*: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Plaintiffs have not met these requirements. Plaintiffs have not demonstrated that immediate and irreparable injury will result before Defendants can be heard in opposition and the Court was unable to locate any certificate regarding the efforts made to give notice and the reasons why it should not be required. Instead, the Court will note Plaintiffs' Motion for Preliminary Injunction to allow Defendants adequate time to secure counsel and file a response.

//
//
//
//
//
//
//
//
//
//
//

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** ~ 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Temporary Restraining Order, ECF No. 9, is **DENIED**.

2. A hearing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 9, is **set** for **January 27, 2025**, without oral argument.

3. Until counsel files a notice of appearance, Plaintiffs' counsel shall ensure that Defendants are served with a copy of this Order.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 18th day of December 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** ~ 3