Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:24-cv-00413-SAB<br><br>**CERTIFICATE OF SERVICE OF THE COURT'S ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |

Pursuant to the Court's Order Denying Motion for Temporary Restraining Order [ECF No. 18] a copy of the Order has been mailed to Defendants. The Order was mailed on December 18, 2024 to the following address:

CERTIFICATE OF SERVICE - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Jonathan Clausen
c/o Clausen, Inc.
c/o AR-TT LLC
c/o Lilac City, LLC
12918 North Norman Road
Spokane, WA 99217

Defendants were provided notice of the original Motion for Temporary Restraining Order and Preliminary Injunction, and supporting declaration and exhibits [ECF Nos. 5, 9] on December 13, 2024 [ECF No. 17] through formal service of the documents by a process server.

Respectfully submitted, this 18th day of December, 2024.

s/Caleb Hatch
Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Email: caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979