1  LUKINS & ANNIS, P.S.
2  REID G. JOHNSON, WSBA #44338
   OLIVIA C. BLOOM, WSBA #60111
3  1600 Washington Trust Financial Center
   717 W Sprague Ave
4  Spokane, WA  99201-0466
5  Telephone: (509) 455-9555
   E-mail: rjohnson@lukins.com
6          obloom@lukins.com

7  Attorneys for Defendants
8
9
           IN THE UNITED STATES DISTRICT COURT
10         FOR THE EASTERN DISTRICT OF WASHINGTON
11

HAMMERLESS TOOLS, LLC, a              NO. 2:24-CV-00413-SAB
Washington limited liability company,
and EIGHT EIGHTEEN, LLC, an Idaho     NOTICE OF APPEARANCE
limited liability company,

                          Plaintiffs,

v.

JONATHAN CLAUSEN, an individual;
CLAUSEN, INC., a Washington
Corporation; AR-TT LLC, a Washington
limited liability company; and LILAC
CITY, LLC, a Washington limited
liability company,

                          Defendants.


TO:     THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD


NOTICE OF APPEARANCE: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

YOU AND EACH OF YOU will please take notice that Reid G. Johnson of Lukins & Annis, P.S. hereby appears in the above-entitled action as counsel for the above-named Defendants and requests that all further papers and pleadings be served upon the undersigned attorney at the address below stated:

> Reid G. Johnson
> Lukins & Annis, P.S.
> 717 W. Sprague Avenue, Ste. 1600
> Spokane, WA  99201
> Telephone: (509) 455-9555
> Email address: rjohnson@lukins.com

DATED this 13th day of January, 2025.

> LUKINS & ANNIS, P.S.
> By: /s/ REID G. JOHNSON
> REID G. JOHNSON, WSBA #44338
> Attorney for Defendants

NOTICE OF APPEARANCE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

| | |
|---|---|
| Johanna Tomlinson<br>Caleb A. Hatch<br>Lee & Hayes<br>601 W Riverside Avenue<br>Suite 1400<br>Spokane, WA 99201<br>johanna.tomlinson@leehayes.com<br>caleb.hatch@leehayes.com<br><br>Attorneys for Plaintiffs | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email / ECF |

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

NOTICE OF APPEARANCE: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323