REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Email: rjohnson@lukins.com
      obloom@lukins.com

*Attorneys for Defendants*

Hon. Stanley A. Bastian

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

                  Plaintiffs,

v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

                  Defendants.

Case No. 2:24-CV-00413-SAB

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINES FOR RESPONSE AND REPLY TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## I.    STIPULATED MOTION

The parties in the above-captioned matter, by and through their respective counsel of records, hereby stipulate and jointly move the Court to extend the

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND FILING DEADLINES:1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

deadlines to file the parties' respective response and reply to Plaintiffs' Motion for a Preliminary Injunction.

The parties have engaged in discussion regarding the settlement of Plaintiffs' claims and wish to continue such discussions in good faith. In furtherance of this goal, the parties have agreed that they will extend their respective filing deadlines related to Plaintiff's Motion for a Preliminary Injunction by two (2) days. Thus, the parties agree that:

1. Defendants must file their Response to Plaintiffs' Motion for a Preliminary Injunction on or before Wednesday, January 15, 2025; and

2. Plaintiffs must file their Reply in support of their Motion for a Preliminary Injunction on or before January 24, 2025.

The Parties request that the hearing on the preliminary injunction remain set for January 27, 2025 at 9:00 am.

For the foregoing reasons, the parties respectfully submit that good cause exists to extend the deadlines as stipulated to herein, and request that the Court enter an appropriate order amending the foregoing deadlines pursuant to the parties' stipulation.

//
//

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND FILING DEADLINES:2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Respectfully submitted this 13th day of January, 2025.

| LUKINS & ANNIS, P.S. | LEE & HAYES |
|---|---|
| By: /s/ *Reid G. Johnson*<br>Reid G. Johnson, WSBA #44338<br>Olivia C. Bloom, WSBA #60111<br>717 W. Sprague Ave., Ste 1600<br>Spokane, WA 99201<br>Telephone: (509) 455-9555<br>rjohnson@lukins.com<br>obloom@lukins.com | By: /s/ *Caleb A. Hatch*<br>Caleb A. Hatch, WSBA #51292<br>Johanna Tomlinson, WSBA #57582<br>601 W Riverside Ave., Ste 1400<br>Spokane, WA 99201<br>Telephone: (509) 324-9256<br>johanna.tomlinson@leehayes.com<br>caleb.hatch@leehayes.com |
| Attorneys for Defendants | Attorneys for Plaintiffs |

## II.   ORDER

This matter came before the Court on the Parties' Stipulated Motion to Extend Filing Deadlines For Response and Reply To Plaintiff's Motion For Preliminary Injunction. Pursuant to the parties' stipulation and the Court's finding of good cause, the Court hereby GRANTS the parties' stipulated motion.

IT IS HEREBY ORDERED that:

1. Defendants must file their Response to Plaintiffs' Motion for a Preliminary Injunction on or before Wednesday, January 15, 2025; and

2. Plaintiffs must file their Reply in support of their Motion for a

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND FILING DEADLINES:3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Preliminary Injunction on or before January 24, 2025.

3. The hearing on the preliminary injunction remains set for January 27, 2025 at 9:00 am.

IT IS SO ORDERED.

DATED this _____ day of January, 2025.

_____
THE HONORABLE STANLEY A. BASTIAN

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND FILING DEADLINES:4

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323