FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>    Defendants. | No. 2:24-CV-00413-SAB<br><br>**ORDER GRANTING STIPULATED MOTION; RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is the parties' Stipulated Motion to Extend Filing Deadlines for Response and Reply to Plaintiffs' Motion for Preliminary Injunction, ECF No. 22. Plaintiffs are represented by Johanna Tomlinson and Caleb Hatch. Defendants are represented by Reid Johnson and Olivia Bloom. The motion was heard without oral argument.

Defendants' counsel recently filed a Notice of Appearance and they ask for

**ORDER GRANTING STIPULATED MOTION; RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** ~ 1

additional time to respond to Plaintiffs' Motion for Preliminary Injunction. The parties ask the Court to keep the January 27, 2025 hearing on the motion; however, the January 24, 2025 deadline does not provide the Court with sufficient time to prepare for the hearing. As such, the Court will continue the hearing to a later date.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Extend Filing Deadlines for Response and Reply to Plaintiffs' Motion for Preliminary Injunction, ECF No. 22, is **GRANTED**.

2. The deadline for Defendants to file their Response to Plaintiff's Motion for Preliminary Injunction is on or before **January 15, 2025**.

3. The deadline for Plaintiffs to file their Reply, if any, is **January 24, 2025**.

4. The hearing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 9, set for January 27, 2025 is **continued** to **February 7, 2025**, without oral argument.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 13th day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION; RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** ~ 2