REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Email: rjohnson@lukins.com
         obloom@lukins.com

Hon. Stanley A. Bastian

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC, a
Washington limited liability company, and
EIGHT EIGHTEEN, LLC, an Idaho
limited liability company,

                                Plaintiffs,

v.

JONATHAN CLAUSEN, an individual;
CLAUSEN, INC., a Washington
Corporation; AR-TT LLC, a Washington
limited liability company; and LILAC
CITY, LLC, a Washington limited liability
company,

                                Defendants.

Case No. 2:24-CV-00413-SAB

DEFENDANTS' MOTION AND
DECLARATION TO FILE OVER
LENGTH BRIEF PURSUANT TO
LR 7(f)(5)

2/7/2025
Without Oral Argument

## I.    MOTION

Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City,

LLC ("Defendants"), pursuant to LR 7(f)(5), hereby move the Court for an Order

DEFENDANTS' MOTION TO FILE OVER
LENGTH BRIEF PURSUANT TO LR 7(f)(5): 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01328308 1/14/25

allowing Defendants to file a Response to Plaintiffs' Motion for Preliminary Injunction exceeding the ten (10) page limit set forth by LR 7(f)(2) by ten (10) pages.

This Motion is made pursuant to LR 7(f)(5) and is based on the below Declaration of Reid G. Johnson, and the records and files herein.

DATED this 14th day of January, 2025.

LUKINS & ANNIS, P.S.

By: /s/ Reid G. Johnson
REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
Attorneys for Defendants

## II.   DECLARATION OF REID G. JOHNSON

1.    I am over eighteen (18) years of age and am competent to testify in the above-captioned matter. The following statements are based upon my own personal knowledge. I am one of the attorneys representing the Defendants in the above-captioned matter.

2.    I have taken substantial efforts to reduce the total number of pages of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction to at or below the ten-page limit.

DEFENDANTS' MOTION TO FILE OVER
LENGTH BRIEF PURSUANT TO LR 7(f)(5): 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01328308  1/14/25

3.    However, the complexities and intricacies of Plaintiffs' factual allegations and legal basis for the relief requested require briefing beyond the ten-page limit.  Plaintiffs filed their Motion for Preliminary Injunction based on several causes of action and several counts of Defendants' alleged trademark infringement, patent infringement, and breaches of contractual duties.

4.    In order to appropriately respond to Plaintiffs' Motion, Defendants must address and provide analysis for each distinct element of their three separate claims, and the elements of a preliminary injunction.  Despite my diligent efforts, I was unable to do so within only ten pages as mandated by LR 7(f)(2).

5.    In support of their motion, Plaintiffs filed a Declaration of James Goss, which includes 60 distinct factual allegations. Each of these factual allegations requires a separate and full analysis and discussion as they relate to the merits of Plaintiffs' claims and relief requested.  Moreover, Defendants must also provide their own factual background to show a lack of support for Plaintiffs' claims.

6.    I have taken every effort to adhere Defendants' opposition brief to the 10-page limit contained in LR 7(f)(2).  However, given the extent of the allegations raised by Plaintiffs, the complexities and intricacies related to the claims raised and

DEFENDANTS' MOTION TO FILE OVER
LENGTH BRIEF PURSUANT TO LR 7(f)(5): 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01328308  1/14/25

the relief requested—a mandatory injunction—Defendants are unable to adequately respond to Plaintiffs' Motion within 10 pages.

7.    The need to file an overlength brief was also necessitated by Plaintiffs' filing of their own overlength brief. Plaintiffs' Motion is 16 pages long, and they will be afforded the ability to submit additional argument in reply. Thus, Plaintiffs will not be prejudiced if the Court grants this Motion.

8.    My office sent an email to counsel for Plaintiffs on January 10, 2025 regarding Defendants' request to file an overlength brief. Plaintiffs' counsel did not respond to our request to file an overlength brief. Attached hereto as **Exhibit 1** is a true and correct copy of an email sent from my office to Plaintiffs' counsel on January 10, 2025.

9.    Good cause exists for the Court to grant Defendants' Motion to File an Overlength Brief increasing the page limit from 10 pages to 20 pages pursuant to LR 7(f)(5).

I DECLARE under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

//

//

//

//

DEFENDANTS' MOTION TO FILE OVER
LENGTH BRIEF PURSUANT TO LR 7(f)(5): 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01328308  1/14/25

1       DATED this 14th day of January, 2025, in Spokane, Washington.

2

3                               /s/ Reid G. Johnson
                                REID G. JOHNSON
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' MOTION TO FILE OVER
LENGTH BRIEF PURSUANT TO LR 7(f)(5): 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01328308  1/14/25

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

Johanna Tomlinson
Caleb A. Hatch
Lee & Hayes
601 W Riverside Avenue
Suite 1400
Spokane, WA 99201
johanna.tomlinson@leehayes.com
caleb.hatch@leehayes.com

Attorneys for Plaintiffs

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Telecopy (FAX)
☒ Via email / ECF

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

DEFENDANTS' MOTION TO FILE OVER
LENGTH BRIEF PURSUANT TO LR 7(f)(5): 6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01328308  1/14/25

# EXHIBIT 1

| | |
|---|---|
| **From:** | Olivia C. Bloom |
| **Sent:** | Friday, January 10, 2025 2:29 PM |
| **To:** | Reid G. Johnson; Caleb Hatch |
| **Cc:** | Marianne Love |
| **Subject:** | RE: HIT Demand Letter to Clausen - 2024.09.16 |

Hi Caleb,

I am working with Reid on this matter.  We intend to file an overlength opposition brief on Monday.  Do you object to our overlength filing?

Thanks,

**Olivia Bloom**
**Attorney**
**O:** (509) 455-9555

**Lukins & Annis, P.S.** 717 W Sprague Ave., Suite 1600 Spokane, WA 99201

---

**From:** Reid G. Johnson <rjohnson@lukins.com>
**Sent:** Friday, January 10, 2025 2:05 PM
**To:** Caleb Hatch <Caleb.Hatch@leehayes.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>; Olivia C. Bloom <obloom@lukins.com>
**Subject:** RE: HIT Demand Letter to Clausen - 2024.09.16

Hi Caleb,

Have you had a chance to discuss this matter with your client? If so, I will be around this afternoon if you'd like to discuss.

Thanks,

**Reid Johnson**
**PRINCIPAL**
**O:** (509) 455-9555

**Lukins & Annis, P.S.** 717 W Sprague Ave., Suite 1600 Spokane, WA 99201

---

**From:** Caleb Hatch <Caleb.Hatch@leehayes.com>
**Sent:** Thursday, January 9, 2025 3:49 PM
**To:** Reid G. Johnson <rjohnson@lukins.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>; Olivia C. Bloom <obloom@lukins.com>
**Subject:** RE: HIT Demand Letter to Clausen - 2024.09.16

I appreciate the update.
Thank you,

**Caleb Hatch** | Lee & Hayes

1