REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave.
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Email: rjohnson@lukins.com
obloom@lukins.com

Hon. Stanley A. Bastian

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | Case No. 2:24-CV-00413-SAB<br><br>[PROPOSED ORDER] GRANTING DEFENDANTS' MOTION TO FILE OVER LENGTH BRIEF PURSUANT TO LR 7(f)(5)<br><br>2/7/2025<br>Without Oral Argument |

ORDER GRANTING DEFENDANTS' MOTION
TO FILE OVER LENGTH BRIEF PURSUANT
TO LR 7(f)(5): 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

## I. ORDER

THIS MATTER having come before the Court on Defendants' Motion to File an Overlength Brief pursuant to LR 7(f)(5). The Court, being fully advised, it is now:

ORDERED, ADJUDGED AND DECREED that Defendants' Motion to File an Overlength Brief is GRANTED.

Good cause exists to increase the total page limit for Defendants' Response to Plaintiffs' Motion for Preliminary Injunction from 10 pages to 20 pages.

IT IS SO ORDERED.

DONE IN OPEN COURT this _____ day of January, 2025.

_____
THE HONORABLE STANLEY A. BASTIAN

Presented by:

LUKINS & ANNIS, P.S.

By: /s/ Reid G. Johnson
REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111

Attorneys for Defendants

ORDER GRANTING DEFENDANTS' MOTION TO FILE OVER LENGTH BRIEF PURSUANT TO LR 7(f)(5): 2

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

| | |
|---|---|
| Johanna Tomlinson<br>Caleb A. Hatch<br>Lee & Hayes<br>601 W Riverside Avenue<br>Suite 1400<br>Spokane, WA 99201<br>johanna.tomlinson@leehayes.com<br>caleb.hatch@leehayes.com<br><br>Attorneys for Plaintiffs | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email / ECF |

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

ORDER GRANTING DEFENDANTS' MOTION TO FILE OVER LENGTH BRIEF PURSUANT TO LR 7(f)(5): 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323