LUKINS & ANNIS, P.S.
REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
E-mail: rjohnson@lukins.com
         obloom@lukins.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>                        Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>                       Defendants. | NO. 2:24-CV-00413-SAB<br><br>MOTION TO FILE UNDER SEAL |

MOTION TO FILE UNDER SEAL: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 5.2 and 26, and the confidentiality provisions of the parties' prior settlement agreement, Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC ("Defendants"), respectfully move this Court for leave to file under seal: portions of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, the Declaration of Jonathan Clausen in Opposition to Plaintiff's Motion for Preliminary Injunction, and the Declaration of Reid G. Johnson, and various exhibits (the "Pleadings") that reference protected information. This Court has already granted Plaintiffs' Motion to Seal with respect to the same confidential information.

## II. SUMMARY

The Pleadings reference language of a prior settlement agreement between Plaintiffs and Defendants with a specific confidentiality provision and containing confidential and sensitive financial and other information, warranting being sealed by the Court.

Defendants have narrowly tailored the information to be sealed to only protect against public dissemination of confidential information, which public dissemination may harm the parties. To protect this confidential information, Defendants request (as did Plaintiffs) that the Pleadings with reference to confidential language be sealed, along with a redacted public filing.

MOTION TO FILE UNDER SEAL: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

### III. ARGUMENT

Generally, there is a strong presumption in favor of public access to court records. Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003). A party can overcome that presumption and have court records relating to dispositive motions sealed upon a showing of "compelling reasons." Kamakana v. City of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006). A compelling reason to seal a record may be shown by demonstrating that the record may serve as a "source of business information that might harm a litigant's competitive standing." Nixon v. Waner Communications, Inc., 435 U.S. 589, 598 (1978); see also, F.R.C.P. 26(c)(1)(G) ("The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way[.]").

The confidential information herein includes individually-negotiated terms of the Parties' prior agreement. The disclosure of this information would cause substantial and irreparable harm to the ability to negotiate deals with the parties' respective customers. To protect this confidential information, Defendants request that this language be sealed. Notably, Plaintiffs have made the same request, which the Court has already granted. See ECF Nos. 4, 12.

Alternatives to sealing will not prevent the disclosure of the confidential information contained in these materials, and the factors that relate to this issue favor

MOTION TO FILE UNDER SEAL: 3

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

sealing. See F.R.C.P. 26(c)(1)(G). In particular, allowing public access to the confidential language may harm both parties' private business interests by disclosing sensitive, private commercial information, particularly to their competitors or future customers. That information does not concern public officials or public concerns and maintaining that information under seal would not impair court functions. Thus, compelling reasons exist to seal the Pleadings with references to confidential language.

      Accordingly, Defendants respectfully request that this Court grant Defendants Motion to File Under Seal.

      DATED this 15th day of January, 2025.

              LUKINS & ANNIS, P.S.
              By: /s/ REID G. JOHNSON
              REID G. JOHNSON, WSBA #44338
              OLIVIA C. BLOOM, WSBA #60111
              Attorney for Defendants

MOTION TO FILE UNDER SEAL: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

Johanna Tomlinson
Caleb A. Hatch
Lee & Hayes
601 W Riverside Avenue
Suite 1400
Spokane, WA 99201
johanna.tomlinson@leehayes.com
caleb.hatch@leehayes.com

Attorneys for Plaintiffs

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Telecopy (FAX)
☒ Via email / ECF

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

MOTION TO FILE UNDER SEAL: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323