REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
LUKINS & ANNIS, P.S.
717 W Sprague Ave. Suite #1600
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
Email: rjohnson@lukins.com
          obloom@lukins.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC, a
Washington limited liability company, and
EIGHT EIGHTEEN, LLC, an Idaho
limited liability company,

                                    Plaintiffs,

v.

JONATHAN CLAUSEN, an individual;
CLAUSEN, INC., a Washington
Corporation; AR-TT LLC, a Washington
limited liability company; and LILAC
CITY, LLC, a Washington limited liability
company,

                                    Defendants.

Case No. 2:24-CV-00413-SAB

ANSWER TO COMPLAINT AND
COUNTERCLAIM

## **ANSWER**

Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City,

LLC, by and through their attorneys of record, Lukins & Annis, P.S., hereby answer

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

the Plaintiffs' Complaint as follows:

## NATURE OF THE ACTION

1.     The allegations contained within Paragraph 1 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 1.

## PARTIES

2.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 2.

3.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 3.

4.     Admit.

5.     Admit.

6.     Defendants deny that Defendant AR-TT LLC is a corporation. Defendants admit the remaining allegations contained in Paragraph 6.

7.     Admit.

## JURISDICTION AND VENUE

8.     Defendants admit that this Court has jurisdiction but deny that there is complete diversity between the Parties and that the amount in controversy exceeds

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

$75,000.

9.    Defendants admit that the actions giving rise to Plaintiffs' Complaint relate to a dispute involving Defendants' alleged actions and services which occurred in the State of Washington.  The remaining allegations contained within Paragraph 9 contain legal conclusions for which no answer is required.  To the extent an answer is required, Defendants deny the remaining allegations contained in Paragraph 9.

10.    Defendants admit that the Court has personal jurisdiction over Defendants and that Defendants do business within the State of Washington and this Judicial District, did business with Plaintiffs in this Judicial District, and provides goods and services in Spokane County.  Defendants deny the remaining allegations contained within Paragraph 10.

11.    Defendants admit that venue is proper in this Judicial District. Defendants deny the remaining allegations contained within Paragraph 11.

## FACTUAL ALLEGATIONS

12.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 12.

13.    Defendants are without sufficient knowledge to admit or deny and

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

1

2

therefore deny the allegations contained in Paragraph 13.

3

4

14.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 14.

5

6

15.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 15.

7

8

9

16.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 16.

10

11

12

17.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 17.

13

14

15

18.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 18.

16

17

18

19

20

21

22

23

24

19.     Defendants deny the allegations contained in Paragraph 19 to the extent that Plaintiffs assert that Hammerless Tools, LLC exclusively, continuously, and consistently advertised, promoted, and sold their HAMMERLESS IMPACT TECHNOLOGY branded tools.  Between approximately May of 2021 to May of 2023, pursuant to the Parties' licenses, Jonathan Clausen marketed and advertised Plaintiffs' HAMMERLESS IMPACT TECHNOLOGY branded tools as well as sold HAMMERLESS IMPACT TECHNOLOGY branded tools in his capacity as

25

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

the tools' exclusive distributor.

20.    Defendants admit that Plaintiffs used the phrases HAMMERLESS IMPACT TECHNOLOGY, H.I.T, H.I.T. Tool(s) and related logos on their goods. Defendants deny the remaining allegations contained in Paragraph 20, including the allegations that Plaintiffs possessed or currently possess trademarks in HAMMERLESS IMPACT TECHNOLOGY, H.I.T, H.I.T. Tool(s) and related logos.

21.    Admit.

22.    Defendants admit that Defendant Jonathan Clausen and James Goss discussed building a prototype of the AR-TAKEDOWN TOOL (the "AR-TT Tool"). Defendants deny the remaining allegations contained in Paragraph 22.

23.    Defendants admit that Eight Eighteen began to design the AR-TT Tool prototype, and ultimately created multiple prototypes. Defendants deny the remaining allegations contained in Paragraph 23.

