1  Caleb Hatch, WSBA #51292
2  Johanna R. Tomlinson, WSBA #57582
   LEE & HAYES, P.C.
3  601 W. Riverside Ave. Suite 1400
   Spokane, Washington 99201
   Telephone: (509) 324-9256
4  caleb.hatch@leehayes.com
   Johanna.tomlinson@leehayes.com
5
   *Attorneys for Plaintiffs*
6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | CASE NO. 2:24-CV-00413-SAB |
| Plaintiffs, | **REPLY DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

Caleb Hatch, declares and states as follows:

1.    1.    I am over the age of eighteen and make this declaration based

upon my personal knowledge and the files and records of my firm and am competent

REPLY DECLARATION OF CALEB HATCH – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   to testify to the matters herein.

2       2.      I am an attorney of record for Plaintiffs in the above captioned matter.

3       3.      I sent an email to counsel for Defendants on July 30, 2024, with an

4   attachment clearly showing where Defendants were in violation of the Settlement

5   Agreement. I did not receive a response.

6       4.      Attached hereto at **Exhibit A** is a true and correct copy of the email and

7   attachment.

8       5.      On September 16, 2024, I sent a formal demand letter with attachment

9   clearly showing where Defendants were in violation of the Settlement Agreement. I

10  did not receive a response.

11      6.      Attached hereto at **Exhibit B** is a true and correct copy of the letter and

12  attachment I sent on September 16, 2024.

13      7.      I followed up on the letter, and was informed in October, 2024, that the

14  attorney was no longer representing Defendants.

15      8.      Attached hereto at **Exhibit C** is a true and correct copy of the

16  correspondence with Defendants' counsel.

17      9.      Defendants and their counsel only now assert that they believed there

18  were issues with the repurchase, but never previously raised any issue or concern

19  to me. Defendants' counsel states he sent an email on August 1, 2024, regarding

20  the repurchase. However, I have checked the inboxes of where the email was

REPLY DECLARATION OF CALEB HATCH – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

supposedly sent, and it was never received. Whether it was never sent or was stuck in Defendants' counsel's outbox is unknown. What is know it that it was never received. Notably, I emailed multiple times with counsel for Defendants that same date and after and there was never any indication or reference at all to any purported issue with the repurchase. Attached hereto at **Exhibit D** are true and correct copies of my correspondence. **Exhibit C** also shows my correspondence with counsel for Defendants and there is no reference to any issue with the repurchase.

10.     Attached hereto at **Exhibit E** is a true and correct copy of the relevant portion of Defendants' pleading.

11.     Counsel for Defendants has confirmed telephonically that Defendants have been working with a manufacturer in Utah. The name and contact information for the Utah manufacturer was not provided.

12.     Attached hereto at **Exhibit F** is a true and correct copy of the letter sent by my firm to Defendant Clausen and Clausen, Inc. on May 12, 2023.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 24th day of January, 2025 at Spokane, Washington.

_____

Caleb Hatch

REPLY DECLARATION OF CALEB HATCH – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of January, 2025, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


By: *<u>s/ Caleb Hatch</u>*
Caleb Hatch

REPLY DECLARATION OF CALEB HATCH – 4

# EXHIBIT A

**Caleb Hatch**

| | |
|---|---|
| **From:** | Caleb Hatch |
| **Sent:** | Tuesday, July 30, 2024 4:36 PM |
| **To:** | Reid G. Johnson |
| **Cc:** | Marianne Love; Litigation; Denise Foster; Johanna Tomlinson |
| **Subject:** | RE: Hammerless Tools LLC et al v. Clausen et al Spokane Superior Court Case No. 23-2-03519-32 - SUBJECT TO RULE 408 [DMS-046105-00001] |
| **Attachments:** | Use - Sections 1 and 2 of SA.pdf |
| **Importance:** | High |

Good afternoon Reid,

I realize you may still be on vacation, but I wanted to pass this along now.

Hammerless has gone through and identified links where it appears Mr. Clausen still needs to remove language under Sections 1 and 2 of the Settlement Agreement.
There are likely more, but hopefully this helps Mr. Clausen locate and remove these ones promptly.
Attached is a PDF with the links.
They are generally separated into three categories:

- Mr. Clausen's websites that need to be edited;

- Images Mr. Clausen has used (he likely simply needs to remove the images or replace them with updated images); and

- Mr. Clausen's videos that need to be removed or edited.

There is one more not included in the PDF that is causing a lot of concern and we request immediate assurance it has been taken down.
Mr. Clausen posted today that he is offering "The H.I.T. Tools Hammerless Impact Technology" and he is offering Hammerless Tools' products for free.
As I mentioned, Mr. Clausen posted this today and it should be removed today.
Also, please confirm Mr. Clausen does not have additional inventory he has not returned and please confirm the tools returned to him have been destroyed as required and are not being sold or given away.

https://phlanx.com/collaborations/the-hit-tools-hammerless-impact-technology



As always, feel free to reach out if you have any questions.

