1 | Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
2 | LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
3 | Spokane, Washington 99201
Telephone: (509) 324-9256
4 | caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com
5 |

*Attorneys for Plaintiffs*

6 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

7 |

8 |

9 | HAMMERLESS TOOLS, LLC, a
Washington limited liability company,
and EIGHT EIGHTEEN, LLC, an Idaho
10 | limited liability company,

CASE NO. 2:24-CV-00413-SAB

**REPLY DECLARATION OF JAMES GOSS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

11 |                              Plaintiffs,

12 |          v.

13 | JONATHAN CLAUSEN, an individual;
CLAUSEN, INC., a Washington
Corporation; AR-TT LLC, a Washington
14 | limited liability company; and LILAC
CITY, LLC, a Washington limited
15 | liability company,

16 |                              Defendants.

17 |

18 |          James Goss, declares and states as follows:

19 |          1.     I am over the age of eighteen and make this declaration based upon my

20 | personal knowledge and the files and records of my companies and am competent

REPLY DECLARATION OF JAMES GOSS -  1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   to testify to the matters herein.

2        2.    I make this declaration in addition to my declaration filed in December

3   2024 in support of the Motion for Preliminary Injunction.

4        3.    Following the execution of the Settlement Agreement, I monitored

5   Defendants' websites and their use of Plaintiffs' trademarks.

6        4.    Following the execution of the Settlement Agreement I noticed that not

7   only did Defendants not cease use of Plaintiffs' trademarks, but Defendants actually

8   posted new infringing use of Plaintiffs' Trademarks.

9        5.    I prepared multiple lengthy lists and links of specific locations where

10   Defendants continued to use Plaintiffs' marks.

11        6.    Attached hereto at **Exhibit A** is a true and correct copy of one of the

12   first lists I prepared in July 2024, showing Defendants' continued use of Plaintiffs'

13   trademarks.

14        7.    Attached hereto at **Exhibit B**, is true and correct copy of another list of

15   Defendants' continued use of Plaintiffs' trademarks in September 2024, after

16   Defendants ignored the first list.

17        8.    Still, Defendants did not remove their use of Plaintiffs' marks on their

18   own websites, and I continued to monitor them in hopes that they would comply

19   with the Settlement Agreement.

20        9.    Defendants never ceased use of Plaintiffs' trademarks, and actually

REPLY DECLARATION OF JAMES GOSS - 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1  created new uses of Plaintiffs' trademarks, which necessitated the instant lawsuit.

2      10.     As I have continued to monitor Defendants' websites I have noticed

3  continued and new uses of Plaintiffs' trademarks. Defendants still have not ceased

4  use of Plaintiffs' trademarks.

5      11.     Defendants' continue to use Plaintiffs' trademarks on their own

6  websites to market, advertise, and sell the products available on Defendants'

7  websites.

8      12.     Attached hereto at **Exhibit C**, are true and correct copies of

9  Defendants' use of Plaintiffs' trademarks on Defendants' own websites showing

10  further examples of Defendants' continued use of Plaintiffs' trademarks on

11  Defendants' own websites and directly in connection with the sale of products.

12      13.     Defendants even created a TikTok video, or had one created, just days

13  before filing their response memorandum, clearly using Plaintiffs' trademark.

14      14.     Attached hereto at **Exhibit D**, is a true and correct copy of a still frame

15  of Defendants' video on Defendants' TikTok account.

16      15.     On January 14, 2025, the day before Mr. Clausen swore he was not

17  using Plaintiffs' trademarks, Defendants created a new "how-it-works" page on their

18  https://www.artakedowntool.com/pages/how-it-works website. On this new page,

19  Defendants also included a photo of an individual holding packaging that includes

20  the use of Plaintiffs' trademark. Also, on this new page, Defendants falsely state that

REPLY DECLARATION OF JAMES GOSS - 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    "Jonathan Clausen is the inventor, pioneer & patentor" of the tools, despite the fact

2    that I invented them, and my company patented the tools design. Defendants also

3    include references to a registered trademark for "The AR-Takedown Tool" which

4    does not exist. Defendants use the ® to indicate registered trademarks in "AR

5    Takedown TOOL," "AR-TT," "LILAC CITY," "AAG" despite the knowing they

6    do not have any such registered trademarks. This shows how far they will go to

7    deceive the public.

8        16.    Attached hereto at **Exhibit E**, are true and correct copies of Defendants'

9    new webpage and use of Plaintiffs' trademarks on Defendants' own website.

10       17.    Mr. Clausen told me that he created the Instagram account and

11   Facebook account that continue to use Plaintiffs' trademarks.

12       18.    Defendants' Instagram account includes photos of Defendant Clausen

13   and his companies logos, comments and posts by Defendant Clausen, photos of

14   products sold by Defendants' companies, and links to Defendants' (now defunct)

15   website.

16       19.    Attached hereto at **Exhibit F**, are true and correct copies of Defendants'

17   Instagram account.

18       20.    Defendants' own Facebook page is equally problematic and replete

19   with use of Plaintiffs' trademarks.

20       21.    Attached hereto at **Exhibit G**, are true and correct copies of

REPLY DECLARATION OF JAMES GOSS - 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    Defendants' Facebook account and links to Defendant's Facebook account where

2    Defendants continue to use Plaintiffs trademarks from this week.

3        22.    Defendants are also selling new tools, not manufactured by Plaintiffs,

4    using Plaintiffs' patented design.

5        23.    Defendants' own website states that they have sold out of tools

6    manufactured by Plaintiffs, but that Defendants are manufacturing more of them.

7        24.    In connection with this sale of new tools, Defendants are using images

8    of tools protected by the design patent.

9        25.    Defendants are currently using the patented design to actively sell new

10   tools to the public.

11       26.    Attached hereto at **Exhibit H**, are true and correct copies of

12   Defendants' website selling tools using Hammerless Tools' patented design.

13       27.    Defendants assert that they had 1,000 units of "The AR-TT Tool & The

14   Everything Multi Tool 5/64" Roll Pin Starter & 5/64" Roll Pin Punch" but was only

15   sold 927 units. Based on Defendants' own numbers, Defendants have an additional

16   73 units Defendants had manufactured elsewhere. Defendants stat they have 94

17   remaining units of "the AR-TT & The Pistol Tool" but it is listed under the "sold

18   out" package on Defendants' website.

19       28.    Defendants allege they have 94 units remaining, but their website

20   stating they are sold out, but still being sold. **Exhibit H.**

REPLY DECLARATION OF JAMES GOSS - 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

29.     Defendants were never licensed to use Plaintiff's trademarks or to develop and create the advertisements, marketing materials, and websites for Plaintiffs.

30.     There has never been a license agreement with Defendants. Clausen was only permitted to include "Hammerless Impact Technology" on the AR-TT Tools, as they were created and manufactured by Plaintiffs.

31.     Defendants were not in charge of Plaintiffs' websites and were not told to create any websites for Plaintiffs. In fact, Plaintiffs' website for their tools already existed before Clausen made a different website, and Plaintiffs' website was and is of a much higher quality.

32.     Defendants were not given permission to create marketing or advertising materials for Plaintiffs, and were never promised reimbursement. In fact, I told Clausen to stop making what he called marketing materials we were never going to use "influences" and/or scantily clad women because this did not and does not fit with Plaintiffs' branding and marketing.

33.     Even after telling him to stop, Defendants kept using Plaintiffs' trademarks in ways that were not permitted.

34.     I also found out that Defendants were telling third-parties that they actually own and operate my companies. I never gave him permission or authorization to tell anyone that he owns or operates my companies.

REPLY DECLARATION OF JAMES GOSS - 6

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

35.     I also found out that Defendants had posted online in many places, and in their email signature lines, representations that they created, own, or operated my companies. Again, I did not give him permission to do so.

36.     I specifically told Defendants to stop representing themselves as creators, owners, operators, or managers of my companies. But they continued to do so.

37.     Attached hereto at **Exhibit K**, are true and correct copies of some examples wherein Clausen claimed to be the owner, president, founder, or CEO or Plaintiffs' companies.

38.     Because Defendants would not stop using Plaintiffs' marks in impermissible and harmful ways, and would not stop representing themselves as the creators or founders, owners, or operators of my companies, I had an attorney send a formal cease and desist letter to Defendants.

