**LUKINS & ANNIS**
ATTORNEYS

717 W Sprague Ave, Ste 1600
Spokane, WA 99201-0466
t 509-455-9555
f 509-747-2323    lukins.com

REID G. JOHNSON
rjohnson@lukins.com

OLIVIA C. BLOOM
obloom@lukins.com

January 24, 2025

<u>**VIA ECF & ELECTRONIC DELIVERY**</u>

The Honorable Chief Judge Stanley A. Bastian
United States District Court for the Eastern District of WA
920 W. Riverside Ave
Spokane, WA 99201

RE:   *Hammerless Tools, LLC v. Jonathan Clausen, et al.,*
      **Case No. 2:24-CV-00413-SAB**

Dear Judge Bastian:

I represent Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC, in the above-referenced matter. I am writing to you concerning my office's unintentional oversight regarding the filing the unredacted version of the Declaration of Reid G. Johnson, submitted in opposition to Plaintiffs' Motion for a Preliminary Injunction.

Defendants filed their opposition materials on January 15, 2025. However, my office unintentionally omitted the unredacted version of my declaration, *i.e.*, the Declaration of Reid G. Johnson. I first became aware of this oversight this afternoon. As a result of this unintended mistake, we are filing the unredacted Declaration of Reid G. Johnson for your consideration herewith.

Significantly, my office's unintentional filing oversight will cause no prejudice or hardship to Plaintiffs. Plaintiffs were served with copies of all pleadings submitted in opposition to their motion, including the unredacted Declaration of Reid G. Johnson, on the day the pleadings were due, January 15, 2025.

Best regards,

LUKINS & ANNIS, P.S.

Reid G. Johnson
Olivia C. Bloom

A Professional Services Corporation    Spokane | Coeur d'Alene | Moses Lake