FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>      Plaintiffs,<br><br>      v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>      Defendants. | No. 2:24-CV-00413-SAB<br><br>**ORDER STAYING MATTER PENDING BANKRUPTCY PROCEEDINGS** |

On February 11, 2025, Defendants' counsel filed a Notice of Pending Bankruptcy and Automatic Stay, ECF No. 40. Defendants are represented by Reid Johnson and Oliva Bloom.

Counsel indicates that Defendant Jonathan Clausen declared bankruptcy under Chapter 13 in the United States Bankruptcy Court for the Eastern District of Washington. Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC, are

**ORDER STAYING MATTER PENDING BANKRUPTCY PROCEEDINGS ~ 1**

entities owned by Jonathan Clausen. Counsel indicates the above-captioned action against Defendants is likely stayed unless and until relief from the stay is granted by the Bankruptcy Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter is **STAYED**, pending resolution of the bankruptcy proceedings filed by Defendant Jonathan Clausen.
2. Defense counsel shall notify the Court file a status certificate on or before **April 21, 2025**, or within two (2) weeks after the bankruptcy proceedings have concluded or**,** which ever occurs first.
3. For docket purposes only, Plaintiff's Motion for Preliminary Injunction, ECF No. 9, is **DISMISSED**, with leave to renew.
4. Defendant's Motion to File Over Length Brief Pursuant to LR 7(f)(5), ECF No. 24, is **GRANTED**.
5. Defendant's Motion to File Under Seal, ECF No. 25, is **GRANTED** in part. The Clerk of Court shall file the following documents under seal: ECF Nos. 26, 28, 31, 34. The Clerk of Court shall file the following documents in the public record: ECF Nos. 27, 29, 30, 32.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel and set a case management deadline accordingly.

**DATED** this 21st day of February 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER STAYING MATTER PENDING BANKRUPTCY PROCEEDINGS** ~ 2