LUKINS & ANNIS, P.S.
REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
E-mail: rjohnson@lukins.com
            obloom@lukins.com

Attorneys for Defendants

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2025

SEAN F. McAVOY, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, <br><br>             Plaintiffs, <br> v. <br><br> JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, <br><br>             Defendants. | NO. 2:24-CV-00413-SAB <br><br> DECLARATION OF JONATHAN CLAUSEN IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF
JONATHAN CLAUSEN: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax:  (509) 747-2323

I, JONATHAN CLAUSEN, hereby make the following declaration:

1.     I am over the age of 18, competent to testify, and I make the following statements based upon my own personal knowledge.

2.     I am one of the Defendants in the above-captioned matter.

3.     I own several Spokane-based businesses, including Clausen, Inc., AR-TT, LLC, and Lilac City Painting, LLC.

4.     Several years ago, I developed an idea to create a spring-driven tool to assist in the disassembly of ArmaLite Rifle firearms.  I dubbed this new tool as the AR Takedown Tool or the AR-TT Tool (hereinafter, the "AR-TT Tool").

5.     I first met James Goss ("Goss"), the managing member of Plaintiff Hammerless Tools, LLC, in approximately May of 2021 when I was providing him a quote for painting services through Lilac City Painting, LLC.  Upon our first meeting, I noticed that Goss had spring-driven tools that seemed similar to my idea for the AR-TT Tool.

6.     After several discussions about spring-driven tools and my idea, Goss agreed to help design and ultimately manufacturer the AR-TT Tool for me to market and sell as my own.

7.     After various rounds of prototypes—all paid for at my expense—I approved the final design for the AR-TT Tool's eventual launch into the market.

DECLARATION OF
JONATHAN CLAUSEN: 2

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

8.    With the AR-TT Tool's design finalized, I then began to expend substantial time and resources in preparing the AR-TT Tool's product launch.

9.    In August of 2021, Goss requested that I include the phrase "Hammerless Impact Technology" on all packaging for the AR-TT Tool.  I agreed, and purchased new packaging for the AR-TT Tool which included this phrase moving forward.  Goss and I coordinated to ensure that the advertising and marketing materials for the AR-TT Tool included the phrases "Hammerless Impact Technology" and/or "HIT Tool(s)."   I accommodated Goss's requests to ensure that my product packaging and advertising/marketing materials for the AR-TT Tool complied with his specifications.  It was my understanding and belief at this time that I had a license to use the "Hammerless Impact Technology" and/or "HIT Tool(s)" phrases on all of my products' packaging, as well as in all advertisements and marketing materials for the AR-TT Tool moving forward.

10.    Attached hereto as **Exhibit A** is a true and correct copy of a text message sent from Goss to myself on August 27, 2021.

11.    The AR-TT Tool went to market in end of September or early October of 2021.

12.    Shortly after the AR-TT Tool's successful product launch, Goss and another member of Hammerless Tools, LLC, Mark Turpen ("Turpen") asked if I

DECLARATION OF
JONATHAN CLAUSEN: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

could assist in launching their new spring-driven products under the brands "HIT Tool(s)" and "Hammerless Impact Technology." Goss and Turpen told me that they had been impressed with the advertising and marketing for my AR-TT Tool, and specifically the AR-TT Tool's website. They requested that I create all advertising and marketing materials for their new brands, "HIT Tool(s)" and "Hammerless Impact Technology," including the brands' websites. In exchange for my services, Goss, Turpen, and I agreed that I would be the exclusive distributor for all HIT Tool and Hammerless Impact Technology products.

13.    Consistent with our agreement, I understood that I had a license to use the "HIT Tool(s)" and "Hammerless Impact Technology" as needed in order to develop and create the advertisements, marketing materials, and websites for these brands.

