LUKINS & ANNIS, P.S.
REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
E-mail: rjohnson@lukins.com
obloom@lukins.com

Attorneys for Defendants

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2025

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>                    Defendants. | NO. 2:24-CV-00413-SAB<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

This matter came before the Court on Plaintiffs' Motion for a Preliminary Injunction. The Court having examined the pleadings filed herein, including the following:

1. Plaintiffs' Motion for Preliminary Injunction;

2. Declaration of James Goss in Support of Plaintiffs' Motion for Preliminary Injunction;

3. Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

4. Declaration of Jonathan Clausen in Opposition to Plaintiffs' Motion for Preliminary Injunction;

5. Declaration of Reid G. Johnson;

6. Declaration of Ryan McDonald;

7. _____

8. _____

9. _____; and

10. _____.

ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

1   And having further reviewed all other applicable legal authority, and
2
3   deeming itself fully apprised on all matters raised in Plaintiffs' Motion, the Court
4   hereby DENIES Plaintiffs' Motion for a Preliminary Injunction.
5   It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs'
6
7   Motion for a Preliminary Injunction is is DENIED.
8   IT IS SO ORDERED.
9   DATED this _____ day of February, 2025.
10
11
12                              _____
13                              THE HONORABLE STANLEY A. BASTIAN
                                CHIEF UNITED STATES DISTRICT JUDGE
14
15
16  Presented by:
17  LUKINS & ANNIS, P.S.
18
19  By: /s/ Reid G. Johnson
20      REID G. JOHNSON, WSBA #44338
        OLIVIA C. BLOOM, WSBA #60111
21      Attorneys for Defendants
22
23
24
25

ORDER DENYING PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January, 2025, I served the foregoing document on counsel of record at the address and in the manner described below:

Johanna Tomlinson
Caleb A. Hatch
Lee & Hayes
601 W Riverside Avenue
Suite 1400
Spokane, WA 99201
johanna.tomlinson@leehayes.com
caleb.hatch@leehayes.com

Attorneys for Plaintiffs

☐ U.S. Mail
☐ Hand Delivered
☐ Overnight Mail
☐ Telecopy (FAX)
☒ Via email / ECF

/s/ Fiona R. Spring
Fiona R. Spring, Legal Assistant

ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323