Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | CASE NO. 2:24-cv-00413-SAB **PLAINTIFFS' MOTION TO LIFT STAY** |
| Plaintiffs, | |
| v. | |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

Hammerless Tools, LLC and Eight Eighteen, LLC ("Plaintiffs"), by and through their attorneys of record, Lee & Hayes PC, move the Court for an Order lifting the Automatic Stay. This Motion is supported by the Declaration of Caleb

PLAINTIFFS' MOTION TO LIFT STAY - 1

Hatch and Exhibits thereto, other previously and concurrently filed documents in this action, the Court's files, the arguments of counsel, and any other matter that the Court may properly consider.

On February 21, 2025, this Court entered an Order Staying Matter Pending Bankruptcy Proceedings (the "Stay Order"). ECF No. 41. Specifically, the Stay Order states, "[t]he above-captioned matter is STAYED, pending resolution of the bankruptcy proceedings filed by Defendant Jonathan Clausen." Additionally, "[d]efense counsel shall notify the Court file a status certificate on or before April 21, 2025, or within two (2) weeks after the bankruptcy proceedings have concluded or, whichever occurs first." *Id.*

The bankruptcy proceeding was resolved on July 23, 2025 – the bankruptcy court dismissed the proceeding. *See* Declaration of Caleb Hatch at ¶ 3. Though defense counsel did not file with this Court a status certificate on or before April 21, 2025, or information regarding the conclusion of Clausen's bankruptcy proceeding, because the bankruptcy proceeding is resolved, Plaintiffs respectfully request this Court lift the stay in this matter.

DATED this 19th day of September, 2025.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400

PLAINTIFFS' MOTION TO LIFT STAY - 2

Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorneys for Plaintiff*

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1

## <u>CERTIFICATE OF SERVICE</u>

2

3    I hereby certify that on September 19, 2025, I caused the foregoing to be

electronically filed with the Clerk of the Court using the CM/ECF System which

in turn automatically generated a Notice of Electronic Filing (NEF) to all parties

in the case who are registered users of the CM/ECF system. The NEF for the

foregoing specifically identifies recipients of electronic notice.

4

5

6

7

8    <u>s/ Caleb Hatch</u>
Caleb Hatch, WSBA #51292

9

10

11

12

13

14

15

16

17

18

19

20

21

22    PLAINTIFFS' MOTION TO LIFT STAY - 4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979