1  Caleb Hatch, WSBA #51292
   Johanna R. Tomlinson, WSBA #57582
2  LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
3  Spokane, Washington 99201
   Telephone: (509) 324-9256
4  caleb.hatch@leehayes.com
   Johanna.tomlinson@leehayes.com
5
   *Attorneys for Plaintiffs*
6

7  ## IN THE UNITED STATES DISTRICT COURT
   ## FOR THE EASTERN DISTRICT OF WASHINGTON

8

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | CASE NO.  2:24-cv-00413-SAB |
| Plaintiffs, | **DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO LIFT STAY** |
| v. | |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

        CALEB HATCH, declares and states as follows:

        1.    I am over the age of eighteen and make this declaration based upon my

personal knowledge and the files and records of my firm and am competent to testify

HATCH DECLARATION – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   to the matters herein.

2         2.    I am an attorney of record for Plaintiffs Hammerless Tools, LLC and

3   Eight Eighteen LLC in the above captioned matter.

4         3.    I recently discovered that Clausen's bankruptcy proceeding has

5   concluded and was dismissed. Attached hereto as **Exhibit A** is a true and correct

6   copy of the United States Bankruptcy Court for the Eastern District of Washington's

7   July 23, 2025 Order dismissing Case No. 24-01739-FPC13.

8

9         DATED this 19th day of September, 2025, at Spokane, Washington.

10                                          s/ Caleb Hatch
                                            Caleb Hatch

11

12

13

14

15

16

17

18

19

20

HATCH DECLARATION – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

HATCH DECLARATION – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

**So Ordered.**

**Dated: July 23rd, 2025**

Frederick P. Corbit

**Frederick P. Corbit**
**Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 24-01739-FPC13 |
| JONATHAN AND JODI LYNN CLAUSEN, | **ORDER DISMISSING CASE** |
| Debtors. | |

THIS MATTER came before the court on confirmation of the Chapter 13 Plan. The court reviewed the files and records herein, heard comments of the attorney for the Chapter 13 Trustee, and counsel for the debtor. Based on the Debtors' lack of payments and the Court finding that the Debtors are unable to propose a feasible Chapter 13 Plan,

IT IS ORDERED that cause exists and Debtors' case is **DISMISSED.**

    1.

///End of Order///

ORDER DISMISSING CASE