FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>　　　　Defendants. | No. 2:24-CV-00413-SAB<br><br>**ORDER LIFTING STAY** |

　　　　Before the Court is Plaintiffs' Motion to Lift Stay, ECF No. 50. The motion was heard without oral argument. Plaintiff is represented by Caleb Hatch and Johanna Tomlinson. Defendants are represented by Olivia Bloom and Reid Johnson.

　　　　Previously, the Court stayed this matter pending the resolution of Defendants' bankruptcy proceedings. Plaintiffs indicate the bankruptcy

**ORDER LIFTING STAY** ~ 1

proceedings were dismissed in July 2025, and they ask that the stay be lifted. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Lift Stay, ECF No. 50, is **GRANTED**.

2. The stay imposed on February 21, 2025, ECF No. 41, is **LIFTED**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 22nd day of September 2025.



Stan Bastian
Chief United States District Judge

**ORDER LIFTING STAY** ~ 2