1  Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
2  LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
3  Spokane, Washington 99201
Telephone: (509) 324-9256
4  caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com
5
*Attorneys for Plaintiffs*
6

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>                    Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**DECLARATION OF JAMES GOSS IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

James Goss, declares and states as follows:

1.      I am over the age of eighteen and make this declaration based upon my

personal knowledge and the files and records of my companies and am competent

DECLARATION OF JAMES GOSS – 1

1   to testify to the matters herein.

2      2.    I am the owner of Hammerless Tools, LLC and Eight Eighteen, LLC.

3   Together, we are the "Plaintiffs" in the above-captioned action.

4      3.    In 2016, I formed Eight Eighteen, LLC ("Eight Eighteen") to conduct

5   a consulting & manufacturing business.

6      4.    In 2017, I began manufacturing tools for others in my garage on nights

7   and weekends.

8      5.    In 2018, I began to primarily design, manufacture, and sell spring

9   driven hand tools used by painters, finish carpenters, and contractors. By the middle

10   of 2020, I had expanded to designing, prototyping, and white labeling gunsmithing

11   tools for Wyoming Sight Drifter. This relationship is ongoing to this day.

12      6.    By late 2020, I expanded further to designing, prototyping, and white

13   labeling tools for Covert Instruments. These are spring driven hand tools for

14   Firefighters, First Responders, and Locksmiths. This relationship is still ongoing to

15   this day as well.

16      7.    Throughout this time, I created and developed the designs,

17   modifications and upgrades and prototypes that evolved into the current design

18   protected by a US Patented Design held by Hammerless Tools, LLC.

19      8.    In February 2021, I formed Hammerless Tools, LLC ("Hammerless

20   Tools") to create efficiencies in the manufacture, marketing, and sale of Eight

DECLARATION OF JAMES GOSS – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

Eighteen's spring driven tools. Since its inception, and continuing to date, Hammerless Tools has continuously and consistently advertised, promoted, and sold its spring driven tools as HAMMERLESS IMPACT TECHNOLOGY-branded tools.

9.    My companies use the following trademarks on our products: HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos (collectively "Plaintiffs' Marks).

10.    On June 17, 2025, Hammerless Tools was granted U.S. Reg. No. 7830946 for the mark HAMMERLESS IMPACT TECHNOLOGY. Attached hereto as **EXHIBIT A** is a true and correct copy of the trademark registration certificate for HAMMERLESS IMPACT TECHNOLOGY.

11.    In May 2021, Jonathan Clausen ("Clausen"), as a representative of Lilac City, LLC, came to bid on my house for a painting job. And, while at my house, Clausen noticed my spring driven tools. Eventually, Clausen discussed with me the idea of using my spring driven tool design with ArmaLite Rifle ("AR") platform guns (the "AR-TT Tool"). After discussions with Clausen, through Eight Eighteen, I began the design of the AR-TT Tool, cycling through designs and producing multiple prototypes, all paid for by Eight Eighteen.

12.    During that process, Clausen also asked about possibly reselling the other HAMMERLESS IMPACT TECHNOLOGY tools. Clausen was allowed to

DECLARATION OF JAMES GOSS – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

purchase and resell Plaintiffs' tools. Defendants purchased and resold Plaintiffs' tools as one of a number of resellers until the relationship was terminated. The HAMMERLESS IMPACT TECHNOLOGY tools were purchased by Clausen through several entities, including AR-TT, LLC and Lilac City, LLC.

13.    On September 07, 2021, without my knowledge and without approval of Hammerless Tools, LLC, Clausen created the DBA for HITTOOLSTORE.COM.

14.    Around September 2022, Hammerless Tools attempted to receive payment from AR-TT, LLC for products via its QuickBooks interface. QuickBooks informed Hammerless Tools it could not process the payment because Clausen had represented himself as the owner, CEO, and President of both AR-TT, LLC and of H.I.T. (Hammerless Impact Technology) Tool on LinkedIn.

15.    I told Clausen he could not claim to be the owner, CEO, or president of H.I.T. Tool or the company responsible for the HAMMERLESS IMPACT TECHNOLOGY brand and instructed Clausen to change the description on his LinkedIn account as well as all other websites and social media.

