# EXHIBIT B

The Ultimate AR-Takedown Tool: Replace Over a Dozen Tools with ONE!

From: The Takedown Tools (contact@artakedowntool.com)

To: default_robot@yahoo.com

Date: Tuesday, March 11, 2025 at 08:24 PM PDT



INTRODUCING

# OUR TOP PRODUCT

Tired of fumbling with multiple tools just to clean, maintain, or service your AR? Meet the AR-Takedown Tool a 100% USA-made, precision-engineered tool that replaces over a dozen gunsmithing tools in one compact, easy-to-use device.

With over 30,000 sold and a 4.9/5 star rating, this is the tool trusted by gun owners, dealers, and even the military. Whether you're at the range or at your workbench, streamline your maintenance with a tool built for performance.

Simplifies AR disassembly & maintenance Built to last high-quality USA craftsmanship No more clutter replaces multiple tools Perfect for range bags, workshops, and field use

Get yours today and upgrade your AR tool kit!



The AR-Takedown Tool ™ - The AR-15 Multi Tool & AR-15 disassembly tool (AR-TT ™)

$39.99

Check out now

Buy with

STAY IN TOUCH

  

The Takedown Tools • 904 W Riverside Ave, Suite 2171, Spokane WA 99210, United States

No longer wish to receive these emails? Unsubscribe

© 2025 The Takedown Tools