# EXHIBIT C

The Takedown Tools are 100% USA made and support local businesses.

From: The Takedown Tools (contact@artakedowntool.com)

To: default_robot@yahoo.com

Date: Wednesday, April 16, 2025 at 12:10 PM PDT



PROUD LOCAL BUSINESS



# Your support means the world to us!

At The Takedown Tools, we take great pride in offering a diverse selection of products crafted right here in our local community. When you choose to shop with us, you're not just buying a quality product — you're actively supporting the local economy and contributing to our community's vibrancy.

Join us in making a positive impact right here at home. Thank you for choosing local and for being a vital part of our community.

In giving back to our community we just supported the annual [Army Ranger Competition in Fort Benning](#) and donated The AR-Takedown Tool to each of the 106 Rangers on 53 (2 man teams) Blog post to follow so watch out for the news.

We Thank You for your support as we have sold over 40,000 [AR-Takedown Tools](#) and are still rated at a solid 4.9/5 star

Thank you from,
**The Takedown Tools team**

OUR TOP PICKS





A FEW OF OUR FAVORITE BRANDS

# SAVE 20% using code: " RGUNDEALS"

## Follow us

  

The Takedown Tools • 904 W Riverside Ave, Suite 2171, Spokane WA 99210, United States

No longer want to receive these emails? Unsubscribe

© 2025 The Takedown Tools

We're sending you a special deal! Sorry we haven't kept you in the loop lately

| | |
|---|---|
| From: | The Takedown Tools (contact@artakedowntool.com) |
| To: | default_robot@yahoo.com |
| Date: | Sunday, September 14, 2025 at 07:50 PM PDT |





The AR-Takedown Tool ™ - The AR-15 Multi Tool & AR-15 disassembly tool (AR-TT ™)

$39.99

**The AR-Takedown Tool ™ - The only AR-Platform tool needed (AR-TT ™)**

The AR-15 Multi Tool & AR-15 disassembly tool

The AR-TT Takedown Tool

™ is the complete field stripping tool for all AR platforms. It removes the takedown pins, trigger pins, detent pin, buffer and spring, and bolt. The end is reversible and unscrews to the smaller punch size. This revolutionary tool is patented, trademarked and copywritten.

The only FULL AR-15 Multi Tool & AR-15 disassembly tool

™ is a complete 10+-in-1 tool to takedown and field strip your AR Platform. It is very easy and safe to use and it's also extremely durable due to the black oxide heat treat that is done on every tool. The tool and packaging are Manufactured in the U.S. A.

The AR-Takedown Tool ™ - The only AR-Platform tool needed (AR-TT ™) weighs 2oz and is made specifically for the M4-AR15 Firearm platform. Every gun owner needs this in their gun cleaning kit! Roll out your gun cleaning mat and get to work with ease. This tool assists with cleaning-preventative maintenance, disassembly and assembly of the pressure pins -Buffer spring, trigger pins, detent pins, magazine release, bolt, takedown pins and more.

The AR-Takedown Tool ™ - The only AR-Platform tool needed (AR-TT ™)

The brass ends of the tool are optimal to preserve the firearm. Each brass end is threaded into the heat treated black oxide steel. The spring has 5000 psi of force when it's fully engaged. The ARTT replaces heavy roll punches, mallets and other tools. It's efficient, sleek, and small. We are proud to say that our products are Made 100% in the USA, including our packaging. Our gun tools go hand in hand with your AR-15 Gun Cleaning kit ( gun cleaner, gun lubricant, cleaning patches, bore snake/ rip cord by Otis technologies or cleaning rods. Purchase that here: www.allaboutbullets.com

Tool dimensions: 1/4 inch diameter, 1 1/4 inch long with 3/16 inch taper, a 3/32 inch cross hole and concave end.

Smaller end specs: 5/32 inch and 1/16 inch reversible tip about inch long with a 1/4 inch hex base.

The 5/32 inch tip is used for taking apart the bolt and front detent pin. May be used with M249 Feed ramp and pins.

Our social media has updates and content on how to use the AR-Takedown Tool on YOUTUBE or Instagram.com or Facebook.com

Check out now

Buy with

---

**BIG SAVINGS IN HONOR OF THE ARMY'S BEST RANGER COMPETITION**

## 25% off one-time purchase ALL PRODUCTS

Use code: **BESTRANGER** at checkout, or click the link below to automatically apply the discount to your order.

Apply discount

Offer valid Sep 14, 2025 - Sep 30, 2025

---

READ OUR BLOG POST ABOUT HOW THE TAKEDOWN TOOLS SPONSORED THE ARMY RANGERS "BEST RANGER" COMPETITION AT FORT BENNING.

The Takedown Tools ·
904 W Riverside Ave, Suite 2171, Spokane WA 99210, United States

No longer want to receive these emails? Unsubscribe

© 2025 The Takedown Tools