REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
LUKINS & ANNIS, P.S.
717 W Sprague Ave. Suite #1600
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
Email: rjohnson@lukins.com
　　　　obloom@lukins.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br>　　　Plaintiffs,<br><br>vs.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br>　　　Defendants. | Case No. 2:24-CV-00413-SAB<br><br>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD |

　　　COME NOW Reid G. Johnson, Olivia C. Bloom, and the firm, Lukins & Annis, P.S., hereby move this court to grant leave to withdraw as counsel of record for Defendants JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC ("Defendants") in the above-entitled action. This motion is made pursuant to Eastern District of Washington Local Civil Rule 83.2(d)(4) which provides that counsel may withdraw as attorney of record with leave and order of the court upon a motion and hearing after notice to all parties.

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD – Page 1

This Motion is supported by and made for the reasons as outlined in the Declaration filed herewith.

Good cause is required pursuant to LCivR 83.2(d)(4). Good cause exists because Defendants have a substantial overdue balance owed to Lukins & Annis, P.S. for services provided in multiple actions, including this action, and no payment has been made on their account since December 2024. Despite demand to do so, Defendants have not brought their account current, nor have Defendants responded to inquiries about their continued representation. The attorney-client relationship has been broken beyond repair, and Defendants have rendered continued representation unreasonably difficult.

The last known address for Defendants is:

c/o Jonathan Clausen
P.O. Box 2171
Spokane, WA 99210

REQUESTED this 25th day of September, 2025.

LUKINS & ANNIS, P.S.

_[signature]_

REID G. JOHNSON
OLIVIA C. BLOOM
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2025, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Jonathan Clausen<br>P.O. Box 2171<br>Spokane, WA 99210<br>PH: 509-991-3929<br>Email: jonathan@clausen.inc | ☒<br>☐<br>☐<br>☐<br>☒<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Email<br>E-service via iCourt |
| Johanna Tomlinson<br>Caleb A. Hatch<br>Lee & Hayes<br>601 W Riverside Avenue<br>Suite 1400<br>Spokane, WA 99201<br>Email: johanna.tomlinson@leehayes.com<br>caleb.hatch@leehayes.com<br>*Attorneys for Plaintiffs* | ☐<br>☐<br>☐<br>☐<br>☒<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Email<br>E-service via iCourt |

/s/ Mandie Rowland<br>
MANDIE ROWLAND<br>
Legal Assistant