REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
LUKINS & ANNIS, P.S.
717 W Sprague Ave. Suite #1600
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
Email: rjohnson@lukins.com
        obloom@lukins.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>                         Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>                         Defendants. | Case No. 2:24-CV-00413-SAB<br><br>DECLARATION OF REID G. JOHNSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD |

REID G. JOHNSON, being first duly sworn on oath, deposes and says:

1.     That I am an attorney with the firm Lukins & Annis, P.S. I make this Declaration based upon my personal knowledge.

2.     Lukins & Annis was hired by Jonathan Clausen, to represent Defendants, Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC ("Defendants") in approximately September 2023.

DECLARATION OF REID G. JOHNSON IN SUPPORT OF MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL OF RECORD – Page 1

3.      Throughout my representation of Defendants, owner Jonathan Clausen has been inconsistent with payment of the bill, but he still made payments.

4.      Since the start of 2025, Defendants has failed to pay anything toward their outstanding balance. Defendants have violated the terms of my engagement by failing to pay.

5.      This issue was discussed with Mr. Clausen, including the need to bring his account current. However, Mr. Clausen has failed to make any payment.

6.      Mr. Clausen has not responded to my inquiries about Defendants' continued representation.

7.      The attorney-client relationship with Defendants and my firm, Lukins & Annis, P.S., has been broken beyond repair. Defendants have rendered continued representation unreasonably difficult.

8.      As a result, Lukins & Annis, P.S. can no longer effectively represent Defendants.

9.      Under these circumstances, withdrawal is appropriate and required.

I certify under the penalty of perjury pursuant to the law of the State of Washington that the foregoing is true and correct.

REQUESTED this 25th day of September, 2025.

LUKINS & ANNIS, P.S.

REID G. JOHNSON, WSBA #44338
OLIVIA C. BLOOM, WSBA #60111
Attorneys for Defendants/Counterclaimants

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2025, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Johanna Tomlinson<br>Caleb A. Hatch<br>Lee & Hayes<br>601 W Riverside Avenue, Suite 1400<br>Spokane, WA 99201<br>Email: johanna.tomlinson@leehayes.com<br>caleb.hatch@leehayes.com<br>*Attorneys for Plaintiffs Hammerless Tools, LLC and Eighty Eighteen, LLC* | ☐<br>☐<br>☐<br>☐<br>☒<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Email<br>E-service via iCourt |
| Jonathan Clausen<br>P.O. Box 2171<br>Spokane, WA 99210<br>PH: 509-991-3929<br>Email: jonathan@clausen.inc | ☒<br>☐<br>☐<br>☐<br>☒<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Email<br>E-service via iCourt |

*signature*

MANDIE ROWLAND
Legal Assistant

DECLARATION OF REID G. JOHNSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD – Page 3