FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>      Plaintiffs,<br><br>      v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>      Defendants. | No.  2:24-CV-00413-SAB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** |

Before the Court is Defense Counsel's Motion for Leave to Withdraw as Counsel of Record, ECF No. 56. Defendants are represented by Reid Johnson and Olivia Bloom.

On January 13, 2025, Mr. Johnson and Ms. Bloom filed Notices of Appearance in this matter. They now ask for leave to withdraw as counsel of record because they have not been paid for their services since December 2024,

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** ~ 1

and because Defendants have not been responsive to their inquiries about continued representation. Good cause exists to grant their motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defense Counsel's Motion for Leave to Withdraw as Counsel of Record, ECF No. 56, is **GRANTED**.

2. Within two (2) weeks from the date of this Order, Defendant Jonathan Clausen is **ORDERED** to file a status certificate with the Court indicating whether he intends to represent himself in this matter or obtain other counsel. If other counsel files a Notice of Appearance prior to this deadline, a status certificate need not be filed.

3. A corporation or other artificial entity must be represented in federal court by licensed counsel. *See* 28 U.S.C. § 1654. Defendants Clausen, Inc., AR-TT LLC, and Clausen, Inc. are **DIRECTED** to obtain counsel within two (2) weeks from the date of this Order. Failure to do so may result in default judgments being entered against these entities.

4. Defense counsel shall ensure that Defendants receive a copy of this Order.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and set a case management deadline accordingly.

**DATED** this 30th day of September 2025.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW** ~ 2