FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

Jonathan Clausen
PO BOX 2171
Spokane, WA 99210
509-724-6261
jonathan@clausen.inc

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, AND **EIGHT EIGHTEEN, LLC,** AN IDAHO LIMITED LIABILITY COMPANY, PLAINTIFFS, V. JONATHAN CLAUSEN, AN INDIVIDUAL; CLAUSEN, INC., A WASHINGTON CORPORATION; AR-TT LLC, A WASHINGTON LIMITED LIABILITY COMPANY; AND **LILAC CITY, LLC,** A WASHINGTON LIMITED LIABILITY COMPANY, DEFENDANTS. | Case No.: 2:24-CV-00413-SAB **MOTION FOR EXTENSION OF TIME** |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Defendant Jonathan Clausen respectfully moves this Court for an extension of time to file his response to Plaintiffs' Renewed Motion for Preliminary Injunction (ECF No. 53).

**I. Background**

MOTION FOR EXTENSION OF TIME - 1

1. Plaintiffs filed their Renewed Motion for Preliminary Injunction on September 23, 2025. Under Local Civil Rule 7, Defendant's response is currently due October 7, 2025.

2. Defendant's prior counsel formally withdrew this past week. Defendant is in the process of seeking new counsel to assist in this matter.

3. Additional time is necessary to allow Defendant to secure counsel and prepare a meaningful response to Plaintiffs' motion.

**II. Request for Extension**

Defendant respectfully requests a **30-day extension** of time, to and including **November 6, 2025**, to file his response to Plaintiffs' Renewed Motion for Preliminary Injunction.

This request is made in good faith and not for purposes of delay. Plaintiffs will not be prejudiced by a brief extension, and the interests of justice favor affording Defendant adequate time to respond following the withdrawal of counsel.

**III. Conclusion**

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion and extend the deadline for his response to November 6, 2025.

MOTION FOR EXTENSION OF TIME - 2

DATED this 6 day of October, 2025.

Respectfully submitted,

_____
Defendants Name

## CERTIFICATE OF SERVICE

I hereby certify that on the 6 day of October, 2025, I served a true and correct copy of the foregoing "Defendant's Motion for Extension of Time to Respond to Plaintiffs' Renewed Motion for Preliminary Injunction" upon the following counsel of record for Plaintiffs, by the method indicated below:

Via [☐ ECF Filing / ☒ U.S. Mail / ☒ Hand Delivery]

Caleb Hatch, WSBA #51292

Johanna R. Tomlinson, WSBA #57582

LEE & HAYES, P.C.

601 W. Riverside Avenue, Suite 1400

Spokane, Washington 99201

Telephone: (509) 324-9256

Email: caleb.hatch@leehayes.com

Email: johanna.tomlinson@leehayes.com

DATED this 6 day of October, 2025.

Respectfully submitted,

_____
Jonathan Clausen

MOTION FOR EXTENSION OF TIME - 3