1  Jonathan Clausen
   PO BOX 2171
2  Spokane, WA 99210
   509-724-6261
3  Jonathan@clausen.inc

4

5                    **IN THE UNITED STATES DISTRICT COURT**

6                   **FOR THE EASTERN DISTRICT OF WASHINGTON**

7

8   **HAMMERLESS TOOLS, LLC,** A WASHINGTON          **Case No.: 2:24-CV-00413-SAB**

9   LIMITED LIABILITY COMPANY, AND **EIGHT**

10  **EIGHTEEN, LLC,** AN IDAHO LIMITED LIABILITY     **[PROPOSED] ORDER GRANTING**
                                                      **DEFENDANT'S MOTION FOR**
11                 COMPANY,                           **EXTENSION OF TIME**

12                 PLAINTIFFS,

13                    V.

14  **JONATHAN CLAUSEN,** AN INDIVIDUAL;

15  **CLAUSEN, INC.,** A WASHINGTON CORPORATION;

16  **AR-TT LLC,** A WASHINGTON LIMITED LIABILITY

17  COMPANY; AND **LILAC CITY, LLC,** A

18  WASHINGTON LIMITED LIABILITY COMPANY,

19                 DEFENDANTS.                        RECEIVED

20

21                                                    OCT 0 6 2025

22                                                    CLERK, U.S. DISTRICT COURT
                                                      SPOKANE, WASHINGTON
23

24         Before the Court is **Defendant Jonathan Clausen's Motion for Extension of**

25  **Time to Respond to Plaintiffs' Renewed Motion for Preliminary Injunction.**

26  Having reviewed the Motion and being fully advised, the Court finds good cause exists to grant

27  the requested extension.

28
    [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME - 1

IT IS HEREBY ORDERED that:

1. Defendant's **Motion for Extension of Time** is **GRANTED.**

2. Defendant shall file his response to Plaintiffs' Renewed Motion for Preliminary Injunction on or before **November 6, 2025.**

IT IS SO ORDERED.

DATED this ___ day of October, 2025.

_____
**HONORABLE CHIEF JUDGE STANLEY A. BASTIAN**
United States District Court
Eastern District of Washington

Presented by: Jonathan Clausen

Defendant

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME - 2

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on the ___ **day of October, 2025**, I served a true and correct copy of the

3    foregoing **"PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME"**

4    upon the following counsel of record for Plaintiffs, by the method indicated below:

5        **Via [☐ ECF Filing / ☒ U.S. Mail / ☒ Hand Delivery]**

6    Caleb Hatch, WSBA #51292

7    Johanna R. Tomlinson, WSBA #57582

8    LEE & HAYES, P.C.

9    601 W. Riverside Avenue, Suite 1400

10   Spokane, Washington 99201

11   Telephone: (509) 324-9256

12   Email: caleb.hatch@leehayes.com

13   Email: johanna.tomlinson@leehayes.com

14        DATED this ___ day of October, 2025.

15        Respectfully submitted,

16   _____

17   Jonathan Clausen

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME - 3