FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 6 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

HAMMERLESS Tool LLC

_____

Plaintiff(s)/United States

v.                                                         Case No. **2:24-CV-413-SAB**

Jonathan Clausen
_____
Defendant(s)

### Pro Se Motion for Electronic Case Filing Authorization

NOW COMES the Plaintiff/Defendant, **Jonathan Clausen** ,

appearing pro se (hereinafter "Pro Se Litigant"), and respectfully requests that the

court permit said Pro Se Litigant to file electronically in ECF.  In support of this

motion, Pro Se Litigant states the following:

    1. Pro Se Litigant is presently a named party in the above case.

    2.  Pro Se Litigant represents that he/she has the following systems required

to participate in ECF:

        A.  An email account and Internet access;

        B.  Internet browser that is compatible with ECF, such as

Internet Explorer, Safari or Firefox;

        C.  Ability to create and read PDF documents;

        D.  A PACER (Public Access to Court Electronic Records)

account with PACER login and password;

3.  As a condition of obtaining electronic filing authorization, Pro Se Litigant understands and agrees to the following:

A.  I must familiarize myself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Administrative Procedures for Electronic Case Filing;

B.  By registering for electronic service, I waive my right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). I will receive a Notice of Electronic Filing via e-mail. Upon receipt of this notice, I am permitted one "free look" at the document by clicking on the hyperlinked document number. The one "free look" expires 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER.;

C.  I may only file electronic documents in the above-captioned case;

D.  That the clerk's office will terminate my electronic filing authorization should an attorney subsequently file an appearance on my behalf in the above captioned case;

1

2

3      E.  That the court may terminate my electronic filing

4      authorization at any time for failure to comply with any of the

5
       above conditions.
6

7      WHEREFORE, Pro Se Litigant respectfully requests that the court:

8

9      A.  Grant the Motion to Obtain Electronic Filing

10
       Authorization;
11

12     B.  Grant such other relief as is equitable and just.

13

14     Date: 10-06-2025     Signature: _____

15     Name: Jonathan Clausen

16
       Address: PO BOX 2171
17
       Spokane, WA 99210
18

19     Telephone No. 509-724-6261

20

21
       Email Address: Jonathan@clausen.inc
22

23

24

25

26

27

28

1
2
3

**CERTIFICATE OF SERVICE**

4
5

I hereby certify that on the 6ᵀᴴ day of OCTOBER , 2025 , I filed

6
7

the foregoing document with the Clerk of Court. I certify that a true and correct

8

copy of said Motion was sent to all case participants in the following manner:

9
10
11

_____    U.S. Mail - Postage Prepaid    ___✗___ Other

12
13
14

_____    Personal Service

15
16
17

Parties Served:

18
19
20
21

DATED this 6ᵗʰ day of OCTOBER , 20 25 .

22
23
24
25

_____
Signature

26
27
28

- 4 -