Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-cv-00413-SAB<br><br>PLAINTIFF EIGHT EIGHTEEN, LLC'S RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Federal Rule 7.1, Plaintiff Eight Eighteen, LLC states that it is a privately held limited liability company. No publicly held corporation owns 10% or more of Eight Eighteen LLC's stock.

RULE 7.1 DISCLOSURE STATEMENT - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

DATED this 9th day of October, 2025.

s/ Caleb Hatch<br>
Caleb Hatch, WSBA #51292<br>
Johanna R. Tomlinson, WSBA #57582<br>
LEE & HAYES, P.C.<br>
601 W. Riverside Ave. Suite 1400<br>
Spokane, Washington 99201<br>
Telephone: (509) 324-9256<br>
caleb.hatch@leehayes.com

*Attorneys for Plaintiffs*

RULE 7.1 DISCLOSURE STATEMENT - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

        s/ Caleb Hatch
        Caleb Hatch, WSBA #51292

RULE 7.1 DISCLOSURE STATEMENT - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979