FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>    Defendants. | No. 2:24-CV-00413-SAB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

    Before the Court is Defendant Clausen's Motion for Extension of Time, ECF No. 59. Defendant Clausen is proceeding pro se. Plaintiffs are represented by Caleb Hatch.

    Defendant asks for additional time to respond to Plaintiff's Renewed Motion for Preliminary Injunction, ECF No. 59. Recently, Defendant's counsel withdrew from representing him, and he indicates he needs additional time to secure counsel

**ORDER GRANTING MOTION FOR EXTENSION OF TIME** ~ 1

and prepare a response to Plaintiffs' motion. Plaintiffs oppose his request.

Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Clausen's Motion for Extension of Time, ECF No. 59, is **GRANTED**.

2. The deadline to respond to Plaintiffs' Renewed Motion for Preliminary Injunction, ECF No. 53, is **extended** to **November 6, 2025**. Any reply shall be filed according to the Local Rules.

3. The October 23, 2025 hearing on Plaintiff's Renewed Motion for Preliminary Injunction, ECF No. 53, is **continued** to **November 24, 2025**, without oral argument.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel and Defendant Jonathan Clausen.

**DATED** this 15th day of October 2025.

_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR EXTENSION OF TIME** ~ 2