FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | No. 2:24-CV-00413-SAB |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFF'S *PRO SE* MOTION FOR ELECTRONIC CASE FILING AUTHORIZATION** |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

Before the Court is Plaintiff's *Pro Se* Motion for Electronic Case Filing Authorization, ECF No. 60. The motion was heard without oral argument.

Plaintiff is proceeding *pro se* in this matter and asks the Court to permit him to file electronically in ECF. Good cause exists to grant the motion.

//

//

**ORDER GRANTING PLAINTIFF'S *PRO SE* MOTION FOR ELECTRONIC CASE FILING AUTHORIZATION ~ 1**

1    Accordingly, **IT IS HEREBY ORDERED**:

2    1.    Plaintiff's *Pro Se* Motion for Electronic Case Filing Authorization,

3 ECF No. 60, is **GRANTED**.

4    2.    Plaintiff may file electronic documents in the above-captioned cause

5 **only**.

6    3.    The Clerk's Office will terminate Plaintiff's ECF Registration should

7 an attorney subsequently file a Notice of Appearance on Plaintiff's behalf.

8    4.    Plaintiff may contact the Clerk's Office at (509) 458-3400 if he

9 wishes to schedule e-filing training at no cost.

10    **IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order

11 and forward copies to Plaintiff.

12    **DATED** this 15th day of October 2025.

13

14

15 

16                     Stan Bastian
                Chief United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING PLAINTIFF'S *PRO SE* MOTION FOR
ELECTRONIC CASE FILING AUTHORIZATION ~ 2**