# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>              Plaintiffs,<br><br>  -vs-<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>             Defendants. | Case No.    2:24-CV-413-SAB<br><br>CIVIL MINUTES<br><br>DATE:    OCTOBER 23, 2025<br><br>LOCATION:  BY VIDEO CONFERENCE<br><br>**SCHEDULING CONFERENCE HEARING** |

**Chief Judge Stanley A. Bastian**

| Michelle Fox | 01 | Not Reported |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Caleb Hatch | | Jonathan Clausen – Pro se |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

[ ] **Open Court**        [ ] **Chambers**        [ X ] **Telecon/Video**

Court addresses counsel and defendant.

Court informs Mr. Clausen that he needs to have attorneys for the corporate defendant. Court will give him 2-3 weeks to find an attorney. Court will enter defaults against the corporations if an attorney does not file a notice of appearance.

J. Clausen addresses the Court (audio was not working very well)

Court will give Mr. Clausen 3 weeks to get an attorney for the corporate defendants otherwise will enter a default. Defendant Mr. Clausen can represent himself however the corporate defendants need to be represented by an attorney. Court will issue an Order.

[X] **ORDER FORTHCOMING**

| **CONVENED: 9:30 A.M.** | **ADJOURNED: 9:34 A.M.** | **TIME: 4 MIN.** | **CALENDARED  [ X ]** |
|---|---|---|---|