1  Caleb Hatch, WSBA #51292
   Johanna R. Tomlinson, WSBA #57582
2  LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
3  Spokane, Washington 99201
   Telephone: (509) 324-9256
4  caleb.hatch@leehayes.com
   Johanna.tomlinson@leehayes.com
5
   *Attorneys for Plaintiffs*
6

7  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE EASTERN DISTRICT OF WASHINGTON**
8

9  HAMMERLESS TOOLS, LLC, a          CASE NO. 2:24-CV-00413-SAB
   Washington limited liability company,
   and EIGHT EIGHTEEN, LLC, an Idaho  **DECLARATION OF CALEB**
10 limited liability company,         **HATCH IN SUPPORT OF**
                                      **PLAINTIFFS' MOTION TO**
11                                    **COMPEL COMPLIANCE**
                      Plaintiffs,     **WITH COURT ORDER AND**
                                      **FOR SANCTIONS**
12      v.

13 JONATHAN CLAUSEN, an individual;
   CLAUSEN, INC., a Washington
   Corporation; AR-TT LLC, a Washington
14 limited liability company; and LILAC
   CITY, LLC, a Washington limited
15 liability company,

16                    Defendants.

17

18     CALEB HATCH, declares and states as follows:

19     1.    I am over the age of eighteen and make this declaration based upon my

20 personal knowledge and the files and records of my firm and am competent to testify

   HATCH DECLARATION RE                LEE & HAYES, P.C.
   MOTION TO COMPEL – 1                601 W. Riverside Avenue, Suite 1400
                                       Spokane, Washington 99201
                                       (509) 324-9256 Fax: (509) 323-8979

1    to the matters herein.

2        2.    I am an attorney of record for Plaintiffs Hammerless Tools, LLC and

3    Eight Eighteen LLC in the above captioned matter.

4        3.    The Court issued an Order granting preliminary injunction on

5    December 11, 2025, which the Court also provided to Defendants via mail. ECF No.

6    68.

7        4.    I also provided Defendants with a copy of the preliminary injunction

8    order via email on December 19, 2025, and informed Defendants of their continued

9    failure to comply with the order. Attached hereto at Exhibit A is a true and correct

10    copy of my correspondence to Defendants. I emailed with Defendants again on

11    December 30, 2025, noting again Defendants' failure to comply with the order.

12        5.    Additionally, on December 29, 2025, I had a 45-minute phone

13    conference with Defendant Clausen regarding the Order and Defendants' continued

14    failures to comply with the order – including specific ongoing and new issues.

15    Defendant Clausen stated that Defendants would be in compliance by the end of the

16    day.

17        6.    Attached hereto at Exhibit B is a true and correct copy of screenshots

18    of Defendants' various websites from December 30, 2025, showing Defendants still

19    have failed to comply with the Order regarding the use of Plaintiffs' marks and

20    Defendants continue to use the marks despite the injunction order.

HATCH DECLARATION RE
MOTION TO COMPEL – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

7.      Attached hereto at Exhibit C is a true and correct copy of screenshots of Defendants' various websites from December 30, 2025, showing Defendants still have failed to comply with the Order regarding the manufacture, offer, and sale of products with designs identical or similar to the design protected by the issued design patent – and Defendants continued manufacture, offer, and sale of the infringing tools on a variety of Defendants' websites.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 30th day of December 2025 at Spokane, Washington.


s/ Caleb Hatch
Caleb Hatch

HATCH DECLARATION RE
MOTION TO COMPEL – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

### CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

contact@artakedowntool.com

jonathan@clausen.inc

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

HATCH DECLARATION RE
MOTION TO COMPEL – 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

**Caleb Hatch**

| | |
|---|---|
| **From:** | Caleb Hatch |
| **Sent:** | Friday, December 19, 2025 2:32 PM |
| **To:** | 'The Takedown Tools' |
| **Cc:** | Litigation; Marianne Love; Johanna Tomlinson |
| **Subject:** | RE: Automatic reply: Proposal for Immediate Resolution |
| **Attachments:** | 2025.12.11 [68] Order Granting Renewed Motion for Preliminary Injunction.pdf |

Jonathan,

According to the Court's records, the Court has already sent you a copy of the attached order granting preliminary injunction.
Out of an abundance of caution, I am sending it to you via email as well.

While we are aware of some minor changes to one of your websites, it is clear that you are in direct violation of the Court's order.
Your ongoing violation of the court's order is hampering any possible settlement or negotiated resolution.

In particular, the Court has ordered you and all Defendants are:
1. "enjoined from using the following of Plaintiffs' Marks: HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos, in association with Defendants' goods and services."
2. "enjoined from manufacturing, offering, or selling of Defendants' goods with designs identical, or similar, to the design protected by U.S. Design Patent No. D981199; including, but not limited to, Defendants' takedown tools."

Despite the Court's clear order and injunction, we are aware that you continue to use Plaintiffs' marks online, on social media, and on physical packaging – to name a few areas. This is in direct violation of the Court's order.
Also, despite the Court order enjoining you from selling or *offering* goods with designs identical, or similar, to the design protected by U.S. Design Patent No. D981199; including, but not limited to, Defendants' takedown tools, we are aware Defendants are in direct violation of this order. In fact, within only days of the Court's order, Defendants posted two new advertising videos on social media using the exact same design as protected by the design patent and offering the tools that Defendants have been enjoined from offering. We are aware Defendants continue to offer tools using the exact same design on your websites as well. We are also aware that Defendants are still offering tools with the exact same design through third party distributors. We note that Defendants have even begun offering the same tools for free on their websites in direct violation of the court order.
In short, Defendants are clearly in violation of the court's order.

If Defendants do not come into compliance with the Court's order and fail to cease using HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos, in association with Defendants' goods and services or fail to cease offering, or selling of Defendants' goods with designs identical, or similar, to the design protected by U.S. Design Patent No. D981199; including, but not limited to, Defendants' takedown tools, we will proceed with further court intervention.
In particular we will be forced to seek an order of contempt and seek sanctions from the court if Defendants are not in compliance by Monday, December 22, 2025.
Additionally, we intend to seek entry of default and default against the entities that have not complied with the Court's prior orders.

We look forward to receiving confirmation by Monday, December 22, 2025, that Defendants have ceased all actions that have been enjoined by the court.

Regards,

**Caleb Hatch** | Lee & Hayes
*Partner*
Caleb.Hatch@leehayes.com
**P** 509.944.4655

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

# EXHIBIT B

























# EXHIBIT C































