Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS CLAUSEN, INC., AR-TT LLC, AND LILAC CITY, LLC** |

Plaintiffs hereby move for entry of default against entity Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC. On October 23, 2025, during the scheduling conference hearing, the Court reminded Defendants that the entity Defendants

MOTION FOR ENTRY OF DEFAULT – 1

1  cannot represent themselves, they must be represented by counsel, and if they are
2  not represented by counsel within three weeks of the hearing, the Court would enter
3  default as to the entities. *See* ECF No. 67. That same day, the Court issued the Civil
4  Minutes of the Scheduling Conference Hearing, which provide: "Court will give Mr.
5  Clausen 3 weeks to get an attorney for the corporate defendants otherwise will enter
6  a default. Defendant Mr. Clausen can represent himself however the corporate
7  defendants need to be represented by an attorney."

8  More than three weeks have passed since the Court's October 23, 2025 order,
9  and the entity Defendants have failed to obtain counsel. The entity defendants cannot
10 represent themselves.

11 Plaintiffs respectfully request the Court enter default against Defendants
12 Clausen, Inc.; AR-TT LLC; and Lilac City, LLC.

13 Respectfully submitted this 30th day of December 2025.

14
15      s/ Caleb Hatch
        Caleb Hatch, WSBA #51292
        LEE & HAYES, P.C.
16      601 W. Riverside Ave. Suite 1400
        Spokane, Washington 99201
17      Telephone: (509) 324-9256
        caleb.hatch@leehayes.com
18      *Attorney for Plaintiffs*

19

20

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

  contact@artakedowntool.com

  jonathan@clausen.inc

            s/ Caleb Hatch
            Caleb Hatch, WSBA #51292