FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | 2:24-CV-00413-SAB<br><br>Clerk's Order of Default |

It appears that CLAUSEN INC.; AR-TT LLC; AND LILAC CITY LLC have failed to answer, plead, obtain counsel, or otherwise defend their claim. CLAUSEN INC.; AR-TT LLC; AND LILAC CITY LLC's default is hereby entered.

DATED this  5th   day of January 2026.

_____
Sean F. McAvoy
Clerk of Court

Clerk's Order of Default                              1
24cv413rlp Clerk Order of Default - business no counsel