1  Caleb Hatch, WSBA #51292
   Johanna R. Tomlinson, WSBA #57582
2  LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
3  Spokane, Washington 99201
   Telephone: (509) 324-9256
4  caleb.hatch@leehayes.com
   Johanna.tomlinson@leehayes.com
5
   *Attorneys for Plaintiffs*
6

7  ## IN THE UNITED STATES DISTRICT COURT
   ## FOR THE EASTERN DISTRICT OF WASHINGTON
8

9  | | |
   |---|---|
   | HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | CASE NO. 2:24-CV-00413-SAB |
   | | **DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CLAUSEN, INC., AR-TT LLC, AND LILAC CITY, LLC** |
   | Plaintiffs, | |
   | v. | |
   | JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
   | Defendants. | |

18     CALEB HATCH, declares and states as follows:

19     1.     I am over the age of eighteen and make this declaration based upon my

20  personal knowledge and the files and records of my firm and am competent to testify

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

to the matters herein.

2.      I am an attorney of record for Plaintiffs Hammerless Tools, LLC and Eight Eighteen LLC in the above captioned matter.

3.      The Court issued an Order granting preliminary injunction on December 11, 2025. ECF No. 68.

4.      Default was entered against the entity Defendants (Clausen, Inc.; AR-TT LLC; and Lilac City, LLC) on January 5, 2026. ECF No. 71.

5.      The entity Defendants are not minors or incompetent persons.

6.      The Servicemembers Civil Relief Act, 50 U.S.C. App. §§ 501-597b, does not apply.

7.      Attached hereto at Exhibit A are true and correct copies of Defendant AR-TT LLC's website with the price of tools sold.

8.      This case was filed on December 10, 2024, and litigation began, including multiple motions for preliminary injunction, motion for entry of default, motion to compel, and settlement discussions.

9.      Plaintiffs necessarily incurred costs in the amount of $484.80 in this action for the filing fee for the Complaint and the service fee for the Summons and Complaint. Attached hereto as Exhibit B is a true and correct report of Plaintiffs' litigation costs.

10.      Plaintiffs incurred reasonable legal fees in this matter in the amount of

HATCH DECLARATION RE
DEFAULT JUDGMENT - 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

$42,485.50. These fees were necessarily incurred in order to prevail in this action. Attached hereto at Exhibit C is a true and correct report of Plaintiffs' attorneys' fees.

11.    The attorney and staff fees are based on the individual's experience and skill, and are based on individuals of similar experience and still in the legal community.

12.    I performed the majority of the legal work and representation on behalf of the Plaintiffs.

13.    My customary billable hour rate in 2025 is $450. My rate is in line with other commercial and civil litigation attorneys in our legal community with the same or similar number of years of experience as I have. I have billed Plaintiffs at this rate in this matter.

14.    I am a partner at my law firm, and I have been practicing law for over nine years. I graduated *summa cum laude* from Gonzaga University School of Law in May 2016, as one of the top ranked law students in my graduating class. I also received ten CALI Awards of Excellence for the highest grade in ten courses.

15.    Paralegals Marianne Love and legal assistant Denise Foster also provided significant paralegal assistance in this matter in relation to the second motion to compel. Denise Foster has over 20 years in the legal profession. Ms. Foster's rate was $200 per hour prior to her retirement. Marianne Love has been employed in the legal profession since 2011. Mrs. Love's rate is $210 per hour.

16.    Associate attorneys Johanna Tomlinson, Tayler Canet, and Karla Lozano-Smith also billed time to this matter in relation to the various motions against Defendants. Their rates are as follows: Johanna Tomlinson -$395 per hour; Tayler Canet -$260 per hour; and Karla Lozano-Smith -$260 an hour. Their rates are in line with other commercial litigation attorneys in our legal community with the same or similar number of years of experience.

