1  Caleb Hatch, WSBA #51292
   Johanna R. Tomlinson, WSBA #57582
2  LEE & HAYES, P.C.
   601 W. Riverside Ave. Suite 1400
3  Spokane, Washington 99201
   Telephone: (509) 324-9256
4  caleb.hatch@leehayes.com
   Johanna.tomlinson@leehayes.com
5
   *Attorneys for Plaintiffs*
6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, <br><br> Plaintiffs, <br> v. <br><br> JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, <br><br> Defendants. | CASE NO. 2:24-CV-00413-SAB <br><br> **DECLARATION OF JAMES GOSS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CLAUSEN, INC., AR-TT LLC, AND LILAC CITY, LLC** |

James Goss, declares and states as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my companies and am competent

DECLARATION OF JAMES GOSS – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    to testify to the matters herein.

2      2.    I am the owner of Hammerless Tools, LLC and Eight Eighteen, LLC.

3    Together, we are the "Plaintiffs" in the above-captioned action.

4      3.    I, through my companies, originally manufactured the AR Takedown

5    tools that are sold by Defendants.

6      4.    Because of that relationship, I am able to demonstrate Defendants' costs

7    of the tools.

8      5.    Defendants' cost per tool is $7. That is the price for which each tool

9    was sold to Defendants.

10     6.    Attached hereto at exhibit A is a true and correct copy of an invoice for

11    the sale of the tools to Defendants.

12

13    I declare under the penalty of perjury under the laws of the United States that

14    the foregoing is true and correct.

15    DATED this 12th day of January, 2026 at Spokane, Washington.

16

17                              _____
                                   James Goss

18

19

20

DECLARATION OF JAMES GOSS - 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

contact@artakedowntool.com

jonathan@clausen.inc

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

DECLARATION OF JAMES GOSS – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

# INVOICE

**Eight Eighteen, LLC**

824 W. 25th Ave
Spokane, WA 99203

| | |
|---|---|
| Invoice # | AR10003 |
| DATE | 9/16/2022 |
| CUSTOMER ID | ARTT |

## AR-TT, LLC

726 N Hogan
Spokane WA, 99202

| PURCHASE ORDER # | | PAYMENT TERMS |
|---|---|---|
| VERBAL - Jonathan Clausen | (10,000 AR-TT @$7.00/ea) | Due upon reciept |

| PART # | DESCRIPTION | QTY | UNIT $ | LINE TOTAL |
|---|---|---|---|---|
| DEPOSIT | AR Takedown Tool | | | -$44,500.00 |
| RETURN | AR Takedown Tool (4/29/22) | 46 | -$7.00 | -$322.00 |
| AR-TT | AR Takedown Tool (5/5/22) | 2500 | $7.00 | $17,500.00 |
| NO CL/ASSY AR-TT | No Clean/Assy AR Takedown Tool (5/20/22) | 4200 | $6.50 | $27,300.00 |
| AR-TT | AR Takedown Tool (6/16/22) | 1500 | $7.00 | $10,500.00 |
| PAYMENT | Purchase Date (6/17/2022) | | | -$10,478.00 |
| CHARGEFEE | Charge Back Fee | 1 | $10.00 | $10.00 |
| AR-TT | AR Takedown Tool (8/1/22) | 1871 | $7.00 | $13,097.00 |
| RETURN | AR Takedown Tool (9/15/22) | 67 | -$7.00 | -$469.00 |
| PAYMENT (QB) | Purchase Date (9/15/2022) | | | -$12,638.00 |

| | | |
|---|---|---|
| | Sub total | $0.00 |
| | Sales Tax | 0.00% |
| | **Total** | **$0.00** |

Make all checks payable to Eight Eighteen, LLC.

*Thank You For Your Business!*