Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CLAUSEN, INC., AR-TT LLC, AND LILAC CITY, LLC AND ENTERING JUDGMENT** |

Before the Court is Plaintiffs' Motion for Default Judgment and Permanent Injunction against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC (the "Motion").

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

The Court, having reviewed the Motion, the files herein, all other documents of record, the applicable rules and law, any oral argument, and upon good cause shown, the Court **GRANTS** Plaintiffs' Motion and **ENTERS** judgment against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC in favor of Plaintiffs and **ENTERS** a permanent injunction against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Default Judgment and Permanent Injunction against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC, is **GRANTED.**

2. Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC, their officers, agents, representatives, employees, successors, and assigns, and all others in active concert or participation with them are PERMANENTLY ENJOINED from using the following of Plaintiffs' Marks: HAMMERLESS IMPACT TECHNOLOGY, H.I.T., H.I.T. Tools, HIT Tool(s), and related logos, in association with Defendants' goods and services.

3. Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC, their officers, agents, representatives, employees, successors, and assigns, and all others in active concert or participation with them are PERMANENTLY ENJOINED from manufacturing, offering, or selling of goods, or using images or videos for the offering or sale of any good, with designs identical, or similar, to the design protected by U.S. Design Patent No. D981199; including, but not limited to, Defendants' takedown tools.

[PROPOSED] ORDER - 2

4. Judgment is entered against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC, joint and severly, as follows:

### JUDGMENT SUMMARY

| | |
|---|---|
| 1. Judgment Creditors: | Hammerless Tools, LLC; Eight Eighteen, LLC |
| 2. Attorneys for Judgment Creditors: | Lee & Hayes, P.C. |
| 3. Judgment Debtors: | Clausen, Inc.; AR-TT LLC; and Lilac City, LLC |
| 4. Attorneys for Judgment Debtor: | None |
| 5. Judgment Amount (Principal): | $781,994 |
| 6. Attorney fees: | $42,485.50 |
| 7. Costs: | $484.80 |
| 6. Interest Rate on Judgment in percent per annum: | 12 percent per annum |

**IT IS HEREBY ORDERED** that Plaintiffs Hammerless Tools, LLC and Eight Eighteen, LLC are awarded judgment, against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC, jointly and sevelry, in the sum of $824,964.30. Interest shall accrue on this judgment at the rate of 12 percent per annum to be compounded annually.

[PROPOSED] ORDER - 3

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to Plaintiffs' counsel and to Defendants,

DATED this ____ day of _____, 2026

_____

HONORABLE CHIEF JUDGE BASTIAN FOR THE FEDERAL COURT FOR THE EASTERN DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

contact@artakedowntool.com

jonathan@clausen.inc

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

[PROPOSED] ORDER - 5

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979