

1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

8 | HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

CASE NO. 2:24-CV-00413-SAB

**[PROPOSED] ORDER GRANTING REQUEST FOR ATTORNEY FEES INCURRED IN OBTAINING THE FINDING OF CONTEMPT**

Plaintiffs,

v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

Defendants.

Before the Court is Plaintiffs' Request for Attorneys' Fees. On January 1, 2026, the Court issued an order granting the motion to comple complilance, ordering compliance, granting sanctions, and granting Plaintiffs their costs and fees incurred in obtaining the finding of contempt. ECF No. 73. The Court directed Plaintiffs to submit their request for reasonable attonrey fees and costs. ECF No. 73 at 4.

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1    Plaitniffs seek a total of $4,518 in attorney fees, and no costs. The Court finds the

2    requested fees reasonable and appropriate to compensate Plaintiffs for their successful

3    motion to compel, for sanctions, and obtaining the finding of contempt. *See Goodyear*

4    *Tire and Rubber Co. v. Haeger*, 581 U.S. 101, 107 (2017). The Court finds the hours

5    expended to be reasonable and the rates to be in line with the prevailing market rate for

6    an attorney of their experience for similar types of litigation. *See Camacho v. Bridgeport*

7    *Fin. Inc.*, 523 F.3d 973, 979 (9th Cir. 2008).

8        The Court, having reviewed the Request, the files herein, all other documents of

9    record, the applicable rules and law, any oral argument, and upon good cause shown, the

10   Court **GRANTS** Plaintiffs' Request.

11       Accordingly, **IT IS HEREBY ORDERED**:

12   1. Plaintiffs' Request for Attorneys' Fees is **GRANTED.** The Court awards

13       Plaintiffs their attorneys' fees in the amount of $4,518 joint and severely against

14       all Defendants.

15       **IT IS SO ORDERED**. The District Court Executive is hereby directed to file this

16   Order and provide copies to Plaintiffs' counsel and to Defendants.

17           DATED this _____ day of _____, 2026

18

19                                    _____
                                      HONORABLE CHIEF JUDGE BASTIAN
20                                    FOR THE FEDERAL COURT FOR THE
                                      EASTERN DISTRICT OF WASHINGTON

21

[PROPOSED] ORDER - 2

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on January 29, 2026, I caused the foregoing to be electronically

3

filed with the Clerk of the Court using the CM/ECF System which in turn automatically

4

generated a Notice of Electronic Filing (NEF) to all parties in the case who are

5

registered users of the CM/ECF system. The NEF for the foregoing specifically

6

identifies recipients of electronic notice. This was also served via email on Defendants

7

at:

8

    contact@artakedowntool.com

9

    jonathan@clausen.inc

10

11
                        s/ Caleb Hatch
                        Caleb Hatch, WSBA #51292

12

13

14

15

16

17

18

19

20

21

[PROPOSED] ORDER - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979