Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>            Plaintiffs,<br>  v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>            Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' REQUEST FOR ATTORNEY FEES INCURRED IN OBTAINING THE FINDING OF CONTEMPT** |

CALEB HATCH, declares and states as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify

HATCH DECLARATION - 1

1  to the matters herein.

2   2. I am an attorney of record for Plaintiffs Hammerless Tools, LLC and
3  Eight Eighteen LLC in the above captioned matter.

4   3. The Court issued an Order granting Plaintiffs' Motion to Compel
5  Compliance with Court Order and for Sanctions on January 28, 2026. ECF No. 73.

6   4. The Court awarded Plaintiffs their attorney fees and costs incurred in
7  obtaining the finding of contempt. ECF No. 73.

8   5. Plaintiffs incurred reasonable legal fees in this matter in the total
9  amount of $4,518; including $4,278 prior to the Court's order finding contempt, and
10 $240 in preparing the instant request for fees and supporting documents. These fees
11 were necessarily incurred in order to prevail in the motion to compel compliance
12 with court order and for sanctions. Attached hereto at **Exhibit A** is a true and correct
13 report of Plaintiffs' attorneys' fees incurred in obtaining the order of contempt.

14  6. Plaintiffs did not incur costs in obtaining the order of contempt.

15  7. The attorney fees are based on the individual's experience and skill, and
16 are based on individuals of similar experience and still in the legal community.

17  8. I performed the majority of the legal work and representation on behalf
18 of the Plaintiffs.

19  9. My customary billable hour rate in 2025 was $450 and is $485 in 2026.
20 However, for this specific matter and for this, small and locally owned business, my

HATCH DECLARATION - 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1   rate is only $400 per hour. My rate is in line with, and lower than, other commercial

2   and civil litigation attorneys in our legal community with the same or similar number

3   of years of experience as I have. I have billed Plaintiffs at this reduced $400 per hour

4   rate in this matter.

5       10.   I am a partner at my law firm, and I have been practicing law for over

6   nine years. I graduated *summa cum laude* from Gonzaga University School of Law

7   in May 2016, as one of the top ranked law students in my graduating class. I also

8   received ten CALI Awards of Excellence for the highest grade in ten courses.

9       11.   Associate attorney Karla Lozano-Smith also billed time to this matter

10  in relation to the motion for a finding of contempt against Defendants. Her rate is

11  $260 an hour. Her rate is in line with other commercial litigation attorneys in our

12  legal community with the same or similar number of years of experience.

13  Additionally, while Ms. Lozano-Smith worked 7.8 hours on the motion for

14  contempt; based on her experience, only 2.3 hours of her time were actually billed

15  to the client.

16      12.   Attorneys and paralegals at Lee & Hayes keep daily records of their

17  time and work performed. Each month Lee & Hayes invoices its clients. Exhibit A

18  to this declaration is a copy of relevant time entries incurred in this case. The first

19  column identifies the attorney by initials. The second column identifies the date of

20  the work performed. The third column identifies the amount of time billed for the

1  work performed. The fourth column identifies the total value of the work performed.

2  The Fifth Column details the work performed.

3      13.    Plaintiffs *do not* waive their attorney-client privilege or work product

4  protections by the filing of Exhibit A.

5      14.    The foregoing fees are correct and were necessarily incurred in this

6  litigation. I respectfully ask the Court to award legal fees in the amount of $4,518;

7  including $4,278 prior to the Court's order finding contempt, and $240 today in

8  preparing the instant request for fees and supporting documents.

9      I declare under the penalty of perjury under the laws of the State of

10  Washington that the foregoing is true and correct.

11

12      DATED this 29th day of January 2026 at Spokane, Washington.

13      s/ Caleb Hatch
    Caleb Hatch

14

15

16

17

18

19

20

## CERTIFICATE OF SERVICE

I hereby certify that on January 29th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

    contact@artakedowntool.com

    jonathan@clausen.inc

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

HATCH DECLARATION - 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

| Atty | Date | Hours | Value | Description |
|---|---|---|---|---|
| CAH | 12/19/2025 | 0.60 | 240.00 | Analyze the questions from the client and correspond with the client regarding the process and litigation strategy. Prepare and send correspondence to the opposing party regarding Defendants' violations of the court order and demand for compliance and notice of intent to seek entry of default judgment. |
| KLS | 12/22/2025 | 0.80 | 208.00 | Meet and Confer with C. Hatch re: noncompliance of preliminary injunction. |
| CAH | 12/23/2025 | 2.30 | 920.00 | Drafting the motion for contempt and motion for default and supporting declarations and exhibits. |
| CAH | 12/28/2025 | 0.90 | 360.00 | Continue preparing the motion for sanctions and contempt. |
| CAH | 12/29/2025 | 1.90 | 760.00 | Drafting the motion for contempt and sanctions. Phone conference with the opposing party regarding non-compliance with the court's order and ongoing infringement. Correspond with client regarding the opposing party conversations and agreement to allow 24 hours for compliance before filing motions. |
| KLS | 12/30/2025 | 1.50 | 390.00 | Research on issues of motion for contempt of court and sanctions as a remedy for noncompliance of preliminary injunction. |
| CAH | 12/30/2025 | 3.50 | 1,400.00 | Complete the motion to compel and for sanctions and the supporting declaration and exhibits in support of the motion for sanctions. Correspond with client regarding the motions. Correspond with opposing party again reiterating Defendants' failure to comply with the court ordered injunction. |