Jonathan Clausen
PO BOX 2171
Spokane, WA 99210
509-991-3929
jonathan@clauseninc.us

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,
Plaintiffs,
v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,
Defendants.

No. 2:24-CV-00413-SAB

MOTION TO STAY SANCTIONS PENDING CONFIRMATION OF COMPLIANCE AND RETENTION OF COUNSEL

**MOTION TO STAY SANCTIONS PENDING CONFIRMATION OF COMPLIANCE AND RETENTION OF COUNSEL**

Defendant Jonathan Clausen, appearing **pro se as an individual defendant only**, respectfully moves the Court for a temporary stay of sanctions imposed in the Court's January 28, 2026 Order.

MOTION TO STAY SANCTIONS

## I. RELIEF REQUESTED

Defendant requests a temporary stay of the coercive monetary sanctions pending:

1. The Court's review of Defendant's Declaration of Compliance; and
2. Defendant's ongoing efforts to retain replacement counsel for the business entities.

## II. GROUNDS FOR RELIEF

1. Defendant has submitted a sworn declaration detailing the steps taken to comply with the Court's injunction.
2. Any prior non-compliance was not willful and occurred during a period of counsel withdrawal and confusion regarding scope.
3. Defendant has ceased all sales activity and has taken corrective action consistent with the Court's directives.
4. A temporary stay will not prejudice Plaintiffs and will allow the Court to evaluate compliance on a complete record.
5. Civil sanctions are intended to be **coercive, not punitive**, and continued accrual is unnecessary where compliance is occurring.

## III. CONCLUSION

Defendant respectfully requests that the Court stay further accrual of sanctions pending confirmation of compliance and retention of counsel.

DATED this 20 day of January, 2026.

*/s/ Jonathan Clausen*

Jonathan Clausen

MOTION TO STAY SANCTIONS