Jonathan Clausen
PO BOX 2171
Spokane, WA 99210
509-991-3929
jonathan@clauseninc.us

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,
Plaintiffs,
v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,
Defendants.

No. 2:24-CV-00413-SAB

MOTION FOR EXTENSION OF TIME

TO RETAIN COUNSEL

**MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL**

Defendant Jonathan Clausen, appearing pro se as an individual defendant only, respectfully moves the Court for a reasonable extension of time to retain counsel for the business entities named in this action.

MOTION FOR EXTENSION OF TIME

## I. RELIEF REQUESTED

Defendant requests an extension of 30 days to retain replacement counsel for the business entities and to allow counsel to enter an appearance.

## II. GROUNDS FOR RELIEF

1. Prior counsel withdrew after extensive representation and significant fees had been paid.
2. Since counsel's withdrawal, Defendant has diligently sought replacement counsel, contacting numerous attorneys locally and out of state, including practitioners experienced in intellectual property and federal civil litigation.
3. This matter involves a narrow and specialized area of law, and locating counsel willing to take on the case in its current procedural posture has proven difficult despite good-faith efforts.
4. Defendant is proceeding pro se solely as an individual defendant and has filed declarations and motions demonstrating ongoing compliance with the Court's orders.
5. A short extension will not prejudice Plaintiffs and will promote resolution on the merits rather than by procedural default.

## III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests a brief extension of time to retain counsel for the business entities.

MOTION FOR EXTENSION OF TIME

DATED this 30 day of January, 2026.

_____

Jonathan Clausen

Defendant, Pro Se (Individual Only)

MOTION FOR EXTENSION OF TIME