Jonathan Clausen
PO BOX 2171
Spokane, WA 99210
509-991-3929
jonathan@clauseninc.us

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS LLC, a
Washington limited liability company, and
EIGHT EIGHTEEN, LLC, an Idaho
limited liability company,

Plaintiffs,

v.

JONATHAN CLAUSEN, an individual;
CLAUSEN, INC., a Washington
Corporation, AR-TT LLC, a Washington
limited liability company; and LILAC
CITY, LLC, a Washington limited liability
company,

Defendants.

No. 2:24-CV-00413-SAB

DECLARATION OF JONATHAN CLAUSEN
IN RESPONSE TO JANUARY 28, 2026 ORDER

I, Jonathan Clausen, declare as follows:

1. I am an individual defendant in this matter. I submit this declaration pursuant to the
   Court's January 28, 2026 Order Granting Motion to Compel Compliance and for
   Sanctions.

2. I make this declaration to describe, factually and in good faith, the steps taken to comply
   with the Court's Preliminary Injunction and subsequent orders.

3. Immediately upon learning of the Court's injunction, I took steps to ensure that the
   products referenced by Plaintiffs were **not offered for sale**.

PERSONAL DECLERATION - 1

4. Specifically, I caused all such products to be marked as **"Sold Out,"** set inventory quantities to **zero**, and disabled checkout functionality so that no customer could complete a purchase.

5. No orders have been accepted, processed, or fulfilled for any such products since those steps were taken.

6. I did not manufacture, commission, or cause the manufacture of any products alleged to infringe Plaintiffs' asserted design patent.

7. I did not advertise, promote, or solicit sales of any enjoined products following entry of the Court's order.

8. At all times, I intended to comply with the Court's orders and acted based on my understanding of the injunction while attempting to preserve business continuity without engaging in sales.

9. My prior counsel withdrew during this period. Following counsel's withdrawal, I continued compliance efforts while actively seeking replacement counsel. I did not intend any delay, evasion, or defiance of the Court's authority.

10. To the extent any aspect of compliance was incomplete or misunderstood, such failure was not willful.

11. Upon receiving further clarification from Plaintiffs' counsel and reviewing the Court's January 28, 2026 Order, I undertook additional steps to ensure full compliance.

12. I remain committed to complying fully with all Court orders and to promptly correcting any deficiencies.

13. Attached as **Exhibit A** are representative screenshots showing that the referenced products were unavailable for purchase and marked "Sold Out."

PERSONAL DECLERATION - 2

14. I submit this declaration to demonstrate good-faith compliance and to assist the Court in

evaluating my efforts.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

DATED this _29th day of January 2026, at Spokane, Washington.

Jonathan Clausen

PERSONAL DECLERATION - 3

EXHIBIT A



7:42

December 29, 2025
1:17 PM



SOLD OUT

SOLD OUT

## THE AR-TAKEDOWN TOOL ™ - THE AR-15 MULTI TOOL & AR-15 DISASSEMBLY TOOL (AR-TT ™)

★★★★★ (82)



$39.99

AR-TAKEDOWN TOOL: PURCHASE WITH 8OZ CLEANER/LUBRICANT



$54.00



Reviews



SOLD OUT

**Zach W.**
★★★★★
"I absolutely love this tool. Makes life so..."

...uses cookies to ensure you get the ...ce on our website. Learn more





7:42

December 29, 2025
1:17 PM

**REAL STEEL- ROLL PIN STARTER 1/8" & 5/32" STEEL PUNCH**

★★★★★ (3)

$39.99

**THE TAKEDOWN TOOLS: BRASS HAMMER & 3/32" BRASS ROL PIN PUNCH**

★★★★★ (3)

$39.99



The AR-Takedown Tool Bundle



Get Sprung

Reviews

**THE AR-TAKEDOWN TOOL MEGA BUNDLE**

**THE TAKEDOWN TOOL 2 PACK- AR-TT & THE**



This website uses cookies to ensure you get the best experience on our website. Learn more



### THE AR-TAKEDOWN TOOL MEGA BUNDLE

★★★★★ (7)

$54.99

### THE TAKEDOWN TOOL 2 PACK- AR-TT & THE TAKEDOWN TOOL OF YOUR CHOICE IN A USA POUCH

★★★★★ (2)

$79.99





Reviews

### THE TAKEDOWN TOOLS™ 2-PIECE BRASS SET – THE ULTIMATE GUN

### THE TAKEDOWN TOOL ™ – THE ONLY TOOL NEEDED (AR-TT ™)

This website uses cookies to ensure you get the best experience on our website. Learn more