1 Jonathan Clausen
2 PO BOX 2171
   Spokane, WA 99210
3 509-991-3929
4 jonathan@clauseninc.us

5

6 UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON
7

8 HAMMERLESS TOOLS LLC, a
   Washington limited liability company, and
9 EIGHT EIGHTEEN, LLC, an Idaho         No. 2:24-CV-00413-SAB
   limited liability company,
10 Plaintiffs,
   v.
11
                                          **Cover Letter Accompanying Declaration and**
12                                        **Motion**

13 JONATHAN CLAUSEN, an individual;
   CLAUSEN, INC., a Washington
14 Corporation, AR-TT LLC, a Washington
   limited liability company; and LILAC
15 CITY, LLC, a Washington limited liability
16 company,
   Defendants.
17

18
                  **Cover Letter Accompanying Declaration and Motion**
19

20

21        Dear Judge Stanley A. Bastian and Clerk of the Court,

22        I respectfully submit the enclosed Declaration of Compliance and Motion to Stay

23 Sanctions pursuant to the Court's January 28, 2026 Order.

24        For context only, I wish to inform the Court that following the withdrawal of my

25 prior counsel, I have been diligently attempting to retain replacement counsel. I have contacted

26

27 numerous attorneys locally and out of state, including practitioners experienced in intellectual

28
   CERTIFICATE OF SERVICE

RECEIVED
JAN 30 2026
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

property and federal civil litigation. Locating counsel willing to take on this matter in its current posture and limited scope has proven difficult, but those efforts remain ongoing.

In the interim, I am proceeding pro se as an individual defendant only. I am working in good faith to comply fully with the Court's orders while seeking appropriate legal representation for the business entities.

The enclosed filings are submitted to assist the Court in evaluating my compliance efforts and to ensure the record accurately reflects my intent and actions.

Thank you for the Court's time and consideration.

Respectfully submitted,

Jonathan Clausen

Defendant, Pro Se (Individual Only)

PO BOX 2171

SPOKANE, WA 99210

509-724-6261

JONATHAN@CLAUSENINC.US

CERTIFICATE OF SERVICE