Jonathan Clausen
PO BOX 2171
Spokane, WA 99210
509-991-3929
jonathan@clauseninc.us

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,
Plaintiffs,
v.

No. 2:24-CV-00413-SAB

CERTIFICATE OF SERVICE

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,
Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2026, I caused a true and correct copy of the following document(s) to be served:

- Declaration of Jonathan Clausen in Response to January 28, 2026 Order
- Motion to Stay Sanctions Pending Confirmation of Compliance
- Declaration of Diligent Counsel-Search Efforts
- Motion for Extension of Time to Retain Counsel
- Limited Opposition to Plaintiffs' Motion for Attorneys' Fees

upon counsel for Plaintiffs at the following address:

RECEIVED
JAN 30 2026
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

CERTIFICATE OF SERVICE

1  Caleb Hatch

2  Lee & Hayes, P.C.

3  [Use the address exactly as listed on the docket]

4

5  Spokane, Washington

6  Service was made by the following method (check one):

7  ☐ U.S. Mail, first-class postage prepaid

8  ☐ Hand delivery

9

10 ☒ Email (consistent with prior service practice)

11 I declare under penalty of perjury under the laws of the United States of America

12 that the foregoing is true and correct.

13

14 DATED this 30 day of January, 2026, at Spokane, Washington.

15

16 Jonathan Clausen

17 **Defendant, Pro Se (Individual Only)**

28 CERTIFICATE OF SERVICE