Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT JONATHAN CLAUSEN'S MOTION TO STAY SANCTIONS PENDING CONFIRMATION OF COMPLIANCE AND RETENTION OF COUNSEL** |

CALEB HATCH, declares and states as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify

HATCH DECLARATION RE
RESPONSE TO MOTION TO STAY - 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1    to the matters herein.

2        2.    I am an attorney of record for Plaintiffs Hammerless Tools, LLC and
3    Eight Eighteen LLC in the above captioned matter.

4        3.    On January 30, 2026, I reviewed materials showing Defendant
5    continuing to advertise, offer, and distribute AR Takedown Tools and related
6    products.

7        4.    On or about January 30 and January 31, 2026, I received and reviewed
8    promotional materials from Defendant offering AR Takedown Tools as part of
9    bundled promotions.

10       5.    Attached as **Exhibit A** is a true and correct copy of an email promotion
11   from Defendants on January 31, 2026, offering a bundled product that included a
12   free AR Takedown Tool which utilizes Plaintiffs' patented design.

13       6.    This promotion was active on or about the same date Defendant filed
14   his declaration with the Court claiming he was not offering or promoting the
15   enjoined products.

16       7.    On or about January 31, 2026, I reviewed Facebook Marketplace
17   listings offering Plaintiffs' patent protected AR Takedown Tools for sale.

18       8.    The listings show the tools as "in stock" and identify Defendant as the
19   seller.

20       9.    Below are true and correct copies of the screenshots from Facebook

HATCH DECLARATION RE
RESPONSE TO MOTION TO STAY – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

Marketplace, and the link can be found at https://www.facebook.com/marketplace/item/1899441360654430/?ref=search&referral_code=null&referral_story_type=post&tracking=browse_serp%3A9fb53a84-766f-474d-b716-984192cc08b5 :



HATCH DECLARATION RE
RESPONSE TO MOTION TO STAY – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

10. On or about January 30-31, 2026, I reviewed multiple social media posts and pages associated with Defendant's businesses that continued to advertise the patent-protected AR Takedown Tool.

11. Below are true and correct screenshots showing TikTok videos promoting the tool, Instagram pages using Plaintiffs' marks; and, Facebook pages referencing the enjoined product, and the links can be found at https://www.tiktok.com/@thetakedowntools/video/7601016156664745271?lang=en; https://www.instagram.com/hittools/; and https://www.facebook.com/ARTAKEDOWNTOOL/about_details :





HATCH DECLARATION RE
RESPONSE TO MOTION TO STAY – 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979



12.  On or about January 30, 2026, I reviewed Defendant's website and observed promotions offering the AR Takedown Tool in connection with other products.

13.  Below is a true and correct screenshot of Defendant's website advertising and offering a free tool with purchase, and the link can be found here https://www.artakedowntool.com/pages/videos:



14.     Prior to January 30, 2026, Plaintiffs submitted evidence showing Defendant's continued use of Plaintiffs' marks and continued offering and promotion of the enjoined tools across multiple websites and social media platforms in support of Plaintiffs' motion to compel compliance and for sanctions. ECF Nos. 69, 69-1.

15.     The above screenshots show similar conduct continued after entry of the Court's contempt and sanctions Order. ECF No. 73.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 4th day of February 2026 at Spokane, Washington.

s/ Caleb Hatch<br>Caleb Hatch

## CERTIFICATE OF SERVICE

I hereby certify that on February 4th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

    contact@artakedowntool.com

    jonathan@clausen.inc

                          s/ Caleb Hatch
                          Caleb Hatch, WSBA #51292

HATCH DECLARATION RE
RESPONSE TO MOTION TO STAY – 8

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

| | |
|---|---|
| From: | The Takedown Tools (contact@artakedowntool.com) |
| To: | default_robot@yahoo.com |
| Date: | Saturday, January 31, 2026 at 10:40 AM PST |



## Find your new essentials

Hey Guys,

We're excited to officially release one of the **best AR-15 trigger deals we've ever offered** — and it's already getting a lot of attention.

For a limited time, we're offering the **Partisan Disruptor FRT Trigger Combo Pack**, built for shooters who want serious performance without paying inflated prices.

Here's what's included:

• Partisan **Disruptor AR-15 FRT drop-in cassette trigger**
• **FREE Tool** (our flagship, USA-made gunsmithing tool)
• **FREE USA-made gun cleaner & lubricant**
• **$25 OFF** the trigger
• **Flat-rate insured shipping**

All for **$299.99** — no gimmicks.

This trigger has shaken up the market by delivering true forced-reset performance at nearly half the price of comparable options, while remaining **100% USA-made**. Pairing it with the AR-Takedown Tool makes installation and future maintenance fast, clean, and frustration-free.

**Estimated Shipping:** 1 weeks,
Each order is hand-packed, bundled, inspected, and shipped fully insured due to the value and contents of the bundle.

We're ARE the **only retailers** offering this trigger bundled with tools and accessories — once these combo packs are gone, they're gone.

👉 **Grab yours here:**
[ SHOP THE TRIGGER COMBO PACK ]

If you've been waiting for the right time to upgrade your trigger and your setup, this is it.

Thank you for supporting American-made products and small businesses that actually stand behind what they sell.

—

Jonathan
The Takedown Tools
100% USA-Made • Built by Shooters, for Shooters



Partisan Triggers

Shop now

## Complete the look




Range Accessories & Add-On Gear

Shop now

Cleaning Products

Shop now

# It's all in the details





GET SPRUNG APPAREL - for shooting sports and For the supporters of the 2nd amendment

The Takedown Tools. 100% USA Made Gun tools for gun cleaning, gun smithing and more

Hats, Signs and more



**Shop now**

The Takedown Tools·904 W Riverside Ave, Suite 2171, Spokane WA 99210, United States

No longer want to receive these emails?Unsubscribe

© 2026The Takedown Tools