FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>　　　　Defendants. | No.  2:24-CV-00413-SAB<br><br>**ORDER DENYING MOTION TO STAY SANCTIONS; MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL** |

　　Before the Court are Defendant Jonathan Clausen's Motion to Stay Sanctions Pending Confirmation of Compliance and Retention of Counsel, ECF No. 76, and Motion for Extension of Time to Retain Counsel, ECF No. 77. The motions were heard without oral argument. Plaintiffs are represented by Caleb Hatch and Johanna Tomlinson. Defendant Jonathan Clausen is representing himself. No notice of appearance has been filed for Defendants Clausen, Inc., AR-

**ORDER DENYING MOTION TO STAY SANCTIONS; MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL** ~ 1

1 | TT LLC, and LILAC CITY, LLC.

2 |     Previously, the Court granted Plaintiff's Motion to Compel Compliance with Court Order and for Sanctions. ECF No. 73. Defendant Clausen now asks the Court to stay that order and grant him more time to obtain counsel for the corporate defendants. Good cause does not exist to grant the motions.

    Defendant Clausen had previously been given additional time to obtain counsel. Notwithstanding this, no counsel has filed a notice of appearance. Instead, on January 5, 2026, default was entered against the corporate defendants in response to Plaintiff's motion for entry of default. Notably, Defendant Clausen did not file a motion for reconsideration or ask for more time to obtain counsel in response to the motion.

    Plaintiff also moved to compel compliance with the court order and asked for sanctions. No response was filed by Defendant Clausen. The Court granted the motion and imposed daily sanctions but gave Defendants a seven-day grace period. Now that sanctions are looming, Defendant Clausen is asking for more time to show he is complying with the Preliminary Injunction and more time to obtain counsel.

    At this stage of the proceedings, it is too little, too late. Plaintiff has shown that Defendant continues to advertise, offer, and distribute the enjoined products, even after he filed his motions and declaration. As such, a stay would defeat the coercive purpose of the sanctions and signal that continued violations will be excused by promises of future compliance. Defendant's declaration acknowledges incomplete compliance at best. Moreover, Defendant continues to publish and circulate advertising content on social medial platforms that feature images and videos of the enjoined product and Plaintiffs' patented design. Simply marking certain products and "Sold Out" on Defendant's website and disabling checkout functionality does not meet the spirit and purpose of the Preliminary Injunction, given that Defendant apparently is continuing to offer and promote the enjoined

**ORDER DENYING MOTION TO STAY SANCTIONS; MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL** ~ 2

tools on other websites and social medial platforms.

Defendant has not shown he has been diligent in obtaining counsel. Counsel withdrew on September 30, 2025, and no notice of appearance have been filed. Instead, it appears the purpose of the current motions is simply to delay enforcement of the Court's order and allow Defendant to continue to use Plaintiff's marks and tools to his benefit.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Clausen's Motion to Stay Sanctions Pending Confirmation of Compliance and Retention of Counsel, ECF No. 76, is **DENIED**.

2. Defendant Clausen's Motion for Extension of Time to Retain Counsel, ECF No. 77, is **DENIED**.

**IT IS HEREBY ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to Defendants and counsel.

**DATED** this 5th day of February 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO STAY SANCTIONS; MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL** ~ 3