AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 13, 2026**

SEAN F. McAVOY, CLERK

HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,
*Plaintiff*
v.
JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, a Washington limited liability company,
*Defendant*

Civil Action No. 2:24-cv-00413-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiff and against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC, joint and severly, as follows: Judgment Creditors: Hammerless Tools, LLC and Eight Eighteen, LLC. Attorneys for Judgment Creditors: Lee & Hayes, P.C. Judgment Debtors: Clausen, Inc.; AR-TT LLC; and Lilac City, LLC; Attorneys for Judgment Debtor: None; Judgment Amount (Principal): $781,994; Attorney fees: $42,485.50; Costs: $484.80; Interest Rate on Judgment in percent per annum: 12 percent per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: February 13th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*