Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT AND FOR SANCTIONS** |

CALEB HATCH, declares and states as follows:

1. I am over the age of eighteen and make this declaration based upon my

HATCH DECLARATION RE
MOTION FOR CONTEMPT – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

1  personal knowledge and the files and records of my firm and am competent to testify
2  to the matters herein.
3      2.    I am an attorney of record for Plaintiffs Hammerless Tools, LLC and
4  Eight Eighteen LLC in the above captioned matter.
5      3.    The Court issued an Order granting preliminary injunction on
6  December 11, 2025, which the Court also provided to Defendants via mail. ECF No.
7  68.
8      4.    I also provided Defendants with a copy of the preliminary injunction
9  order via email on December 19, 2025, and informed Defendants of their continued
10 failure to comply with the order. I emailed with Defendants again on December 30,
11 2025, noting again Defendants' failure to comply with the order.
12     5.    Additionally, on December 29, 2025, I had a 45-minute phone
13 conference with Defendant Clausen regarding the Order and Defendants' continued
14 failures to comply with the order – including specific ongoing and new issues.
15 Defendant Clausen stated that Defendants would be in compliance by the end of the
16 day.
17     6.    Further, on January 28, 2026, the Court entered an Order granting
18 Plaintiffs' prior motion to compel and for sanctions and found Defendants in
19 contempt, ordered Defendants to comply with the injunction, pay Plaintiffs' fees and
20 costs, and a daily fee of $500. ECF No. 73.

HATCH DECLARATION RE
MOTION FOR CONTEMPT - 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

7. The order to compel [ECF No. 73] was mailed to Defendants by the Court, and I also sent it to Defendants via email on January 28, 2026. I also emailed and called Defendant Clausen on February 17, 2026, and February 18, 2026, regarding the failures to comply and violations of the Court's orders. I did not receive any substantive response.

8. I have reviewed Defendants' websites and social media pages cited in the prior pleadings and declarations before the Court, and Defendants have failed to take efforts to come into compliance with the Court's orders. In fact, all of the violations noted in Plaintiffs' prior motion to compel still remain. ECF No. 69-1.

9. Furthermore, since the Court's compliance order [ECF No. 73], Defendants have not only continued with the same violations but have also sent new emails and made new social media posts, and new sales offers through social media shops in violation of the Court's orders. Attached hereto as Exhibit A is a true and correct copy of Defendants' new violations of the Court's order – in addition to the prior ongoing violations. Attached hereto as Exhibit A are emails from Defendants and screenshots of Defendants social media pages demonstrating new violations of the Court's orders.

10. Plaintiffs have incurred $600 in attorney fees related to the present motion for contempt.

I declare under the penalty of perjury under the laws of the State of

1  Washington that the foregoing is true and correct.

2      DATED this 24th day of January 2026 at Spokane, Washington.

3

4                                                    s/ Caleb Hatch
                                                  Caleb Hatch

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

HATCH DECLARATION RE
MOTION FOR CONTEMPT - 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served via email on Defendants at:

    contact@artakedowntool.com

    jonathan@clausen.inc

                                s/ Caleb Hatch
                                Caleb Hatch, WSBA #51292

# EXHIBIT A

Did something catch your eye?

| | |
|---|---|
| From: | The Takedown Tools (contact@artakedowntool.com) |
| To: | default_robot@yahoo.com |
| Date: | Tuesday, February 17, 2026 at 10:23 PM PST |



## See something you liked?



## Partisan Forced-Reset Drop-In Cassette Trigger FRT – AR-15 Platform (USA-Made)

View product

## Check out these trending products



The AR-Takedown Tool ™ - The AR-15 Multi Tool & AR-15 disassembly tool (AR-TT ™)



The Takedown Tool ™ - The only tool needed (AR-TT ™)



The Everything Tool:The Takedown Tools! 5/64" Roll Pin starter and a 5/64" roll pin punch. 100% USA MADE

Continue shopping



The Takedown Tools
904 W Riverside Ave, Suite 2171, Spokane WA 99210, United States

Unsubscribe
© 2026 The Takedown Tools







From: The Takedown Tools (contact@artakedowntool.com)

To: default_robot@yahoo.com

Date: Wednesday, February 4, 2026 at 10:05 AM PST



INTRODUCING

OUR LATEST PRODUCT

The wait is finally over.

We now have the black version of the partisan disruptor coming into stock!

AS ALWAYS WHEN YOU BUY ANY PARTISAN TRIGGER FROM US, YOU'LL RECEIVE A FREE TAKEDOWN TOOL



Partisan Forced-Reset Drop-In Cassette Trigger (Black) FRT – AR-15 Platform (USA-Made)

$299.99

Check out now

Buy with

New arrivals

Back in stock

Sale

**STAY IN TOUCH**

The Takedown Tools·904 W Riverside Ave, Suite 2171, Spokane WA 99210, United States

No longer wish to receive these emails? Unsubscribe

© 2026 The Takedown Tools