Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**APPLICATION AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO ANSWER SUPPLEMENTAL INTERROGATORIES AND FOR DEFENDANTS' EXAMINATION**<br><br>Without Oral Argument |

APPLICATION AND MOTION FOR AN ORDER
DIRECTING DEFENDANTS TO ANSWER
INTERROGATORIES AND FOR DEFENDANTS'
EXAMINATION - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Plaintiffs and Judgment Creditors ("Hammerless" or "Plaintiffs"), apply to and moves the Court pursuant to Rules 64 and 69 of the Federal Rules of Civil Procedure and RCW 6.32.015 for an Order requiring the Defendants and Judgment Debtors Clausen, Inc.; AR-TT LLC; and Lilac City, LLC (Judgment Debtors) to answer Plaintiffs' Interrogatories to Judgment Debtors within thirty-days of the entry of the Court's order so that Plaintiffs may ascertain Defendants' assets which might be applied to the satisfaction of the Judgement entered in favor of Plaintiff. *See* ECF Nos. 83-84.

Plaintiffs additionally apply to and move the Court pursuant to Rules 64 and 69 of the Federal Rules of Civil Procedure and RCW 6.32.010 for an Order requiring Judgment Debtors to appear before this Court at a time and date certain after the provision of answers to Plaintiffs' Interrogatories to Judgement Debtors, to testify as to Judgement Debtors' assets which might be applied to the satisfaction of Plaintiffs' judgment and to clarify any unresolved judgment execution question.

This Application and Motion is supported by the following memorandum and attached supporting declaration and proposed interrogatories, as well as the rules and laws of the United States and the State of Washington.

## STATEMENT OF FACTS

On February 13, 2026, the Court entered an Order granting judgment and permanent injunction against Defendants Clausen, Inc.; AR-TT LLC; and Lilac City, LLC ("Order and Judgment"). ECF Nos. 83-84; Declaration of Caleb Hatch ("Hatch Decl.") at ¶ 2. The Order and Judgment, *inter alia*, 1) requires Judgement Debtors

APPLICATION AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO ANSWER INTERROGATORIES AND FOR DEFENDANTS' EXAMINATION - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

1  to pay Plaintiffs the total sum of Eight Hundred Twenty-Four Thousand Nine
2  Hundred Sixty-Four Dollars and Thirty Cents ($824,964.30) and 2) enjoins
3  Judgement Debtors from the use of Plaintiffs' trademarks and patented design. *Id*.
4  On February 13, 2026, the Court entered an order directing the Clerk of Court enter
5  judgment in favor of Plaintiffs and against Judgement Debtors. ECF No. 84; *id*.

6  The Court mailed copies of the Order and Judgment to Judgement Debtors,
7  and Counsel for Plaintiffs provided Judgement Debtors with additional copies of the
8  Order and Judgment to Judgement Debtors via email on February 17, 2026. Hatch
9  Decl. at ¶ 3. Counsel for Plaintiffs followed up with Judgement Debtors via email
10 and phone calls also on February 17, 2026, and February 18, 2026. *Id*. at ¶ 4.

11 Defendants and Judgment Debtors have made no payment towards
12 satisfaction of the Judgment amount and have not come into compliance with the
13 permanent injunction. Hatch Decl. at ¶ 3. The Order and Judgment therefore remain
14 unsatisfied. *Id*. Further, despite multiple requests for confirmation from Judgement
15 Debtors that they are fully complying with their obligations related to the injunction,
16 Judgement Debtors have failed to satisfy these requests or make efforts to comply –
17 in fact they have continued to defy the Court's Order. *Id*. at ¶ 6.

18 To determine what assets Defendants and Judgment Creditors possess to
19 satisfy the Judgment and to ascertain Judgement Debtors' compliance with their
20 obligations, Plaintiffs now moves the Court for an order requiring Judgement
21 Debtors answer Plaintiffs' supplemental Interrogatories to Judgment Debtors within
22 30 days of the entry date of the Court's anticipated Order, and further appear before
23

APPLICATION AND MOTION FOR AN ORDER
DIRECTING DEFENDANTS TO ANSWER
INTERROGATORIES AND FOR DEFENDANTS'
EXAMINATION - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

the Court for supplemental examination.

## ARGUMENT

A Judgment has been entered against Judgement Debtors and in favor of Plaintiffs in this matter. ECF Nos. 83-84. The Judgment remains unsatisfied, and Judgement Debtors have failed to comply with the Order. Hatch Decl. at ¶¶ 2-6.

The Federal Rules of Civil Procedure provides that, to aid in the execution of a judgment, the judgment creditor "may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2); *see also* Wash. Super. Ct. Civ. R. 69.

Washington statute directs that, within 10 years of the entry of a judgment for $25 dollars or more, "upon application by the judgment creditor such court or judge may, by an order, require the judgment debtor to appear at a specified time and place before the judge granting the order, or a referee appointed by the judge, to answer concerning the same." RCW 6.32.010. Additionally, RCW 6.32.015 provides that within ten years of the entry of a judgment for twenty-five dollars or more, "upon application by a judgment creditor, a court or judge may, by order served on the judgment debtor, require such debtor to answer written interrogatories, under oath, in such form as may be approved by the court." Plaintiffs' requests fit within both state and federal statute requirements. ECF No. 83; Hatch Decl. at ¶¶ 2, 5.

Plaintiffs' proposed interrogatories are attached to the Declaration of Caleb Hatch, filed concurrently herewith. Hatch Decl. at ¶ 7, Ex. A. Plaintiffs are simply

APPLICATION AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO ANSWER INTERROGATORIES AND FOR DEFENDANTS' EXAMINATION - 4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

seeking information necessary to determine the extent and location of Judgment Debtors' assets so Plaintiffs' monetary judgment and the injunctive relief may be enforced.

## CONCLUSION

Plaintiffs respectfully request that this Court order Judgment Debtors to fully answer Plaintiffs' supplemental Interrogatories to Judgment Debtors within 30 days of the entry of the requested order, and after which, to require Judgment Debtors to appear before the Court for supplemental examination proceedings at a date and time convenient to the Court to testify as to Judgement Debtors' assets which might be applied to the satisfaction of Plaintiffs' Judgment.

DATED this 24th day of February, 2026.

                                    s/ Caleb Hatch
                                    Caleb Hatch, WSBA #51292
                                    Johanna R. Tomlinson, WSBA #57582
                                    LEE & HAYES, P.C.
                                    601 W. Riverside Ave. Suite 1400
                                    Spokane, Washington 99201
                                    Telephone: (509) 324-9256
                                    caleb.hatch@leehayes.com

                                    *Attorneys for Plaintiffs*

APPLICATION AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO ANSWER INTERROGATORIES AND FOR DEFENDANTS' EXAMINATION - 5

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I also emailed a copy of the foregoing to the below Defendant:

Jonathan Clausen

Email: jonathan@clausen.inc

contact@artakedowntool.com

　　　　　　　　　　　　　　s/ Caleb Hatch
　　　　　　　　　　　　　　Caleb Hatch, WSBA #51292

APPLICATION AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO ANSWER INTERROGATORIES AND FOR DEFENDANTS' EXAMINATION - 6

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979