UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION AND MOTION FOR AN ORDER DIRECTING DEFENDANTS TO ANSWER SUPPLEMENTAL INTERROGATORIES AND FOR DEFENDANTS' EXAMINATION** |

THIS MATTER comes before the Court on Plaintiffs' Application and Motion for an Order Directing Defendants and Judgment Debtors Clausen, Inc.;

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

AR-TT LLC; and Lilac City, LLC (Judgment Debtors) to Answer Supplemental Interrogatories and for Judgment Debtors' Examination seeking supplemental proceedings pursuant to FRCP 69(a)(2) and RCW 6.32.010 and 6.32.015. The Court, having considered the Application and Motion, and the Declaration of Caleb Hatch in Support of Plaintiffs' Application and Motion, and having considered the response of Judgment Debtors, if any, and the reply filed on behalf of Plaintiffs, if any, and the Court being duly advised on the premises, THE COURT FINDS:

1. That Judgment was entered in favor Plaintiffs and against Judgment Debtors on February 13, 2026, in the amount of Eight Hundred Twenty-Four Thousand Nine Hundred Sixty-Four Dollars and Thirty Cents ($824,964.30), plus interest;

2. That Judgment Debtors have made no payment towards satisfaction of the Judgment; and

3. That the Judgement remains unsatisfied.

Therefore, the Court finds that good cause exists and GRANTS Plaintiffs' Application and Motion for Order for Examination and Order to Answer Interrogatories.

NOW, THEREFORE, the Court hereby orders as follows:

1. Plaintiffs' Application and Motion for an Order Directing Judgment Debtors to Answer Interrogatories and for Defendants' Examination, ECF No. 84, is **GRANTED**.

[PROPOSED] ORDER - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

2. Judgment Debtors shall answer under oath the interrogatories attached to the Declaration of Caleb Hatch as Exhibit A, and attached hereto as Exhibit A. Each Judgment Debtor shall serve a complete copy of their individual answers on counsel for Plaintiffs/Judgment Creditors as directed in the interrogatories within thirty (30) calendar days from the entry of this Order.

3. Judgment shall appear at a date and time convenient to the Court at the United States District Court for the Eastern District of Washington, 920 W Riverside Ave, Spokane, WA 99201, before the Honorable Judge Bastian, to answer under oath and under the penalty of perjury from counsel for Plaintiffs/Judgment Creditors regarding assets and resources sufficient to pay the judgment entered in favor of Plaintiffs/Judgment Creditors in the above captioned matter.

**IT IS SO ORDERED** this _____ day of _____ 2026.

HONORABLE CHIEF JUDGE BASTIAN
FOR THE FEDERAL COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I also emailed a copy of the foregoing to the below Defendant:

Jonathan Clausen

Email: jonathan@clausen.inc

      contact@artakedowntool.com

                        s/ Caleb Hatch
                        Caleb Hatch, WSBA #51292

[PROPOSED] ORDER - 4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# EXHIBIT A

Case 2:24-cv-00413-SAB    ECF No. 87-1    filed 02/24/26    PageID.1469    Page 5 of 19

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**PLAINTIFFS / JUDGMENT CREDITORS' INTERROGATORIES TO JUDGMENT DEBTORS CLAUSEN, INC.; AR-TT LLC; and LILAC CITY, LLC** |

PLAINTIFF / JUDGMENT CREDITOR'S INTERROGATORIES TO JUDGMENT DEBTORS - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

TO:   DEFENDANTS/JUDGMENT DEBTORS CLAUSEN, INC.; AR-TT LLC; and LILAC CITY, LLC

Pursuant to the Federal Rules of Civil Procedure and Washington law, you and each of you individually and separately must answer all of the following questions under oath. You may accomplish this by signing your name in the space provided on the last page before a notary public. Your answers must be returned to Caleb Hatch and Johanna Tomlinson by emailing to caleb.hatch@leehayes.com, Johanna.tomlinson@leehayes.com, and litigation@leehayes.com, OR by hand delivering said answers to 601 W. Riverside, Ste. 1400, Spokane, Washington, not later than thirty (30) days after the entry of the Court's order directing you to answer these interrogatories, served concurrently herewith.

