DOUGLAS R. DICK, WSBA #46519
ROBERT T. WRIGHT, WSBA #54075
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company and EIGHT EIGHTEEN, LLC, and Idaho limited liability company,<br><br>      Plaintiffs,<br><br>  v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br>      Defendants. | Case No.: **2:24-CV-00413-SAB**<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      COMES NOW DOUGLAS R. DICK AND ROBERT T. WRIGHT of WHC ATTORNEYS, PLLC, 12209 E. Mission Ave. Ste. 5, Spokane Valley, WA

NOTICE OF APPEARANCE
Page 1 of 3

99206, and hereby enter their appearance in the above cause number on behalf of Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC. Counsel requests that all further pleadings and papers herein be served upon the undersigned at the address stated herein or via the CM/ECF E-Filing System.

Dated: March 6, 2026

**WHC ATTORNEYS, PLLC**

_____
Douglas R. Dick, WSBA #46519

_____
Robert T. Wright, WSBA #54075
*Attorneys for Defendants Jonathan Clausen, Jonathan Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

NOTICE OF APPEARANCE
Page 2 of 3

WHC ATTORNEYS, PLLC
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2026, I caused to be served a true and correct copy of the foregoing ***Defendants Notice of Appearance*** to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

Caleb Hatch
Johanna R. Tomlinson
LEE & HAYES, P.C.
601 W. Riverside Ave, Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com

☐ VIA HAND DELIVERY
☒ VIA U.S. MAIL
☐ VIA OVERNIGHT MAIL
☐ VIA FACSIMILE
☒ VIA E-MAIL

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 6th day of March 2026.

_____
**Brendan Petro**, Legal Assistant

NOTICE OF APPEARANCE
Page 3 of 3

WHC ATTORNEYS, PLLC
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800