1  DOUGLAS R. DICK, WSBA #46519
2  ROBERT T. WRIGHT, WSBA #54075
   WHC ATTORNEYS, PLLC
3  12209 E. Mission Avenue, Suite 5
   Spokane Valley, WA 99206
4  P: (509) 927-9700
5  F: (509) 777-1800
   E: rwright@whc-attorneys.com
6  E: doug@whc-attorneys.com
   *Attorneys for Defendant*
7

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF WASHINGTON
9

10 | HAMMERLESS TOOLS, LLC, a Washington limited liability company and EIGHT EIGHTEEN, LLC, and Idaho limited liability company, | Case No.: **2:24-CV-00413-SAB** |
|---|---|
| Plaintiffs, | MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

COMES NOW Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC, through their counsel of record, and pursuant to Local Civil Rule 83.2(c), move for the admission and appearance of attorney Stephen L. Sulzer

MOTION FOR PRO HAC VICE ADMISSION (CASE NO. 2:24-CV-00413-SAB)

Page 1 of 3

**WHC ATTORNEYS, PLLC**
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800

*pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Stephen L. Sulzer filed herewith.

As set forth in Mr. Sulzer's declaration, he is admitted and an active member in good standing of the District of Columbia Bar and in numerous courts around the country. This motion is supported and signed by Douglas R. Dick, and Robert T. Wright, active, admitted and sponsoring members of the Eastern District of Washington.

Dated this 6th day of March, 2026.    **WHC ATTORNEYS, PLLC**

_____
Douglas R. Dick, WSBA #46519

_____
Robert T. Wright, WSBA #54075
*Attorneys for Defendants Jonathan Clausen, Jonathan Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

MOTION FOR PRO HAC VICE ADMISSION (CASE NO. 2:24-CV-00413-SAB)

Page 2 of 3

WHC ATTORNEYS, PLLC
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2026, I caused to be served a true and correct copy of the foregoing ***Motion For Admission of Attorney Pro Hac Vice*** to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

| | |
|---|---|
| Caleb Hatch<br>Johanna R. Tomlinson<br>LEE & HAYES, P.C.<br>601 W. Riverside Ave, Suite 1400<br>Spokane, WA 99201<br>Email: caleb.hatch@leehayes.com | ☐ VIA HAND DELIVERY<br>☒ VIA U.S. MAIL<br>☐ VIA OVERNIGHT MAIL<br>☐ VIA FACSIMILE<br>☒ VIA E-MAIL |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 6th day of March 2026.

_____
**Brendan Petro**, Legal Assistant

MOTION FOR PRO HAC VICE ADMISSION (CASE NO. 2:24-CV-00413-SAB)

Page 3 of 3

**WHC ATTORNEYS, PLLC**
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800