DOUGLAS R. DICK, WSBA #46519
ROBERT T. WRIGHT, WSBA #54075
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company and EIGHT EIGHTEEN, LLC, and Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br>Defendants. | Case No.: **2:24-CV-00413-SAB**<br><br>DECLARATION OF STEPHEN L. SULZER IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

I, Stephen L. Sulzer, hereby declare:

1. My office address, and telephone number are as follows:

   Stephen L. Sulzer PLLC
   11710 Plaza America Drive, Suite 2000
   Reston, Virginia 20190
   Tel: (703) 871-5000

DECLARATION OF STEPHEN L. SULZER
Page 1 of 4

**WHC ATTORNEYS, PLLC**
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800

2. I have been admitted, and am an active member in good standing of the following courts and bars as of the dates below:

District of Columbia Court of Appeals (December 19, 1980) (D.C. Bar No. 340943)

United States Court of Appeals for the District of Columbia Circuit (February 2, 1981)

United States District Court for the District of Columbia (February 3, 1981)

United States Court of Appeals for the Seventh Circuit (January 30, 1987)

United States Court of Appeals for the Federal Circuit (March 9, 1989)

United States Court of Appeals for the Ninth Circuit (November 27, 1991)

United States District Court for the Eastern District of Michigan (February 27, 1992)

Supreme Court of the United States (March 22, 1993)

United States Court of Federal Claims (November 14, 1996)

United States Court of Appeals for the Fourth Circuit (July 31, 2020)

3. The name, address and phone number of local counsel admitted counsel with whom I will be associated is:

Douglas R. Dick
Robert T. Wright
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
Tel: (509) 927-9700

DECLARATION OF STEPHEN L. SULZER
Page 2 of 4

WHC ATTORNEYS, PLLC
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800

4. The necessity for my appearance in this case is because it is a legally-specialized and high-stakes matter involving, *inter alia,* allegations of design patent infringement, trademark infringement, and unfair competition. I have substantial experience in handling those kinds of cases. Over the course of 46 years of practice I have represented plaintiffs and defendants in numerous federal district and appeals courts around the country in "bet-the-company" cases, many of which involved patents (including design patents), trademarks, and/or unfair competition issues. A representative list of matters I have handled appears at my firm's web page (sulzerpllc.com) at the following link: Who We Are – Stephen L. Sulzer PLLC  The legal issues that arise in those categories of cases have accounted for and still account for a significant portion of my day-to-day practice. Despite Jonathan Clausen's best efforts he was unable to find counsel locally who was available and had the requisite expertise needed to represent him in this matter.

5. I do not have any pending disciplinary sanction actions, and I have not been subject to any disciplinary sanctions by any court or bar association.

Dated: March 6, 2026        /s/ *Stephen L. Sulzer*
                            STEPHEN L. SULZER, D.C. Bar No. 340943

DECLARATION OF STEPHEN L. SULZER
Page 3 of 4

WHC ATTORNEYS, PLLC
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of March, 2026, I caused to be served a true and correct copy of the foregoing ***Declaration of Stephen L. Sulzer in Support for Motion for Admission of Attorney Pro Hac Vice*** to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

| | |
|---|---|
| Caleb Hatch<br>Johanna R. Tomlinson<br>LEE & HAYES, P.C.<br>601 W. Riverside Ave, Suite 1400<br>Spokane, WA 99201 | ☐ VIA HAND DELIVERY<br>☒ VIA U.S. MAIL<br>☐ VIA OVERNIGHT MAIL<br>☐ VIA FACSIMILE<br>☒ VIA E-MAIL |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 6th day of March 2026.

_____
**Brendan Petro**, Legal Assistant

DECLARATION OF STEPHEN L. SULZER
Page 4 of 4

WHC ATTORNEYS, PLLC
12209 E. MISSION AVE., SUITE 5
SPOKANE VALLEY, WA 99206
TELEPHONE (509) 927-9700
FAX (509) 777-1800