ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

STEPHEN L. SULZER (appearing *pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>JONATHAN CLAUSEN, *et al.,*<br><br>    Defendants. | Case No.: 2:24-CV-00413-SAB<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME |

Come Now Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC

(hereinafter "DEFENDANTS") and move the Court for a 30-day extension of time

Defendants' Motion for Extension of Time

Page 1 of 6

to respond to Plaintiffs' Application and Motion for an Order Directing Defendants to Answer Supplemental Interrogatories and for Defendant's Examination, which was filed on February 24, 2026 (ECF No. 87, hereinafter "PLAINTIFFS' APPLICATION AND MOTION").

### Grounds for the Requested Extension

The grounds for this motion are as follows:

On February 13, 2026, the Court entered an Order granting judgment and a permanent injunction against DEFENDANTS in this action.  (Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC, ECF No. 83; Judgment in a Civil Action, ECF No. 84.)  The judgment and injunction were entered after a default by the DEFENDANTS, which were not represented by counsel since September 30, 2026.  Hampered by the lack of representation, DEFENDANTS have not been able to effectively address the merits of Plaintiffs Hammerless Tools, LLC and Eight Eighteen, LLC's ("PLAINTIFFS") claims against them and have not satisfied PLAINTIFFS (or the Court) that they are complying with the injunctive relief entered by the Court's February 13, 2026 Order.  Plaintiffs have now filed their APPLICATION AND MOTION seeking discovery with respect to assets which might be applied to satisfy the judgment against the DEFENDANTS.  (ECF No. 87.)

Defendants' Motion for Extension of Time

Page 2 of 6

After lengthy and diligent effort on DEFENDANTS' part to obtain counsel with the requisite capability and availability to take over the defense of this matter, DEFENDANTS have identified Stephen L. Sulzer of Stephen L. Sulzer PLLC (who has substantial experience in handling the claims at issue here involving design patents, trademarks, and allegations of unfair competition) to take over as lead counsel and Douglas R. Dick and Robert T. Wright of WHC Attorneys, PLLC to serve as local counsel.  On March 6, 2026, Attorney Wright filed a notice of appearance on his behalf (ECF No. 89) and a motion to admit attorney Sulzer *pro hac vice* (ECF No. 90).  Attorney Dick's notice of appearance was submitted to the Court on March 9, 2026.  (ECF No. 93.)

DEFENDANTS' counsel Sulzer is diligently reviewing the record in this action and has identified substantial grounds on which the Court's February 13, 2026 Order should be vacated, which will be the subject of a motion to vacate expected to be filed in the next 14 days.  If, as DEFENDANTS anticipate, that motion is granted and the merits of the case are re-opened, Plaintiffs' discovery requests and their APPLICATION AND MOTION will become moot, or at least premature.

This request for an extension is made in good faith and is not made for purposes of delay, but rather to facilitate the efficient disposition of PLAINTIFFS' APPLICATION AND MOTION.  The interests of justice favor affording DEFENDANTS' new counsel the time requested to enable them to come up to speed

Defendants' Motion for Extension of Time

Page 3 of 6

on the record of the case and to prepare and file a motion to vacate which they believe will substantially modify the case's posture as to the DEFENDANTS.

DEFENDANTS therefore seek a 30-day extension of time, up to and including April 9, 2026, to file a response to PLAINTIFFS' APPLICATION AND MOTION.

Counsel for DEFENDANTS and PLAINTIFFS have conferred and PLAINTIFFS counsel have indicated they do not oppose a 30-day extension of the deadline to respond to PLAINTIFFS' APPLICATION AND MOTION. (*See* Declaration of Stephen L. Sulzer in Support of Defendants' Motion for Extension of Time (filed herewith) at ¶ 9.)

### Conclusion

For the foregoing reasons, DEFENDANTS request that the Court grant this motion and extend the deadline for their response to PLAINTIFFS' APPLICATION AND MOTION to April 9, 2026.

Dated:  March 10, 2026                    Respectfully submitted,

By: _____
Douglas R. Dick
ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800

Defendants' Motion for Extension of Time

Page 4 of 6

E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

/s/ *Stephen L. Sulzer*

Stephen L. Sulzer (appearing *pro hac vice*)
**STEPHEN L. SULZER PLLC**
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorney for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 10th day of March, 2026, I caused to be served a true and correct copy of the foregoing Defendants' Motion for Extension of Time to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

Caleb Hatch
Johanna R. Tomlinson
LEE & HAYES, P.C.
601 W. Riverside Ave, Suite 1400
Spokane, WA 99201
Email:  caleb.hatch@leehayes.com

☐ VIA HAND DELIVERY
☐ VIA U.S. MAIL
☐ VIA OVERNIGHT MAIL
☐ VIA FACSIMILE
☒ VIA ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 10th day of March 2026.

_____
**Brendan Petro,** Legal Assistant
WHC Attorneys, PLLC

Defendants' Motion for Extension of Time

Page 6 of 6

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101