DOUGLAS R. DICK, WSBA #46519
ROBERT T. WRIGHT, WSBA #54075
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

STEPHEN L. SULZER (appearing *pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, *et al.,* | Case No.: 2:24-CV-00413-SAB |
| Plaintiffs, | |
| v. | DECLARATION OF STEPHEN L. SULZER IN SUPPORT OF DFENDANTS' MOTION FOR EXTENSION OF TIME |
| JONATHAN CLAUSEN, *et al.,* | |
| Defendants. | |

I, Stephen L. Sulzer, hereby declare as follows:

DECLARATION OF STEPHEN L. SULZER
Page 1 of 5

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

1.  I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify to the matters herein.

2.  I am an attorney of record for Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC (hereinafter "DEFENDANTS") in the above-captioned matter.

3.  I am also an attorney of record for individual Defendant Jonathan Clausen in the above-captioned matter.

4.  By a motion filed herewith, DEFENDANTS ask the Court for a 30-day extension of time to respond to Plaintiffs' Application and Motion for an Order Directing Defendants to Answer Supplemental Interrogatories and for Defendant's Examination, which was filed on February 24, 2026 (ECF No. 87, hereinafter "PLAINTIFFS' APPLICATION AND MOTION").

5.  It is my understanding that on February 13, 2026, the Court entered an Order granting judgment and a permanent injunction against DEFENDANTS in this action.  (Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC, ECF No. 83; Judgment in a Civil Action, ECF No. 84.)  It is my further understanding that the judgment and injunction were entered after a default by the DEFENDANTS, which were not represented by counsel since September 30, 2026. Hampered by the lack of representation, DEFENDANTS have not been able to

DECLARATION OF STEPHEN L. SULZER
Page 2 of 5

effectively address the merits of Plaintiffs Hammerless Tools, LLC and Eight Eighteen, LLC's ("PLAINTIFFS") claims against them and have not satisfied PLAINTIFFS (or the Court) that they are complying with the injunctive relief entered by the Court's February 13, 2026 Order.  Plaintiffs have now filed their APPLICATION AND MOTION seeking discovery with respect to assets which might be applied to satisfy the judgment against the DEFENDANTS.  (ECF No. 87.)

6.  After lengthy and diligent effort on DEFENDANTS' part to obtain counsel with the requisite capability and availability to take over the defense of this matter, DEFENDANTS have named me to take over as lead counsel and Douglas R. Dick and Robert T. Wright of WHC Attorneys, PLLC to serve as local counsel.  On March 6, 2026, Attorney Wright filed a notice of appearance on his behalf (ECF No. 89) and a motion to admit me *pro hac vice* (ECF No. 90), which was granted by the Court on March 9, 2026 (ECF No. 92).  Attorney Dick's notice of appearance was submitted to the Court on March 9, 2026.  (ECF No. 93.)

7.  I am diligently reviewing the record in this action and have identified substantial grounds on which I believe that the Court's February 13, 2026 Order should be vacated, which will be the subject of a motion to vacate expected to be filed in the next 14 days.  If, as DEFENDANTS anticipate, that motion is granted and the merits of the case are re-opened, Plaintiffs' discovery requests and their APPLICATION AND MOTION will become moot, or at least premature.

DECLARATION OF STEPHEN L. SULZER
Page 3 of 5

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

8.  The accompanying request for an extension is made in good faith and is not made for purposes of delay, but rather to facilitate the efficient disposition of PLAINTIFFS' APPLICATION AND MOTION.  The interests of justice favor affording DEFENDANTS' new counsel the time requested to enable us to come up to speed on the record of the case and to prepare and file a motion to vacate which I believe will substantially modify the case's posture as to the DEFENDANTS. DEFENDANTS are therefore seeking a 30-day extension of time, up to and including April 9, 2026, to file a response to PLAINTIFFS' APPLICATION AND MOTION.

9.  I have conferred with Counsel for the PLAINTIFFS and PLAINTIFFS' counsel have indicated they do not oppose a 30-day extension of the deadline to respond to PLAINTIFFS' APPLICATION AND MOTION.

10.  I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: March 10, 2026            /s/ *Stephen L. Sulzer*
                                 STEPHEN L. SULZER (appearing *pro hac vice*)
                                 STEPHEN L. SULZER PLLC
                                 11710 Plaza America Drive, Suite 2000
                                 Reston, VA  20190
                                 P: (703) 871-5000
                                 F: (202) 558-5101
                                 E: ssulzer@sulzerpllc.com

                                 *Attorney for Defendants Jonathan Clausen,*
                                 *Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

DECLARATION OF STEPHEN L. SULZER
Page 4 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March, 2026, I caused to be served a true and correct copy of the foregoing DECLARATION OF STEPHEN L. SULZER IN SUPPORT OF DFENDANTS' MOTION FOR EXTENSION OF TIME to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

Caleb Hatch
Johanna R. Tomlinson
LEE & HAYES, P.C.
601 W. Riverside Ave, Suite 1400
Spokane, WA 99201
Email:  caleb.hatch@leehayes.com

☐ VIA HAND DELIVERY
☐ VIA U.S. MAIL
☐ VIA OVERNIGHT MAIL
☐ VIA FACSIMILE
☒ VIA ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 10th day of March 2026.

**Brendan Petro,** Legal Assistant
WHC Attorneys, PLLC

DECLARATION OF STEPHEN L. SULZER
Page 5 of 5

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101