DOUGLAS R. DICK, WSBA #46519
ROBERT T. WRIGHT, WSBA #54075
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA 20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, and EIGHT EIGHTEEN, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC, <br><br> Defendants. | Case No.: 2:24-CV-00413-SAB <br><br> DECLARATION OF STEPHEN L. SULZER IN SUPPORT OF DEFENDANT JONATHAN CLAUSEN'S MOTION FOR LEAVE TO FILE EXCESS PAGES |

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

I, Stephen L. Sulzer, hereby declare as follows:

1.  I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify to the matters herein.

2.  I am an attorney of record for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC (hereinafter "DEFENDANTS") in the above-captioned matter.

3.  By a motion filed herewith, Defendant Clausen asks the Court for leave to file his Motion to Vacate and to Establish Liability for Damages, which exceeds the 10-page limit permitted by Local Rule 7(f)(1).  CLAUSEN's motion to vacate and establish liability for damages involves complex legal issues and virtually the entire procedural history of this action dating back to December 10, 2024.  It addresses the body of controlling case law relating to Plaintiffs' and their counsel's violations of 11 U.S.C. § 362(a)(1)'s automatic stay provisions and the invalidating effect of their violations on all motions, proceedings, findings, and orders involving CLAUSEN. It also addresses the authorities requiring this Court to vacate *nunc pro tunc* all proceedings and orders involving CLAUSEN.  The law on these subjects is too extensive to be discussed in a comprehensive manner in the 20 pages permitted by the Local Rule.  And while the relief sought by CLAUSEN's motion to vacate is not

DECLARATION OF STEPHEN L. SULZER
CASE NO.: 2:24-CV-00413-SAB
Page 2 of 5

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

case dispositive along the lines of a summary judgment motion, it will substantially and materially affect the posture of this case.

4. Moreover, CLAUSEN's motion to vacate and establish liability addresses the considerable case law establishing Plaintiffs' and their counsel's liability for damages caused to CLAUSEN by their violations of Section 362(a)(1) and the substantial proof in this case's procedural record establishing grounds for an award of damages pursuant to 35 U.S.C. § 362(k).

5. Despite my best efforts, and having removed substantial portions of the motion during the drafting process, CLAUSEN is unable to address within the Local Rules' 20-page limitation the serious and ongoing violations of the automatic stay provisions in Bankruptcy Code 11 U.S.C. § 362(a)(1) committed by Plaintiffs and their counsel. Counsel have exerted considerable effort to narrow CLAUSEN's Motion down to 28 pages of substantive legal argument and 8 pages of procedural case history. In view of this case's substantial and complex procedural history and the necessary legal analysis needed to address the case-altering issues that arise from that procedural history, the currently drafted Motion has been curtailed to the maximum extent possible, to limit the amount of pages needed while also ensuring that CLAUSEN's arguments contain sufficient detail.

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

6. CLAUSEN therefore requests that he be permitted 8 pages of procedural case history and 28 pages of Argument in which to file his Motion to Vacate and to Establish Liability for Damages.

7. I contacted Plaintiffs' counsel, Caleb A. Hatch, Esq. and Johanna R. Tomlinson, Esq., seeking their assent to CLAUSEN's motion but they were unwilling to agree to the pages requested by CLAUSEN's motion.

8. Leave from the Court to allow the requested additional pages is needed to allow CLAUSEN to address the issues without needing to excise significant portions that are pertinent and relevant to the analysis of CLAUSEN's motion to vacate and establish liability.

9. I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: March 25, 2026

/s/ *Stephen L. Sulzer*
STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorney for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

DECLARATION OF STEPHEN L. SULZER
CASE NO.: 2:24-CV-00413-SAB
Page 4 of 5

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2026, I caused to be served a true and correct copy of the foregoing *Declaration of Stephen L. Sulzer in Support of Defendant Jonathan Clausen's Motion for Leave to File Excess Pages* to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

| Caleb Hatch | ☐ VIA HAND DELIVERY |
|---|---|
| Johanna R. Tomlinson | ☐ VIA U.S. MAIL |
| LEE & HAYES, P.C. | ☐ VIA OVERNIGHT MAIL |
| 601 W. Riverside Ave, Suite 1400 | ☐ VIA FACSIMILE |
| Spokane, WA 99201 | ☒ VIA ECF |
| Email: caleb.hatch@leehayes.com | |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 25th day of March 2026.

_____
**Brendan Petro,** Legal Assistant
WHC Attorneys, PLLC

DECLARATION OF STEPHEN L. SULZER
CASE NO.: 2:24-CV-00413-SAB
Page 5 of 5

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101