STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

DOUGLAS R. DICK, WSBA #46519
ROBERT T. WRIGHT, WSBA #54075
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, and EIGHT EIGHTEEN, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC,<br><br>Defendants. | Case No.: 2:24-CV-00413-SAB<br><br>DECLARATION OF STEPHEN L. SULZER IN SUPPORT OF DEFENDANT JONATHAN CLAUSEN'S MOTION TO VACATE |

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 1 of 13

I, Stephen L. Sulzer, hereby declare as follows:

1.  I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify to the matters herein.

2.  I am an attorney of record for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC (hereinafter collectively "the DEFENDANTS") in the above-captioned matter.

3.  By a motion filed herewith, individual Defendant Jonathan Clausen (hereinafter "CLAUSEN") asks the Court to enter an order pursuant to 11 U.S.C. § 362(1)(1) vacating and dismissing *nunc pro tunc,* without prejudice, all claims, motion, orders, and proceedings in this action against CLAUSEN.  In an accompanying motion, CLAUSEN asks the Court to enter an order establishing Plaintiffs Hammerless Tools, LLC and Eight Eighteen, LLC's (and their counsel's) liability to CLAUSEN for damages pursuant to 11 U.S.C. § 362(k)(1).  This Declaration is submitted in support of both of those motions.

4.  In addition, by a motion to be filed as soon as possible, CLAUSEN asks the Court to reconsider and vacate its decisions with respect to Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC (hereinafter collectively the "COMPANY DEFENDANTS").  This Declaration is also submitted in support of that motion.

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 2 of 13

5. Set forth below is the procedural history of the now-lengthy litigations between the parties, which is a necessary factual predicate to all three of the motions described hereinabove.

6. The parties' dispute grew out of a failed business relationship between PLAINTIFFS and the DEFENDANTS pursuant to which Plaintiff Hammerless Tools sold to CLAUSEN a tool (known as a takedown tool) used in the disassembly of AR-15 rifles and licensed DEFENDANTS to use PLAINTIFFS' marks to market and promote the sale of the tools. The relationship failed when PLAINTIFFS sent DEFENDANTS a letter in May 2023 demanding that they cease selling the tool and utilizing PLAINTIFFS' brands, trademarks, images, and logos.

7. PLAINTIFFS filed suit in Superior Court for Spokane, Washington, Case No. 23-2-03519-32, on August 29, 2023, asserting claims for trademark infringement, false association, violations of Washington's Consumer Protection Act, breach of contract, and conversion. DEFENDANTS denied all liability and counterclaimed for unjust enrichment/quantum meruit.

8. The parties thought they had settled their dispute on June 28, 2024 on terms set forth in a confidential Settlement Agreement. PLAINTIFFS now claim that the DEFENDANTS breached the Settlement Agreement and seek damages and in-junctive relief for alleged design patent and trademark infringement, state law unfair competition, and breach of the Settlement Agreement. Complaint (ECF No. 1.)

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 3 of 13

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

DEFENDANTS filed their Answer on January 24, 2025 asserting multiple defenses and a counterclaim against PLAINTIFFS for breach of the parties' Settlement Agreement by failing to honor its buy-back provisions. Answer to Complaint and Counterclaim at 22-35 ¶¶ 1-50. (ECF No. 33.)

9. As described *supra,* this action was commenced by PLAINTIFFS filing their Complaint on December 10, 2024, and the subsequent issuance of Summonses and their employment by PLAINTIFFS' counsel (Caleb A. Hatch, Esq. and Johanna R. Tomlinson, Esq. of Lee & Hayes, P.C.). However, when PLAINTIFFS' Complaint was filed on December 10, 2024, there was active a Chapter 13 bankruptcy proceeding commenced by CLAUSEN and his wife Jodi Lynn Clausen (hereinafter collectively the "CLAUSENS") in the U.S. Bankruptcy Court for the Eastern District of Washington, Case No. 24-01739-FPC, Chapter 13, *In re Jonathan David Clausen and Jodi Lynn Clausen, Debtors.* The CLAUSENS had voluntarily commenced that individual bankruptcy proceeding by their bankruptcy attorney filing a Chapter 13 bankruptcy petition on October 24, 2024.

