ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorneys for Defendants Jonathan Clausen,
Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC and EIGHT EIGHTEEN, LLC<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC,<br><br>Defendants. | Case No.: 2:24-CV-00413-SAB<br><br>PROPOSED ORDER ESTABLISHING PLAINTIFFS' AND THEIR COUNSEL'S LIABILITY FOR DAMAGES |

Proposed Order Establishing Liability for Damages
Case No. 2:24-CV-00413-SAB
Page 1 of 2

Before the Court is Defendant Jonathan Clausen's Motion to Establish Liability for Damages, filed on March 27, 2026.

The Court, having reviewed the motion and the case file, including Plaintiffs' submissions in opposition to the motion, finds good cause to grant the motion.

Accordingly, IT IS SO ORDERED.  Defendant Jonathan Clausen's Motion to Establish Liability for Damages is GRANTED, and the Court hereby holds Plaintiffs Hammerless Tools, LLC ("Hammerless Tools") and Eight Eighteen, LLC (Eight Eighteen") (hereinafter collectively "PLAINTIFFS") and their counsel, Caleb A. Hatch, Esq. ("Hatch") and Johanna R. Tomlinson, Esq. ("Tomlinson") of Lee & Hayes, P.C., jointly and severally liable for an award to Defendant Clausen of:

(a) compensatory damages pursuant to 11 U.S.C. § 362(k) in an amount to be determined to compensate Defendant Clausen for economic and emotional injury caused by PLAINTIFFS and their counsels' willful violation of the automatic stay provision of 11 U.S.C. § 362(a)(1); and

(b) punitive damages also in an amount to be determined for their callous disregard for Section 362(a)(1)'s automatic stay provision.

Dated this _____ day of _____, 2026.

_____
CHIEF JUDGE STANLEY A. BASTIAN
FEDERAL COURT FOR THE EASTERN
DISTRICT OF WASHINGTON

Proposed Order Establishing Liability for Damages
Case No. 2:24-CV-00413-SAB
Page 2 of 2

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101