STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC and EIGHT EIGHTEEN, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC, <br><br> Defendants. | Case No.: 2:24-CV-00413-SAB <br><br> DEFENDANT JONATHAN CLAUSEN'S JOINDER IN THE COMPANY DEFENDANTS' VACATE APRIL 7, 2026 MOTION TO RECONSIDER AND VACATE |

Company Defendants Clausen, Inc., AT-TT LLC, and Lilac City, LLC (hereinafter collectively the "COMPANY DEFENDANTS") have moved via separate motion filed today for entry of an order vacating all adverse rulings against the COMPANY DEFENDANTS as being interlocutory orders that are devoid of merit. (Company Defendants' Motion to Reconsider and Vacate Because Plaintiffs' Claims Are Devoid of Merit dated April 7, 2026.)

By his own Motion filed on March 30, 2026 (ECF No. 101), individual Defendant Jonathan Clausen ("CLAUSEN") (referred to collectively with the COMPANY DEFENDANTS as the "DEFENDANTS") sought entry of an order vacating and dismissing, *nunc pro tunc,* all claims, motions, orders and proceedings against him in this action on the grounds that they have all been void and legally-invalid acts taken in violation of 11 U.S.C. § 362(a)(1). His motion asserts that the Court is obligated by controlling Ninth Circuit authority to dismiss all claims against him which, if granted, would leave the Court without jurisdiction over the Plaintiffs' claims against him.

CLAUSEN believes that his motion to vacate and dismiss is very well grounded and should be granted. However, if the Court disagrees and does not grant CLAUSEN's motion to vacate and dismiss the Plaintiffs' claims against him individually, CLAUSEN wishes to join in the arguments asserted by the COMPANY

Defendant Jonathan Clausen's Joinder in the Company Defendants' Vacate April 7, 2026 Motion to Reconsider and Vacate
Case No. 2:24-CV-00413-SAB
Page 2 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

DEFENDANTS in their Motion to Reconsider and Vacate.  Therefore, in the event that CLAUSEN's March 30, 2026 motion to dismiss and vacate is not granted, CLAUSEN hereby joins in the COMPANY DEFENDANTS' Motion to Reconsider and Vacate filed today.

Dated:  April 7, 2026                           Respectfully submitted,

By:   /s/ *Stephen L. Sulzer*
      Stephen L. Sulzer (*pro hac vice*)
      **STEPHEN L. SULZER PLLC**
      11710 Plaza America Drive, Suite 2000
      Reston, VA  20190
      P: (703) 871-5000
      F: (202) 558-5101
      E: ssulzer@sulzerpllc.com

      */s/ Douglas R. Dick*
      ROBERT T. WRIGHT, WSBA #54075
      DOUGLAS R. DICK, WSBA #46519
      WHC ATTORNEYS, PLLC
      12209 E. Mission Avenue, Suite 5
      Spokane Valley, WA  99206
      P: (509) 927-9700
      F: (509) 777-1800
      E: rwright@whc-attorneys.com
      E: doug@whc-attorneys.com

      *Attorneys for Defendants Jonathan*
      *Clausen, Clausen, Inc., AR-TT LLC,*
      *and Lilac City, LLC*

Defendant Jonathan Clausen's Joinder in the Company Defendants' Vacate April 7, 2026 Motion to Reconsider and Vacate
Case No. 2:24-CV-00413-SAB
Page 3 of 4

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following

    Caleb Hatch, WSBA #51292
    Johanna R. Tomlinson, WSBA #57582
    Lee & Hayes, P.C.
    601 W. Riverside Ave., Suite 1400
    Spokane, WA 99201
    Email: caleb.hatch@leehayes.com
    Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

    Signed at Spokane Valley, Washington this 7th day of April 2026.

_____
**Julie Sutter,** Legal Assistant

Defendant Jonathan Clausen's Joinder in the Company
Defendants' Vacate April 7, 2026 Motion to Reconsider
and Vacate
Case No. 2:24-CV-00413-SAB
Page 4 of 4

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101