STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC and
EIGHT EIGHTEEN, LLC,

      Plaintiffs,

    v.

JONATHAN CLAUSEN, CLAUSEN,
INC., AR-TT LLC, and LILAC CITY,
LLC,

      Defendants.

Case No.: 2:24-CV-00413-SAB

DECLARATION OF JONATHAN
CLAUSEN RE SERVICE
OF PAPERS

DECLARATION OF JONATHAN CLAUSEN RE
SERVICE OF PAPERS
Page 1 of 4

Doc ID: 27905d1e23d66c17ba4376197946ffad47df575a

I, Jonathan Clausen, hereby declare as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my business(es) and am competent to testify to the matters herein.

2. I am the sole owner and President of Clausen, Inc. I am the sole member of AR-TT LLC. My wife and I are the members of Lilac City, LLC. All three of these companies have been named as Defendants in the above-captioned matter. I refer to them collectively in this Declaration as the "COMPANY DEFENDANTS."

3. I have also been named as an individual Defendant in the above-captioned matter. I refer to myself and the COMPANY DEFENDANTS collectively in this Declaration as the "DEFENDANTS."

4. I understand that the Plaintiffs in this action are Hammerless Tools, LLC and Eight Eighteen, LLC (collectively the "PLAINTIFFS") and that they are represented by Caleb Hatch and Johanna Tomlinson of Lee & Hayes, P.C.

5. The attorneys who initially represented me and the COMPANY DEFENDANTS in the above-captioned case withdrew from representing us at the end of September 2025. As I understand it, that withdrawal became effective on September 30, 2025. After they withdrew from representing me and the COMPANY DEFENDANTS, neither I, nor anyone else to my knowledge, has made a written

DECLARATION OF JONATHAN CLAUSEN RE
SERVICE OF PAPERS
Page 2 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 27905d1e23d66c17ba4376197946ffad47df575a

request, authorized in writing, or consented to in writing, that PLAINTIFFS, PLAINTIFFS' counsel, or the Court serve the COMPANY DEFENDANTS with notices, motions, briefs, orders, or any other papers in the above-captioned case by electronic means such as email.

6. I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  April 13, 2026

_____
Jonathan Clausen

DECLARATION OF JONATHAN CLAUSEN RE
SERVICE OF PAPERS
Page 3 of 4

Doc ID: 27905d1e23d66c17ba4376197946ffad47df575a

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 13th day of April 2026.

**Julie Sutter,** Legal Assistant

DECLARATION OF JONATHAN CLAUSEN RE
SERVICE OF PAPERS
Page 4 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 27905d1e23d66c17ba4376197946ffad47df575a

**Dropbox** Sign                                                      Audit trail

| | |
|---|---|
| **Title** | 26 04 13 Declaration of Jonathan Clausen re Service of... |
| **File name** | 26%2004%2013%20De...20of%20Papers.pdf |
| **Document ID** | 27905d1e23d66c17ba4376197946ffad47df575a |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

|  |  |  |
|---|---|---|
| **SENT** | **04 / 13 / 2026** 17:41:57 UTC | Sent for signature to Jonathan Clausen (jonathan@clauseninc.us) by services@clio.com acting on behalf of julie@whc-attorneys.com IP: 162.17.177.82 |
| **VIEWED** | **04 / 13 / 2026** 18:28:12 UTC | Viewed by Jonathan Clausen (jonathan@clauseninc.us) IP: 172.56.205.181 |
| **SIGNED** | **04 / 13 / 2026** 18:28:44 UTC | Signed by Jonathan Clausen (jonathan@clauseninc.us) IP: 172.56.205.181 |
| **COMPLETED** | **04 / 13 / 2026** 18:28:44 UTC | The document has been completed. |

Powered by **Dropbox** Sign