Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>                    Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CLAUSEN'S MOTION TO VACATE AND MOTION TO ESTABLISH LIABILITY FOR DAMAGES**<br><br>Without Oral Argument |

CALEB HATCH, declares and states as follows:

1.    I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify to the matters herein.

HATCH DECLARATION RE
OPPOSITION TO DEFENDANT'S MOTIONS – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

2.    I am an attorney of record for Plaintiffs Hammerless Tools, LLC and Eight Eighteen LLC in the above captioned matter.

3.    I personally communicated with counsel for Defendants in this matter, including prior to the filing of the Complaint.

4.    Defendants and their counsel never stated, identified, mentioned, or even hinted at a filed bankruptcy matter prior to the Motion to Stay in this case.

5.    The first time we heard or learned about Defendant Clausen's individual bankruptcy proceeding was on February 11, 2025, though the filing of the motion to stay.

6.    As soon as my and my firm were aware of the individual bankruptcy, on February 11, 2025, we immediately discontinued all motions and collection efforts against any and all Defendants (even though the bankruptcy only involved the individual Defendant).

7.    We took all steps to discontinue any and all collection efforts and fully comply with the Court's order staying the case. We did not oppose Defendants' request to stay; instead taking the deliberate step to not continue any efforts to recover damages and enjoin actions against any of the Defendants pending the outcome of the bankruptcy proceeding. We immediately took action to discontinue any ongoing action against any Defendant, including ceasing any filings or pleadings, ceasing any removal or takedown actions related to the use of Plaintiffs'

HATCH DECLARATION RE
OPPOSITION TO DEFENDANT'S MOTIONS – 2

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

intellectual property, ceasing any communications with potential witnesses and purchasers of the infringing materials; and any other action related to Defendants.

8.    In further compliance with the stay order and in discontinuing all actions, even after Defendant Clausen's bankruptcy proceeding was dismissed and concluded on July 23, 2025, we ensured they were not running afoul of any order or potential request by Defendant Clausen, and waited additional months to permit Defendants to inform the Court on their own of the dismissal, as they were ordered.

9.    Only months after Defendant Clausen's bankruptcy proceeding had been dismissed and the stay lifted, did we proceed with any action against Defendants.

10.    I personally spoke with Defendants' new counsel, Mr. Sulzer, on March 5, 2026. Mr. Sulzer told me that he is now representing Defendants. He also told me in a prolonged and repeated statement that he is particularly adept at making opposing parties decide that litigation is not financially feasible. He also stated that he has engaged a "researcher" and that through some new research from the researcher that he was not aware of he found something novel and was going to "drop an atomic bomb" on this case. It is now understood that his "atomic bomb" reference is to Defendants' multiple filings.

11.    I personally had another phone conference with counsel for Defendants on April 9, 2026. On that call, I pointed out to Defendants' counsel that the Court

HATCH DECLARATION RE
OPPOSITION TO DEFENDANT'S MOTIONS – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

denied the request for excess pages as I had explained and that he violated the spirit of that order by merely splitting the legal argument into what it was filed as a declaration. He responded by noting that the Court had denied the motion for an overlength brief and retorted "okay, you want to play that way judge" as the reason for refiling the same argument couched as a declaration.

12. The Court can take judicial notice of other court dockets, which is applicable here to Defendant's multiple other litigation matters. Defendants, including Defendant Clausen individually, are involved in at least fifteen (15) litigation matters with multiple other parties, in Spokane Superior Court, since 2022. These include lawsuits with judgments in the high six figures and Defendants' ongoing to lawsuits to avoid judgments and refusal to vacate property that no longer belongs to Defendant. These include, but are not limited to Spokane County Superior Court case numbers: 2220005732; 2220366632; 2220004932; 2220341232; 2220245132; 2320351932; 2320386432; 2420214132; 2420072232; 2430052332; 2420050532; 2520219932; 2520519432; 2621048232; 2521143132

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of April 2026 at Spokane, Washington.

s/ Caleb Hatch
Caleb Hatch

HATCH DECLARATION RE
OPPOSITION TO DEFENDANT'S MOTIONS – 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of April, 2026, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *s/ Caleb Hatch*
Caleb Hatch

HATCH DECLARATION RE
OPPOSITION TO DEFENDANT'S MOTIONS – 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979