# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

                Plaintiffs,

    v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

    Defendants.

CASE NO. 2:24-CV-00413-SAB

**[PROPOSED] ORDER DENYING DEFENDANT JONATHAN CLAUSEN'S MOTION TO VACATE AND DEFENDANT JONATHAN CLAUSEN'S MOTION TO ESTABLISH LIABILITY FOR DAMAGES**

THIS MATTER comes before the Court on Defendant Clausen's Motion to Vacate and his Motion to establish Liability for Damages. The Court, having

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

considered the Motions, and all briefing and declarations in support of the respective briefing, and the Court being duly advised on the premises, THE COURT FINDS:

1.    Plaintiffs, their counsel, and the Court did not violate the bankruptcy code;

2.    The pleadings and actions taken in this matter were appropriately stayed, dismissed, and discontinued until well after Defendant Clausen's bankruptcy proceeding had been dismissed;

3.    This matter is not void;

4.    The actions taken after the dismissal of Defendant Clausen's bankruptcy matter and not void;

5.    There is no violation of the bankruptcy code and Defendants have not suffered any damage from any purported violation of the bankruptcy code. Therefore, the Court DENIES Defendant's Motions.

NOW, THEREFORE, the Court hereby orders as follows:

1.    Defendant Clausen's Motion to Vacate, ECF No. 101 is **DENIED.**

2.    Defendant Clausen's Motion to Establish Liability for Damages is **DENIED.**

**IT IS SO ORDERED** this _____ day of _____ 2026.

---

HONORABLE CHIEF JUDGE BASTIAN
FOR THE FEDERAL COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of April, 2026, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *s/ Caleb Hatch*
Caleb Hatch

[PROPOSED] ORDER - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979