**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

Plaintiffs,

v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

Defendants.

CASE NO. 2:24-CV-00413-SAB

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DECLARATION OF STEPHEN L. SULZER IN SUPPORT OF DEFENDANT JONATHAN CLAUSEN'S MOTION TO VACATE**

THIS MATTER comes before the Court on Plaintiffs' Motion to Strike Declaration of Stephen L. Sulzer in Support of Defendant Jonathan Clausen's Motion to Vacate. The Court, having considered the Motion, and all briefing and declarations in support of the respective briefing, and the Court being duly advised

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

on the premises, THE COURT FINDS GOOD CAUSE TO GRANT THE MOTION:

NOW, THEREFORE, the Court hereby orders as follows:

1.    Plaintiffs' Motion to Strike Declaration of Stephen L. Sulzer in Support of Defendant Jonathan Clausen's Motion to Vacate, ECF No. _____ is **GRANTED.**

2.    Paragraphs 3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 19, 20, 21, 26, 28, 29, and 30 of the Declaration of Stephen L. Sulzer in Support of Defendant Jonathan Clausen's Motion to Vacate is **STRICKEN** and will not be considered.

**IT IS SO ORDERED** this _____ day of _____ 2026.

_____
HONORABLE CHIEF JUDGE BASTIAN
FOR THE FEDERAL COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2026, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *s/ Caleb Hatch*
Caleb Hatch

[PROPOSED] ORDER - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979