Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | CASE NO. 2:24-CV-00413-SAB |
| Plaintiffs, | **PLAINTIFFS' ANSWERS TO DEFENDANTS' COUNTERCLAIMS** |
| v. | |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

Plaintiffs/Counterclaim Defendants, Hammerless Tools, LLC and Eight Eighteen, LLC ("Plaintiffs"), through its attorneys, answer Defendants/Counterclaim Plaintiffs' Jonathan Clausen ("Clausen"), Clausen, Inc., and AR-TT LLC's ("Defendants") Counterclaims as follows:

ANSWER TO COUNTERCLAIMS – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## PARTIES[1]

1.  Admit.

2.  Admit.

3.  Admit.

4.  Admit.

5.  Admit.

## JURISDICTION AND VENUE

6.  Admit this Court has supplemental jurisdiction. Deny Defendants have a valid cause of action.

7.  Admit this Court has jurisdiction. Deny Defendants have a valid cause of action.

8.  Admit that venue is proper in the Eastern District of Washington. Plaintiffs deny any allegations in Paragrpah 8 that any activities by Plaintiffs were unlawful or gave rise to Defendants' counterclaims.

## GENERAL ALLEGATIONS

9.  Admit.

10.  Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore Deny the same.

---

[1] Headings used by Defendants are included from the Counterclaims for the sole purpose of organization. To the extent they require a response, any assertion of fact in the headings is denied.

ANSWER TO COUNTERCLAIMS – 2

11. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore Deny the same.

12. Admit.

13. Admit Clausen noticed Plaintiffs' spring-driven tools and Clausen asked Plaintiffs about Plaintiffs' tools. All other allegations are denied.

14. Admit Clausen noticed Plaintiffs' spring-driven tools and Clausen asked Plaintiffs about Plaintiffs' tools and building Plaintiffs' tools. All other allegations are denied.

15. Denied.

16. Denied.

17. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore Deny the same.

18. Plaintiffs admit there once was a request to include Plaintiffs' Hammerless Impact Technology mark on Plaintiffs' products as a reseller of Plaintiffs' products, which was soon withdrawn. All other allegations are denied.

19. Denied.

20. Denied.

21. Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore Deny the same.

22. Denied.

ANSWER TO COUNTERCLAIMS – 3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

23.    Denied.

24.    Denied.

25.    Denied.

26.    Denied.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Denied.

32.    Denied.

33.    Denied.

34.    Plaintiffs admit Defendants were one of many resellers for a time and who were supposed to purchase Plaintiffs' products for resale. All other allegations are denied.

35.    Denied.

36.    Plaintiffs admit a letter from counsel was sent to Defendants. All other allegations are denied.

37.    Admit.

38.    Denied.

39.    There is no paragraph 39 in the Counterclaims. As such no response is

ANSWER TO COUNTERCLAIMS – 4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

required.

40.    There is no paragraph 40 in the Counterclaims. As such no response is required.

41.    Plaintiffs admit there was a settlement agreement entered into by the parties to the lawsuit. The agreement speaks for itself. All other allegations are denied.

42.    Denied.

43.    The Agreement speaks for itself. All other allegations are denied.

44.    Denied.

45.    Denied.

46.    Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore Deny the same.

47.    Plaintiffs admit some of the tools were returned as damaged and not sellable. All other allegations are denied.

48.    Denied.

49.    Denied.

50.    Denied.

### CLAIMS FOR RELIEF

51.    Plaintiffs incorporate herein the preceeding responses to the Counterclaim paragraphs.

ANSWER TO COUNTERCLAIMS – 5

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

52.    Plaintiffs admit the parties entered into a settlement agreement. The agreement speaks for itself. All other allegations are denied.

53.    Denied.

54.    Denied.

55.    Denied.

56.    Denied.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues properly triable by jury.

## PRAYER FOR RELIEF

Plaintiffs deny that Defendants are entitled to any of the relief requested in the Prayer for Relief, or to any relief whatsoever.

## GENERAL DENIAL

To the extent that any allegations of the Counterclaims are not specifically admitted, Plaintiffs hereby deny them.

## AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

Without conceding that any of the following necessarily must be pled as a defense, or that any of the following is not already at issue by virtue of the foregoing denials, and without prejudice to Plaintiffs' right to lead additional defenses as discovery in the facts of the matter warrant, Plaintiffs assert the following defenses:

1.    Defendants' counterclaim fail to state a claim upon which relief can be

ANSWER TO COUNTERCLAIMS – 6

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

granted.

2.    The claims are barred in whole or in part because Defendants failed to satisfy the legal and factual requirements sufficient to maintain the cited cause of action.

3.    Defendants fail to establish necessary conditions precedent for their claims and cause of action.

4.    Defendants have materially breached the agreement and failed to comply with its obligations and cannot maintain any cause of action.

5.    Unclean hands. Defendants' unlawful actions bar any recovery of any kind. Defendants' wrongful conduct precludes them from seeking relief and the Counterclaim should be dismissed.

6.    Defendants have not suffered any damages and are not entitled to any relief. If Defendants suffered any damage, it was caused by their own conduct.

7.    Defendants failed to mitigation their damages, if any.

8.    Spoilation of evidence. Defendants' claim should be barred in whole or in part due to Defendants' spoilation of evidence and failure to maintain evidence.

9.    For the purpose of preserving the affirmative defenses pending discovery and further evaluation of Defendants' claim, Plaintiffs assert estoppel and waiver.

Plaintiffs reserve the right to rely on any additional defenses that become

ANSWER TO COUNTERCLAIMS - 7

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

available or apparent during the proceedings in this action, and specifically reserve the right to amend their Answer and Affirmative Defenses.

## RESERVATION OF RIGHT TO AMEND

Plaintiffs specifically reserve the right to amend this answer by way of adding additional affirmative defenses, claims, crossclaims, or by instituting third-party actions as additional facts are obtained through further investigation and discovery that cannot now be articulated due to Defendants' failure to particularize its claim and/or the need for discovery regarding Defendants' claim.

## PRAYER FOR RELIEF

Plaintiffs pray for judgment against Defendants and all their affiliates, agents, servants, employees, owners, partners and all persons in active concert or participation with it, for the following relief:

A.    Deny and dismiss Defendants' counterclaim and enter judgment in favor of Plaintiffs on all Defendants' counterclaims;

B.    To the extent not already done, enter a judgment in favor of Plaintiffs and against Defendants on all Counts alleged in the Complaint;

C.    To the extent not already done, award Plaintiffs actual damages in such amount as may be found;

D.    To the extent not already done, award Plaintiffs their attorneys' fees and full costs incurred in this action pursuant to the Parties' Agreement, and

ANSWER TO COUNTERCLAIMS – 8

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

applicable trademark and patent laws;

E.    To the extent not already done, award Plaintiffs pre-judgment and post-judgment interest;

F.    To the extent not already done, enter an order enjoining Defendants from breaching the Agreement, infringing Plaintiffs' Marks, or infringing the patented design;

G.    For other and further relief, in law or in equity, to which Plaintiffs may be entitled or which the Court deems just and proper.

Respectfully submitted this 15th day of April 2026.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292
Johanna Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
johanna.tomlinson@leehayes.com

*Attorneys for Plaintiff*

ANSWER TO COUNTERCLAIMS –  9

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15th, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Caleb Hatch
Caleb Hatch, WSBA #51292

ANSWER TO COUNTERCLAIMS – 10

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979