Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,<br><br>Defendants. | CASE NO. 2:24-CV-00413-SAB<br><br>**DECLARATION OF CALEB HATCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO RESPONSE IN OPPOSITION TO COMPANY DEFENDANTS' SECOND MOTION TO RECONSIDER AND VACATE [ECF No. 107]**<br><br>Without Oral Argument |

CALEB HATCH, declares and states as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my firm and am competent to testify to the matters herein.

HATCH DECLARATION RE OPPOSITION TO DEFENDANTS MTN TO RECONSIDER – 1

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

2. I am an attorney of record for Plaintiffs Hammerless Tools, LLC and Eight Eighteen LLC in the above captioned matter.

3. I personally communicated with Defendants in this matter after their original counsel withdrew and before they obtained new counsel.

4. On October 6, 2025, Defendant Clausen directed me to use the jonathan@clausen.inc business email address for service on all defendants, and reiterated that business email address is "good for all of them." I have retained the written notes of the request as well.

5. My firm did as requested by Defendants to serve all documents via email on all Defendants at the jonathan@clausen.inc business email address.

6. On October 22, 2025, via email with JA/Courtroom Deputy to Chief Judge Bastian, Michelle Fox, Defendant Clausen asked the Court to also use the AR-TT business email address (the contract@artakedowntool business email address). I was included on those emails with the Court and Defendants.

7. Out of an abundance of caution, I also added the contract@artakedowntool business email on service emails as well, so all defendants received service at the email address requested by Defendants.

8. Also, as provided in the Court records all Defendants also received notice of all filings at their principal office mailing address listed with the Secretary of State at PO Box 2171 Spokane, WA 99210.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 20th day of April 2026 at Spokane, Washington.

s/ Caleb Hatch

Caleb Hatch

HATCH DECLARATION RE
OPPOSITION TO DEFENDANTS MTN TO RECONSIDER –
3

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of April, 2026, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *s/ Caleb Hatch*
Caleb Hatch

HATCH DECLARATION RE
OPPOSITION TO DEFENDANTS MTN TO RECONSIDER –
4

LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, Washington 99201
(509) 324-9256 Fax: (509) 323-8979