**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, | CASE NO. 2:24-CV-00413-SAB |
| Plaintiffs, | **[PROPOSED] ORDER DENYING COMPANY DEFENDANTS' FIRST MOTION TO RECONSIDER AND VACATE [ECF No. 104] AND DENYING COMPANY DEFENDANTS' SECOND MOTION TO RECONSIDER AND VACATE [ECF No. 107]** |
| v. | |
| JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, | |
| Defendants. | |

THIS MATTER comes before the Court on Company Defendants' First and Second Motions to Reconsider and to Vacate [ECF Nos. 104, 107]. The Court,

[PROPOSED] ORDER - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

having considered the Motions, and all briefing and declarations in support of the respective briefing, and the Court being duly advised on the premises, THE COURT FINDS GOOD CAUSE TO DENY THE MOTIONS:

NOW, THEREFORE, the Court hereby orders as follows:

1.    Company Defendants' first Motion to Reconsider and to Vacate, ECF No. 104 is **DENIED.**

2.    Company Defendants' second Motion to Reconsider and to Vacate, ECF No. 107 is **DENIED.**

**IT IS SO ORDERED** this _____ day of _____ 2026.

HONORABLE CHIEF JUDGE BASTIAN
FOR THE FEDERAL COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

[PROPOSED] ORDER - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2026, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


By: *s/ Caleb Hatch*
Caleb Hatch

[PROPOSED] ORDER - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979