STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC and
EIGHT EIGHTEEN, LLC

       Plaintiffs,

    v.

JONATHAN CLAUSEN, CLAUSEN,
INC., AR-TT LLC, and LILAC CITY,
LLC,

       Defendants.

Case No.: 2:24-CV-00413-SAB

(REVISED) PROPOSED ORDER
VACATING ADVERSE RULINGS
AS TO THE COMPANY
DEFENDANTS BASED
ON FAILURES OF SERVICE

(REVISED) PROPOSED ORDER VACATING
ADVERSE RULINGS
Case No. 2:24-CV-00413-SAB
Page 1 of 4

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Before the Court is Defendants Clausen, Inc., AT-TT, LLC, and Lilac City, LLC (collectively the "COMPANY DEFENDANTS") Motion to Reconsider and Vacate Based on Failures of Service, filed on April 13, 2026. The motion is supported by the accompanying Declaration of Jonathan Clausen re Service of Papers and the Reply Declaration of Jonathan Clausen in Support of Company Defendants' Motion to Vacate for Failure of Service.

The Court, having reviewed the motion, the Clausen Declarations, the COMPANY DEFENDANTS' reply memorandum in support of their motion, and the case file, including Plaintiffs' submissions in opposition to the motion, finds good cause to grant the motion.

Accordingly, IT IS SO ORDERED.

The COMPANY DEFENDANTS' Motion to Reconsider and Vacate Based on Failures of Service is GRANTED, and for the reasons set forth in the COMPANY DEFENDANTS' Motion and their Reply Memorandum, the Court finds that the Plaintiffs failed to make proper service on the COMPANY DEFENDANTS of their motions underlying four of the Court's Orders, *i.e.,* ECF Nos. 83, 84, 71, and 73. For these reasons the Court hereby vacates *nunc pro tunc* its interlocutory rulings adverse to the COMPANY DEFENDANTS appearing in the record in ECF Nos. 83, 84, 71, and 73.

(REVISED) PROPOSED ORDER VACATING
ADVERSE RULINGS
Case No. 2:24-CV-00413-SAB
Page 2 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

For the same reasons, the Court finds that Plaintiffs failed to make proper service on the COMPANY DEFENDANTS of Plaintiffs' Motion for Contempt and for Sanctions (ECF No. 85) and that motion is DENIED.

Dated this _____ day of _____, 2026.

_____
CHIEF JUDGE STANLEY A. BASTIAN
FEDERAL COURT FOR THE EASTERN
DISTRICT OF WASHINGTON

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 27th day of April 2026.

_____
**Julie Sutter,** Legal Assistant

(REVISED) PROPOSED ORDER VACATING
ADVERSE RULINGS
Case No. 2:24-CV-00413-SAB
Page 4 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101