24.    Defendants admit that Defendant Jonathan Clausen expressed interest in reselling the HAMMERLESS IMPACT TECHNOLOGY branded tools after James Goss and Mark Turpen asked if Jonathan Clausen would be the exclusive seller of the HAMMERLESS IMPACT TECHNOLOGY branded tools.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Defendants deny the remaining allegations contained in Paragraph 24.

25.     Defendants admit that James Goss introduced Clausen to Mark Turpen, another member of Hammerless Tools, LLC, who sold tools to Clausen. Defendants further admit that Jonathan Clausen utilized his contacts from his painting business, among other contacts, to sell Hammerless Impact Tools. Defendants deny the remaining allegations contained in Paragraph 25, including that Jonathan Clausen was permitted to resell tools only "in the area."

26.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 26.

27.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 27.

28.     Defendants admit that Defendant Jonathan Clausen sold HAMMERLESS IMPACT TECHNOLOGY branded tools on Amazon under the seller account Takedown Tool.  Defendant Jonathan Clausen was permitted to do so under the Parties' license agreements. Defendants are without sufficient knowledge to admit or deny, and therefore deny the remaining allegations contained in Paragraph 28.

29.     Defendants admit that Plaintiffs sold HAMMERLESS IMPACT

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

TECHNOLOGY branded tools to Defendant Jonathan Clausen.  Defendants are without sufficient knowledge to admit or deny, and therefore deny the remaining allegations contained in Paragraph 29.

30.    Admit.

31.    Defendants admit that Defendants submitted payment for Plaintiffs' products via Plaintiff Hammerless Tools' QuickBooks interface.  Defendants deny the remaining allegations contained in Paragraph 31.

32.    Defendants admit that James Goss requested once on or about late 2022 for Defendant Jonathan Clausen to stop developing marketing materials for the HAMMERLESS IMPACT TECHNOLOGY-branded tools.  Defendants deny the remaining allegations contained in Paragraph 32.

33.    Defendants admit that they previously created marketing materials which referenced HAMMERLESS IMPACT TECHNOLOGY.  Defendants deny the remaining allegations contained in Paragraph 33.

34.    Defendants deny that James Goss repeatedly asked or made multiple requests for Defendant Jonathan Clausen to cease from developing marketing materials for the HAMMERLESS IMPACT TECHNOLOGY-branded tools.  Defendants admit that James Goss requested once on or about late 2022 for

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  7

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

Defendant Jonathan Clausen to stop developing marketing materials for the HAMMERLESS IMPACT TECHNOLOGY-branded tools. Defendants deny that Defendant Jonathan Clausen continued creating marketing materials for the HAMMERLESS IMPACT TECHNOLOGY tools without authorization and approval from Hammerless Tools or Eight Eighteen. Defendants deny the remaining allegations contained in Paragraph 34.

35.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 35.

36.     Defendants admit that they do not presently own or possess rights to Plaintiffs' HAMMERLESS IMPACT TECHNOLOGY brands, marks, and tools, with the exception of the tools that should have been bought back by Plaintiffs pursuant to the Parties' Settlement Agreement.  Defendants deny any assertion that Plaintiffs never granted Defendants rights in or to Plaintiffs' HAMMERLESS IMPACT TECHNOLOGY brands, marks, or tools.  Defendants deny the remaining allegations contained in Paragraph 36.

37.     Admit.

38.     Defendants admit that Defendant Jonathan Clausen established multiple websites, social media accounts, and advertisements. Defendants deny

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 8

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

that Defendant Jonathan Clausen claimed he owned and invented HAMMERLESS

IMPACT TECHNOLOGY-branded tools. Defendants are without sufficient

knowledge to admit or deny and therefore deny the remaining allegations contained

in Paragraph 38.

39.    Defendants admit that they previously registered the trade name THE

HIT TOOL with the Department of Revenue. Defendants deny that they registered

the trade name without Plaintiffs' knowledge or authorization. Defendants are

without sufficient information regarding when the trade name was registered, and

therefore deny the same.