Thanks,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com

2

Websites:

https://www.clausen.inc/ar-takedown-tool







https://www.clausen.inc/press



https://www.clausen.inc/press/2023/5/9/the-ar-takedown-tool



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-is-the-best-invention-of-2022-for-all-gun-owners



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-the-takedown-tool-co-is-revolutionizing-the-sporting-goods-community





https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades



https://finance.yahoo.com/news/ar-takedown-tool-best-tool-160000728.html

https://www.artakedowntool.com/blogs/blogs/the-takedown-tools-youtube-channel



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-shot-show-2022

https://www.artakedowntool.com/blogs/blogs/the-press-release-about-the-takedown-tools-april-3rd-2023



https://www.artakedowntool.com/blogs/blogs/arms-directory-does-a-full-write-up-and-interview-with-the-takedown-tools-and-its-inventor



https://www.instagram.com/hittools/?hl=en

https://www.linkedin.com/company/the-ar-takedown-tool/



There are more instances on this linkedIn page not included in the screenshot.

https://www.google.com/search?sca_esv=ea8345caca9cba8c&sca_upv=1&sxsrf=ADLYWIKVpnUcxNhdRH93HE5EedOxlrHdXg:1722274378714&q=The+HIT+Tools&si=ACC90nw89N8KBnKrpPXu_PZ2wy0jGXaIHNPVk7X0dQyNFbEifK5efvJUADvo_u_pKgs36imudo5bhIxcVmh5lerWGY7xHKzu317zwR0MdJ0QLF2T6L5bZ5p86nY2BgPj2HrEE6NAZA3yHrL9-BtS1assQowGFuMLx0XWLSh5mHeXibEK8LqV8GzY0aR6NPfc3LzPcbcQ44Q9X1O3Ssw7HDZogzZZ9f1YFR-bzbFzIUFimmcrkAYboRzuJKwYNRvVm5YMd2BoOgWs&sa=X&ved=2ahUKEwjq6LGE5MyHAxWYAjQIHYEOK2IQ6RN6BAgYEAE&biw=1368&bih=751&dpr=2

(Google business listing for "The HIT Tools" on the left-hand side)

The logo in Mr. Clausen's email signature line.

IMAGES:

https://www.artakedowntool.com/

https://www.artakedowntool.com/products/the-everything-this-tool-has-it-all-5-64-roll-pin-starter-and-a-5-64-roll-pin-punch-100-usa-made

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/big-brass-hammer-punch-gun-cleaning-kit-tools

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-is-the-best-invention-of-2022-for-all-gun-owners

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades

https://www.artakedowntool.com/blogs/blogs/soldier-systems-the-best-tool-invented-since-the-ar-m4-itself

https://soldiersystems.net/2022/01/15/the-ar-takedown-tool/

https://www.artakedowntool.com/blogs/blogs/get-zone

https://www.getzone.com/ar-tt-takedown-tool-review/

https://soldiersystems.net/2022/01/15/the-ar-takedown-tool/

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-simplifying-firearm-maintenance

https://www.artakedowntool.com/blogs/blogs/labor-day-sale-once-you-have-a-tool-all-you-need-is-lubricant-for-your-gun-cleaning

https://www.artakedowntool.com/blogs/blogs/medium-com-article-revolutionizing-gun-cleaning-and-gunsmithing-with-the-ar-takedown-tool


VIDEOS:

https://www.artakedowntool.com/products/the-ar-takedown-tool-the-only-ar-platform-tool-needed-ar-tt

https://www.artakedowntool.com/pages/videos

https://www.artakedowntool.com/blogs/blogs

https://www.youtube.com/watch?v=CQAf8B8HgOc

https://www.linkedin.com/feed/update/urn:li:activity:7032489256400945152/?originTrackingId=zbdMsm9YQj%2BCNB1niCThtw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7031166073211158530/?originTrackingId=F9nY3H9ITlK5W2pRf4pVBw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7027790841096146944/?originTrackingId=LEA8Q9ijQNyN%2B2oYpKumfg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7103218528702382080/?originTrackingId=5l7bGxSKQ3mpog739XyBLg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7063327291560374272/?originTrackingId=ew58%2F3WRRE6MVMOwAjhbQQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6983050928551575552/?originTrackingId=J8WcuJr0RU61FVv6inFHMQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6978692933902319616/?originTrackingId=GdksXAToRqSpnaz2%2BhaYUQ%3D%3D