39.     Unfortunately, Defendants false representations had already significantly harmed by companies. For example :

   a. In September 2022, Hammerless Tools attempted to receive payment from AR-TT, LLC for products via its QuickBooks interface, but could not process the payment because Clausen had represented himself as the owner, CEO, and President of both AR-TT, LLC and of H.I.T. (Hammerless Impact Technology) Tool on

REPLY DECLARATION OF JAMES GOSS - 7

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

LinkedIn.

b. Clausen met with Sherwin-Williams and falsely led Sherwin-Williams to believe that Clausen was the owner or principal of Hammerless Tools, and the meeting had not gone well. In fact, Sherwin-Williams had filed a lawsuit against Clausen and his Lilac City Painting business for failure to pay Sherwin-Williams for building materials and supplies. Sherwin-Williams, based on Clausen's representation that he owned Plaintiffs' companies refused to do business with Plaintiffs and rejected Plaintiffs' efforts to explain that Clausen was not an owner of principal of Plaintiffs' businesses.

c. Around April 2023, Plaintiffs' third-party sales representative reached out to a distributor, Mid-States Distributing, LLC. Mid-States informed Plaintiffs' representative that our company was already established as a vendor. We were confused as we had never approached Mid-States before and did not provide them with our information. Mid-States informed Plaintiffs that Clausen represented himself as the owner of Plaintiffs' companies in setting him up as a vendor with Mid-States.

40.    Defendants still did not cease representing that they own or operate my

REPLY DECLARATION OF JAMES GOSS – 8

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1  companies.

2      41.    Defendants' actions and false representations destroyed and tarnished

3  Plaintiffs' reputation with these companies, some of which have refused to work with

4  Plaintiffs, and likely more. Plaintiffs' reputation will keep being harmed and

5  Plaintiffs' will keep losing business opportunities by Defendants continuing to use

6  Plaintiffs' trademarks and patented design.

7      42.    Plaintiffs complied with the terms of the settlement agreement and

8  repurchased every resealable tool from Defendants. In fact, Plaintiffs even

9  repurchased tools that were a close call, in order to make it clear Plaintiffs were

10  complying with their obligations. The Settlement Agreement only calls for the

11  repurchase of tools that are in sellable condition. Tools that are not in sellable

12  condition are not repurchased.

13      43.    Even though Defendants had already, and continued, to breach the

14  Settlement Agreement, Plaintiffs still repurchased all resalable tools.

15      44.    The tools that were not purchased were because they are not sellable

16  and must be destroyed.

17      45.    All of the tools that were not repurchased suffered from moisture

18  damage or stored in compromised containers resulting in unverifiable integrity of

19  the tools.

20      46.    It is not possible or responsible to resell tools that have been subject to

REPLY DECLARATION OF JAMES GOSS - 9

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    moisture damage or whose integrity cannot be confirmed due to faulty storage.

2    Those tools are not resalable. This is also why Defendants are supposed to destroy

3    them, rather than continue to try to sell them or give them away as they have been.

4        47.    Attached hereto at **Exhibit L** are photos showing Defendants left the

5    tools to sit in moisture or stored in compromised containers causing the tools to be

6    unsellable.

7        48.    Defendants never informed me or my companies that there was any

8    issue with the repurchase of the tools.

9        49.    Until Defendants filed their response memorandum, Defendants never

10   alleged had any complaint or issue with the repurchase of the tools.

11       50.    Defendants also cashed the check paid for the full repurchase of tools

12   without any issue or complaint with the check, the amount, or the repurchase of

13   tools.

14       51.    Attached hereto at **Exhibit I,** is a true and correct copy of the initial

15   filing for my Eight Eighteen, LLC I created in 2016.

16       52.    Attached hereto at **Exhibit J,** is a true and correct copy of the initial

17   filing for my Hammerless Tools, LLC I created in early 2021.

18       53.    I created my companies and the Hammerless Impact Branded Tools

19   prior to ever meeting Mr. Clausen.

20       54.    Defendants were, for a time, permitted to be resellers of Plaintiffs'

REPLY DECLARATION OF JAMES GOSS – 10

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

Hammerless Impact Branded Tools. Defendants were permitted to purchase Plaintiffs' tools and resell them for their own profit.

55. Defendants were never exclusive distributors for Plaintiffs or Plaintiffs' tools.

56. Plaintiffs were already selling their own tools long before I even met Mr. Clausen.

57. Plaintiffs continue to use all of their trademarks they have asserted in this litigation and intend to continue to use all of their trademarks.

58. Plaintiff has common law rights in all of their trademarks.

59. Plaintiff has sought to register their HAMMERLESS IMPACT TECHNOLOGY Mark, which registration is pending.

60. Plaintiffs did initially seek registration of their HIT TOOL mark, but have abandoned just the registration out of fear of third-party action based on Defendants' continued use of Plaintiffs' trademark. To be clear, Plaintiffs have not abandoned their HIT TOOL mark, and continue to use their HIT TOOL mark, Plaintiffs simply are not seeking registration.

61. Plaintiffs have also sought to register their REDBOLT mark for their products. Defendants' continued use of Plaintiffs' trademarks has degraded them to such an extent that Plaintiffs are forced to also use additional marks on their products.

REPLY DECLARATION OF JAMES GOSS - 11

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

62.     Plaintiffs have not abandoned any of their marks asserted in this lawsuit and continue to use them.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 24th day of January, 2025 at Spokane, Washington.

James Goss (Jan 24, 2025 13:27 PST)

James Goss

REPLY DECLARATION OF JAMES GOSS – 12

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2025, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *s/ Caleb Hatch*
Caleb Hatch

REPLY DECLARATION OF JAMES GOSS - 13

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# REPLY Goss Decl. in Support of Mtn for PI 4912-2845-9794 v.4

Final Audit Report                                                         2025-01-24

| | |
|---|---|
| Created: | 2025-01-24 |
| By: | Caleb Hatch (Caleb.Hatch@leehayes.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAc-bvf6kglLzwT68PZNCZlLuU5na64jLz |

## "REPLY Goss Decl. in Support of Mtn for PI 4912-2845-9794 v.4 " History

📄 Document created by Caleb Hatch (Caleb.Hatch@leehayes.com)
2025-01-24 - 9:24:31 PM GMT

✉ Document emailed to James Goss (james@thehittool.com) for signature
2025-01-24 - 9:24:36 PM GMT

📄 Email viewed by James Goss (james@thehittool.com)
2025-01-24 - 9:25:12 PM GMT

✍ Document e-signed by James Goss (james@thehittool.com)
Signature Date: 2025-01-24 - 9:27:41 PM GMT - Time Source: server

✅ Agreement completed.
2025-01-24 - 9:27:41 PM GMT

# EXHIBIT A

Websites:

https://www.clausen.inc/ar-takedown-tool







https://www.clausen.inc/press



https://www.clausen.inc/press/2023/5/9/the-ar-takedown-tool



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-is-the-best-invention-of-2022-for-all-gun-owners



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-the-takedown-tool-co-is-revolutionizing-the-sporting-goods-community





https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades



https://finance.yahoo.com/news/ar-takedown-tool-best-tool-160000728.html


https://www.artakedowntool.com/blogs/blogs/the-takedown-tools-youtube-channel



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-shot-show-2022

https://www.artakedowntool.com/blogs/blogs/the-press-release-about-the-takedown-tools-april-3rd-2023



https://www.artakedowntool.com/blogs/blogs/arms-directory-does-a-full-write-up-and-interview-with-the-takedown-tools-and-its-inventor



https://www.instagram.com/hittools/?hl=en

https://www.linkedin.com/company/the-ar-takedown-tool/



There are more instances on this linkedIn page not included in the screenshot.

https://www.google.com/search?sca_esv=ea8345caca9cba8c&sca_upv=1&sxsrf=ADLYWIKVpnUcxNhdRH9
3HE5EedOxIrHdXg:1722274378714&q=The+HIT+Tools&si=ACC90nw89N8KBnKrpPXu_PZ2wy0jGXaIHNPVk7
X0dQyNFbEifK5efvJUADvo_u_pKgs36imudo5bhIxcVmh5lerWGY7xHKzu317zwR0MdJ0QLF2T6L5bZ5p86nY2B
gPj2HrEE6NAZA3yHrL9-
BtS1assQowGFuMLx0XWLSh5mHeXibEK8LqV8GzY0aR6NPfc3LzPcbcQ44Q9X1O3Ssw7HDZogzZZ9f1YFR-
bzbFzIUFimmcrkAYboRzuJKwYNRvVm5YMd2BoOgWs&sa=X&ved=2ahUKEwjq6LGE5MyHAxWYAjQIHYEOK2I
Q6RN6BAgYEAE&biw=1368&bih=751&dpr=2

(Google business listing for "The HIT Tools" on the left-hand side)

The logo in Mr. Clausen's email signature line.