14.    As promised, I went to work on getting the "HIT Tool" and "Hammerless Impact Technology" brands ready to launch, including creating the brands' websites. Under Goss's direction, I expended substantial costs and effort to market his new business. I hired and paid for third party social media influencers, content creators, a website graphic designer, as well as design and marketing consultants to assist with marketing HIT Tool/Hammerless Impact Technology, and paid for all of the brands' marketing materials. I personally paid

DECLARATION OF
JONATHAN CLAUSEN: 4

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

for these marketing and advertising expenses with the understanding that I would be reimbursed by Goss and/or his business, Hammerless Technology, LLC.

15.    I performed these services and expended these costs with the understanding that, as the HIT Tool/Hammerless Impact Technology products' exclusive distributor, I would financially benefit from a successful launch of the brands. I ultimately spent hundreds of thousands of dollars on my marketing and advertising efforts for Goss's products. To-date, I have still not been reimbursed for any costs I expended for the benefit of Goss's new brands.

16.    The HIT Tool/Hammerless Impact Technology products launched in about Fall of 2021 or early Winter of 2022. Pursuant to our license agreement, I began holding myself out as the products' exclusive distributor. My relationship with Goss/Hammerless Tools, LLC proceeded as follows: I would submit orders for HIT Tool/Hammerless Impact Technology tools and AR-TT Tools to Goss and/or Hammerless Tools, LLC (the manufacturer), I would pay for the tools, then I would sell the tools for a small profit. All the while, I continued to market and advertise for both the HIT Tool(s)/Hammerless Impact Technology products and my own AR-TT Tools.

17.    As a part of my marketing and advertising services, as well as my role as the HIT Tool/Hammerless Impact Technology products exclusive distributor,

DECLARATION OF
JONATHAN CLAUSEN: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Docusign Envelope ID: 8DEA4462-69A2-4CC5-BD1E-DF2EAE141717

and with Goss's consent, I travelled across the country to attend various firearm trade shows and award shows, <u>including the 2023 Gundie Awards</u>, in an effort to reach more potential consumers.  At each of these events, I marketed both my own AR-TT Tool (which packaging and advertisements included the Hammerless Impact Technology phrase), as well as Goss's own tools, which were branded as "HIT Tool(s)" and/or "Hammerless Impact Technology."

18.    In approximately May of 2023, and without any prior discussion or warning, Goss informed me over a lunch meeting that I was being "booted out" of the HIT Tool/Hammerless Impact Technology brands.  Goss informed me that I could no longer be a distributor of any of his tools, and that he and his company would be taking all of my clients.

19.    Shortly after this lunch meeting, I received Cease and Desist letter from Hammerless Tools, LLC, informing me that I could no longer use the HIT Tool(s)/Hammerless Impact Technology brands.  Goss and his entities (hereinafter collectively referred to as "Plaintiffs") then filed a Complaint against me and my entities, Clausen, Inc., AR-TT, LLC, and Lilac City, LLC, asserting numerous claims, including trademark infringement.

20.    On June 28, 2024, Plaintiffs and I (on behalf of all Defendants), entered into a Settlement Agreement, ████████████████

DECLARATION OF
JONATHAN CLAUSEN: 6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Docusign Envelope ID: 8DEA4462-69A2-4CC5-BD1E-DF2EAE141717

1

2

3

4

5

6      21.    The Settlement Agreement required that Plaintiffs

7

8

9

10

11

12

13

14

15

16

17      22.    I

18

19

20

21

22

23

24

25

26

DECLARATION OF
JONATHAN CLAUSEN: 7

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

23. ████████████████████████████

████████████████████████████████████

███████████████

24. ████████████████████████████████████

███████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

███████████████

25. Accor████████████████████████████

████████████████████████████████████

█████████████████████████████████████

█████████████████████████████

26. My attorney requested an explanation ████████████████████████

█████████████████████ but did not receive a response.