16.    Around the same time, I learned Clausen was creating HAMMERLESS IMPACT TECHNOLOGY-branded materials without authorization or approval from Hammerless Tools or Eight Eighteen. The marketing materials created by Clausen showed inaccurate information about Plaintiffs' products. I repeatedly asked Clausen to cease from developing materials for the HAMMERLESS IMPACT

DECLARATION OF JAMES GOSS – 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   TECHNOLOGY-branded tools. However, despite my multiple requests, Clausen

2   continued to create marketing materials for the HAMMERLESS IMPACT

3   TECHNOLOGY tools without authorization or approval from Hammerless Tools or

4   Eight Eighteen.

5        17.    Defendants do not own rights in or to Plaintiffs' HAMMERLESS

6   IMPACT TECHNOLOGY trademark, trade name, or branded tool. I did not give

7   Defendants permission or authorization to represent themselves as the owner of my

8   companies or the HAMMERLESS IMPACT TECHNOLOGY tools.

9        18.    I also discovered Clausen established multiple websites, social media

10  accounts, and advertisements – without authorization – claiming he owned and

11  invented the HAMMERLESS IMPACT TECHNOLOGY-branded tool.

12       19.    On May 5, 2023, without my knowledge or authorization, Clausen

13  registered the trade name with the Washington Department of Revenue for THE HIT

14  TOOL.

15       20.    In May 2023, Hammerless Tools and Eight Eighteen, through counsel,

16  sent Clausen a letter demanding Clausen and his entities cease and desist from

17  utilizing Hammerless Tools' and Eight Eighteen's name, images, trademarks, and

18  goodwill. Clausen refused. On August 29, 2023, Hammerless Tools and Eight

19  Eighteen filed a Complaint against the Defendants in the Superior Court of the State

20  of Washington in Spokane (Case Number 23-2-03519-32) for trademark

DECLARATION OF JAMES GOSS – 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    infringement, false association, violations of the Washington Consumer Protection

2    Act, and breach of contract.

3        21.    Defendants were never licensed to use Plaintiff's trademarks or to

4    develop or create advertisements, marketing materials, or websites for Plaintiffs.

5        22.    There has bever been a license agreement with Defendants.

6        23.    Defendants were never in charge of Plaintiffs' websites and were not

7    told to create any websites for Plaintiffs. In fact, Plaintiffs' website for their tools

8    already existed before meeting Clausen.

9        24.    Defendants were not given permission or authorization to create

10   marketing  or  advertising  materials  for  Plaintiffs,  were  never  promised

11   reimbursement, and were not authorized to continue using Plaintiffs' intellectual

12   property. In fact, I specifically told Clausen to stop making what he called marketing

13   materials and we were never going to use "influencers" and scantly clad women

14   because it does not fit with Plaintiffs' brand or marketing.

15       25.    Despite being explicitly told to stop using Plaintiffs' intellectual

16   property, and agreeing in a settlement agreement to cease, Defendants continue to

17   use Plaintiffs' trademarks and patented design.

18       26.    During litigation, the Parties engaged in settlement negotiations and in

19   June 2024, the Parties executed a settlement agreement (the "Agreement") with the

20   intention of preventing further litigation.

DECLARATION OF JAMES GOSS – 6

27.     A true and correct copy of the Agreement is attached at Exhibit A to my previously filed Declaration at ECF No. 14.

28.     In the Agreement, the Parties agreed that Defendants would cease use, and remove all use, of Plaintiffs' marks as identified in the agreement attached at Exhibit A to my previously filed Declaration at ECF No. 14. Defendants have failed to comply with their obligations under the Agreement and continue to use Plaintiffs' Marks.

29.     In the Agreement, Defendants also agreed to destruction and proof of destruction requirements as outlined in the agreement attached at Exhibit A to my previously filed Declaration at ECF No. 14. Defendants have again failed to comply and have not shared proof of destruction.

30.     Even though Defendants had already, and continued, to breach the Settlement Agreement, Plaintiffs still repurchased all resalable tools.

31.     The tools that were not purchased were because they are not sellable and must be destroyed.

32.     All of the tools that were not repurchased suffered from moisture damage or stored in compromised containers resulting in unverifiable integrity of the tools.

33.     It is not possible or responsible to resell tools that have been subject to moisture damage or whose integrity cannot be confirmed due to faulty storage.

DECLARATION OF JAMES GOSS – 7

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   Those tools are not resalable. This is also why Defendants are supposed to destroy

2   them, rather than continue to try to sell them or give them away as they have been.

3         34.    Defendants never informed me or my companies that there was any

4   issue with the repurchase of the tools.