HATCH DECLARATION RE
DEFAULT JUDGMENT – 3

17.    Attorneys and paralegals at Lee & Hayes keep daily records of their time and work performed. Each month Lee & Hayes invoices its clients. Exhibit C to this declaration is a copy of relevant time entries incurred in this case. The first column identifies the attorney or paralegal. The second column identifies the date of the work performed. The third column identifies the amount of time billed for the work performed. The fourth column identifies the total value of the work performed. The Fifth Column details the work performed.

18.    Plaintiffs *do not* waive their attorney-client privilege or work product protections by the filing of Exhibit C.

19.    The foregoing fees are correct and were necessarily incurred in this litigation. I respectfully ask the Court to award legal fees in the amount of $42,485.50 plus costs in the amount of $484.80.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of January 2026 at Spokane, Washington.

s/ Caleb Hatch
Caleb Hatch

HATCH DECLARATION RE
DEFAULT JUDGMENT – 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

contact@artakedowntool.com

jonathan@clausen.inc

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

HATCH DECLARATION RE
DEFAULT JUDGMENT – 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A











# EXHIBIT B

| Date | Hours | Value | Description |
|------|-------|-------|-------------|
| 01/31/2025 | | 405.00 | - Filing fee for Complaint |
| 01/31/2025 | | 79.80 | - Service Fee for Summons and Complaint |

# EXHIBIT C

| Atty Code | Date | Hours | Value | Description |
|---|---|---|---|---|
| Talyer Canet | 10/24/2024 | 1.40 | 364.00 | Discuss background information regarding complaint and TRO with C. Hatch in order to begin drafting documents; begin researching arguments to include in draft complaint for breach of contract, trademark infringement, and design patent infringement; draft background section of complaint. |
| Talyer Canet | 10/25/2024 | 1.50 | 390.00 | Continue drafting complaint. |
| Talyer Canet | 10/28/2024 | 2.00 | 520.00 | infringement and patent infringement claims; incorporate more facts regarding relevant patent and trademark infringing acts by Defendants. |
| Caleb Hatch | 10/03/2024 | 0.30 | 112.50 | we sent and whether he is still representing his clients. Obtain response from opposing counsel noting that he is no longer representing his prior clients. Correspond with the client regarding this new information as well as strategy and next step options. |
| Caleb Hatch | 10/07/2024 | 0.70 | 262.50 | with client regarding the questions they have posed. Review the prior complaint for use in the new complaint against the same parties. |
| Caleb Hatch | 10/21/2024 | 1.30 | 487.50 | marks and products. Phone conference with client regarding the additional facts since the execution of the settlement agreement and the preparation of an new lawsuit. Confer with attorney Johanna on litigation strategy. Begin working on a new complaint and injunction motion outline. |
| Caleb Hatch | 10/24/2024 | 0.90 | 337.50 | Review the relevant facts for the updated complaint against the Defendants. Confer with litigation team regarding necessary research and litigation strategy update. |
| Caleb Hatch | 10/28/2024 | 0.40 | 150.00 | Confer with litigation team regarding the relevant facts and arguments for the complaint and the motion for TRO. |
| Talyer Canet | 11/14/2024 | 1.50 | 390.00 | client. |
| Talyer Canet | 11/15/2024 | 1.50 | 390.00 | Begin drafting motion for preliminary injunction and TRO. |
| Talyer Canet | 11/18/2024 | 3.70 | 0.00 | Continue drafting motion for TRO and preliminary injunction. |
| Talyer Canet | 11/19/2024 | 0.50 | 130.00 | Continue drafting motion for preliminary injunction by adding argument re. likelihood to succeed on the merits for trademark and design patent infringement claims; draft TRO section of motion; meet with C. Hatch to discuss reducing page number and declaration drafting. |
| Talyer Canet | 11/21/2024 | 2.60 | 0.00 | Begin condensing TRO and PI motion to fit required page limit. |
| Caleb Hatch | 11/05/2024 | 1.20 | 450.00 | Review and revise the draft complaint and causes of action. |
| Caleb Hatch | 11/06/2024 | 1.30 | 487.50 | regarding the proposed complaint. Drafting the motion for TRO and PI. |
| Caleb Hatch | 11/07/2024 | 1.30 | 487.50 | Research additional entities created and operated by Clausen and possible inclusion in the complaint. Research the additional unlawful actions by Clausen and his companies to be included in the complaint. Correspond with client regarding the allegations and causes of action in the complaint. |