You should keep a copy of these answers.

Your failure to answer all the questions truthfully may subject you to penalties for false swearing, contempt of court, and other penalties the court may impose.

If you do not have room on these papers to answer all the questions fully, attach additional sheets to complete your answers.

## DEFINITIONS

Notwithstanding any definition stated below, each word, term, or phrase used in these requests is intended to have the broadest possible meaning permitted under the Washington Civil Rules.

1. The terms "and" as well as "or" shall be read in the disjunctive, conjunctive, or both, as the case may be, consistent with an interpretation that

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

results in the more extensive document production.

2. "Including" shall mean including, but not limited to.

3. "You" or "Your" means CLAUSEN, INC. or AR-TT LLC; or LILAC CITY, LLC (and any owners, managers, directors, accountants, agents, employees, investigators, or any person acting on Your behalf).

4. "Property" shall mean any real property (land, buildings, etc.) or personal property (vehicles, art, furniture, household goods, etc.).

5. The use of the singular shall be deemed to include the plural, and the use of one gender shall include the other, as appropriate in the context.

6. Your answers to the requests shall provide all of the information necessary to locate the asset or potential asset and to determine its value.

## **INTERROGATORIES**

1. Please list Your ownership interest in any residential or commercial propert(ies), or any ownership interest You may have in an entity that holds ownership interest in any residential or commercial propert(ies) whether developed or undeveloped.

**ANSWER:**


2. List the physical and mailing addresses for each parcel of real property presently owned by You or in which You or an entity You control have an interest.

**ANSWER:**

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

3. What is the monthly mortgage and/or rent payment(s) associated with the residential propert(ies) listed in Interrogatory No. 2?

**ANSWER:**

4. For each real property listed in Interrogatory No. 2, please list Your ownership interest in percentage or Your percentage interest in the entity that owns said real property.

**ANSWER:**

5. Do you receive income (such as, but not limited to, rent) from any of the properties identified in Interrogatory No. 2?

**ANSWER:**

6. List each financial institution (including, but not limited to, banks, credit unions, thrifts, and brokerage firms) where You maintained or currently maintain an account of any kind and/or have any signature authority, and include the city, state, and Country (if other than the United States) in which the account was opened, the account number, and the balance of each such account.

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 4

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**ANSWER:**

7. If You possess any monies outside of the accounts listed in Interrogatory No. 6, please list that amount and where the monies are located.

**ANSWER:**

8. List all stocks and bonds You own or in which you have an interest, and include the names of the associated entity, the party currently in possession of them, where they are located, and present value for each.

**ANSWER:**

9. What are the make(s), model(s), VIN(s), N-number(s), and license number(s) (if applicable) of all the vehicles (including, but not limited to, cars, trucks, recreational vehicles, boats, farm equipment, and aircraft) You own or in which You have an ownership interest; include the listed vehicles' mileage and condition.

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 5

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

**ANSWER:**

10. For each vehicle listed in Interrogatory No. 10, list the owner(s) of the vehicle, the present Kelley Blue Book value, whether it is subject to any security interest, and if subject to a security interest the amount of debt remained owing.

**ANSWER:**

11. Are you presently engaged in any job or work and, if so, list the job or work in which You are engaged? List the description, and each relevant name, address, cost, profit, and location of each job or work.

**ANSWER:**

12. List all entities (including, but not limited to, partnerships, limited liability companies, corporations, and joint ventures) in which You own stock, are a shareholder, member, manager, partner, co-venturer, or otherwise have an interest; include for each entity, the entity's name, address, type of interest you have, percentage ownership interest, most recent annual revenue, projected annual

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 6

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

revenue, and any compensation you receive.

**ANSWER:**

13. If any of your propert(ies), both real and personal, have been seized or repossessed by, or returned to, any person or entity within the last 12 months, identify for each, the property, the date it was seized and/or returned, the person or entity by whom it was seized and/or to whom it was returned, and explain the reason why this event occurred.