10. On the same day PLAINTIFFS filed their Complaint in this action, they submitted a motion for entry of a TRO and a preliminary injunction seeking cessation of DEFENDANTS' alleged infringing use of PLAINTIFFS' trademarks or any other confusingly similar terms, and alleged infringement of Plaintiff

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 4 of 13

Hammerless Tools' U.S. Design Patent No. D981,199. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. (ECF Nos. 9, 9-1.)

11. On December 18, 2024, the Court denied the request for a TRO and set a hearing for January 27, 2025, on PLAINTIFFS' request for a preliminary injunction. Order Denying Motion for Temporary Restraining Order. (ECF No. 18.) That hearing date was extended by the Court to February 7, 2025. (ECF Nos. 22, 23.)

12. On February 11, 2025, DEFENDANTS' then counsel provided PLAINTIFFS and the Court with written notice that on October 24, 2024, CLAUSEN had declared bankruptcy under Chapter 13 in the Bankruptcy Court for the Eastern District of Washington. (ECF No. 40.)

13. Notwithstanding the legal principles requiring dismissal of the action against CLAUSEN *sua sponte* (discussed in detail in CLAUSEN's motion to vacate), the Court entered a stay on February 21, 2025. (ECF No. 41.)

14. In derogation of the legal principles requiring that PLAINTIFFS *expeditiously discontinue* their action against CLAUSEN upon receiving notice of the active bankruptcy proceeding on February 11, 2025 (also discussed in detail in CLAUSEN's motion to vacate), on September 19, 2025, PLAINTIFFS moved the Court to lift its stay. (ECF No. 50.)

15. Notwithstanding the controlling authorities holding that PLAINTIFFS' action against CLAUSEN was void *ab initio,* and that the Court was without power

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 5 of 13

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

to lift the stay (discussed in detail in CLAUSEN's motion to vacate), the Court granted the PLAINTIFFS' motion and lifted the stay on September 22, 2025. (ECF No. 52.)

16. By September 2025, the cost of defending against this action had exhausted DEFENDANTS' resources to the point where DEFENDANTS' counsel sought to terminate representation of the DEFENDANTS. *See* Motion for Leave to Withdraw and Counsel of Record dated September 25, 2025. (ECF No. 25.) The Court permitted DEFENDANTS' counsel to withdraw on September 30, 2025 (Order Granting Motion for Leave to Withdraw, ECF No. 58), after which CLAUSEN attempted to defend himself *pro se.*

17. On September 23, 2025, the day after the Court lifted its improvidently entered stay, PLAINTIFFS and their counsel filed a renewed motion for entry of a preliminary injunction (Plaintiffs' Renewed Motion for Preliminary Injunction, ECF No. 53), acting again in blatant and total disregard for their duty to have discontinued the action against CLAUSEN.

18. On September 25, 2025, the Court set a scheduling conference to be held on October 23, 2025. Notice Setting Scheduling Conference. (ECF No. 55.) That same day, DEFENDANTS' counsel filed their motion seeking to withdraw from representing the DEFENDANTS because of non-payment of fees. Motion to Withdraw as Counsel of Record. (ECF No. 56.) On September 30, 2025, the Court

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 6 of 13

entered an Order permitting DEFENDANTS' counsel to withdraw. (ECF No. 58.) In that Order, the Court informed CLAUSEN that the COMPANY DEFENDANTS could not appear unless represented by licensed counsel and directed CLAUSEN to obtain counsel no later than October 14, 2025. *Id.* at 2.