40.    Defendants admit that Plaintiffs, through counsel, sent Jonathan

Clausen and Clausen, Inc. a letter in May of 2023, which demanded that they cease

and desist from utilizing Plaintiffs' brands, trademarks, images, logos, and

properties. Defendants deny the remaining allegations contained in Paragraph 40.

41.    Defendants admit that Plaintiffs filed a lawsuit against Defendants on

August 29, 2023 asserting claims for trademark infringement, false association,

violations of the Consumer Protection Act, and breach of contract. Defendants

deny the remaining allegations contained in Paragraph 41.

42.    Admit.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 9

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

43.    Admit.

44.    Admit.

45.    The allegations contained within Paragraph 45 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 45.

46.    Admit.

47.    ████████████████████████████ ████████████████   The remaining allegations contained within Paragraph 47 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 47.

48.    Admit.

49.    ████████████████████████████████████   The remaining allegations contained within Paragraph 49 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 49.

50.    Deny.

51.    Defendants admit that Plaintiffs, through counsel, sent Defendants' counsel an email on July 30, 2024.  Defendants deny the remaining allegations

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  10

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

contained in Paragraph 51.

52.    Admit.

53.    The allegations contained within Paragraph 53 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 53.

54.    Deny.

55.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 55.

56.    Defendants admit that Plaintiffs, through counsel, sent Defendants a demand letter on September 16, 2024. Defendants deny the remaining allegations contained in Paragraph 56.

57.    Deny.

58.    Deny.

59.    Deny.

60.    Deny.

61.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 61.

62.    Deny.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 11

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

63.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 63.

64.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 64.

65.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 65.

66.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 66.

67.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 67.

68.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 68.

69.    Deny.

70.    Defendants admit that the last time Plaintiffs sold tools to Defendants was in January of 2023.  Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 70.

71.    Admit.

72.    Defendants deny that Plaintiffs never gave permission and

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  12

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

authorization to Defendants to use Plaintiffs' patented design.  Defendants deny the remaining allegations contained in Paragraph 72.

73.     Deny.

74.     Defendants admit that their website states that the gun smith sets "are out of stock and ready to ship in approximately 8-10 weeks they're being made right now by our United States manufacturer[.]" Defendants deny the remaining allegations contained in Paragraph 74.

75.     Deny.

76.     Defendants deny that Plaintiffs never provided authorization, permission, or consent to Defendants to copy, imitate, or use designs claimed by their patent.  Defendants admit that Plaintiffs have not sold any tools to Defendants since January of 2023.  Defendants deny the remaining allegations contained in Paragraph 76.

77.     Deny.

78.     Deny.

79.     Defendants deny that they registered the dba HITTOOLSTORE.COM with the Department of Revenue. Defendants deny the remaining allegations contained in Paragraph 79.

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  13

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

80.    Defendants deny that the @HITtools Instagram is actively causing confusion in the marketplace.  Defendants also deny that they have access to the @HITtools Instagram or have the authority to delete the @HITtools Instagram. Defendants further deny that they lacked authority or permission from Plaintiffs to create the @HITtools Instagram. Defendants admit that they created the @HITtools Instagram over three years ago.

81.    Deny.

82.    Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 82.

83.    Defendants admit that they own and operate the @artakedowntool Instagram page.  Defendants deny the remaining allegations contained in Paragraph 83.

84.    Deny.

85.    Defendants admit that they previously operated the @Hittools YouTube channel.  Defendants deny that they currently operate the @Hittools YouTube channel.  Defendants deny the remaining allegations contained in Paragraph 85.

86.    Deny.

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

87.     Deny.

88.     Defendants are without sufficient knowledge to admit or deny and therefore deny the allegations contained in Paragraph 88.

89.     Deny.

90.     Defendants admit that this video was previously posted on their artakedowntool.com website. This video has been deleted. Defendants deny the remaining allegations contained in Paragraph 90.