https://www.youtube.com/@Thetakedowntools

https://www.youtube.com/watch?v=81f04InduKk

https://www.youtube.com/watch?v=y-GzoMe3qlA

https://www.youtube.com/watch?v=ACK3C4Z6g5A

https://www.youtube.com/watch?v=AO_GKJBSzas

https://www.youtube.com/watch?v=PW9kTblllgs&t=11s

https://www.youtube.com/watch?v=p8OX-g66aws

https://www.youtube.com/watch?v=u0bKkpvCahw

https://www.youtube.com/watch?v=4oVrCSFL0CU

https://www.youtube.com/watch?v=7Zvh51ub8sQ

https://www.youtube.com/watch?v=kYOlryNIDjg

https://www.youtube.com/watch?v=TVXytv2WZ_o

https://www.youtube.com/shorts/k-Vtr-chr7s

https://www.youtube.com/shorts/quj-aGQFnTQ

https://www.youtube.com/shorts/Jf5XClez7cY

https://www.youtube.com/shorts/KUP8dzosr_Y

https://www.youtube.com/shorts/e6lsayr4Se8

https://www.youtube.com/shorts/eLJNzJ0dhHw

https://www.youtube.com/shorts/7rxe965LLgI

https://www.youtube.com/shorts/TIhTA-pzww0

https://www.youtube.com/shorts/DSN2jsTgBTI

https://www.youtube.com/shorts/wrddDkkjbVA

https://www.youtube.com/shorts/c0MGJhS6CEk

https://www.youtube.com/watch?v=quj-aGQFnTQ&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=1

https://www.youtube.com/watch?v=Jf5XClez7cY&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=2

https://www.youtube.com/watch?v=KUP8dzosr_Y&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=3

https://www.youtube.com/watch?v=e6lsayr4Se8&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=4

https://www.youtube.com/watch?v=eLJNzJ0dhHw&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=5

https://www.youtube.com/watch?v=7rxe965LLgI&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=6

https://www.youtube.com/watch?v=4oVrCSFL0CU&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=7

# EXHIBIT B

# Lee&Hayes

601 West Riverside Avenue, Suite 1400
Spokane, WA 99201

Phone | 509.324.9256
Fax | 509.323.8979

**SUBJECT TO RULE 408**

September 16, 2024

**Via Email Only**

Jonathan Clausen
Clausen, Inc.
AR-TT LLC
c/o Reid G. Johnson, counsel
LUKINS & ANNIS, P.S.
717 W Sprague Ave. Ste. 1600
Spokane, WA 99201
rjohnson@lukins.com

**Re:    Breach of Contract; Breach of the Covenant of Good Faith and Fair Dealing; Trademark Infringement; and Patent Infringement.**

Mr. Johnson:

We are contacting you as the prior counsel of Jonathan Clausen, Clausen, Inc., and AR-TT LLC (collectively "Clausen"); if you no longer represent Clausen, please let us know immediately. This law firm continues to represent Hammerless Tools, LLC and Eight Eighteen LLC (collectively "Hammerless") in intellectual property, commercial, and litigation matters. Including new matters related to Clausen's unlawful actions.

In short, on June 28, 2024, Clausen entered into a settlement agreement (the "Agreement") related to Clausen's trademark infringement and breach of contract. Despite agreeing to the terms of the Agreement, Clausen has failed to comply with Clausen's obligations – most specifically Sections 1 and 2 of the Agreement. In addition to breaches of the Agreement, Hammerless has become aware of new and additional infringement of Hammerless' trademarks by Clausen. Further, Hammerless has become aware that Clausen is manufacturing, offering, and selling products which infringe of Hammerless' patented design. Hammerless has complied with the Agreement; however, Clausen has, and continues to breach the agreement and commit further acts of infringement.

Hammerless has been incredibly patient with Clausen and has provided Clausen multiple opportunities to correct the issues, but Clausen failed to do so. Hammerless is exploring all available options at law to remedy this matter. Options ranging from Clausen voluntarily and immediately complying with the Agreement and ceasing all infringing actions, to Hammerless filing a lawsuit seeking a judgment for damages and injunctive relief.

## BRIEF FACTS

On June 28, 2024, Clausen executed the Agreement relate to the prior lawsuit filed against Clausen for Clausen's unlawful actions. In the Agreement, Clausen agreed, among other things,



to immediately terminate any and all use of the listed marks, including removal of the marks and logos, and cease representations of ownership or representation related to Hammerless. More specifically, Clausen agreed as follows:

> 1. **Hammerless' Marks.** Clausen will immediately terminate any and all use of the following marks: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names. This includes the immediate removal, deletion, or take down any of Clausen's use of any and all of: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names.

> 2. **Hammerless Ownership Representations.** Clausen will immediately and permanently terminate and refrain from making representations that Clausen or any of their owners or representatives are an owner, founder, president, exclusive distributor, or the like of Hammerless Tools, Hammerless Impact Technology, , H.I.T., HIT Tool(s), and H.I.T. Tool(s). Clausen will withdraw their DBA filing for hittoolstore.

Following the execution of the Agreement, Clausen failed to comply with Sections 1 and 2 of the Agreement. Hammerless provided Clausen with ample time to comply with the Agreement, yet Clausen still has failed to come into compliance. Hammerless has gone above and beyond by providing Clausen, numerous times, with specific links to websites where Clausen has failed to comply with Sections 1 and 2 of the Agreement. Still, Clausen has failed to come into compliance with the Agreement.