IMAGES:

https://www.artakedowntool.com/

https://www.artakedowntool.com/products/the-everything-this-tool-has-it-all-5-64-roll-pin-starter-and-a-5-64-roll-pin-punch-100-usa-made

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/big-brass-hammer-punch-gun-cleaning-kit-tools

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-is-the-best-invention-of-2022-for-all-gun-owners

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades

https://www.artakedowntool.com/blogs/blogs/soldier-systems-the-best-tool-invented-since-the-ar-m4-itself

https://soldiersystems.net/2022/01/15/the-ar-takedown-tool/

https://www.artakedowntool.com/blogs/blogs/get-zone

https://www.getzone.com/ar-tt-takedown-tool-review/

https://soldiersystems.net/2022/01/15/the-ar-takedown-tool/

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-simplifying-firearm-maintenance

https://www.artakedowntool.com/blogs/blogs/labor-day-sale-once-you-have-a-tool-all-you-need-is-lubricant-for-your-gun-cleaning

https://www.artakedowntool.com/blogs/blogs/medium-com-article-revolutionizing-gun-cleaning-and-gunsmithing-with-the-ar-takedown-tool


VIDEOS:

https://www.artakedowntool.com/products/the-ar-takedown-tool-the-only-ar-platform-tool-needed-ar-tt

https://www.artakedowntool.com/pages/videos

https://www.artakedowntool.com/blogs/blogs

https://www.youtube.com/watch?v=CQAf8B8HgOc

https://www.linkedin.com/feed/update/urn:li:activity:7032489256400945152/?originTrackingId=zbdMsm9YQj%2BCNB1niCThtw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7031166073211158530/?originTrackingId=F9nY3H9ITlK5W2pRf4pVBw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7027790841096146944/?originTrackingId=LEA8Q9ijQNyN%2B2oYpKumfg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7103218528702382080/?originTrackingId=5l7bGxSKQ3mpog739XyBLg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7063327291560374272/?originTrackingId=ew58%2F3WRRE6MVMOwAjhbQQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6983050928551575552/?originTrackingId=J8WcuJr0RU61FVv6inFHMQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6978692933902319616/?originTrackingId=GdksXAToRqSpnaz2%2BhaYUQ%3D%3D

https://www.youtube.com/@Thetakedowntools

https://www.youtube.com/watch?v=81f04InduKk

https://www.youtube.com/watch?v=y-GzoMe3qlA

https://www.youtube.com/watch?v=ACK3C4Z6g5A

https://www.youtube.com/watch?v=AO_GKJBSzas

https://www.youtube.com/watch?v=PW9kTblllqs&t=11s

https://www.youtube.com/watch?v=p8OX-g66aws

https://www.youtube.com/watch?v=u0bKkpvCahw

https://www.youtube.com/watch?v=4oVrCSFL0CU

https://www.youtube.com/watch?v=7Zvh51ub8sQ

https://www.youtube.com/watch?v=kYOlryNIDjg

https://www.youtube.com/watch?v=TVXytv2WZ_o

https://www.youtube.com/shorts/k-Vtr-chr7s

https://www.youtube.com/shorts/quj-aGQFnTQ

https://www.youtube.com/shorts/Jf5XClez7cY

https://www.youtube.com/shorts/KUP8dzosr_Y

https://www.youtube.com/shorts/e6lsayr4Se8

https://www.youtube.com/shorts/eLJNzJ0dhHw

https://www.youtube.com/shorts/7rxe965LLgI

https://www.youtube.com/shorts/TIhTA-pzww0

https://www.youtube.com/shorts/DSN2jsTgBTI

https://www.youtube.com/shorts/wrddDkkjbVA

https://www.youtube.com/shorts/c0MGJhS6CEk

https://www.youtube.com/watch?v=quj-aGQFnTQ&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=1

https://www.youtube.com/watch?v=Jf5XClez7cY&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=2

https://www.youtube.com/watch?v=KUP8dzosr_Y&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=3

https://www.youtube.com/watch?v=e6lsayr4Se8&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=4

https://www.youtube.com/watch?v=eLJNzJ0dhHw&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=5

https://www.youtube.com/watch?v=7rxe965LLgI&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=6

https://www.youtube.com/watch?v=4oVrCSFL0CU&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=7

# EXHIBIT B

New Mark Locations:

Print Screen 1 – not easy to see on this print screen, but the circled phrase below says 'Hammerless Impact Technology'



Below are 2 newly found links and screenshots of our mark being used on Clausen's website.

https://www.artakedowntool.com/collections/all



https://www.artakedowntool.com/products/free-8oz-lubricant-with-artt-purchase



PICK WHATEVER 2 Takedown Tools you love! Check out the Custom NEW 2 pc Takedown Tool pouches

From:  AR TakeDown Tool (contact@artakedowntool.com)

To:  default_robot@yahoo.com

Date:  Sunday, August 4, 2024 at 12:13 AM PDT



# HAVE IT YOUR WAY!

Great news Jeremy, our **sold-out best-seller** has finally made its grand return!

Grab it now before it's gone.



**1/8" ROLL PIN STARTER**

**5/32" STEEL PUNCH**

The Takedown Tool 2 Pack- AR-TT & The Takedown Tool of your choice in a USA Pouch

$79.99

Check out now

Buy with

**Check out the 100% USA Pouches**



Shop favourite's

New arrivals

**The Takedown Tools**
904 W Riverside Ave
Suite 2171

  

Spokane WA 99210

United States

No longer wish to receive these emails?
Unsubscribe

© 2024 AR TakeDown Tool

Websites:

https://www.clausen.inc/ar-takedown-tool





We are a company based in the PNW and have always been involved in the firearm and ammo market. We designed this tool specifically to eliminate the archaic disassembly and reassembly of your AR platformed firearm. We then realized it works with MANY other guns too. We began collaborating with H.I.T, Hammerless Impact Technologies and came up with this revolutionary tool. The AR-TT, also known as the AR Takedown Tool, is the fast, easy, and safe way to remove your firearm pins.

www.artakedowntool.com







https://www.clausen.inc/press



https://www.clausen.inc/press/2023/5/9/the-ar-takedown-tool





https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-the-takedown-tool-co-is-revolutionizing-the-sporting-goods-community





https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades



https://finance.yahoo.com/news/ar-takedown-tool-best-tool-160000728.html

https://www.artakedowntool.com/blogs/blogs/the-takedown-tools-youtube-channel



https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-shot-show-2022

2023



https://www.artakedowntool.com/blogs/blogs/arms-directory-does-a-full-write-up-and-interview-with-the-takedown-tools-and-its-inventor



https://www.instagram.com/hittools/?hl=en

https://www.linkedin.com/company/the-ar-takedown-tool/



There are more instances on this linkedIn page not included in the screenshot.

https://www.google.com/search?sca_esv=ea8345caca9cba8c&sca_upv=1&sxsrf=ADLYWlKVpnUcxNhdRH93HE5EedOxlrHdXg;1722274378714&q=The+HIT+Tools&si=ACC90nw89N8KBnKrpPXu_PZ2wy0jGXaIHNPVk7X0dQyNFbEifK5efvJUADvo_u_pKgs36imudo5bhIxcVmh5lerWGY7xHKzu317zwR0MdJ0QLF2T6L5bZ5p86nY2BgPj2HrEE6NAZA3yHrL9-BtS1assQowGFuMLx0XWLSh5mHeXibEK8LqV8GzY0aR6NPfc3LzPcbcQ44Q9X1O3Ssw7HDZogzZZ9f1YFR-bzbFzIUFimmcrkAYboRzuJKwYNRvVm5YMd2BoOgWs&sa=X&ved=2ahUKEwjq6LGE5MyHAxWYAjQIHYEOK2IQ6RN6BAgYEAE&biw=1368&bih=751&dpr=2

(Google business listing for "The HIT Tools" on the left-hand side)

The logo in Mr. Clausen's email signature line.