27. Pursuant to the Settlement Agreement, ████████████████████████

██████████████████████████████████████

█████████████████████████████████

██████████████████████████████████████

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave , Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax  (509) 747-2323

DECLARATION OF
JONATHAN CLAUSEN: 8

28. Plaintiffs assert that I ████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████ Attached hereto as **Exhibit B** is a true and correct

copy of AR-TT, LLC's current registration with the Department of Revenue ████

██████████████████████████████████

29. Plaintiffs also assert that ████████████████████

████████████████████████████████████████

████████████████████ AAG, LLC, was neither a party to either

lawsuit brought by Plaintiffs, nor a party to the Settlement Agreement. Plaintiff

omitted the full image taken from the Department of Revenue's website that

clearly shows that this non-party entity, AAG, LLC ██████████████

████████████████ Attached hereto as **Exhibit C** is a true and correct

copy of the full image of AAG, LLC's registration with the Department of

DECLARATION OF
JONATHAN CLAUSEN: 9

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Revenue. Additionally, the entity AAG, LLC, was administratively dissolved by the Washington Secretary of State in July of 2024. Attached hereto as **Exhibit D** is a true and correct copy of AAG, LLC's notice of Administrative Dissolution issued by the Secretary of State, effective as of July 2, 2024.

30. After the Settlement Agreement was entered, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This was extremely difficult because, as permitted under our license agreements, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and also hired multiple third parties ▮▮▮▮▮▮▮▮▮▮ After receiving Plaintiffs' instant motion, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ To be clear, I did not intentionally ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮.

31. The large majority of Plaintiffs' concerns are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DECLARATION OF
JONATHAN CLAUSEN: 10

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave , Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ██████

4

5      32.    For example, Plaintiffs support their motion by ████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████

8

9 ████████████████████████████████████████

10      33.    Significantly, these ████████████████ while my license

11 agreements with Goss and Hammerless Tools, LLC were still in effect.  Thus, it is

12 my understanding that, ████████████████████████████████████████

13

14 ████████████████████████████    ████████████

15 ████████████████████████████████████

16

17 ████████████████████████ which will set my company's

18 marketing efforts back substantially.

19      34.    The other ████ cited by Plaintiffs ████████████████

20

21 ████████████████████████████████████

22 ████████████████████████████████    ████████

23 ████████████████████████████████████████

24

25 ████████████████████████████████

26

DECLARATION OF
JONATHAN CLAUSEN: 11

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax  (509) 747-2323

35.    Since Plaintiffs filed their instant motion, ███████████████

███████████████████████████████████████████████████████████

███████████████████████████

36.    Plaintiffs also cite the YouTube channel @AR-TakeDownTool2703—a channel with only one video which was created approximately three years ago.  However, I do not have access to this channel.  Because I do not have access to the @AR-TakeDownTool2703 YouTube channel, I engaged in good faith ████████████████████████████████ ████████████████████████

37.    Plaintiffs also support their motion by citing to the @HitTools Instagram account.  However, I have not had access to this account for nearly two years.  Attached hereto as **Exhibit E** is a true and correct copy of a screenshot from my Instagram platform showing all Instagram accounts that I have access to.  Because I am unable access or delete this account myself, █████████████████ ████████████████████████████.  Plaintiffs have maintained the ability to file the same request as I did.

38.    Plaintiffs also claim that I "recently posted" new videos on my website for the AR-TT Tool which show Plaintiffs' brands.  These videos were not, in fact, recently posted.  In reality, the videos listed were created on or before

DECLARATION OF
JONATHAN CLAUSEN: 12

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave , Suite 1600
Spokane, WA  99201
Telephone  (509) 455-9555
Fax  (509) 747-2323

1  May of 2023, when we had a valid license agreement.  Regardless of this fact, I

2  ████████████████████████████████████████████████████████

3  ██████████████████████

4

5      39.    Plaintiffs assert that I am presently manufacturing tools which

6  infringe on their D199 design patent.  This is false.  Since the Settlement

7  Agreement was signed, I have not manufactured or purchased any tools.  Instead, I

8  am continuing to sell the AR-TT Tools which I purchased from Plaintiffs as late as

9

10  January of 2023.  There was as substantial delay in sales efforts because I was

11  ████████████████████████████████████████████. ███████

12  ████████████████████████████████ I am now still working to sell my

13

14  original inventory.  With that said, I am currently looking for a new manufacturer

15  to create tools which do not infringe on Plaintiffs' patent.