5         35.    My companies performed their duties in accordance with the

6   Agreement; while Clausen and his entities have not.

7         36.    On July 30, 2024, my counsel notified Defendants' counsel, via email,

8   of the content still displayed in connection with Defendants' online and social media

9   platforms in violation of the Agreement. Direct links to the content were provided

10   to Defendants to resolve the issues. Neither Clausen nor his attorney responded.

11         37.    Following the dismissal of the Washington State case, I became aware

12   that Defendants were still in breach of the Agreement. Even following the filing of

13   the initial motion for preliminary injunction in this case – which was stayed pending

14   Defendants' now dismissed bankruptcy matter – I am aware that Defendants have

15   not ceased all use of Plaintiffs' intellectual property, and continue to use Plaintiffs'

16   intellectual property.

17         38.    Defendants' unauthorized use of Plaintiffs' Marks has already resulted

18   in actual confusion. On August 15, 2024, I received a new contact submission

19   through my website from a confused customer looking for the AR-TT tool on my

20   companies' website but could not find it. Attached hereto at EXHIBIT B to my prior

DECLARATION OF JAMES GOSS – 8

Declaration [ECF No. 14] is a true and correct copy of the communication from the confused customer. The customer believed HAMMERLESS IMPACT TECHNOLOGY and AR Takedown Tool to be the same company due to Defendants continued use of Plaintiffs' trademarks.

39.    Defendants' infringing use and false representations have further harmed Plaintiffs. For example:

    a. In September 2022, Hammerless Tools attempted to receive payment from AR-TT, LLC for products via its QuickBooks interface, but could not process the payment because Clausen had represented himself as the owner, CEO, and President of both AR-TT, LLC and of H.I.T. (Hammerless Impact Technology) Tool on LinkedIn.

    b. Clausen met with Sherwin-Williams and falsely led Sherwin-Williams to believe that Clausen was the owner or principal of Hammerless Tools, and the meeting had not gone well. In fact, Sherwin-Williams had filed a lawsuit against Clausen and his Lilac City Painting business for failure to pay Sherwin-Williams for building materials and supplies. Sherwin-Williams, based on Clausen's representation that he owned Plaintiffs' companies refused to do business with Plaintiffs and rejected Plaintiffs' efforts

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

to explain that Clausen was not an owner of principal of Plaintiffs' businesses.

c.  Around April 2023, Plaintiffs' third-party sales representative reached out to a distributor, Mid-States Distributing, LLC. Mid-States informed Plaintiffs' representative that our company was already established as a vendor. We were confused as we had never approached Mid-States before and did not provide them with our information. Mid-States informed Plaintiffs that Clausen represented himself as the owner of Plaintiffs' companies in setting him up as a vendor with Mid-States.

40.  Defendants' actions and false representations destroyed and tarnished Plaintiffs' reputation with these companies, some of which have refused to work with Plaintiffs, and likely more. Plaintiffs' reputation will keep being harmed and Plaintiffs' will keep losing business opportunities by Defendants continuing to use Plaintiffs' trademarks and patented design.

41.  On September 16, 2024, my counsel sent a formal demand letter to Defendants' counsel detailing Defendants' ongoing and new breaches of the Agreement and new acts of trademark and design patent infringement. Defendants still failed to come into compliance with the Agreement.

42.  Rather than comply with the Agreement, Defendants began new and

DECLARATION OF JAMES GOSS – 10

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    additional uses of Plaintiffs' Marks and re-uploaded infringing material that had

2    been removed during the Parties' negotiations. Defendants failed to cease nearly any

3    of its previous use of Plaintiffs' trademarks on their websites and social media

4    platforms.

5        43.    I also became aware of new infringement of Plaintiffs' Marks by

6    Defendants on their social media platforms, marketing emails, and product websites

7    as further detailed in this Declaration and evidenced by the multiple images,

8    screenshots, and photographs included in this Declaration.