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Caleb Hatch | 11/12/2024 | 0.60 | 225.00 | Review the client notes with respect to the updated complaint and begin revising the complaint. |
| Caleb Hatch | 11/13/2024 | 1.10 | 412.50 | Complete the revised and updated complaint. Correspond with client regarding the complaint and asserted facts. |
| Caleb Hatch | 11/14/2024 | 0.40 | 150.00 | infringement and the complaint. Revise and update the complaint based on the communications from the client. Confer with attorney Canet regarding the motion for temporary restraining order and preliminary injunction. |
| Caleb Hatch | 11/20/2024 | 2.60 | 975.00 | preliminary injunction and draft additional legal arguments in support of the motion and in support of the argument that there should be no bond required. Confer with attorney Canet regarding the motion and supporting declarations. Correspond with client regarding additional facts and evidence of infringement and status of the motion. |
| Talyer Canet | 12/05/2024 | 1.10 | 286.00 | Draft motion for leave to file excess pages; motion to expedite the hearing on the motion for leave to file excess pages; and motion for leave to file under seal, |
| Marianne Love | 12/10/2024 | 2.50 | 500.00 | Review and finalize Complaint, Motion for TRO and Preliminary Injunction, Motion for Leave to File Excess Pages and Declaration, Motion to File Under Seal, Motion for Expedited Hearing, and proposed Orders. Open new case with the Eastern District of Washington. Electronically file documents. Call with Clerk regarding sealed documents and TRO. Email to Judge Bastian with word versions of proposed orders. |
| Marianne Love | 12/12/2024 | 0.30 | 60.00 | instructions. |
| Marianne Love | 12/16/2024 | 0.50 | 100.00 | Emails to and from process server regarding Jonathan Clausen being personally served. File Declaration of Service with the Court. Update case file. |
| Marianne Love | 12/18/2024 | 0.40 | 80.00 | Prepare Certificate of Service of Court's Order. File Certificate of Service with the Court. |
| Denise Foster | 12/10/2024 | 1.20 | 240.00 | Review, edit and finalize Motion to File Under Seal and related supporting documents for filing; Assist paralegal with filings; Download filed copies and route to attorneys. |
| Caleb Hatch | 12/04/2024 | 4.90 | 1,837.50 | Injunction. Revise the complaint and amend with additional evidence of unlawful actions. Draft declarations in support of the motion for injunctive relief. Correspond with client regarding the complaint, motion, and declaration. Confer with litigation team regarding motions in support of the complaint and motion for injunctive relief. |
| Caleb Hatch | 12/09/2024 | 0.70 | 262.50 | and supporting declaration and correspond with the client regarding the updated documents. Review the supporting motions, including the motion to seal and motion to be heard on an expedited basis. |