**ANSWER:**

14. Since January 2024, if you have sold or otherwise transferred any asset, or any interest in any asset, with an associated value of $1,000 or more, list, for each such sale or transfer, the identity of the asset, the date of sale/transfer, the type of transaction involved, the consideration received for the sale/transfer, and the name and address of the buyer/transferee.

**ANSWER:**

15. List all individuals and entities that owe You money, including, for

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 7

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

each, the name and address of the individual or entity owing You money, the amount of money owed to You, an explanation as to why the money is owed to You, and the date on which each payment is due to You.

**ANSWER:**

16. List each claim for damages you have against a person or entity, including the date the claim arose, the persons or entities you believe are liable, and what the status of the claim is (including, for example and without limitation, whether the claim is in litigation or reduced to judgment).

**ANSWER:**

17. List each and every lawsuit in which you are currently involved as a defendant or plaintiff (excluding the above captioned case), including the name of the court where the lawsuit is pending, the case number, damages claimed, and the name, address, and telephone number for any attorney currently representing You in the relevant lawsuit. If you are representing Yourself, please indicate as such.

**ANSWER:**

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 8

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

18. Unless specifically listed or identified in response to one of the foregoing interrogatories, list each source of money or income You receive, including but not limited to monies received from the operation of a business venture of any kind, and include the amount and frequency of such funds and the address and telephone number of the source.

**ANSWER:**

19. List Your average monthly expenses and if you are responsible for all or a portion of the listed expense.

**ANSWER:**

20. If any of Your Property is currently being held, managed, or maintained by a trust of any kind, describe, for each property, the nature of the property, the name of the trust, and the addresses and telephone numbers of the trustee(s) and any beneficiary of said trust.

**ANSWER:**

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 9

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

21. Identify any of Your money deposited in the name of another person or entity since January 2024, and include, for each deposit, the amount, the location of the deposit (including the name of the entity into which the deposit was made and the account number), and the current balance.

**ANSWER:**

22. Since January 2024, identify and list each and every payment, transfer, or use of money from any of Your bank accounts to any owner of CLAUSEN, INC. or AR-TT LLC; or LILAC CITY, LLC or any family member of any owner of CLAUSEN, INC. or AR-TT LLC; or LILAC CITY, LLC (including but not limited to, their owners, any child of any owner, any sibling of any owner, any parent of any owner, any in-laws or step-parents of any owner, any cousin of any owner, any uncle or aunt of any owner). For each payment, transfer, or use of funds from any of Your bank accounts, list: the amount; the date; who the funds were transferred or paid to or used by; the reason for the payment, transfer, or use; any business purpose for the payment, transfer, or use.

**ANSWER:**

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 10

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

23. Identify each and every tax refund You have received, or are entitled to receive, for the years 2024, 2025, and 2026. State the tax year, amount, and status of each refund.

**ANSWER:**


24. List each and every piece of intellectual property (patent, copyright, or trademark) You or an entity to which You have ownership interest in has a right, title or interest and the value of each.

**ANSWER:**


25. List all personal property, personal effects, and other non-real property assets (including, but not limited to, jewelry, works of art, and intellectual property) not yet discussed which You own or in which You have an interest.

**ANSWER:**


Dated this 24th day of February, 2026

s/ Caleb A. Hatch
Caleb Hatch, WSBA #51292
Lee & Hayes, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 11

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Phone: (509) 324-9256
Fax: (509) 323-8979
Emails:    caleb.hatch@leehayes.com

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 12

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# VERIFICATION

JONATHON CLAUSEN, states under penalty of perjury under the laws of the United States:

That I have read the foregoing Plaintiffs / Judgment Creditors' Interrogatories to Judgment Debtors, answered the same to the best of my ability, know the contents thereof, and believe the same to be true.

DATED this __ day of _____, 2026, at _____, Washington.

_____
JONATHON CLAUSEN

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 13

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I also emailed a copy of the foregoing to the below Defendant:

Jonathan Clausen

Email: jonathan@clausen.inc

    contact@artakedowntool.com

                      s/ Caleb Hatch
                      Caleb Hatch, WSBA #51292

PLAINTIFF / JUDGMENT CREDITOR'S
INTERROGATORIES TO JUDGMENT DEBTORS - 14

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979