19.   On October 6, 2025, CLAUSEN filed a motion informing the Court that he was commencing a search for new counsel and seeking an extension of time to respond to PLAINTIFFS' renewed motion for a preliminary injunction. (ECF No. 59.) PLAINTIFFS opposed the motion. (ECF No. 63.) At a status conference held on October 23, 2025, the Court again informed CLAUSEN that the COMPANY DEFENDANTS could not appear in this case unless represented by counsel and warned that the COMPANY DEFENDANTS were facing entry of a default against them. (*See* ECF No. 68 at 2.) The Court granted CLAUSEN's request for extension and set November 6, 2025 as the deadline for his response to PLAINTIFFS' renewed motion for a preliminary injunction. Order Granting Motion for Extension of Time dated October 15, 2025. (ECF No. 64.) CLAUSEN was unable, notwithstanding diligent and persistent efforts, to obtain counsel to appear on DEFENDANTS' behalf and proceeded as best he could *pro se.*

20.   In an Order dated December 11, 2025, the Court accepted the representations made by PLAINTIFFS in support of their renewed motion for a preliminary injunction, granted their renewed motion, and enjoined DEFENDANTS

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 7 of 13

from using PLAINTIFFS' marks and from selling tools with designs that infringe PLAINTIFFS' U.S. Design Patent No. D981,199.  Order Granting Renewed Motion for Preliminary Injunction.  (ECF No. 68.)

21.  On December 30, 2025, acting again in blatant disregard for their duty to have discontinued the action against CLAUSEN, PLAINTIFFS and their counsel filed a motion to compel compliance with the Court's December 11, 2025, preliminary injunction and for sanctions.  Plaintiffs' Motion to Compel Compliance With Court Order and for Sanctions.  (ECF No. 69.)[1]  In a lawsuit that was void *ab initio,* PLAINTIFFS sought issuance of an order of contempt, an imposition of monetary sanctions of $500 per day, and an order requiring DEFENDANTS to fully comply with the preliminary injunction within seven days.  (*Id.* at 2, 6.)

22.  Also on December 30, 2025, PLAINTIFFS filed a motion for entry of a default against the COMPANY DEFENDANTS.  Plaintiffs' Motion for Entry of Default Against Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC.  (ECF No. 70.)  The Clerk of Court entered the requested default on January 5, 2026.  Clerk's Order of Default.  (ECF No. 71.)

23.  On January 13, 2026, PLAINTIFFS moved for entry of a default judgment, a permanent injunction against the COMPANY DEFENDANTS, and an award of attorneys' fees.  Plaintiffs' Motion for Default Judgment and Permanent

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 8 of 13

Injunction Against Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC. (ECF No. 72.)  On February 13, 2026, the Court issued an Order granting PLAINTIFFS' motion for a default judgment and a permanent injunction against the COMPANY DEFENDANTS.  Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction Against Defendants Clausen, Inc., AR-TT LLC, and Lilac City, LLC.  (ECF No. 83.)  The Court awarded damages to PLAINTIFFS in the amount of $781,944, which the Court described as being based on "Defendant's profits." *Id.* at 4, 11.  In addition, the Court awarded attorneys' fees in the amount of $42,485.50 and costs in the amount of $484.80.  *Id.* at 11.

24.  Also on February 13, 2026, the Clerk entered a Judgment in a Civil Action against the COMPANY DEFENDANTS for those amounts, with an interest rate on the judgment of 12 percent per annum.  (ECF No. 84.)

25.  On January 28, 2026, the Court entered an Order granting PLAINTIFFS' motion to compel compliance with the Court's injunction and for sanctions (ECF No. 68).  The Court found the COMPANY DEFENDANTS were in contempt of the Court's December 11, 2025 Order granting PLAINTIFFS' motion for a preliminary injunction and ordered the COMPANY DEFENDANTS to submit a declaration of all efforts to comply with the Court's order.  The Court also ordered the COMPANY DEFENDANTS, after a seven-day grace period, to pay a daily fee of $500 until they are in full compliance with the Court's December 11, 2025 Order.  In addition, the

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Court awarded PLAINTIFFS their costs and fees incurred in obtaining the finding of contempt. Order Granting Motion to Compel Compliance With Court Orders and for Sanctions at 3-4. (ECF No. 73.)