91.     Defendants admit that they previously posted the referenced videos on their artakedowntool.com website.  These videos have been deleted.  Defendants deny that they created the referenced videos. Defendants deny the remaining allegations contained in Paragraph 91.

92.     Deny.

93.     Deny.

## COUNT I
### Breach of Contract

94.     Defendants' answers to the above allegations are incorporated by reference as if set forth fully herein.

95.     Defendants admit that the Parties entered into the Settlement Agreement.  The remaining allegations contained within Paragraph 95 contain legal

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  15

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 95.

96.    Deny.

97.    The allegations contained within Paragraph 97 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 97.

98.    Deny.

## COUNT II
### Trademark Infringement, 15 U.S.C. 1125(a)

99.    Defendants' answers to the above allegations are incorporated by reference as if set forth fully herein.

100.   The allegations contained within Paragraph 100 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 100.

101.   The allegations contained within Paragraph 101 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 101.

102.   The allegations contained within Paragraph 102 contain legal conclusions for which no answer is required. To the extent an answer is required,

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 16

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Defendants deny the allegations contained in Paragraph 102.

103.   The allegations contained within Paragraph 103 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 103.

## COUNT III
### Reverse Passing Off, 15 U.S.C. 1125(a)

104.   Defendants' answers to the above allegations are incorporated by reference as if set forth fully herein.

105.   The allegations contained within Paragraph 105 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 105.

106.   The allegations contained within Paragraph 106 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 106.

107.   The allegations contained within Paragraph 107 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 107.

108.   The allegations contained within Paragraph 108 contain legal conclusions for which no answer is required. To the extent an answer is required,

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 17

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Defendants deny the allegations contained in Paragraph 108.

## COUNT IV
### Common Law Trademark Infringement

109. Defendants' answers to the above allegations are incorporated by reference as if set forth fully herein.

110. The allegations contained within Paragraph 110 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 110.

111. The allegations contained within Paragraph 111 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 111.

112. The allegations contained within Paragraph 112 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 112.

113. The allegations contained within Paragraph 113 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 113.

//

//

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 18

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

## COUNT V

**Violations of the Washington Consumer Protection Act, R.C.W. 19.86.020 *et seq.***

114. Defendants' answers to the above allegations are incorporated by reference as if set forth fully herein.

115. The allegations contained within Paragraph 115 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 115.

116. The allegations contained within Paragraph 116 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 116.

117. The allegations contained within Paragraph 117 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 117.

118. The allegations contained within Paragraph 118 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 118.

119. The allegations contained within Paragraph 119 contain legal conclusions for which no answer is required. To the extent an answer is required,

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 19

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Defendants deny the allegations contained in Paragraph 119.

120. The allegations contained within Paragraph 120 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 120.

## COUNT VI
### Infringement of Patent No. D981199, 35 U.S.C. § 100 et seq.

121. Defendants' answers to the above allegations are incorporated by reference as if set forth fully herein.

122. The allegations contained within Paragraph 122 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 122.

123. The allegations contained within Paragraph 123 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 123.

124. The allegations contained within Paragraph 124 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 124.

125. The allegations contained within Paragraph 125 contain legal conclusions for which no answer is required. To the extent an answer is required,

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 20

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Defendants deny the allegations contained in Paragraph 125.

126.   The allegations contained within Paragraph 126 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 126.

127.   The allegations contained within Paragraph 127 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 127.

128.   The allegations contained within Paragraph 128 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 128.

129.   The allegations contained within Paragraph 129 contain legal conclusions for which no answer is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 129.