Clausen has failed to terminate any and all use of the following marks: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names. Clausen has failed to remove, delete, or take down any and all use of: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names. Additionally, Clausen has failed to terminate and refrain from making representations that Clausen or any of their owners or representatives are an owner, founder, president, exclusive distributor, or the like of Hammerless Tools, Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s). Hammerless has complied with the terms of the Agreement; whereas, Clausen has not. Clausen is in breach of the Agreement.

Additionally, Hammerless has become aware that not only has Clausen failed to comply with the terms of the Agreement and continues to use Hammerless' marks without permission, but Clausen has also gone even further and has continued to use Hammerless' marks in new areas and websites. Rather than remove all use of Hammerless' marks, Clausen has actually continued



to use the marks and even make new unauthorized use of Hammerless' marks. Clausen's actions constitute trademark infringement and have already resulted in confusion.

Attached to this letter is another list of websites where Clausen continues to use the marks and logos, and new uses of the marks in violation of the Agreement and the Lanham Act.

In addition, Hammerless owns a validly issued and active design patent covering and protecting the design of its tools. Patent No. D981199. We are aware Clausen has begun offering, selling, and having manufactured, tools that infringe on Hammerless' patented design. Not only is Clausen liable for patent infringement, but the infringement is also unequivocally willful. Clausen was offered the chance to buy the remaining inventory of products to make the AR-TT tools from Hammerless, but Clausen did not accept or even respond to the offer. Following the execution of the Agreement, Clausen offered for sale tools that are directly infringing on Hammerless' design patent. Clausen also states that the infringing tools are being manufactured currently and ready to ship in a few weeks. https://www.artakedowntool.com/products/the-ar-takedown-5-piece-gunsmithing-set-sold-out-preorders-only. Clausen's actions constitute willful patent infringement.

Hammerless is currently willing to reach an amicable resolution of these matters, but time is of the essence. Hammerless cannot wait much longer as Clausen continues to cause harm and damage.

### **<u>REMEDY</u>**

Hammerless simply demands Clausen:

- Immediately come into compliance with the Agreement.
- Immediately terminate any and all use of the following marks: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names. Including, but not limited to those on the attached list.
- Immediately remove, delete, or take down any and all use of: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names. Including, but not limited to those on the attached list.
- Immediately and permanently cease any and all use of: Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names.
- Immediately and permanently terminate and refrain from making representations that Clausen or any of their owners or representatives are an owner, founder, president, exclusive distributor, or the like of Hammerless Tools, Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s).

Lee&Hayes

- Immediately remove any reference to Hammerless of its marks from Clausen's email signature line.
- Provide proof of the removal and cessation of use of Hammerless Impact Technology, H.I.T., HIT Tool(s), and H.I.T. Tool(s), including all logos bearing these names. Including, but not limited to those on the attached list and the email signature line.
- Cease offering any of Hammerless' tools and provide proof of destruction of the rejected tools.
- Immediately cease any and all use of Hammerless' trademarks.
- Immediately cease any and all acts of patent infringement, including but not limited to, offering, selling, and manufacturing products that infringe on Hammerless' design patent.

If Clausen ignores this letter or refuses to cease its unlawful actions and come into compliance with the Agreement, Hammerless will be forced to pursue additional enforcement options, including, but not limited to, filing a lawsuit, and seeking a court order to enforce its rights and recover its damages.

## <u>CONCLUSION</u>

While Hammerless has honored its promises and obligations, Clausen has acted unlawfully, failed to perform as obligated, and continues to commit infringement of Hammerless' intellectual property. Hammerless, therefore, is entitled to every available remedy at law. Hammerless is serious about enforcing its rights and recovering the damages is has incurred as a result of Clausen's unlawful actions.

Hammerless also places Clausen on notice of potential litigation arising from these issues. As such, Clausen has an affirmative duty to preserve, and not destroy, delete, or alter, any documents or tangible things related to or arising from the potential litigation. The same is true for all tangible items, documents, emails, communications, and/or any other electronically stored information within your possession, custody, or control, in any form whatsoever. Please also place Clausen's insurer (if any) on notice of these claims and provide us with a copy of Clausen's insurance agreements.

While the duty to preserve evidence remains in effect, Hammerless is currently willing to discuss an amicable resolution of this matter.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed, a full and complete statement of the facts in this matter. This letter is also not intended to be a complete statement of Hammerless' rights, and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.



If we do not hear from you by **October 2, 2024**, Hammerless will have no choice but to pursue additional enforcement measures. Thank you for your expected cooperation in this matter.

Regards,

LEE & HAYES, P.C.