IMAGES:

https://www.artakedowntool.com/products/the-everything-this-tool-has-it-all-5-64-roll-pin-starter-and-a-5-64-roll-pin-punch-100-usa-made

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/real-steel-roll-pin-starter-1-8-5-32-steel-punch

https://www.artakedowntool.com/products/big-brass-hammer-punch-gun-cleaning-kit-tools

~~https://www~~ ..................... ~~g/the~~ ............... ~~tool is the~~ ........... ~~ti~~ .........

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-best-tool-invented-for-sporting-goods-in-decades

~~https://www.artakedowntool.com/blogs/blogs/soldier-systems-the-be~~ ...................................

https://soldiersystems.net/2022/01/15/the-ar-takedown-tool/

https://www.artakedowntool.com/blogs/blogs/get-zone

https://www.getzone.com/ar-tt-takedown-tool-review/

https://soldiersystems.net/2022/01/15/the-ar-takedown-tool/

https://www.artakedowntool.com/blogs/blogs/the-ar-takedown-tool-simplifying-firearm-maintenance

https://www.artakedowntool.com/blogs/blogs/labor-day-sale-once-you-have-a-tool-all-you-need-is-lubricant-for-your-gun-cleaning

https://www.artakedowntool.com/blogs/blogs/medium-com-article-revolutionizing-gun-cleaning-and-gunsmithing-with-the-ar-takedown-tool


VIDEOS:

https://www.artakedowntool.com/products/the-ar-takedown-tool-the-only-ar-platform-tool-needed-ar-tt

https://www.artakedowntool.com/pages/videos

https://www.artakedowntool.com/blogs/blogs

https://www.youtube.com/watch?v=CQAf8B8HgOc

https://www.linkedin.com/feed/update/urn:li:activity:7032489256400945152/?originTrackingId=zbdMsm9YQj%2BCNB1niCThtw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7031166073211158530/?originTrackingId=F9nY3H9ITlK5W2pRf4pVBw%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7027790841096146944/?originTrackingId=LEA8Q9ijQNyN%2B2oYpKumfg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7103218528702382080/?originTrackingId=5l7bGxSKQ3mpog739XyBLg%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:7063327291560374272/?originTrackingId=ew58%2F3WRRE6MVMOwAjhbQQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6983050928551575552/?originTrackingId=J8WcuJr0RU61FVv6inFHMQ%3D%3D

https://www.linkedin.com/feed/update/urn:li:activity:6978692933902319616/?originTrackingId=GdksXAToRqSpnaz2%2BhaYUQ%3D%3D

https://www.youtube.com/@Thetakedowntools

https://www.youtube.com/watch?v=81f04InduKk

https://www.youtube.com/watch?v=y-GzoMe3qlA

https://www.youtube.com/watch?v=ACK3C4Z6g5A

https://www.youtube.com/watch?v=AO_GKJBSzas

https://www.youtube.com/watch?v=PW9kTblllqs&t=11s

https://www.youtube.com/watch?v=p8OX-g66aws

https://www.youtube.com/watch?v=u0bKkpvCahw

https://www.youtube.com/watch?v=4oVrCSFL0CU

https://www.youtube.com/watch?v=7Zvh51ub8sQ

https://www.youtube.com/watch?v=kYOlryNIDjg

https://www.youtube.com/watch?v=TVXytv2WZ_o

https://www.youtube.com/shorts/k-Vtr-chr7s

https://www.youtube.com/shorts/quj-aGQFnTQ

https://www.youtube.com/shorts/Jf5XClez7cY

https://www.youtube.com/shorts/KUP8dzosr_Y

https://www.youtube.com/shorts/e6lsayr4Se8

https://www.youtube.com/shorts/eLJNzJ0dhHw

https://www.youtube.com/shorts/7rxe965LLgl

https://www.youtube.com/shorts/TlhTA-pzww0

https://www.youtube.com/shorts/DSN2jsTgBTl

https://www.youtube.com/shorts/wrddDkkjbVA

https://www.youtube.com/shorts/c0MGJhS6CEk

https://www.youtube.com/watch?v=quj-aGQFnTQ&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=1

https://www.youtube.com/watch?v=Jf5XClez7cY&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=2

https://www.youtube.com/watch?v=KUP8dzosr_Y&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=3

https://www.youtube.com/watch?v=e6lsayr4Se8&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=4

https://www.youtube.com/watch?v=eLJNzJ0dhHw&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=5

https://www.youtube.com/watch?v=7rxe965LLgI&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=6

https://www.youtube.com/watch?v=4oVrCSFL0CU&list=PL2kgjw1bo3CUYAbE5HZ1h4tohYMCTXTfd&index=7

# EXHIBIT C



e cookies to provide you with a great experience and to help our website run effectively.



1/15/25, 9:20 AM The Everything Tool - The Takedown Tools 5/64" Roll Pin Starter and a 5/64" roll pin punch - 100% USA Made - AR Takedown Tool

Case 2:24-cv-00413-SAB ECF No. 37 filed 01/24/25 PageID.758 Page 45 of 113







HOME    THE TAKEDOWN TOOLS    GET SPRUNG    VIDEOS    ABOUT US    AFFILATES    BLOG    DEALER SIGN UP    HOW IT WORKS

Home > The Takedown Tools. 100% USA Made Gun tools for gun cleaning, gun smithing and more > REAL STEEL- Roll pin starter 1/8" & 5/32" Steel punch



# REAL STEEL- Roll pin starter 1/8" & 5/32" Steel punch



## $34.99

Tax included.

Pay over time for orders over **$35.00** with shop Pay Learn more

Quantity

−    1    +        **ADD TO CART**

⌗ Share

  

re you get the best experience on our website. Learn more

       





## AR Takedown Tool - AR-TT Takedown Tool

### New Products - Sept/Oct 2022

The AR-TT Takedown Tool is a revolutionary device designed to replace the archaic mallet and pin punch set. Originally created for disassembly and reassembly of an AR platform firearm, it works with many other types of firearms as well. The hammerless impact technology design delivers up to 5,000 psi of pressure to remove and install detent pins, takedown pins, pressure pins, cotter pins, roll pins, and more. In addition, the AR-TT features brass tips that won't mar a gun and a black-oxide coating to ensure it will never rust. Its sleek design is easy to use and takes up little space in an armory kit. SRP: $39.99. (artakedowntool.com)

https://shotbusiness.com/2022/09/departments/new-products/new-product-ar-takedown-tool-ar-tt-takedown-tool/

re you get the best experience on our website. Learn more





BLOGS

## The Takedown Tool company, GET SPRUNG Apparel have partnered with Public SQ.

by Muhammad Munawar Hayyat on Jul 24, 2023





The Takedown Tool, available on both www.artakedowntool.com and https://app.publicsq.com/marketplace/96eefde1-7781-11ed-9647-50eb7179fd78?type=online, plays a pivotal role as a key partner within the vast ecosystem of www.PublicSq.com. This innovative tool offers firearm enthusiasts a highly efficient solution for the disassembly and reassembly of their AR rifles, ensuring a seamless process that saves time and eliminates any potential frustration.

The inclusion of the AR-Takedown Tool within the marketplace of www.PublicSq.com demonstrates a strong commitment to providing comprehensive solutions for shooting enthusiasts. By offering not only high-quality ammunition from Ammo.Inc but also convenient tools like the AR-Takedown Tool, www.PublicSq.com has become the go-to destination for all shooting-related needs.

This collaboration between www.PublicSq.com and the AR-Takedown Tool underscores the platform's dedication to ensuring its users have access to reliable products that enhance firearm ownership and safety. By featuring the AR-Takedown Tool on their website, www.PublicSq.com shows its continuous efforts to cater to the diverse needs of its community and expand its offerings to provide a holistic shooting experience.

In essence, the AR-Takedown Tool serves as an invaluable asset within the www.PublicSq.com ecosystem, offering users a practical and effective solution for the disassembly and reassembly of AR rifles. This partnership exemplifies www.PublicSq.com's commitment to delivering comprehensive solutions and enhancing the overall shooting experience for firearm enthusiasts.