16

17      40.    Over our relationship, I lawfully purchased thousands of tools for my

18  AR-TT Tool brand from Plaintiffs Goss and/or Hammerless, LLC—my

19  manufacturer.  The following reflects my current inventory of the AR-TT Tools

20  that I purchased Goss/Hammerless, LLC as late as January of 2023:

21

22      • **The AR-Takedown Tool**
23          o Purchased: 16,296
24          o Remaining: 4,526 remaining
25      • **The AR-TT Tool & The Everything Multi Tool 5/64" Roll Pin Starter & 5/64" Roll Pin Punch**

26

DECLARATION OF
JONATHAN CLAUSEN: 13

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone (509) 455-9555
Fax  (509) 747-2323

- o Purchased: 1,000
- o Remaining: 33
- **The AR-TT & 1/8" Roll Pin Starter & 5/32" Pin Punch**
  - o Purchased: 1,000
  - o Remaining: 50
- **The AR-TT & The Brass Hammer and Brass Punch**
  - o Purchased: 1,000
  - o Remaining: 99
- **The AR-TT & The Pistol Tool**
  - o Purchased: 1,000
  - o Remaining: 94

I declare under the penalty of perjury of the laws of the United States of America that the foregoing statement is true and correct.

DATED this 15th day of January, 2025.

_Jonathan Clausen_
JONATHAN CLAUSEN

DECLARATION OF
JONATHAN CLAUSEN: 14

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

| | | |
|---|---|---|
| Johanna Tomlinson | ☐ | U.S. Mail |
| Caleb A. Hatch | ☐ | Hand Delivered |
| Lee & Hayes | ☐ | Overnight Mail |
| 601 W Riverside Avenue | ☐ | Telecopy (FAX) |
| Suite 1400 | ☒ | Via email / ECF |
| Spokane, WA 99201 | | |
| johanna.tomlinson@leehayes.com | | |
| caleb.hatch@leehayes.com | | |

Attorneys for Plaintiffs

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

DECLARATION OF
JONATHAN CLAUSEN: 15

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax (509) 747-2323

# EXHIBIT A



4:35      0:32

411      JG      James

The pink lines on the backer file is the die cut lines for our cardboard backers, so that will need to change a little for the clamshell insert card dimensions. (Clamshell insert Card Dimensions are 7.085 x 2.505 x .250 corner radius).

If you need, I can share the font files with you as well. Hopefully she can play with the HIT Tool logo and make an AR-TT logo that you like and works... maybe a blocky AR with the center of the 'R' in red and the TT under the AR with a down pointing angle?
The only thing I ask is that you keep the vertical HAMMERLESS IMPACT TECHNOLOGY somewhere in there... I had been thinking of changing it the black and centering it in the white box that the tool sits in.

That would be killer, would you ask mark for me. He said he was

Subject

iMessage

**EXHIBIT B**

Washington State Department of Revenue 

‹ **Business Lookup**

# License Information:

New search   Back to results

| | |
|---|---|
| **Entity name:** | AR-TT LLC |
| **Business name:** | AR TAKEDOWN TOOL |
| **Entity type:** | Limited Liability Company |
| **UBI #:** | 604-817-724 |
| **Business ID:** | 001 |
| **Location ID:** | 0001 |
| **Location:** | Active |
| **Location address:** | 108 N WASHINGTON ST STE 203 SPOKANE WA 99201-5133 |
| **Mailing address:** | PO BOX 2171 SPOKANE WA 99210-2171 |
| **Excise tax and reseller permit status:** | Click here |
| **Secretary of State status:** | Click here |

# Endorsements

| Endorsements held a | License # | Count | Details | Status | Expiration | First issua |
|---|---|---|---|---|---|---|

| Endorsements held a | License # | Count | Details | Status | Expiration | First issua |
|---|---|---|---|---|---|---|
| Spokane General Business | | | | Active | Oct-31-2( | May-05-2 |