9        44.    I also discovered that Defendants began manufacturing, offering, and

10    selling nearly identical tools (the "Accused Products") that infringed on Hammerless

11    Tools' Design Patent No. D981199 (the 'D199 Patent").

12        45.    I and the other two inventors obtained a patent for the design of the

13    unique ridges on my "HIT Tools," the 'D199 Patent. The 'D199 Patent was assigned

14    to Plaintiff Hammerless Tools on April 20, 2021. The 'D199 Patent was legally

15    issued by the United States Patent and Trademark Office on March 21, 2023. A true

16    and correct copy of the 'D199 Patent is attached at Exhibit C to my previously filed

17    Declaration [ECF No. 14].

18        46.    The 'D199 Patent resulted from the United States Patent Application

19    No. 29/779,573, filed on April 20, 2021.

20        47.    Below are copies of the design claims in the 'D199 Patent:

DECLARATION OF JAMES GOSS – 11

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



FIG. 1     FIG. 2     FIG. 3  FIG. 4     FIG. 5     FIG. 6

The photos below show examples of Plaintiffs' HIT Tools:



48.    My companies previously manufactured white-label tools covered by the 'D199 Patent for Defendants to purchase and re-sell. But the last sale to Defendants was in January 2023. Neither I nor my companies have sold or manufactured products for Defendants to sell since January 2023. Neither I nor my companies have given Defendants permission or authorization to use the patented design.

DECLARATION OF JAMES GOSS – 12

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

49.    Still, following the execution of the Agreement, Defendants began using their own manufacturer and offering for sale tools that are directly infringing on Hammerless Tools' design patent.

50.    Below are examples of Defendants' products that directly infringe on Plaintiffs' 'D199 Patent:



51.    Neither I nor my companies have provided authorization, permission, or consent to Defendants to copy, imitate, or use in any manner the design claimed by the 'D199 patent, and have not sold Defendants any white-label tools since January 2023.

52.    Defendants readily admit they have sold far more tools, using the patented design, than were provided by Plaintiffs.

DECLARATION OF JAMES GOSS – 13

53.    In March of 2025, Defendants advertised they sold "over 30,000" AR-Takedown Tools—significantly more than the 16,296 sold to them by Plaintiffs. Attached hereto as **EXHIBIT B** is a true and correct copy of an email I received from Defendants advertising "over 30,000" AR-Takedown Tools sold.

54.    In April of 2025, Defendants advertised they sold "over 40,000" AR-Takedown Tools—significantly more than the 16,296sold to them by Plaintiffs. Attached hereto as **EXHIBIT C** is a true and correct copy of an email I received from Defendants advertising "over 40,000" AR-Takedown Tools sold.

55.    Below are screenshots wherein Defendants purport to have sold anywhere from 30,000 to 40,000 products, despite Plaintiffs only selling to Defendants approximately 16,296 products:



DECLARATION OF JAMES GOSS – 14

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979





56.     Defendant Clausen admitted under oath in his Declaration to this Court that Defendants only purchased 16,296 tools in total from Plaintiffs. ECF No. 47 at ¶ 40.

57.     Yet, Defendants now state online and in emails to consumers that Defendants have sold over 40,000 tools – which is 23,704 more than Defendants purchased from Plaintiffs, and Defendants' websites show they are using the same patented design.

58.     Defendants also state on their website that the AR-TT tools are "built by American veterans and machinists, and not outsourced to overseas factories." Below is a screenshot of Defendants' website (https://www.artakedowntool.com/blogs/blogs/how-i-saved-my-wife-s-edc-kimber-micro-9mm-with-the-takedown-tools%E2%84%A2) touting the tools being

DECLARATION OF JAMES GOSS – 16

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

made by veterans:



59.     Plaintiffs are not veterans and have never purported to be veterans. As such, the only explanation for Defendants' statement regarding veteran made, is that Defendants are manufacturing tools that continue to infringe on Plaintiff's patented design.

60.     All tools manufactured by Defendants after they have depleted the original 16,000 tools from Plaintiff, infringe of Plaintiff's design patent.

61.     Defendants' own website stated that it was sold out of tools and was manufacturing more. Now that same website states that they are ready to ship in "8 weeks"       as       they       get       new       pouches       made. https://www.artakedowntool.com/products/the-ar-takedown-5-piece-gunsmithing-

DECLARATION OF JAMES GOSS – 17

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

set. As Defendants stated they were sold out of tools but are now nearly ready to ship tools once the pouches are made, any new tools are not from Plaintiffs. Yet Defendants are still selling these tools using images of Plaintiff's patented design, without authorization or permission.

62.     To date, Defendants have not only failed to remove existing Marks and logos belonging to Plaintiffs but have also made new unauthorized use of Plaintiffs' intellectual property, all to the detriment of Plaintiffs.

63.     Further, Instagram profile @HITtools created by Defendants is still live and is actively causing confusion in the marketplace. Defendants have been using the @HITtools Instagram, using Plaintiffs' Marks, to market, show, and sell infringing products.