| | | | | |
|---|---|---|---|---|
| Caleb Hatch | 12/10/2024 | 3.70 | 1,387.50 | motions on an expedited basis. Draft the declaration in support of the motions. Update the declaration in support of the motion for injunctive relief and send to the client for signature. Update the motion for injunctive relief and include the relevant citations. Prepare the civil cover sheet and review the summonses. Prepare the necessary redactions to the complaint, motion, and declaration. Finalize the documents and have them filed with the court. |
| Caleb Hatch | 12/12/2024 | 0.40 | 150.00 | Review court orders granted the motions to seal and for leave to file excess pages, and the motion to expedite the hearing. Correspond with litigation team regarding service of all of the documents on all of the defendants. Send the client and update on the proceeding and what to expect next. |
| Caleb Hatch | 12/18/2024 | 0.70 | 262.50 | relief and correspond with client regarding the order. Revise and approve the certificate of service and have it filed with the Court. |
| Caleb Hatch | 12/19/2024 | 0.20 | 75.00 | Correspond with client regarding the court order and next steps in the process of litigation. |
| Marianne Love | 01/23/2025 | 1.50 | 315.00 | Review, edit and finalize reply and supporting declarations to defendants' response to preliminary injunction. File reply and supporting declarations with the Court. |
| Caleb Hatch | 01/02/2025 | 0.60 | 240.00 | Preparing draft motion for default and entry of default. |
| Caleb Hatch | 01/03/2025 | 0.50 | 200.00 | Review local default rules and identify contact information for defendants. Send required notice of intent to file motion for entry of default to Defendants. |
| Caleb Hatch | 01/09/2025 | 1.30 | 520.00 | parties and their desire to resolve this matter if possible, and their statement that the opposing parties have purportedly been working to remove the use of the client's marks. Search prior infringement of the clients' marks and identify corrections and updates as well as outstanding uses. Correspond with the client regarding the conference with opposing counsel and possible options regarding settlement and litigation and recommendation. |
| Caleb Hatch | 01/13/2025 | 1.60 | 640.00 | Phone conference and correspondence with client regarding settlement possibility and settlement terms. Correspond with opposing counsel regarding settlement. Prepare settlement terms and send them to the client for approval. Revise the settlement terms and send them to the opposing counsel. |

| | | | | |
|---|---|---|---|---|
| Caleb Hatch | 01/14/2025 | 1.60 | 640.00 | the  settlement terms. Phone confeencew with opposing counsel regarding the opposing parties' revisions to the settlement terms, the lack of a response to the complaint, and a reminder that we have provided a 14-day notice of the intent to move for entry of default. Prepare a summary of the revisions as well as options and recommendations. Correspond with client regarding the settlement term revisions and the response options and proposal. Correspond with opposing counsel regarding their new claim of purported breach of the contract and purported failure to pay for the damaged tools and the fact that the opposing parties and their counsel failed |
| Caleb Hatch | 01/15/2025 | 2.70 | 1,080.00 | Update the settlement offer and terms of settlement and send to the client for review. Correspond with client regarding the revised offer. Begin analyzing the response to the motion for preliminary injunction and correspond with client regarding the response. |
| Caleb Hatch | 01/17/2025 | 1.10 | 440.00 | the opposing counsel and proposed counteroffer. Discuss the response to the motion for preliminary injunction and the proposed reply arguments and supporting facts. Revise the settlement offer in line with the conversation with the client and send to the opposing counsel with an invitation for a call to discuss. |
| Caleb Hatch | 01/21/2025 | 0.30 | 120.00 | with client regarding the additional uses of their mark they located on the social media controlled by the opposing party and correspond regarding the counteroffer and response options. |
| Caleb Hatch | 01/22/2025 | 0.90 | 360.00 | Preparing the fact section in the reply to the motion for preliminary injunction to address the false statements asserted and made by the opposing party. |
| Caleb Hatch | 01/23/2025 | 8.30 | 3,320.00 | Prepare, revise, and edit the reply memorandum in support of the motion for preliminary injunction and the supporting declarations and exhibits. Correspond with client regarding settlement offer and the declaration in support of the reply memorandum. Prepare the counteroffer proposed language. |
| Caleb Hatch | 01/24/2025 | 6.30 | 2,520.00 | and supporting declarations and exhibits. Correspond with client regarding the reply memorandum and supporting documents. Finalize the filings and have them filed with the court. Correspond with client regarding settlement terms. Send the settlement offer to opposing counsel. |
| Caleb Hatch | 02/04/2025 | 0.90 | 360.00 | Review the counterclaims and begin preparing the answer to the claims. Review the use of the client's mark by the opposing party and locations where the infringing use of the mark have finally been removed. |