26. Because CLAUSEN was still unable to obtain counsel to represent him or the COMPANY DEFENDANTS despite his persistent efforts, on January 30, 2026, he filed a motion as an individual defendant to stay the sanctions imposed in the Court's January 28, 2026 Order. Motion to Stay Sanctions Pending Confirmation of Compliance and Retention of Counsel. (ECF No. 76.) He also filed a motion in his individual capacity for an extension of time to retain counsel for the COMPANY DEFENDANTS. Motion for Extension of Time to Retain Counsel. (ECF No. 77.)

27. On February 5, 2026, the Court issued an Order denying CLAUSEN'S motions for stay and extension as "too little too late." Order Denying Motion to Stay Sanctions; Motion for Extension of Time to Retain Counsel at 2. (ECF No. 82.)

28. In PLAINTIFFS' and their counsel's ultimate willful and egregious violation of Section 362(a)(1), they filed a motion on February 14, 2026 for an order holding Defendant CLAUSEN (not the COMPANY DEFENDANTS) in contempt and imposing sanctions on him. Plaintiffs' Motion for Contempt and for Sanctions. (ECF No. 85.) Specifically, PLAINTIFFS requested that the Court issue an order of contempt, order CLAUSEN to pay escalated monetary sanctions of $1,000 per day,

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

and issue a bench warrant for CLAUSEN'S arrest until he comes into compliance with the Court's Orders. *Id.* at 2, 7-8.

29. PLAINTIFFS' and their counsel's relentless pursuit of their claims against CLAUSEN have had devastating effects on him, *e.g.:* (1) impoverishing him to the point where he lost his then litigation counsel and had to proceed *pro se* (ECF No. 56, Motion for leave to withdraw as CLAUSEN's counsel for non-payment); (2) contributing to his inability to make all monthly payments under bankruptcy plans (ECF No. No. 51, Bankruptcy Order dismissing case for non-payment); and (3) fining him $500 daily (ECF No. 73, Order fining CLAUSEN $500 daily).

30. Set forth here are some of the most significant actions taken by PLAINTIFFS and their counsel against CLAUSEN in their ongoing violation of 11 U.S.C. § 362(a)(1): (1) ECF No. 50 (moving to lift the stay of an action they were obliged to have dismissed months earlier); (2) ECF No. 53 (renewing their motion for entry of a preliminary injunction); (3) ECF No. 69 (moving for entry of an order of contempt, imposition of monetary sanctions of $500 per day); and (4) No. 85 (moving for an Order increasing CLAUSEN's fine to $1,000 daily and seeking to have CLAUSEN arrested).

31. DEFENDANTS' current counsel made their appearances in this case as of March 9, 2026 (ECF Nos. 92, 93.)

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 11 of 13

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

32.  I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  March 30, 2026        /s/ *Stephen L. Sulzer*
                              STEPHEN L. SULZER (*pro hac vice*)
                              STEPHEN L. SULZER PLLC
                              11710 Plaza America Drive, Suite 2000
                              Reston, VA  20190
                              P: (703) 871-5000
                              F: (202) 558-5101
                              E: ssulzer@sulzerpllc.com

                              *Attorney for Defendants Jonathan Clausen,*
                              *Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 12 of 13

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of March, 2026, I caused to be served a true and correct copy of the foregoing *Declaration of Stephen L. Sulzer in Support of Defendant Jonathan Clausen's Motion to Vacate* to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. This was also served as noted below:

Caleb Hatch
Johanna R. Tomlinson
LEE & HAYES, P.C.
601 W. Riverside Ave, Suite 1400
Spokane, WA 99201
Email:  caleb.hatch@leehayes.com

☐ VIA HAND DELIVERY
☐ VIA U.S. MAIL
☐ VIA OVERNIGHT MAIL
☐ VIA FACSIMILE
☒ VIA ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 30th day of March 2026.

_____
**Brendan Petro,** Legal Assistant
WHC Attorneys, PLLC

DECLARATION OF STEPHEN L. SULZER
CASE NO. 2:24-CV-00413-SAB
Page 13 of 13

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101