## **PRAYER FOR RELIEF**

1.   Defendants deny that Plaintiffs are entitled to the relief they seek.

2.   Defendants deny that Plaintiffs are entitled to the relief they seek.

3.   Defendants deny that Plaintiffs are entitled to the relief they seek.

4.   Defendants deny that Plaintiffs are entitled to the relief they seek.

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  21

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

5.       Defendants deny that Plaintiffs are entitled to the relief they seek.

6.       Defendants deny that Plaintiffs are entitled to the relief they seek.

## GENERAL DENIAL OF ALLEGATIONS

In further answer to the Complaint, Defendants deny, generally and specifically, each and every allegation and implication contained in the Complaint not specifically and expressly admitted herein.

## AFFIRMATIVE DEFENSES

By way of further answer and by way of affirmative defense, and without prejudice to any other position taken herein, Defendants allege and state as follows:

1.       <u>Failure to State a Claim</u>. Plaintiffs fail to state a claim upon which relief may be granted.

2.       <u>Waiver and Estoppel</u>. Plaintiffs, by their conduct and/or acts, words, or silence, have waived or are otherwise estopped from asserting claims.

3.       <u>Statute of Frauds</u>. Plaintiffs' claims are barred by the statute of frauds for failure to be reduced to a signed writing.

4.       <u>Misrepresentation</u>. Plaintiffs' claims are barred by their misrepresentations and inequitable conduct.

5.       <u>In Pari Delicto</u>. Plaintiffs' claims are barred by the doctrine of in pari

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 22

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

delicto.

6.  <u>Meeting of the Minds</u>. The parties lacked a meeting of the minds as to the essential terms of the alleged contract.

7.  <u>Unclean Hands</u>. Plaintiffs' claims are barred by the doctrine of unclean hands.

8.  <u>Impossibility</u>. Plaintiffs' claims are barred by the doctrine of impossibility.

9.  <u>Laches</u>. Plaintiffs' claims are barred by the doctrine of laches.

10.  <u>Acquiescence</u>. Plaintiffs' Complaint is barred as Plaintiffs have consented to and acquiesced to the purported acts of which they now complain.

11.  <u>License</u>. Plaintiffs' Complaint is barred as Plaintiffs provided a license to perform the purported acts of which they now complain.

12.  <u>Fair Use</u>. Plaintiffs' claims are barred by the doctrine of fair use.

13.  <u>Patent Exhaustion</u>. Plaintiffs' claims are barred by the patent exhaustion doctrine.

14.  <u>First Sale</u>. Plaintiffs' claims are barred by the first sale doctrine.

15.  <u>Invalidity</u>. Plaintiff's do not own any enforceable trademark rights in the marks identified in the Complaint.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 23

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

16.    <u>Setoff.</u>  Defendants are entitled to an offset or setoff for amounts paid and damages.

17.    <u>Failure to Mitigate</u>. Plaintiffs have failed to mitigate their damages and protect themselves from avoidable consequences.

18.    <u>Contributory Negligence</u>. To the extent that Plaintiffs suffered any damages, such damages were caused by their own contributory fault.

19.    <u>Preceding Material Breach and Violations of Duties Owed</u>. Plaintiffs breached and violated material obligations and duties owed to Defendants and are therefore barred from asserting claims against Defendants.

20.    <u>Justification.</u> Defendants' actions have been fully justified and privileged.

21.    <u>Good Faith</u>. Defendants acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by them at the time they so acted.

22.    <u>Right to Amend</u>. As investigation into the matter has just commenced, Defendants reserve the right to amend and supplement this Answer, including the assertion of affirmative defenses, cross-claims, and counterclaims.

//
//

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  24

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

1

## <u>COUNTERCLAIMS</u>

Defendants/Counterclaimants, Jonathan Clausen, Clausen, Inc., and AR-TT LLC (collectively, "Counterclaimants"), for causes of action against the above-named Plaintiffs ("Plaintiffs" or "Counterclaim-Defendants"), hereby complain and allege as follows:

## I.     PARTIES

1.     Counterclaim-Plaintiff Jonathan Clausen is a married individual residing in Spokane County, Washington.

2.     Counterclaim-Plaintiff Clausen, Inc., is a corporation organized in the State of Washington with its headquarters and principal place of business in Spokane County, Washington.