Caleb Hatch
(509) 944-4655
Caleb.Hatch@leehayes.com

Websites:

https://www.clausen.inc/ar-takedown-tool



https://www.clausen.inc/press



https://www.clausen.inc/press/2023/5/9/the-ar-takedown-tool



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-the-takedown-tool-co-is-revolutionizing-the-sporting-goods-community





https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades

https://www.artakedowntool.com/collections/all



https://www.artakedowntool.com/products/free-8oz-lubricant-with-artt-purchase



https://finance.yahoo.com/news/ar-takedown-tool-best-tool-160000728.html

https://phlanx.com/collaborations/the-hit-tools-hammerless-impact-technology

https://www.artakedowntool.com/blogs/blogs/the-takedown-tools-youtube-channel

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-shot-show-2022   (embedded links to infringing use)

https://www.artakedowntool.com/blogs/blogs/arms-directory-does-a-full-write-up-and-interview-with-the-takedown-tools-and-its-inventor

https://www.instagram.com/hittools/?hl=en

https://www.linkedin.com/company/the-ar-takedown-tool/

https://www.google.com/search?sca_esv=ea8345caca9cba8c&sca_upv=1&sxsrf=ADLYWIKVpnUcxNhdRH93HE5EedOxIrHdXg:1722274378714&q=The+HIT+Tools&si=ACC90nw89N8KBnKrpPXu_PZ2wy0jGXaIHNPVk7X0dQyNFbEifK5efvJUADvo_u_pKgs36imudo5bhIxcVmh5lerWGY7xHKzu317zwR0MdJ0QLF2T6L5bZ5p86nY2BgPj2HrEE6NAZA3yHrL9-BtS1assQowGFuMLx0XWLSh5mHeXibEK8LqV8GzY0aR6NPfc3LzPcbcQ44Q9X1O3Ssw7HDZogzZZ9f1YFR-

bzbFzIUFimmcrkAYboRzuJKwYNRvVm5YMd2BoOgWs&sa=X&ved=2ahUKEwjq6LGE5MyHAxWYAjQIHYEOK2I Q6RN6BAgYEAE&biw=1368&bih=751&dpr=2

(Google business listing for "The HIT Tools" on the right-hand side)

The logo in Mr. Clausen's email signature line.

IMAGES:

https://www.artakedowntool.com/products/the-everything-this-tool-has-it-all-5-64-roll-pin-starter-and-a-5-64-roll-pin-punch-100-usa-made

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/big-brass-hammer-punch-gun-cleaning-kit-tools

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades

https://www.artakedowntool.com/blogs/blogs/get-zone

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-simplifying-firearm-maintenance

https://www.artakedowntool.com/blogs/blogs/labor-day-sale-once-you-have-a-tool-all-you-need-is-lubricant-for-your-gun-cleaning

https://www.artakedowntool.com/blogs/blogs/medium-com-article-revolutionizing-gun-cleaning-and-gunsmithing-with-the-ar-takedown-tool

VIDEOS:

https://www.artakedowntool.com/products/the-ar-takedown-tool-the-only-ar-platform-tool-needed-ar-tt

https://www.artakedowntool.com/pages/videos

https://www.artakedowntool.com/blogs/blogs

https://www.youtube.com/watch?v=CQAf8B8HgOc

https://www.linkedin.com/feed/update/urn:li:activity:7032489256400945152/?originTrackingId=zbdMsm9YQj%2BCNB1niCThtw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7031166073211158530/?originTrackingId=F9nY3H9ITlK5W2pRf4pVBw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7027790841096146944/?originTrackingId=LEA8Q9ijQNyN%2B2oYpKumfg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7103218528702382080/?originTrackingId=5l7bGxSKQ3mpog739XyBLg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7063327291560374272/?originTrackingId=ew58%2F3WRRE6MVMOwAjhbQQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6983050928551575552/?originTrackingId=J8WcuJr0RU61FVv6inFHMQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6978692933902319616/?originTrackingId=GdksXAToRqSpnaz2%2BhaYUQ%3D%3D

https://www.youtube.com/@Thetakedowntools

https://www.youtube.com/watch?v=81f04InduKk

https://www.youtube.com/watch?v=y-GzoMe3qlA

https://www.youtube.com/watch?v=ACK3C4Z6g5A

https://www.youtube.com/watch?v=AO_GKJBSzas

https://www.youtube.com/watch?v=PW9kTblIlqs&t=11s

https://www.youtube.com/watch?v=p8OX-g66aws

https://www.youtube.com/watch?v=u0bKkpvCahw

https://www.youtube.com/watch?v=4oVrCSFL0CU

https://www.youtube.com/watch?v=7Zvh51ub8sQ

https://www.youtube.com/watch?v=kYOlryNIDjg

https://www.youtube.com/watch?v=TVXytv2WZ_o

https://www.youtube.com/shorts/k-Vtr-chr7s

https://www.youtube.com/shorts/quj-aGQFnTQ

https://www.youtube.com/shorts/Jf5XClez7cY

https://www.youtube.com/shorts/KUP8dzosr_Y

https://www.youtube.com/shorts/e6lsayr4Se8

https://www.youtube.com/shorts/eLJNzJ0dhHw

https://www.youtube.com/shorts/7rxe965LLgI

https://www.youtube.com/shorts/TIhTA-pzww0

https://www.youtube.com/shorts/DSN2jsTgBTI

https://www.youtube.com/shorts/wrddDkkjbVA

https://www.youtube.com/shorts/c0MGJhS6CEk

https://www.youtube.com/watch?v=quj-aGQFnTQ&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=1