When it comes to SEO optimization for search engines like Google, this content-rich description highlights the significance of the AR-Takedown Tool in the context of www.PublicSq.com. By incorporating relevant keywords such as "AR-Takedown Tool," "www.artakedowntool.com," "PublicSq.com," "firearm enthusiasts," and "shooting experience," this article aims to improve search engine visibility and enhance the discoverability of the AR-Takedown Tool and its association with www.PublicSq.com.

Tags: ar-15, AR-15 tools, gun cleaning, gun cleaning kit, Guns, gunsmithing, Pivot Pin Tool, Roll Pin Punches

Share:  f  p  y

← PREVIOUS                                                                    NEXT →

## Related Articles



Benefits of a High-Quality G

NOVEMBER 28, 2024

**Why Every AR-15 Owner Needs an AR-Takedown Tool**

READ MORE

## Leave a Comment

Your email address will not be published.

| Comment |
| --- |

| Your Name* |
| --- |

| Your Email* |
| --- |

Submit Now

**Tags**

Ar-15    AR-15 Tools    Gun Cleaning    Gun Cleaning Ar-15    Gun Cleaning Kit    Gun Kits    Guns    Gunsmithing    Pivot Pin Tool    Roll Pin Punches

US Army Is Military

**Instagram**

**SERVICE**

1

⌂                              ⊞                              🛍 0

Case 2:24-cv-00413-SAB    ECF No. 37    filed 01/24/25    PageID.766    Page 53 of
113

SHOP

COMPANY

BUSINESS INQUIRIES

© AR-TT LLC. 2024

⌂    ⊞    🛍 0


Save with free shipping. Shop now.



Search America's Marketplace

All ⌄   Personal Care   Beauty   Health   Food   Baby & Kids   Essentials   Home   Appare



### The AR–Takedown Tool



The AR–TAKEDOWN Tool is the only AR-15 tool you'll ever need...

♥ 47


**Shop**


Near me


Cart


Account

🚚 Save with free shipping. Shop now.



**PublicSquare**

All ▾

## Gallery







## About this Business

**Call**
(509) 410–0600



**Email**
contact@artakedowntool.com



🚚 Save with free shipping. Shop now.

**PublicSquare**

All ▾

Shop  Near me  Cart  Account

# EXHIBIT D



You m...

BEAUTY
BREAKI...
thetake...
♡ 12 ·

Clean y...
minutes
thetake...
♡ 53 ·

#Vids #

EXHIBIT E



# THE AR-TAKEDOWN TOOL
## HOW IT WORKS

**1** REMOVES AND ASSEMBLES THE TAKEDOWN PINS

**2** REMOVES AND ASSEMBLES THE TRIGGER PINS

**3** REMOVES AND ASSEMBLES THE PRESSURE PINS

**4** DISASSEMBLE FRONT DETENT

**5**

**6**



re you get the best experience on our website. Learn more







# HOW IT WORKS

**IT'S AS EASY AS 1-2-3 SIMPLY PULL BACK AND RELEASE. THIS TOOL REDEFINES HOW YOU UTILIZE A GUN CLEANING KIT, GUN SMITHING PROJECTS OR AR-BUILDS**

## How does THE AR-TAKEDOWN TOOL work?

The Takedown Tools all make gun cleaning, for your Rifles, pistols or shotguns a much simpler task. Want to modify any one of your firearms? Then The Takedown Tools single Handedly will handle that.

•Removes and assembles the Takedown Pins

•Removes and assembles the Trigger Pins

•Removes and assembles the Detent Pins

•Removes and assembles the Pressure pins

•Removes and assembles the Pivot Pins

•Removes and assembles the Cotter pins & More



The AR Takedown Tool: The Best Tool For Rifle Maintenance

10% off ✕

🏠            ⊞            🛍 0            Chat



# Get Sprung:
## THE FULL FUNCTIONALITY OF THE AR TAKEDOWN TOOL

You can now assemble or disassemble your AR-platformed firearms within 20 seconds! Be a gunsmith master with the innovative AR Takedown tool for cleaning, assembling, disassembling, and maintaining your rifle. Check out its features and functionality here.

Reviews

# DESIGNED FOR AR PLATFORMED FIREARMS

e classic AR-15 rifle design from the
50s was adopted by manufacturers for
mi-automatic sporting rifles. These rifles
e popular for hunting, competitive
ooting, and home defense.

r the best performance of your AR-15 rifle,
gular cleaning and maintenance are
sential. Using the AR Takedown Tool is
e safest, fastest, and easiest way to
move firearm pins for disassembly.



## BENEFITS OF USING THE
# AR TAKEDOWN TOOL

Traditional hammers and punches used to remove pins can cause damage to your rifle
The AR Takedown Tool is gentle yet powerful and will make smithing a breeze.

No marks

Small size for easy storage and carrying

No dings

Ergonomic shape for comfortable use

Reviews

Available i

1/24/25, 11:49 AM
Case 2:24-cv-00413-SAB    ECF No. 37    filed 01/24/25    PageID.778    Page 65 of
How to clean you gun | The Takedown tool
113





Over 50,000 PSI
distributed on release

Manufactured and
assembled in the USA
using quality materials

Limited  lifetime
guarantee

Black oxide finish

Made for gun owners

# AR TAKEDOWN TOOL FUNCTIONALITY

With over 10 easy-to-use features and functions in one tool, the revolutionary AR-TT is
all you need. Get powerful performance without damaging your rifle.

# HOW IT WORKS

**1** Removes and assembles takedown pins

**2** Removes and assembles trigger pins

**4.** Disassembles front detent

**3.** Removes and assembles pressure pins

**5.** Install front detent

**6.** And so much more!

Now there's no need for complicated kits to support your rifle. The AR-TT is the one and only takedown tool you need in the field and the workshop. Order yours today and make your rifle maintenance routine safer, faster, and easier.

## Sources:

https://www.nssf.org/msr/

https://www.thetruthaboutguns.com/tips-for-cleaning-an-ar-15-rifle-guns-for-beginners/#

https://www.diyprepper.com/gunsmithing-punches/



## MADE IN THE USA

The AR-Takedown Tool is the most revolutionary firearm tool created in decades. This single tool, no larger than a writing pen has over 5000 PSI when needed. The AR-Takedown tool replaces all those old pivot pin tools, pin punches, roll pins, mallets, hands etc. One of the core foundations of The AR-TT company is that we will only use Steel & Brass are all USA made, The assembly & Manufacturing is all done in the USA, even the packaging and printing are made & done locally.

We believe in supporting our local businesses, our first responders, law enforcement agencies, veterans & active duty military and the USA.

**BUY NOW**

Reviews

The AR-Takedown Tool Explanation & Wikipedia

The AR-TAKEDOWN Tool® is the only AR-15 tool you'll ever need to own again! It removes ALL -takedown pins _-trigger pins -detent pins -retainer pins -buffer tube/springs pins -pressure pins and it's the best pivot pin tool ever created! The best part is, it is 100% made in the USA From the steel and brass, to the manufacturing, printing, packag

The www.artakedowntool.com is the website for the most innovative tool created for modern firearms and AR-platform rifles. it's truly the most revolutionary AR & firearm tool brought to the market since the AR-15 itself. This single tool which is the size of a writing pen, packs a huge punch with over 5000 psi. Hammerless Technology is the science behind our ingenious design. It replaces those clunky roll pin punches, mallets, pin punches, tweezers & the pivot tool. All of this in a single tool. The AR-Takedown Tool® is Patented, Trademarked, copywritten and also has trademarked the phrase & tagline "GET SPRUNG" Get sprung

The Pivot pin tool: The Takedown Tool® completely solved the difficult pivot pin installation process on your AR-15 or other AR-platform. Don't let a little grain of rice (detent pin) spoil the fun of building, customizing or cleaning your AR-15. With The AR-Takedown Tool® Pivot Pin Tool feature, the process is now an easy, without the risk of marring your AR-15 lower receiver, loosing a pin or getting frazzled. Simply Slide the larger end of The AR-TT®, insert the spring and detent pin through the hole, unthread the opposite end of the ar-tt® and plunge in the pin, back it off and done.

national shooting sports foundation, NSSF was where The AR-Takedown Tool® was released at Shot Show 2022 January 18-21st 2022. It was the most heavily trafficked booth and was told by many it won best invention for 2022 Shot Show. Its not only a Pin tool, its the only AR-15, AR pistol, AR Rifle tool anyone needs to own. The tool is being sold direct to gun manufactures with their cleaning kits, cleaning rods and owners manuals, to help promote gun safety and instruct each consumer how to maintain and safely use their AR-platform. We also sell to consumers, military, law enforcement, federal governments, gun collectors, gunsmiths, gun owners, firearms instructors & modern style rifle owners all over the world. The AR-takedown tool® is 100% United States made and will always support USA based companies. The AR, actually stands for American Rifle, not assault rifle like everyone believes. That is why we have created an American hand tool that is truly the replacement to every other AR tool on the market.