## Governing People *May include governing people not registered with Secretary of State*

| Governing people | Title |
|---|---|
| CLAUSEN.INC | |

## Registered Trade Names

| Registered trade names | Status | First issued |
|---|---|---|
| AR TAKEDOWN TOOL | Active | May-05-2023 |
| AR-TT | Active | May-05-2023 |
| GET SPRUNG | Active | May-05-2023 |
| THE AR TAKEDOWN TOOL | Active | May-05-2023 |
| THE TAKEDOWN TOOLS | Active | May-05-2023 |

The Business Lookup information is updated nightly. Search date and time: 1/13/2025 3:29:37 PM



**Contact us**

How are we doing?
**Take our survey!**

Don't see what you expected?
**Check if your browser is supported**



# EXHIBIT C

Washington State Department of Revenue 

‹ **Business Lookup**

# License Information:

New search    Back to results

**Entity name:**    AAG LLC

**Business name:**    AAG LLC

**Entity type:**    Limited Liability Company

**UBI #:**    604-717-144

**Business ID:**    001

**Location ID:**    0001

**Location:**    Active

**Location address:**    726 N HOGAN ST
OFC
SPOKANE WA 99202-2833

**Mailing address:**    726 N HOGAN ST
OFC
SPOKANE WA 99202-2833

**Excise tax and reseller permit status:**    Click here

**Secretary of State status:**    Click here

# Endorsements

| Endorsements held a | License # | Count | Details | Status | Expiration | First issua |
|---|---|---|---|---|---|---|
| Spokane General Business | | | | Active | Feb-29-2( | Feb-22-2( |

# Governing People *May include governing people not registered with Secretary of State*

| Governing people | Title |
|---|---|
| CLAUSEN LLC | |

# Registered Trade Names

| Registered trade names | Status | First issued |
|---|---|---|
| AAB | Active | Feb-22-2021 |
| AAG | Active | Feb-22-2021 |
| ALL ABOUT BULLETS | Active | Feb-22-2021 |
| ALLABOUTBULLETS.COM | Active | Sep-07-2021 |
| AMMO.INC | Active | Mar-23-2023 |
| AMMOZONS | Active | Mar-23-2023 |
| AR TAKEDOWN TOOL | Active | Sep-07-2021 |
| AR-TT | Active | Sep-07-2021 |
| HITTOOLSTORE.COM | Active | Sep-07-2021 |

The Business Lookup information is updated nightly. Search date and time: 1/14/2025 9:16:42 AM

**Contact us**

How are we doing?
**Take our survey!**

Don't see what you expected?
**Check if your browser is supported**

**EXHIBIT D**



**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

07/03/2024

AAG LLC
JONATHAN CLAUSEN
726 N HOGAN ST
SPOKANE WA 99202-2833

## ADMINISTRATIVE DISSOLUTION

Greetings!

UBI #: 604 717 144
Entity Name: AAG LLC

The above listed entity has not filed its annual report that was due on 02/29/2024. As a result, the entity is no longer in active status.

In accordance with RCW23.95.605-610, the above entity is hereby administratively dissolved as of: **07/03/2024**.

This action was taken due to failure of the entity to file a required report within the time set forth by law.

Under RCW 23.95.615, a domestic entity that is administratively dissolved may apply for reinstatement no later than five (5) years after the effective date of administrative dissolution noted above. RCW 23.95.615 identifies the requirements for an application for reinstatement.

You can access the Washington Secretary of State, Corporations and Charities Filing System (CCFS) online to reactivate your entity using the following website https://www.sos.wa.gov/corps

Sincerely,

Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.

# EXHIBIT E

# Instagram

You can log into these accounts because they're in your Accounts Center.

 **allaboutbullets**    Log in

 **ammo_zons**    Log in

 **artakedowntool**    Log in

 **jdclausen**    Log in

**Switch accounts** or **Sign Up**

# EXHIBIT F