64.     Defendant Clausen told me that he created the Instagram account and Facebook account which continue to use Plaintiffs' trademarks and images of tools infringing on Plaintiff's patented design.

65.     In a sworn declaration to this Court on January 15, 2025, Defendant Clausen declared under oath that he spent copious amounts of time and effort removing all use of Plaintiffs' trademarks and there would never be any use of the marks by Defendants. ECF No. 47 at ¶¶ 27, 30, 35.

66.     Despite Defendant Clausen's declaration, Defendants have continued to use Plaintiffs marks – also in breach of the Agreement – as further identified in

DECLARATION OF JAMES GOSS – 18

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    my declaration below.

2         67.    Below  are  screenshots  of  Defendants'  unauthorized  @hittools

3    Instagram page:



4

5

6

7

8

9

10

11

12

13        68.    Defendants  own  and  operate  a  separate  Instagram  page,

14   @artakedowntool,  through  which  Defendants'  use  Plaintiffs'  Marks  to  market

15   infringing products.

16        69.    Below  are  screenshots  from  Defendants'  @artakedowntool  social

17   media  page  using  Plaintiffs'  Marks  without  permission  and  in  violation  of  the

18   Agreement:

19

20

DECLARATION OF JAMES GOSS – 19







70.    Defendants also own and operate the YouTube Channel @Hittools which utilizes Plaintiffs' name and logo in several different locations.

71.    Below is the @Hittools YouTube page's description:



72. Defendants' YouTube page @ar-ttakedowntool2703 is used to promote Defendants' infringing products also displays Plaintiffs' trademarks in the description.

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

73.    Below is the @ar-ttakedowntool2703 YouTube page's description:





74.    Defendants' YouTube Channel continues to use Plaintiff's registered trademark without authorization, even posting additional use as recently as this summer, as shown in screenshots below:

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



75.     Defendants have breached the Agreement, infringed on Plaintiffs' trademarks, infringed Hammerless Tools' design patent, and have failed to cure their unlawful use following the Agreement and repeated demands by Plaintiffs.

76.     Defendants' acts of breach of contract, trademark infringement, and patent infringement have caused, and will continue to cause, damage to Plaintiffs.

77.     I also discovered that rather than cease use of Plaintiffs' Marks, Defendants have actually begun posting new videos also using Plaintiffs' Marks.

78.     Following the filing of the first preliminary injunction motion in this action (which action was stayed pending Defendants now dismissed bankruptcy proceeding), Defendants removed some, but not all, of their unauthorized use of Plaintiffs' intellectual property.

79.     In fact, not only did Defendants fail to cease all use of Plaintiffs'

DECLARATION OF JAMES GOSS – 24

registered and common law trademarks and use of Plaintiff's design patent, Defendants have continued to use and post new uses of Plaintiffs' intellectual property.

80. Defendants posted a video on their website at https://www.artakedowntool.com/blogs/blogs showing a tool clearly infringing Hammerless Tools' design patent and showcasing the product packaging using Plaintiffs' "HAMMERLESS IMPACT TECHNOLOGY" trademark.

81. Below is a screenshot from Defendants' video:



82. Defendants also posted at least four additional new videos to their website at https://www.artakedowntool.com/pages/videos, showing the infringing product – and using, both orally and in writing, Plaintiffs' Marks.

83. Below are screenshots from Defendants' videos:

DECLARATION OF JAMES GOSS – 25

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1

2

3

4

5

6

7

8



9

10

11

12

13

14

15

16

17



18

19

20

DECLARATION OF JAMES GOSS – 26

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979







LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

84.     Defendants are continuing to create confusion in the marketplace by utilizing confusingly similar variations of Hammerless Tools' registered trademarks.

85.     For example, Defendants utilize "Hammerless Technology" in the advertisement and promotion of its products, which merely removes the term "Impact" in an attempt to confuse consumers.

86.     Defendants also continue to falsely claim its products are "patented," despite Defendants never owning a patent or receiving authorization to utilize Plaintiffs' patent.

87.     Below are screenshots as recent as August 2025 demonstrating Defendants' purposeful creation of confusion in the marketplace, including on Defendants' websites (https://www.artakedowntool.com/pages/how-the-tools-work and https://www.artakedowntool.com/pages/about-us) and LinkedIn page (https://www.linkedin.com/company/thetakedowntools/about/):

DECLARATION OF JAMES GOSS – 28

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



88.     Defendants claim that their product is patented and trademarked; however, the patent and trademark registration are owned by Plaintiff and Defendants do not have authorization or permission to use Plaintiff's patented design or trademarks.