| Caleb Hatch | 02/11/2025 | 0.50 | 200.00 | Correspond with client regarding the status of the litigation. Receive and review the notice of bankruptcy and request for stay. Review the underlying bankruptcy filings and status. Correspond with client regarding the bankruptcy and impact of the bankruptcy on the instant litigation. |
| Caleb Hatch | 02/25/2025 | 1.70 | 680.00 | Review and analyze the court's recent order on the stay pending bankruptcy and the impact on this matter. Analyze the bankruptcy court's recent decisions on requests to lift the stay. Correspond with the client regarding the court's order and impact and legal options to consider. |
| Marianne Love | 03/14/2025 | 0.40 | 84.00 | Prepare and file Notice of Appearance for bankruptcy matter. Check docket for details on the Motion to Dismiss hearing. |
| Caleb Hatch | 03/14/2025 | 0.90 | 360.00 | in opposition to Clausen's bankruptcy and the docket regarding the upcoming motion to dismiss the bankruptcy. Confer with litigation team regarding a notice of appearance and the hearing date and time. Review the bankruptcy records related to Clausen's proposed plan related to the sale of infringing tools. |
| Caleb Hatch | 03/18/2025 | 2.30 | 920.00 | Review the financial and operating disclosures from the opposing parties filed in the bankruptcy matter, specifically the operating statements of AR-TT and Lilac City painting. Review the present motion for relief from stay and the court's proposed dismissal. Attend the hearing on the motion for relief from stay and the possible dismissal. Confer with litigation team regarding the bankruptcy court hearing. |
| Caleb Hatch | 03/24/2025 | 0.30 | 120.00 | client by a former employee of the opposing party. Correspond with the client regarding the hearing in the bankruptcy court and next deadlines for the opposing party in their bankruptcy matter. |
| Caleb Hatch | 05/19/2025 | 1.10 | 440.00 | amounts owed by the Defendants, the amounts they are required to pay, the amounts they have failed to pay to secured creditors, and the renewed request to dismiss the bankruptcy proceedings. |
| Caleb Hatch | 07/31/2025 | 1.70 | 680.00 | the dismissal of the bankruptcy by the opposing party. Review the notice of foreclosure related to the opposing party property. Review the current status of the client's trademarks as well as the infringing use of the marks and design patent by the opposing party. Correspond with client regarding the notice and updates from the bankruptcy court, as well as legal strategy going forward. |
| Marianne Love | 08/18/2025 | 0.40 | 84.00 | Begin drafts of Motion to Lift Stay and Renewed Motion for Preliminary Injunction. |
| Johanna Tomlinson | 08/29/2025 | 3.70 | 1,461.50 | Draft, review and revise preliminary injunction motion and declarations regarding same. Review and client's new evidence and existing evidence in support of same. Review and analyze case law in support of same. |