3.     Counterclaim-Plaintiff AR-TT LLC is a Washington limited liability company with its principal place of business in Spokane County, Washington.

4.     Counterclaim-Defendant Hammerless Tools, LLC, is a Washington limited liability company with its principal place of business in Spokane County, Washington. Upon information and belief, Hammerless Tools, LLC transacts business in Spokane County, Washington.

5.     Counterclaim-Defendant Eight Eighteen, LLC, an Idaho limited liability company with its principal place of business in Spokane County,

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 25

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

1  Washington. Upon information and belief, Eight Eighteen, LLC transacts business

2  in Spokane County, Washington.

## II.    JURISDICTION AND VENUE

6.    This Court has supplemental jurisdiction over Counterclaimants' counterclaims pursuant to 28 U.S. Code § 1367.

7.    Jurisdiction is proper as to Counterclaim-Defendants because the actions giving rise to the counterclaims are related to the case, controversy, and claims within this action that granted this court with original jurisdiction.

8.    Venue is proper in this Court because Counterclaim-Defendants transact business in this district and the actions giving rise to the counterclaims occurred in this district.  Further, Counterclaim-Defendants originally brought this case in this district.

## III.    GENERAL ALLEGATIONS

### A. General Background

9.    Jonathan Clausen ("Clausen") is the owner of several Spokane-based businesses, including Clausen, Inc., AR-TT LLC, and Lilac City Painting, LLC.

10.    Clausen has used spring-driven tools, which utilize spring technology, for years in connection with operating his painting company, Lilac City Painting.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 26

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

11.     A number of years ago, Clausen had an idea to create a new spring-driven tool utilizing spring technology to assist with the disassembly of ArmaLite Rifle firearms, which he dubbed as the AR Takedown Tool ("AR-TT Tool").

12.     Clausen first met James Goss ("Goss"), the managing member of Plaintiff Hammerless Tools, LLC, on or about May of 2021. Clausen met Goss through Clausen's business, Lilac City Painting, when he arrived at Goss's home to provide a quote for painting services on Goss's home.

13.     During this process, Clausen noticed that Goss had spring-driven tools that appeared to be similar to Clausen's idea for his AR-TT Tool.

14.     Clausen and Goss had a discussion about spring-driven tools, which led to Clausen asking Goss whether he could build a prototype of the AR-TT Tool.

15.     After several discussions, Goss agreed to design and manufacture the prototypes for the AR-TT Tool. Clausen paid Goss for the costs associated with the design and manufacturing of the AR-TT Tool prototypes.

16.     After various prototypes, Goss and Clausen finalized the design of the AR-TT Tool, and Clausen began to prepare the AR-TT Tool for launch.

17.     Clausen devoted significant time, effort, and resources into launching his AR-TT Tool.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 27

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

18.    In August of 2021, Goss requested Clausen to include the phrase "Hammerless Impact Technology" on the packaging of Clausen's AR-TT Tools. Clausen agreed.

19.    Goss and Clausen also coordinated to ensure that the advertising/marketing materials for the AR-TT Tools similarly included the phrases "Hammerless Impact Technology" and/or "HIT Tool(s)."

20.    Accordingly, as of on or about August of 2021, Goss granted Clausen a license to use the "Hammerless Impact Technology" and "HIT Tool" phrases on all of Clausen's AR-TT Tools and advertisements for the same.

21.    The AR-TT Tool was successfully launched into the market in the Fall of 2021.

**B. Goss Grants Clausen A License to Market and Exclusively Distribute Goss' HIT Tool Products**

22.    Shortly following Clausen's successful launch of the AR-TT Tool, two members of Plaintiff Hammerless Tools, LLC, Mark Turpen ("Turpen") and Goss, asked Clausen to help them launch their new spring-driven products under the brands, "HIT Tool(s)" and "Hammerless Impact Technology" (collectively referred to as "HIT Tool(s)").