https://www.youtube.com/watch?v=Jf5XClez7cY&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=2

https://www.youtube.com/watch?v=KUP8dzosr_Y&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=3

https://www.youtube.com/watch?v=e6lsayr4Se8&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=4

https://www.youtube.com/watch?v=eLJNzJ0dhHw&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=5

https://www.youtube.com/watch?v=7rxe965LLgI&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=6

https://www.youtube.com/watch?v=4oVrCSFL0CU&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=7

# EXHIBIT C

**Caleb Hatch**

| | |
|---|---|
| **From:** | Caleb Hatch |
| **Sent:** | Thursday, October 3, 2024 2:09 PM |
| **To:** | Reid G. Johnson |
| **Cc:** | Marianne Love |
| **Subject:** | RE: HIT Demand Letter to Clausen - 2024.09.16 |

Hi Reid,

Thanks for letting me know.

Best,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
P  509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

---

**From:** Reid G. Johnson <rjohnson@lukins.com>
**Sent:** Thursday, October 3, 2024 2:01 PM
**To:** Caleb Hatch <Caleb.Hatch@leehayes.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>
**Subject:** RE: HIT Demand Letter to Clausen - 2024.09.16

[External Email]

Hi Caleb,

I will not be representing Mr. Clausen and his respective entities and do not have authority to accept service on his behalf.

Best of luck,

Reid Johnson
**PRINCIPAL**
**O:** (509) 455-9555

📍 **Lukins & Annis, P.S.** 717 W Sprague Ave., Suite 1600 Spokane, WA 99201

---

**From:** Caleb Hatch <Caleb.Hatch@leehayes.com>
**Sent:** Thursday, October 3, 2024 12:29 PM
**To:** Reid G. Johnson <rjohnson@lukins.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>
**Subject:** RE: HIT Demand Letter to Clausen - 2024.09.16

Hi Reid,

Can you let me know if you still represent Mr. Clausen?
Are you authorized to accept service for him and his businesses?

Thanks,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
**P** 509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

---

**From:** Marianne Love <Marianne.Love@leehayes.com>
**Sent:** Monday, September 16, 2024 10:19 AM
**To:** Reid G. Johnson <rjohnson@lukins.com>
**Cc:** Caleb Hatch <Caleb.Hatch@leehayes.com>
**Subject:** HIT Demand Letter to Clausen - 2024.09.16

Hello Mr. Johnson.

Please see the attached letter from Caleb Hatch.

Thank you,

**Marianne Love //** Lee & Hayes, PC
*Litigation Paralegal*
marianne.love@leehayes.com **// P** 509.944.4623 **// leehayes.com**
Atlanta / Austin / Portland Metro / Rochester / Seattle / **Spokane** / Washington, D.C. Metro

**Mission:** To serve as trusted partners with the world's leading innovators and brands
**Core Values:** SERVICE EXCELLENCE **//** RELATIONSHIP CENTERED **//** STEWARDSHIP

**Connect with us!** 
*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

## Disclaimer

This message has been scanned for viruses and dangerous content by Lukins & Annis, P.S.

NOTICE: This email may contain confidential or privileged material, and is intended solely for use by the above referenced recipient. Any review, copying, printing, disclosure, distribution, or any other use, is strictly prohibited.

If you are not the recipient, and believe that you have received this in error, please notify the sender and delete the copy you received.

Thank You!

EXHIBIT D

**Caleb Hatch**

| | |
|---|---|
| **From:** | Caleb Hatch |
| **Sent:** | Friday, August 9, 2024 2:32 PM |
| **To:** | Reid G. Johnson |
| **Cc:** | Marianne Love; Litigation; Denise Foster; Johanna Tomlinson |
| **Subject:** | RE: Hammerless Tools LLC et al v. Clausen et al Spokane Superior Court Case No. 23-2-03519-32 - SUBJECT TO RULE 408 [DMS-046105-00001] |

Thanks Reid,

We will get the stipulated dismissal filed.

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
**P** 509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

**From:** Reid G. Johnson <rjohnson@lukins.com>
**Sent:** Friday, August 9, 2024 2:07 PM
**To:** Caleb Hatch <Caleb.Hatch@leehayes.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>; Litigation <Litigation@leehayes.com>; Denise Foster <DeniseF@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>
**Subject:** Re: Hammerless Tools LLC et al v. Clausen et al Spokane Superior Court Case No. 23-2-03519-32 - SUBJECT TO RULE 408 [DMS-046105-00001]

[External Email]

Caleb,

I believe I responded last week and gave you authorization to sign on my behalf, along with identifying several other issues. If you require my signature, I will have it sent over.