Jonathan Clausen is the inventor, pioneer & patentor, of The AR-Takedown Tool®. Jonathan has been an avid sports shooter, firearm enthusiast and serial entrepreneur since the age of 19. His newest business and invention was released to the world at the beginning of 2022. The foundation that holds his corporation(s) to the highest caliber in business is that "his word means more than his signature" and " We will never make a dollar at the expense of anyone else" These quotes are found and followed on all of his public businesses. The AR-Takedown Tool®: The most innovated tooling brought to the gun market in decades, The takedown team will have 5 more products released in 2022. www.artakedowntool.com Lilac City LLC® first business started at 19, now one of Washington States largest Painting companies, and highest reviewed in the Pacific Northwest AAG LLC®: National ammunition and sporting goods wholesaler & online retailer www.allaboutbullets.com





Reviews

**Stay up to date with all latest news and exclusive offers**

Enter your email                                                                    Subscribe

1

🏠                          ⊞                          🛍 0





**COMPLETELY DISASSEMBLES YOUR AR-PLATFORM IN SECONDS**

⚔ **ALL IN 1 TOOL 10+ FUNCTIONS**

⚔ **REMOVES:**
- **TAKEDOWN PINS**
- **TRIGGER PINS.**
- **DETENT PINS**
- **PIVOT PINS**
- **PRESSURE PINS**
- **COTTER PINS**

⚔ **THE FLAGSHIP TOOL THAT STARTED IT ALL**

⚔ **SUPERIOR MANUFACTURING & 100% 🇺🇸 MADE**

⚔ **SIMPLE TO CONTROL**

⚔ **WILL NOT MAR, SCRATCH OR DAMAGE**

⚔ **CLEANING YOUR AR BACK TO FACTORY NEW ONLY TAKES A FEW MINUTES.**





Reviews

🏠     ⊞     🛍 0










## The AR-Takedown Tool ™ - The AR-15 Multi Tool & AR-15 disassembly tool (AR-TT ™)

$39.99

Quantity

− 1 +

ADD TO CART

Buy with

More payment options

Converted to HTML with WordToHTML.net

Reviews

SERVICE

SHOP

COMPANY

1

1/24/25, 11:49 AM

Case 2:24-cv-00413-SAB

How to clean your gun, The Takedown Tool.

ECF No. 37

filed 01/24/25

PageID.786

Page 73 of 113

**BUSINESS INQUIRIES**

© AR-TT LLC- The Takedown Tools. 2025



Reviews

# EXHIBIT F

# Instagram

Log In    Sign Up



hittools    **Follow**    **Message**    • • •

55 posts    39.8K followers    193 following

**HITTOOLS**
Hardware Store
The @hittools are innovative technology to reduce hammers, pin punches and other hand tools. Fully patented and coated... more
🔗 www.thehittools.com

    

#satisfied  Customer...  ...ide 4TH of J...  #happ...  ...ate JANUARY REL...

  















# Instagram

Log In    Sign Up















Show more posts from hittools

### Related accounts

See all

hair.on.marco
Hair On Marco • ...
Follow

odd.bytino
ODD by Tino
Follow

attikafinearts
Attika Fine Arts
Follow

sportfibramotos
Sportfibra motos
Follow

Fol

# EXHIBIT G

https://www.facebook.com/ARTAKEDOWNTOOL/about_details



https://www.facebook.com/photo.php?fbid=380656457809133&set=pb.100075943467520.-2207520000&type=3



https://www.facebook.com/photo.php?fbid=292282789979834&set=pb.100075943467520.-2207520000&type=3



https://www.facebook.com/ARTAKEDOWNTOOL/photos/pb.100075943467520.-2207520000/252002370586283/?type=3



https://www.facebook.com/ARTAKEDOWNTOOL/photos/pb.100075943467520.-2207520000/254504507002736/?type=3



Videos:

https://www.facebook.com/ARTAKEDOWNTOOL/videos/326391210160690

https://www.facebook.com/ARTAKEDOWNTOOL/videos/982942353059134

https://www.facebook.com/ARTAKEDOWNTOOL/videos/606107064515064

https://www.facebook.com/ARTAKEDOWNTOOL/videos/238373928647248

Reels:

https://www.facebook.com/reel/336954629430008

https://www.facebook.com/reel/1638568340229081

https://www.facebook.com/reel/2146860865650446

# EXHIBIT H

1/15/25, 8:52 AM
Case 2:24-cv-00413-SAB    ECF No. 37    filed 01/24/25    PageID.795    Page 82 of 113
The Takedown Tools | Best USA made gun cleaning tools





 4

The Takedown Tools 100% USA Made and product support 7 local businesses in the PNW



The Best Firearm Tools for maintenance, Field Stripping & Gun Cleaning

## Designed for Functionality Built to Last

Our purpose has been to be the only tools you'll ... ange bag or gun smithing needs. O...

Discover more about AR

Chat

soon to be released. Our 5 piece Gun Smithing Set not only replaces all listed above, but also has numerous roll pin starters, numerous surfaces for pounding in those pins, and it comes in a 100% USA made pouch to easily fit into any ruck, range bag, work bench or pocket. it's versatility and quality is unmatched and unparalleled by any other firearm tools on the market.



## 100% USA MADE

ABOUT US

**ALL in 1 N**

GET T

# CUSTOMER FEEDBACK

★★★★★

"I have been using this tool since I bought it. Absolutely worth it plus it's 100% made in the USA. "

**Kilian**

2  /  7

○



Stay up to date with our latest news
and exclusive offers.

Enter your email                                                                                    Subscribe

☐ I agree with the Terms & conditions

Discover more about AR                    Open TV

⌂                              ⊞                              🛍 4

**SHOP**

**COMPANY**

**BUSINESS INQUIRIES**

© AR-TT LLC. 2024





Home > The Takedown Tools. 100% USA Made Gun tools for gun cleaning, gun smithing and more > The AR-Takedown 5 piece Gunsmithing Set





# The AR-Takedown 5 piece Gunsmithing Set ☆

**$149.99**
Tax included.

Pay in 4 interest-free installments of **$37.50** with shop 💳 Learn more

★★★★★

Quantity

−   1   +          SOLD OUT

⤴ Share

 

Information        Product reviews        Specs of The AR-TT

THE GUN SMITH SETS are out of stock and ready to ship in approximately 8-10 weeks they're being made right now by our United States manufacturer

u get the best experience on our website. Learn more

          



THE GUN SMITH SETS are out of stock and ready to ship in approximately 8-10 weeks they're being made right now by our United States manufacturer

e best experience on our website. Learn more



**TAKEDOWN TOOLS**

HOME    THE TAKEDOWN TOOLS    GET SPRUNG    VIDEOS    ABOUT US    AFFILATES    BLOG    DEALER SIGN UP    HOW IT WORKS

# The Takedown Tools. 100% USA Made Gun Tools For Gun Cleaning, Gun Smithing And More

≡   ||   |||



**TAKEDOWN TOOL**

LETELY DISASSEMBLES YOUR AR-PLATFORM IN SECONDS

ALL IN 1 TOOL 10+ FUNCTIONS

REMOVES:
- TAKEDOWN PINS
- TRIGGER PINS.
- DETENT PINS
- PIVOT PINS
- PRESSURE PINS
- COTTER PINS

HE FLAGSHIP TOOL THAT STARTED IT ALL

UPERIOR MANUFACTURING & 100% 🇺🇸 MADE

IMPLE TO CONTROL

WILL NOT MAR, SCRATCH OR DAMAGE

CLEANING YOUR AR BACK TO FACTORY NEW ONLY TAKES A FEW MINUTES.