89.     On January 15, 2025, Defendant Clausen submitted a sworn declaration to this Court stating he "…also removed all references to these brands on my LinkedIn and Facebook accounts. ECF No. 47 at ¶ 27.

90.     Despite Defendant Clausen's declaration, Defendants continue to use Plaintiffs' marks on LinkedIn and Facebook.

91.     Defendants continue to use Plaintiff's registered trademark on their LinkedIn page, as shown in the screenshots below of Defendants' LinkedIn page in

DECLARATION OF JAMES GOSS – 30

1    August 2025:



LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



DECLARATION OF JAMES GOSS – 32

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



92.    Defendants' Facebook page remains replete with infringing use of Plaintiff' trademarks and images depicting Plaintiff's patented design, which Defendants' use to sell infringing tools, as shown in the August 2025 screenshots of Defendants' public Facebook account:



LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1



2

3

4

5

6

7

8

9    93.    Defendants also operate public Pinterest and Flickr accounts which use

10    Plaintiff' trademarks and images of tools infringing on the patented design:

11



12

13

14

15

16

17

18

19

20

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



94.    Defendants continue to offer tools, for free, using Plaintiffs' trademarks on Defendants' Phlanx website as show in the August 2025 screenshot:



95.    Defendants' PublicSquare marketplace account continues to use

DECLARATION OF JAMES GOSS – 36

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1  Plaintiffs' trademarks and images of the patented design to sell tools to the public,

2  as shown in the screenshots below:



19  96.    Defendants also continue to utilize Plaintiff's trademarks in

20  promotional videos, both orally and visually, as displayed in screenshot and links

DECLARATION OF JAMES GOSS – 37

listed below:

> https://www.artakedowntool.com/pages/the-places-to-buy-other-than-directly-from-us
> https://armsdirectory.com/ar-takedown-tool/
> https://www.publicsquare.com/featured/marketplace/96eefde1-7781-11ed-9647-50eb7179fd78
> https://www.artakedowntool.com/pages/videos

97.     On January 15, 2025, Defendant Clausen declared, under oath in a declaration to this Court: "Most significantly, I paid for all new packaging for my AR-TT Tools so that the packaging no longer included any reference to 'Hammerless Impact Technology.'" ECF No. 47 at ¶ 27.

98.     On January 15, 2025, Defendant Clausen declared, under oath in a declaration to this Court: "There was as substantial delay in sales efforts because I was forced to repackage all products to comply with the Settlement Agreement." ECF No. 47 at ¶ 39.

99.     These statements by Defendant Clausen, under oath, are false. On May 29, 2025 – four months after Defendant Clausen's January 15, 2025 declaration – Defendant AR-TT issued a statement to the public announcing a new partnership with Palmetto State Armory. Defendants' post about the partnership on May 29, 2025, is found on Defendants' website at: https://www.artakedowntool.com/blogs/blogs/the-takedown-tools-now-available-at-palmetto-state-armory-the-1-online-ar-15-destination.

100.     In early August 2025, I purchased two of Defendants' AR-Takedown

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1  Tools from Defendants' new retailer, Palmetto State Armory.

2      101.  In August, I received the two packages in the mail. As demonstrated by

3  the below images, when I received the package, it was apparent Defendants merely

4  used whiteout to barely cover the registered trademark, HAMMERLESS IMPACT

5  TECHNOLOGY, and still using the patented design. The whiteout came off with

6  the packaging when opened, clearly displaying the registered trademark,

7  HAMMERLESS IMPACT TECHNOLOGY.

8

9

10

11

12

13  

14

15

16

17

18

19

20

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1      102.   Defendants did not obtain new packaging, Defendants did not obtain

2   packaging that no longer includes any reference to Hammerless Impact Technology,

3   Defendants did not repackage all products – in direct contradiction to Defendant

4   Clausen's sworn declaration.

5      103.   Defendants continue to use Plaintiff's registered trademark and breach

6   the settlement agreement.

7      104.   Eight Eighteen, LLC and Hammerless Tools, LLC are both small, local

8   businesses and do not have financial resources to post more than a minimal bond.

9

10      I declare under the penalty of perjury under the laws of the United States that

11   the foregoing is true and correct.

12      DATED this 16th day of September, 2025 at Spokane, Washington.

13

14   _____

15   James Goss

16

17

18

19

20

DECLARATION OF JAMES GOSS – 40

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979