| | | | | |
|---|---|---|---|---|
| Johanna Tomlinson | 08/22/2025 | 2.10 | 829.50 | Review and analyze legal authority for motion to lift stay and pleadings therein. Draft, review, and revise motion to lift stay and declaration in support of same. |
| Caleb Hatch | 08/05/2025 | 1.70 | 680.00 | Correspond with client regarding litigation strategy. Review the records and screen shots from the client evidencing infringing use by the opposing party. Begin preparing renewed motion for injunctive relief. Correspond with client regarding his purchase of the infringing products. |
| Caleb Hatch | 08/13/2025 | 1.10 | 440.00 | Correspond with client regarding new additional evidence of infringement. Revise and update the motion for injunctive relief and the supporting declaration. |
| Marianne Love | 09/18/2025 | 1.00 | 210.00 | Review and edit renewed motion for preliminary injection, plaintiffs' motion to lift stay, and declaration of Caleb Hatch in support of plaintiffs' motion to lift stay. Retrieve a copy of the the order to dismiss in the Clausen bankruptcy matter. |
| Marianne Love | 09/19/2025 | 0.60 | 126.00 | Finalize Plaintiffs' Motion to Lift Stay and Declaration of Caleb Hatch in Support of Motion to Lift Stay. File documents with the Court. Download and save filed documents. |
| Marianne Love | 09/23/2025 | 0.70 | 147.00 | Finalize renewed motion for preliminary injunction, declaration, and proposed order. File documents with the Court. Email serve the Judge's Assistant a word version of the proposed order. Update case file with filed documents. |
| Marianne Love | 09/25/2025 | 0.30 | 63.00 | Prepare declination of magistrate judge form. Email the clerk a copy of the same. |
| Johanna Tomlinson | 09/03/2025 | 1.10 | 0.00 | Review, edit, and finalize motion for preliminary injunction and declarations in support of same. Confer with attorney Hatch regarding same. |
| Caleb Hatch | 09/03/2025 | 0.50 | 200.00 | Revising the rented motion for injunction and supporting documents. Correspond with the client to let them know we are nearing completion. |
| Caleb Hatch | 09/04/2025 | 2.90 | 1,160.00 | Revise the motion for preliminary injunction and the supporting declaration. Prepare additional evidence in support of the preliminary injunction. Correspond with client regarding the motion and proposed declaration. |
| Caleb Hatch | 09/09/2025 | 0.60 | 240.00 | Revise and update the motion for injunctive relief. Correspond with the client regarding the motion and supporting declaration and the motion to lift the stay. |
| Caleb Hatch | 09/16/2025 | 0.50 | 200.00 | Revise and update the declaration in support of the motion for injunctive relief and the motion. Correspond with client regarding the declaration and alleged facts. |
| Caleb Hatch | 09/18/2025 | 0.90 | 360.00 | motion to stay and supporting declaration and have them prepared for filing. Correspond with the client regarding the motions. |
| Caleb Hatch | 09/19/2025 | 0.40 | 160.00 | them prepared for filing and service. Revise the motion for injunctive relief. |

| | | | | |
|---|---|---|---|---|
| Caleb Hatch | 09/23/2025 | 1.90 | 760.00 | exhibits. Correspond with client regarding the stay and communication from the opposing party, as well as litigation strategy. Draft the proposed order granting injunctive relief. Complete the motion and supporting documents and have them filed. |
| Caleb Hatch | 09/25/2025 | 0.40 | 160.00 | opposing counsel regarding the required Rule 26(f) conference. Review the motion to withdraw filed by the opposing counsel today, and correspond with client regarding the motion and response strategy. |
| Caleb Hatch | 09/30/2025 | 0.30 | 120.00 | analyze the court order and correspond with the client regarding the order and potential impact on litigation. |
| Marianne Love | 10/08/2025 | 0.40 | 84.00 | Prepare corporate disclosure statements for Hammerless LLC and Eight Eighteen. |
| Marianne Love | 10/09/2025 | 1.00 | 210.00 | File corporate disclosure statements with the Court. Edit and finalize response to motion to extend time. File response with the Court. Update case file with filed documents. |
| Marianne Love | 10/17/2025 | 0.40 | 84.00 | File the Joint Conference Report with the Court. Email serve Clausen a copy of the filed document. Update case file. |
| Marianne Love | 10/22/2025 | 0.70 | 147.00 | Prepare draft Initial Disclosures, finalize disclosures and email serve on opposing party. Email to Judge's Assistant regarding upcoming scheduling conference and zoom link. |
| Caleb Hatch | 10/06/2025 | 0.60 | 240.00 | Phone conference with opposing counsel regarding the judicial scheduling conference and possible avenue for resolution. |
| Caleb Hatch | 10/08/2025 | 1.40 | 560.00 | Prepare the required Rule 26(f) conference report and correspond with opposing counsel regarding the report and the court order related to the report. Analyze the settlement offer from the opposing party. Correspond with client regarding the settlement offer and proposed counteroffer. Review and approve the required corporate disclosure statements. |
| Caleb Hatch | 10/09/2025 | 1.90 | 760.00 | Conduct the required Rule 26 conference and report. Update the joint report. Correspond with client regarding the settlement offer and response decision. Draft the response in opposition to the motion for an extension of time. |
| Caleb Hatch | 10/16/2025 | 0.40 | 160.00 | Analyze the court order on extension.  Correspond with the client regarding the order. Finalize the joint conference report and make several attempts to the opposing party regarding their finalizing and signing the report. |
| Caleb Hatch | 10/17/2025 | 0.40 | 160.00 | Update the required Joint Rule 26(f) Conference Report and have it filed and served. |
| Caleb Hatch | 10/21/2025 | 0.20 | 80.00 | Call opposing party regarding the message he left and the upcoming scheduling conference. |
| Caleb Hatch | 10/22/2025 | 1.50 | 600.00 | the opposing party. Prepare for the court's scheduling conference. |
| Caleb Hatch | 10/23/2025 | 0.40 | 160.00 | Scheduling conference with the court and the court's statement that Clausen is permitted more time to locate counsel for the entities of default will be entered by the court as to the entities. |