23.    Goss and Turpen had been impressed by Clausen's AR-TT Tool

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 28

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

product launch, and complimented Clausen's website. Goss and Turpen asked Clausen if he would be willing to help them launch their company, HIT Tool, and create the company's advertising and marketing materials, including creating websites for the company so that they could sell their HIT Tools.

24.    Goss and Turpen agreed that that Clausen would be granted a license to use the HIT Tool brands to create the brands' marketing and advertising materials, including for website development.

25.    In exchange for Clausen's services, Goss and Turpen agreed that Clausen would be the exclusive distributor and wholesaler of all HIT Tool products.

**C. Clausen Agrees to Become the Exclusive Distributor and Wholesaler of HIT Tool and Invests Significant Resources to Help Launch and Market the Company**

26.    Consistent with the parties' agreement, Clausen went to work marketing and getting the HIT Tool products ready to launch, including creating the HIT Tool websites.

27.    At Goss's direction, Clausen engaged in substantial efforts to market the HIT Tool business.

28.    Clausen worked with Goss directly to design and create websites for

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 29

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

HIT Tool, cycling through several rounds of edits and revisions with Goss. Goss requested that HIT Tool's websites resemble Clausen's website. As part of the website design process, Clausen personally hired and paid for a website designer to create HIT Tool's business websites.

29.    Clausen alone was responsible for HIT Tool's marketing and getting the company ready to launch. He personally paid significant amounts of money on marketing expenses for HIT Tool, such as expenses incurred for the creation and development of the websites and for marketing materials (e.g., flyers, promotional videos, social media content creation).

30.    With Goss's express consent, Clausen traveled across the country to participate in numerous trade shows, attend meetings with potential buyers, and market HIT Tool, as well as market his own AR-TT Tools. He hired social media influencers and content creators to assist with marketing HIT Tool. He hired consultants and paid for the creation and development of marketing materials for HIT Tool. All of these marketing expenses were paid for by Clausen personally, with the understanding that he would be reimbursed by HIT Tool.

31.    Clausen invested significant time, energy, and resources into building up and launching HIT Tool.  Clausen ultimately spent hundreds of thousands of

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 30

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

dollars on marketing expenses for the HIT Tool business—costs which Goss failed to reimburse.

32.     Because Clausen was the exclusive distributor and wholesaler of HIT Tool products, he had no competition – Clausen believed he was the only person authorized to resell the HIT Tools, and he believed he would financially benefit from a successful launch of the company.

**D. Goss Reneges on the Parties' Agreement, Demanding that Clausen Cut All Ties with HIT Tool and Hammerless Impact Technology**

33.     After significant effort on part of Clausen, HIT Tool launched on or about late Fall 2021/early winter 2022.

34.     The parties proceeded to operate as follows: Clausen would submit an order for HIT Tools and AR-TT Tools from Goss and/or Hammerless Tools, LLC, Clausen would pay for the tools, then Clausen would re-sell the tools for a small profit.  Meanwhile, Clausen continued to advertise for both the HIT Tools and his own AR-TT Tools.

35.     On or about May of 2023, Goss suddenly, and without warning, informed Clausen over a lunch meeting that he was being "booted out" of the HIT Tool company. Goss stated that Clausen could no longer be a distributor for HIT Tool, and that he would be taking all of Clausen's clients.

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 31

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

36.     Shortly thereafter, Goss, through counsel, sent Clausen a cease and desist letter.

37.     Following the cease and desist letter, on August 29, 2023, Goss and his entities (hereinafter "Counterclaim-Defendants") filed a lawsuit against Clausen and his companies (Clausen, Inc., AR-TT LLC, and Lilac City, LLC), asserting various claims, including trademark infringement.

38.     Clausen was ultimately pushed out of the HIT Tool company he helped launch, having spent hundreds of thousands of dollars on business and marketing expenses without reimbursement.