Have a nice weekend,


Reid Johnson
Attorney
Lukins & Annis


On Aug 9, 2024, at 1:28 PM, Caleb Hatch <Caleb.Hatch@leehayes.com> wrote:


Hi Reid,

I am following up on my email from last week.

1

Let me know if you have any proposed revisions to the proposed stipulated dismissal. Otherwise, please sign and return so we may file with the court.

Thanks,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
**P** 509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

---

**From:** Caleb Hatch
**Sent:** Thursday, August 1, 2024 10:11 AM
**To:** Reid G. Johnson <rjohnson@lukins.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>; Litigation <Litigation@leehayes.com>; Denise Foster <DeniseF@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>
**Subject:** RE: Hammerless Tools LLC et al v. Clausen et al Spokane Superior Court Case No. 23-2-03519-32 - SUBJECT TO RULE 408 [DMS-046105-00001]

Good morning Reid,

Please confirm Mr. Clausen has completed all of the removals in compliance with Sections 1 and 2 of the settlement agreement.

Also, attached for your review is the proposed stipulated dismissal.
Let me know if you have any proposed revisions. Otherwise, please sign and return so we may file with the court.

Thanks,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
**P** 509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

---

**From:** Caleb Hatch
**Sent:** Tuesday, July 30, 2024 4:36 PM
**To:** Reid G. Johnson <rjohnson@lukins.com>
**Cc:** Marianne Love <Marianne.Love@leehayes.com>; Litigation <Litigation@leehayes.com>; Denise Foster <DeniseF@LeeHayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>
**Subject:** RE: Hammerless Tools LLC et al v. Clausen et al Spokane Superior Court Case No. 23-2-03519-32 - SUBJECT TO RULE 408 [DMS-046105-00001]
**Importance:** High

Good afternoon Reid,

I realize you may still be on vacation, but I wanted to pass this along now.

Hammerless has gone through and identified links where it appears Mr. Clausen still needs to remove language under Sections 1 and 2 of the Settlement Agreement.
There are likely more, but hopefully this helps Mr. Clausen locate and remove these ones promptly.
Attached is a PDF with the links.
They are generally separated into three categories:

1. Mr. Clausen's websites that need to be edited;

2. Images Mr. Clausen has used (he likely simply needs to remove the images or replace them with updated images); and

3. Mr. Clausen's videos that need to be removed or edited.

There is one more not included in the PDF that is causing a lot of concern and we request immediate assurance it has been taken down.
Mr. Clausen posted today that he is offering "The H.I.T. Tools Hammerless Impact Technology" and he is offering Hammerless Tools' products for free.
As I mentioned, Mr. Clausen posted this today and it should be removed today.
Also, please confirm Mr. Clausen does not have additional inventory he has not returned and please confirm the tools returned to him have been destroyed as required and are not being sold or given away.

https://phlanx.com/collaborations/the-hit-tools-hammerless-impact-technology
<image001.png>

As always, feel free to reach out if you have any questions.

Thanks,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
**P** 509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

# EXHIBIT E

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF SPOKANE

8

9

10

HAMMERLESS TOOLS, LLC, a Washington
limited liability company, and EIGHT
EIGHTEEN, LLC, an Idaho limited liability
company,

NO. 23-2-03519-32

11

12

Plaintiffs,

v.

ANSWER TO COMPLAINT AND
COUNTERCLAIMS

13

14

15

16

JONATHAN CLAUSEN, an individual;
CLAUSEN, INC., a Washington Corporation,;
AR-TT LLC, a Washington limited liability
company; and LILAC CITY, LLC, a Washington
limited liability company,

Defendants.

17

18

**ANSWER**

19

20

21

Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC, by and
through their attorneys of record, Lukins & Annis, P.S., hereby answer the Plaintiffs' Complaint
as follows:

22

**NATURE OF THE ACTION**

23

24

25

1.    The allegations contained within Paragraph 1 contain legal conclusions for which
no answer is required. To the extent an answer is required, Defendants deny the allegations

ANSWER TO COMPLAINT AND
COUNTERCLAIMS: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

02994893  11/2/23

ready to launch. He personally paid significant amounts of money on marketing expenses for HIT Tool, such as expenses incurred for the creation and development of the website and for marketing materials (e.g., flyers, promotional videos, social media content creation).

28.    Clausen also created accounts for HIT Tool on social media platforms, such as Instagram and Facebook, building up the company's online presence and creating a platform to post content to help market the company to the world.

29.    Clausen traveled across the country to participate in numerous trade shows, attend meetings with potential buyers, and market HIT Tool. He hired social media influencers and content creators to assist with marketing HIT Tool. He hired consultants and paid for the creation and development of marketing materials for HIT Tool. All of these marketing expenses were paid for by Clausen personally, with the understanding that he would be reimbursed by HIT Tool.