KEDOWN TOOL ™ - THE AR-15 MULTI
R-15 DISASSEMBLY TOOL (AR-TT ™)

$39.99



THE AR-TAKEDOWN 5 PIECE GUNSMITHING SET

$149.99



THE TAKEDOWN TOOL ™ - THE ONLY TOOL NEEDED (AR-TT ™)

$39.99



**TAKEDOWN TOOL**

🔩 5/64" ROLL PUNCH AND 5/6
STARTER

🔩 ALL PURPOSE GUN MULTI-TOO

🔩 ROLL PIN TOOL: GAS BLOCK,
BOLT RELEASE & MORE

🔩 100% USA MADE

🔩 LIFETIME WARRANTY

THE EVERYTHING TOOL:THE TAKEDOWN
5/64" ROLL PIN STARTER AND A 5/64"
PUNCH. 100% USA MADE

$34.99

re you get the best experience on our website.  Learn more


















Home  ›  The Takedown Tools. 100% USA Made Gun tools for gun cleaning, gun smithing and more  ›  The AR-Takedown 5 piece Gunsmithing Set

Reviews

**10% off**  ✕

Chat

$149.99

−  1  +    SOLD OUT

Reviews

1

$149.99

## The AR-Takedown 5 piece Gunsmithing Set

$149.99
Tax included.

Pay in 4 interest-free installments of **$37.50** with shop**Pay** Learn more

★★★★★ (120)

Quantity    —                                                      1                                                      ·

SOLD OUT

⌗ Share





Information

# THE GUN SMITH SETS are out of stock and ready to ship in approximately 8-10 weeks they're being made right now by our United States manufacturer

This revolutionary set comes with 5 tools and is necessary to have in your gun cleaning kit. The AR-

$149.99

Sig Sauer, Springfield, Beretta, Springfield, SW (Smith and Wesson), Colt, Ruger, FN, HK (Heckler and Koch), Kimber, Browning and more. These tools work seamlessly for installing, cleaning and preventative maintenance for all different kinds of firearms. All are lightweight, black oxide and heat treated.

Roll out your gun cleaning mat, pull out the gun cleaning kits and get to work! While using the takedown tools you'll reduce your gun cleaning time down by 90%! And you'll also do a much better clean because you'll have your upper and lower receiver apart, your Glock slide off etc.  We highly recommend pairing this kit with our favorite gun cleaner. Check out our Gunsmithing set that comes with a free 8oz bottle of cleaner

**Featured tools in this kit:**

**The AR Takedown Tool-** The AR Takedown Tool weighs 2oz and is made specifically for the M4-AR15 Firearm platform. Every gun owner needs this in their gun cleaning kit! Roll out your gun cleaning mat and get to work with ease. This tool assists with cleaning-preventative maintenance, disassembly and assembly of the pressure pins -Buffer spring, trigger pins, detent pins, magazine release, bolt, takedown pins and more.

when cleaning your AR-15 or AR-10 this tool makes every aspect of cleaning easier.

**The Real Steel:**

The 1/8 inch Roll pin starter with with the HEAVY STEEL PUNCH (5/32 inch steel pin, 1-3/8 inch long)  We recommend this tool for AK's.

**The Everything Tool:**

this tool truly does 100's of different applications for gun smithing, gun cleaning and your favored home builds. The 5/64 inch steel Roll pin punch 7/8 inch long with 5/64 inch roll pin starter. Allows you to do those hideous tasks on your gas blocks, M4 sights, Glock sights, Glock slide, and a ton more!

**The Big Brass:**

The 3/32 inch brass punch 1-3/8 inch long with Brass Hammer. The brass is a softer metal which is great for installing sights on all firearms.

**The Pistol Tool:**

The 1/16 inch steel punch 1-3/8 inch long with Nylon Hammer. This tool works great for pistols. The every day Glock owner, sig owner and p80 builders will love this tool! Not only does it help you with your

Reviews

1

$149.99

shooter who needs to have your firearms in pristine condition every time, this is the tool for you.

Product reviews

**The roll pin starters are used for Gas block, bolt release and trigger guard pins. The Brass and steel punch are for smaller pin assembly and disassembly, including taking apart pistol uppers and bolts.**

Specs of The AR-TT

**Proudly made in the USA!**

The Takedown Tools are changing the way gun cleaning is done!

# You Might Also Like







**THE TAKEDOWN TOOL 2 PACK- AR-TT & THE TAKEDOWN TOOL OF YOUR CHOICE IN A USA POUCH**

★★★★★ (2)

$79.99

**THE TAKEDOWN TOOLS: BRASS 2-PACK- THE AR-TAKEDOWN TOOL & BIG BRASS PUNCH AND HAMMER**

★★★★★ (1)

$59.99 $74.99

**THE AR-TAKEDOWN TOOL ™ - THE AR-15 MULTI TOOL & AR-15 DISASSEMBLY TOOL (AR-TT ™)**

★★★★★ (69)

$39.99

**THE TAKEDOWN
TOOL N...**

★

Reviews

SERVICE

SHOP



$149.99

**COMPANY**

**BUSINESS INQUIRIES**

© AR-TT LLC- The Takedown Tools. 2025



Reviews

1

https://www.artakedowntool.com/products/the-ar-takedown-5-piece-gunsmithing-set-sold-out-preorders-only



# EXHIBIT I

251



# CERTIFICATE OF ORGANIZATION
# LIMITED LIABILITY COMPANY

**FILED EFFECTIVE**

Title 30, Chapters 21 and 25, Idaho Code

Filing fee: $100 typed, $120 not typed

**Complete and submit the application in <u>duplicate</u>.**

2016 JUN -2 AM 9: 04

SECRETARY OF STATE
STATE OF IDAHO

1.  The name of the limited liability company is:

    Eight Eighteen, LLC

2.  The complete street and mailing addresses of the principal office is:

    824 W. 25th Ave, Spokane, WA 99203

3.  The name of the registered agent and the street address of the registered agent:

    Annie Tombari                1899 Cherry Ct. Boise, ID 83705

4.  The name and address of at least one governor of the limited liability company:

    James Goss                   824 W 25th Ave, Spokane, WA 99203

    Rebecca Goss                 824 W 25th Ave, Spokane, WA 99203

5.  Mailing address for future correspondence (annual report notices):

    824 W 25th Ave, Spokane, WA 99203

Signature of organizer(s).

Signature: _____

Printed Name: James Goss

Signature: _____

Printed Name: Rebecca Goss

Rev. 11/2015

Secretary of State use only

IDAHO SECRETARY OF STATE
**06/02/2016 05:00**
CK:1415 CT:325116 BH:1531250
1@ 100.00 = 100.00 ORGAN LLC #2
1@ 20.00 = 20.00 EXPEDITE C #3

W167186

# EXHIBIT J



Filed
Secretary of State
State of Washington
Date Filed: 03/17/2021
Effective Date: 03/17/2021
UBI #: 604 730 011

# INITIAL REPORT

## UBI NUMBER

UBI Number:
**604 730 011**

## BUSINESS NAME

Business Name
**HAMMERLESS TOOLS LLC**

## REGISTERED AGENT

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| MARK TURPEN | 3327 56TH AVE SW, SEATTLE, WA, 98116-3103, UNITED STATES | 3327 56TH AVE SW, SEATTLE, WA, 98116-3103, UNITED STATES |

## REGISTERED AGENT CONSENT

Customer provided Registered Agent consent? - **Yes**

## EFFECTIVE DATE

Effective Date:
**03/17/2021**

## OTHER PROVISIONS

Other Provisions:

## PRINCIPAL OFFICE

Phone:
**206-999-5494**

Email:
**TARATURPEN@MSN.COM**

Street Address:
**3239 56TH PL SW, SEATTLE, WA, 98116-3105, UNITED STATES**

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Mailing Address:
**3239 56TH PL SW, SEATTLE, WA, 98116-3105, UNITED STATES**

## GOVERNORS

| Title | Governor Type | Entity Name | First Name | Last Name |
|-------|---------------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | MARK | TURPEN |
| GOVERNOR | INDIVIDUAL | | DAVID | TURPEN |
| GOVERNOR | INDIVIDUAL | | JAMES | GOSS |
| GOVERNOR | INDIVIDUAL | | MARTY | PAROLA |
| GOVERNOR | ENTITY | MBDT ENTERPRISES, LLC | | |

## NATURE OF BUSINESS

Nature of Business:
**WHOLESALE TRADE**

## RETURN ADDRESS FOR THIS FILING

Attention:
**DAVID TURPEN**

Email:
**TARATURPEN@MSN.COM**

Address:
**3239 56TH PL SW, SEATTLE, WA, 98116-3105, UNITED STATES**

## UPLOAD ADDITIONAL DOCUMENTS

| Name | Document Type |
|------|---------------|
| hammer.docx | CORRESPONDENCE |

## UPLOADED DOCUMENTS

| Document Type | Source | Created By | Created Date |
|---------------|--------|------------|--------------|
| No Value Found. | | | |

## EMAIL OPT-IN

☐  I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON - STAFF CONSOLE

☑  Document is signed.