| | | | | |
|---|---|---|---|---|
| Marianne Love | 11/14/2025 | 0.40 | 84.00 | Call with Judge Bastian's assistant regarding defaulting defendant businesses and regarding defendants not responding to motion for preliminary injunction. Discussion with Caleb Hatch regarding the same. |
| Caleb Hatch | 11/14/2025 | 0.20 | 80.00 | regarding the pending motion for injunctive relief and the court's order on entry of default as to the non-represented entities. |
| Karla Lozano-Smith | 12/22/2025 | 0.80 | 208.00 | Meet and Confer with C. Hatch re: noncompliance of preliminary injunction. |
| Karla Lozano-Smith | 12/30/2025 | 1.50 | 390.00 | sanctions as a remedy for noncompliance of preliminary injunction. |
| Karla Lozano-Smith | 12/31/2025 | 5.50 | 0.00 | contempt and sanctions is appropriate remedy for noncompliance of preliminary injunction and which sanctions are appropriate. |
| Smith | 01/05/2026 | 2.60 | 676.00 | Review and finalize research memo re: contempt and sanctions. |
| Caleb Hatch | 12/12/2025 | 0.40 | 160.00 | Review the court order on injunctive relief. Correspond with client regarding the order and proposed strategy. |
| Caleb Hatch | 12/18/2025 | 0.50 | 200.00 | Analyze the records and questions from the client and review the court's order. Correspond with client regarding strategy update, the application of the court's order, and communicating with the opposing parties and possible settlement discussions. |
| Caleb Hatch | 12/19/2025 | 0.60 | 240.00 | client regarding the process and litigation strategy. Prepare and send correspondence to the opposing party regarding Defendants' violations of the court order and demand for compliance and notice of intent to seek entry of default judgment. |
| Caleb Hatch | 12/23/2025 | 2.30 | 920.00 | Drafting the motion for contempt and motion for default and supporting declarations and exhibits. |
| Caleb Hatch | 12/28/2025 | 0.90 | 360.00 | Continue preparing the motion for sanctions and contempt. |
| Caleb Hatch | 12/29/2025 | 1.90 | 760.00 | conference with the opposing party regarding non-compliance with the court's order and ongoing infringement. Correspond with client regarding the opposing party conversations and agreement to allow 24 hours for compliance before filing motions. |
| Caleb Hatch | 12/30/2025 | 3.90 | 1,560.00 | Complete the motion to compel and for sanctions and the supporting declaration and exhibits in support of the motion for sanctions. Correspond with client regarding the motions. Correspond with opposing party again reiterating Defendants' failure to comply with the court ordered injunction. Draft and complete the motion for entry of default. (.4) |