**E. The Parties Settled the Lawsuit,** ███████████████████
███████████████████████████████

41.     On June 28, 2024, the parties to the lawsuit entered a settlement agreement (the "Settlement Agreement"), ███████████████████
████████

42.     ████████████████████████████████
██████████████████

43.     ████████████████████████████████
████████████████████████████████████
████████████████████████████████████

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 32

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

1  ███████████████████████████████████████████████████

2  ███████████████████████████████████████████████████

3  ███████████████████████████████████████████████████

4  ███████████████████████████████████████████████████

5  ███████████████████

6  44.    ████████████████████████████████████████████

7

8  ███████████████████████████████████████████████████

9  ████████████████████████████████████████.

10  45.    ████████████████████████████████████████████

11

12  ████████████████

13  46.    ████████████████████████████████████████████

14

15  ███████████████████████████████████████████████████

16  ██████████

17  47.    ████████████████████████████████████████████

18

19  ███████████████████████████████████████████████████

20  ███████████████████████████████████████████████████

21  ███████████████████████████████████████████████████

22  ███████████████████████████████████████████████████

23  ███████████████████████████████████████████████████

24  ██████████████████████████████████████████████

25

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  33

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

48.     Counterclaim-Defendants withheld payment for sellable tools with merely damaged packaging, and withheld payment for tools with undamaged packaging.

49.     Counterclaimants have suffered economic damage as a result of Counterclaim-Defendants' failure to abide by the Settlement Agreement's buy-back provisions.

50.     Counterclaim-Defendants have committed a material breach of the Settlement Agreement.

## IV.     CLAIMS FOR RELIEF

### First Claim for Relief: Breach of Contract

51.     Counterclaimants reincorporate the preceding paragraphs as if fully set forth herein.

52.     The Parties entered into a Settlement Agreement wherein Counterclaim-Defendants were obligated to buy-back Counterclaimants' inventory of all HIT Tools.

53.     Counterclaim-Defendants breached the Settlement Agreement by failing to comply with the Settlement Agreement's buy-back provisions.

54.     Counterclaim-Defendants breached the Settlement Agreement by failing to buy back all inventory of HIT Tools that were not damaged, but merely

ANSWER TO COMPLAINT
AND COUNTERCLAIM: 34

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

██████████████ .

55.    ████████████████████████████

████████████████████████████████

████████████████████

56.    As a result of Counterclaim-Defendants' breach of the Settlement Agreement, Counterclaimants have suffered damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

Defendants/Counterclaimants pray for the following relief:

1.    That all claims asserted against Defendants be dismissed, with prejudice, and that Plaintiffs take nothing thereunder;

2.    For an award of damages in an amount to be proven at trial;

3.    For an award of attorneys' fees and costs in favor of Defendants against Plaintiffs under any applicable statute, contract, or any other equitable or legal basis;

4.    For an award of pre-judgment and post-judgment interest;

5.    For the right to amend these counterclaims to supplement facts and/or causes of action upon discovery of additional information; and

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  35

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

6.    For any additional and further relief deemed just and equitable.


DATED this 24th day of January, 2025.

LUKINS & ANNIS, P.S.


By /s/ Reid. G. Johnson
     REID G. JOHNSON, WSBA #44338
     OLIVIA C. BLOOM, WSBA #60111
     Attorneys for
     Defendants/Counterclaimants

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  36

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 24th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

| | |
|---|---|
| Johanna Tomlinson | ☐ U.S. Mail |
| Caleb A. Hatch | ☐ Hand Delivered |
| Lee & Hayes | ☐ Overnight Mail |
| 601 W Riverside Avenue | ☐ Telecopy (FAX) |
| Suite 1400 | ☒ Via email / ECF |
| Spokane, WA 99201 | |
| johanna.tomlinson@leehayes.com | |
| caleb.hatch@leehayes.com | |

Attorneys for Plaintiffs

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

ANSWER TO COMPLAINT
AND COUNTERCLAIM:  37

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323