30.    Clausen invested significant time, energy, and resources into building up and launching HIT Tool. Because Clausen was the exclusive distributor and wholesaler of HIT Tool, he had no competition – Clausen believed he was the only person authorized to resell the hammerless impact technology tools, and he believed he would financially benefit from a successful launch of the company.

**D. HIT Tool Launches and Clausen Continues to Market the Company and Sells the Hammerless Impact Technology Tools.**

31.    After significant effort on part of Clausen, HIT Tool launched on or about late Fall 2021/early winter 2022.

32.    Clausen continues to market HIT Tool and sell the hammerless impact technology tools.

ANSWER TO COMPLAINT AND
COUNTERCLAIMS: 19

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

02994893  11/2/23

EXHIBIT F



601 West Riverside Avenue, Suite 1400
Spokane, WA 99201

Phone | 509.324.9256
Fax | 509.323.8979

May 12, 2023

Jonathan Clausen
Clausen, Inc.
108 N. Washington St. Ste. 203
Spokane, WA 99201

*Delivered via USPS and email to* [jonathan@clausen.inc](mailto:jonathan@clausen.inc)

  **Re:** **Misappropriation of Hammerless Tools' Goodwill**

Dear Mr. Clausen,

  This law firm represents Hammerless Tools, LLC and Eight Eighteen, LLC (collectively, "Hammerless") in intellectual property and related matters. You have contracted with Hammerless in the past relative to products Hammerless manufactures. It has come to our attention that you, individually and on behalf of your entities, Clausen Inc., and AR-TT LLC (collectively, "Clausen"), have been presenting yourself as an agent of Hammerless. You have gone so far as to represent to third-parties that you *are* Hammerless. This conduct has harmed, is harming, and will continue to harm Hammerless. This conduct leads to a likelihood of consumer confusion and must cease, and this is a demand you engage in corrective behavior as outlined below.

  Hammerless is the manufacturer of a popular punch, accurately described at [https://www.clausen.inc/the-hit-tools](https://www.clausen.inc/the-hit-tools), your website. This website presents Hammerless as one of your "portfolio" companies and appears to contain a URL that, while it does not resolve, intimates that you own Hammerless' website, despite having a typo in the directed URL. *Compare* [www.thehittools.com](http://www.thehittools.com) with [www.thehittool.com](http://www.thehittool.com). Your website directly appropriates images from Hammerless' website. We bring to your attention that you have not been authorized to act as an agent of Hammerless and that your website presents to consumers that Hammerless is one of Clausen, Inc.'s own entities.

  Additionally, you have been contacting third-parties and enrolling in distribution and manufacturing accounts with them while representing you are Hammerless. While Hammerless has been able to mitigate the damages somewhat with respect to your representations to Mid-States Distributing (where you registered your own information as the contact for Hammerless), we have information concerning additional third-parties to whom you have represented yourself as an agent or principal of Hammerless. Your actions may constitute a violation of Section 43(a) of the Lanham Act because of the very real likelihood of consumer confusion. Your business activities appear, on their face, to constitute an unfair and deceptive practice in the conduct of commerce and are therefore a violation of RCW 19.86, the Washington Consumer Protection Act. Hammerless' name, trademarks, and goodwill is being damaged by your activity and it is being hindered from participation in the marketplace by your misrepresentations. You must cease, desist, and account for your ill-gotten profits.



We are in the process of continuing our investigation into your activity that trades off the goodwill of Hammerless and any revenue you are diverting from Hammerless because of your conduct. But your conduct is presently harmful and represents a continuing threat to Hammerless' goodwill.  To that end, Hammerless demands you immediately:

- Provide the undersigned with an exhaustive list of all third-parties you have contacted in the name of Hammerless, using any name or identifier of Hammerless, using the products of Hammerless, or otherwise associating yourself with Hammerless;
- Cease and desist from stating that you represent Hammerless or are authorized to do business on behalf of Hammerless, and that you are associated with Hammerless at all;
- Account for all profits you have been awarded while others have mistakenly believed they were doing business with Hammerless but were actually doing business with you; and
- Immediately cease and desist from all use of Hammerless' brand, trademarks, images, logos, and other properties, including all use of HAMMERLESS IMPACT TECHNOLOGY, in any form whatsoever.  This includes, but is not limited to, removing any reference to Hammerless from any website you control.

We highly encourage you to show this letter to your attorney.

Please let me know that you are willing to comply with these demands by **May 19, 2023**.  If we do not hear from you by then, we will advise Hammerless of its additional options in enforcing and maintaining its intellectual property and reputation in the marketplace.  Thank you for your expected cooperation in this matter; we look forward to a swift resolution.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full and complete statement of the facts in this matter.  This letter is also not intended to be a complete statement of Hammerless' rights and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Very truly yours,

LEE & HAYES, PC

Ethan B. Vodde
(509) 944-4684
ethan.vodde@leehayes.com

Page 2
May 12, 2023