Person Type:
**INDIVIDUAL**

First Name:
**DAVID**

Last Name:
**TURPEN**

---

Work Order #: 2021031500169175 - 1
Received Date: 03/15/2021
Amount Received: $200.00

Title:
**MEMBER**

This document is a public record. For more information visit www.sos.wa.gov/corps

**Work Order #: 2021031500169175 - 1**
**Received Date: 03/15/2021**
**Amount Received: $200.00**

EXHIBIT K









# Jonathan Clausen

President & Founder @ The AR-TAKEDOWN TOOL | Inventing Marketable Products

Spokane, Washington, United States

2K followers · 500+ connections

 See your mutual connections

Join to view profile

**AR-TT** The AR-TAKEDOWN TOOL

Eastern Washington University

---

### Contact Jonathan for services

Advertising, Business Consulting, Marketing Consulting, Project Management, Executive Coaching, Brand Consulting, Brand Design, Web Design, Product Launch Events, and Trade Shows

See all details

---

## About

Hello, I'm Jonathan, an inventive entrepreneur with over 15 years of experience in starting and growing businesses across various industries. I am the President and Founder of The AR-





my ventures, and ALL ABOUT BULLETS, an e-commerce and wholesale platform for ammunition and sporting goods.

I have a passion for innovation, problem-solving, and creating value for customers and partners. I invented, patented, and trademarked the AR-TAKEDOWN TOOL from scratch and launched it at the Shot Show 2022, where it was named the best invention of 2021. I have also secured contracts with the top national and international companies for wholesaling and retailing my product, as well as the exclusive rights to distribute the H.I.T Tool, another unique tool for homeowners and contractors. I am a member of the Young Entrepreneur Council, a prestigious invitation-only organization for successful entrepreneurs. My mission is to provide quality tools that save time, money, and energy for gun owners and professionals alike.

## Articles by Jonathan



**The YEC invited us on last year!**

By Jonathan Clausen

Feb 19, 2022

## Activity







**Great swag to be had! Post your video of The AR-TAKEDOWN TOOL & The TAKEDOWN Tools, leave a review and receive whatever shirt and hat you'd like!**

Shared by Jonathan Clausen



**Take a look at some of the highlights of The AR-TAKEDOWN TOOL & The TAKEDOWN Tools ! We have truly been focused on supporting local businesses along...**

Shared by Jonathan Clausen






**The best 100% #usamade product for the #sportinggoods business! What consumer doesn't love a tool for less than $40 that has over 10 functions, and...**

Shared by Jonathan Clausen

Join now to see all activity

# Experience



**President & Founder**

The AR-TAKEDOWN TOOL

Mar 2021 - Present · 2 years 9 months

United States

I invented the AR-TAKEDOWN TOOL from an early prototype to a fully developed, marketable product. I secured patents, trademarks, and all legal IP to protect the business and initiated a soft release two months prior to Shot Show, the world's largest sporting goods and firearms expo.

At Shot Show 2022, we were named the best invention for 2021. We were not only the busiest exhibitor out of 5,000 participants, but also garnered the attention of over 1500 people wanting to sell our...

Show more ⌄

 

Jan 2021 - Present · 2 years 11 months

CLAUSEN.inc is a parent company to all of the different companies in which we hold.



### President/CEO/Founder

ALL ABOUT BULLETS

Jun 2020 - Present · 3 years 6 months

I also serve in an advisory level role with full-spectrum financial management, sales and acquisitions, team building, and regional wholesaling responsibility. I lead an e-commerce management team to optimize social media strategies, engagement rate, and purchasing functions to deliver results on time and under budget. I am currently focusing on the development of government contracts with a class 7 FFL.



### President/ Exclusive wholesaler

The H.I.T Tools

May 2021 - Present · 2 years 7 months

United States

JJCM LLC
I developed, and launched JJCM LLC as a warehousing, fulfillment center business from the ground up. This not only includes shipping and fulfilling all our own in-house products, specialty products from other manufacturers but it also includes the Hit Tools. The Hit Tools manufacturer requested that we be their sole online retailer and national distributor. We are in the process of expanding to a national level and bringing on other brands.



### President

Lilac City LLC

Jul 2009 - Present · 14 years 5 months

Lilac City Painting & Lilac City LLC (Construction Company)
I currently serve in an advisory level role with direct oversight of a VP of Operations and Sales teams to drive daily business activities. I launched this business from the ground up in a tumultuous and uncertain time in the market and scaled it to an industry-leading service provider today.

 Outlook

---

## Hey Guys

---

**From** Jonathan Clausen <jonathan@clausen.inc>

**Date** Wed 4/26/2023 8:55 PM

**To** rebecca@thehittool.com <rebecca@thehittool.com>; James Goss <james_goss3769@hotmail.com>

📎 1 attachment (151 KB)

8-18 LLC RESELLERS start.pdf;

Hey guys,

we got a good starting point of redlined documents. Kilian and I got stuck in salt lake till today :/ but all is good and We are home now. Also I will have our list of distributors finalized by friday too

Hope you're having a great week!

**Jonathan Clausen**

*CEO/ PRESIDENT/ FOUNDER*

📞 509-724-6261  ✉ Jonathan@clausen.inc  🌐 www.clausen.inc  in jonathanclausen



    

It all begins with an idea. The desire to launch a business. Here at Clausen Inc. we have a diverse portfolio of businesses that have served the Pacific Northwest for nearly 15 years. I'm Jonathan clausen and I have been an entrepreneur since the age of 19 and started everything with $0.00 in the bank and never had a $ given to me or a loan. Just hard work. I got a $5,000 paint job which should have been $35,000 (lesson learned) but from it I bought a $500 van and $1,100 paint sprayer. I stayed in college for another 7 years chopping away, at a degree, I will never use but it's part of the learning experience. I Then grew Lilac city painting into the premier choice for our entire region in the inland Northwest, Spokane Washington. We are now the highest reviewed painting company in the Pacific Northwest. I am the CEO/Founder/President of Lilac City Painting, Lilac City LLC, AAG LLC( regional wholesale for Ammunition and sporting goods, www.allaboutbullets.com & www.ammozons.com) , AR-TT LLC (The AR-Takedown Tool and the H.I.T Tools. Check Them all out on clausen.inc it will link you to the specific businesses for more info.

his website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

# EXHIBIT L



1/32&2/32 Nail Set And door hinge pin set

8500294663061





**HiT TOOL**

MADE IN U.S.A.

**HAMMERLESS IMPACT TECHNOLOGY**

3/16" CENTER PUNCH

**PROFESSIONAL GRADE**
-HIGHEST QUALITY MATERIALS

**SUPERIOR POWER**
-UP TO 5000 PSI IMPACT FORCE

**NEW COMFORT GRIP**
-PATENT PENDING DESIGN

**BLACK OXIDE FINISH**
-CORROSION RESISTANT

**GUARANTEED QUALITY**
-LIMITED LIFETIME GUARANTEE

PATENT PENDING

**HiT TOOL**

MODEL# CPONS2

**HAMMERLESS IMPACT TECHNOLOGY**

3/16" CENTER PUNCH

Make Shallow the Purpose of Wood Surfaces.
Providing
las para
de metal y
les surfaces en métal

**2" NAIL SET**

ciently Set and Countersink Finish Nails
and Brads into Wood Surfaces.
do para fijar y avellanar de manera eficiente
y clavos de acabado en superficies de madera.
u pour fixer et fraiser efficacement les clous de
finition dans les surfaces en bois.

