STEPHEN L. SULZER (appearing *pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

DOUGLAS R. DICK, WSBA #46519
ROBERT T. WRIGHT, WSBA #54075
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC, *et al.,*<br><br>    Plaintiffs,<br><br>    v.<br><br>JONATHAN CLAUSEN, *et al.,*<br><br>    Defendants. | Case No.: 2:24-CV-00413-SAB<br><br>REPLY DECLARATION OF JONATHAN CLAUSEN IN SUPPORT OF COMPANY DEFENDANTS' MOTION TO VACATE FOR FAILURE OF SERVICE |

I, Jonathan Clausen, hereby declare as follows:

REPLY DECLARATION OF JONATHAN CLAUSEN
Page 1 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

1.  I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my business(es) and am competent to testify to the matters herein.

2.  I am the owner and President Defendant Clausen, Inc. I am the sole member of AR-TT LLC.  My wife and I are the members of Lilac City, LLC.  All three of these companies have been named as Defendants in the above-captioned matter.  I refer to them collectively in this Declaration as the "COMPANY DEFENDANTS."

3.  I have also been named as an individual Defendant in the above-captioned matter.  I refer to myself and the COMPANY DEFENDANTS collectively in this Declaration as the "DEFENDANTS."

4. Attached to this Declaration as **Exhibit A** is a true copy of a string of emails located in my email program on my personal computer.  I understand that one of those emails, sent by me on October 22, 2025 at 4:44 pm, to Michelle Fox, the Court's Courtroom Deputy (and copied to others, including opposing counsel Caleb Hatch), is being relied upon by the Plaintiffs to oppose my motion to vacate based on Plaintiffs' failure to properly serve the COMPANY DEFENDANTS with Plaintiffs' motions and other submissions to the Court.  That email speaks for itself, but for convenience I will recite here that all it says to Ms. Fox is:  "I am not sure I've received anything if you could please email it to this email address would be great".

REPLY DECLARATION OF JONATHAN CLAUSEN
Page 2 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

5.   That statement was seeking information concerning a scheduling conference that had been set for October 23, 2025, and because I was proceeding on my own behalf *pro se* (without counsel), and saw mention of that conference in an exchange of emails between Marianne Love (a paralegal at opposing counsel's firm) and Ms. Fox, I did nothing more than ask Ms. Fox to send me the video link she mentioned in her email to Ms. Love.

6.   There is nothing in my October 22, 2025, 4:44 pm email to Ms. Fox or any of the other emails in the string surrounding it which consents to Plaintiffs, Plaintiffs' counsel, or the Court making service on the COMPANY DEFENDANTS of motions or other formal papers by electronic means such as email.

7.   As I stated in paragraph 5 of my Declaration dated April 13, 2026, ECF 108, after my prior counsel withdrew from the case, neither I, nor anyone else to my knowledge, made a written request, authorized in writing, or consented to in writing, that Plaintiffs, Plaintiffs' counsel, or the Court serve the COMPANY DEFENDANTS with notices, motions, briefs, orders, or any other formal papers in the above-captioned case by electronic means such as email.

8.   I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  April 27, 2026

_____
Jonathan Clausen

REPLY DECLARATION OF JONATHAN CLAUSEN
Page 3 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 27th day of April 2026.

**Julie Sutter,** Legal Assistant

REPLY DECLARATION OF JONATHAN CLAUSEN
Page 4 of 4

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

# *EXHIBIT A*

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

 Gmail

The Takedown Tools <contact@artakedowntool.com>

## Hammerless Tools, LLC, et al. v. Jonathan Clausen, et al. - Case No. 2:24-cv-413-SAB
12 messages

**Marianne Love** <Marianne.Love@leehayes.com>                                        Wed, Oct 22, 2025 at 3:40 PM
To: "Michelle_Fox@waed.uscourts.gov" <Michelle_Fox@waed.uscourts.gov>
Cc: Caleb Hatch <Caleb.Hatch@leehayes.com>, Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>, Jonathan Clausen <jonathan@clausen.inc>, "contact@artakedowntool.com" <contact@artakedowntool.com>

Hello Michelle,

I wanted to confirm that there is still a scheduling conference set for tomorrow at 9:30am in the above-mentioned matter? If there is has dial-in information been sent out yet?

Thank you,

**Marianne Love // Lee & Hayes, PC**

*Litigation Paralegal*

marianne.love@leehayes.com **// P** 509.944.4623 **// leehayes.com**

Atlanta / Austin / Portland Metro / Rochester / Seattle / **Spokane** / Washington, D.C. Metro

**Mission:** To serve as trusted partners with the world's leading innovators and brands
**Core Values:** SERVICE EXCELLENCE **//** RELATIONSHIP CENTERED **//** STEWARDSHIP

**Connect with us!**

*NOTE: This email and any attachments contain information from the law firm of Lee & Hayes, PC, that is confidential and/or subject to the attorney-client privilege. If you are not the intended recipient of this message, please do not read it or disclose it to others. Instead, please delete it and notify the sender immediately.*

**Michelle Fox** <Michelle_Fox@waed.uscourts.gov>                                        Wed, Oct 22, 2025 at 4:11 PM
To: Marianne Love <Marianne.Love@leehayes.com>
Cc: Caleb Hatch <Caleb.Hatch@leehayes.com>, Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>, Jonathan Clausen <jonathan@clausen.inc>, "contact@artakedowntool.com" <contact@artakedowntool.com>

Hello;

Yes, we will have a hearing.  I will be sending a video link soon.  We have been in Court all week and just have not had time.

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

I apologize for the delay.

Michelle Fox

JA/Courtroom Deputy to Chief Judge Bastian

509-573-6605

**From:** Marianne Love <Marianne.Love@leehayes.com>
**Sent:** Wednesday, October 22, 2025 3:41 PM
**To:** Michelle Fox <Michelle_Fox@waed.uscourts.gov>
**Cc:** Caleb Hatch <Caleb.Hatch@leehayes.com>; Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>; Jonathan Clausen <jonathan@clausen.inc>; contact@artakedowntool.com
**Subject:** Hammerless Tools, LLC, et al. v. Jonathan Clausen, et al. - Case No. 2:24-cv-413-SAB

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**The Takedown Tools** <contact@artakedowntool.com>                     Wed, Oct 22, 2025 at 4:44 PM
To: Michelle Fox <Michelle_Fox@waed.uscourts.gov>
Cc: Marianne Love <Marianne.Love@leehayes.com>, Caleb Hatch <Caleb.Hatch@leehayes.com>, Johanna Tomlinson <Johanna.Tomlinson@leehayes.com>, Jonathan Clausen <jonathan@clausen.inc>

Hey Michelle,
I am not sure I've not received anything if you could please email it to this email address would be great

Jonathan Clausen

PH: 509 714 0417

Email: contact@artakedowntool.com

Direct :(509) 991-3929

Direct Email: Jonathan@clausen.inc

AR-TT



[Quoted text hidden]

---

**Michelle Fox** <Michelle_Fox@waed.uscourts.gov>                          Wed, Oct 22, 2025 at 4:46 PM
To: The Takedown Tools <contact@artakedowntool.com>
Cc: Marianne Love <Marianne.Love@leehayes.com>, Caleb Hatch <Caleb.Hatch@leehayes.com>, Johanna Tomlinson
<Johanna.Tomlinson@leehayes.com>, Jonathan Clausen <jonathan@clausen.inc>

I did about 5 minutes ago.  Did you just get it?


Michelle Fox

JA/Courtroom Deputy to Chief Judge Bastian

509-573-6605



[Quoted text hidden]

---

**The Takedown Tools** <contact@artakedowntool.com>                          Wed, Oct 22, 2025 at 4:47 PM
To: Michelle Fox <Michelle_Fox@waed.uscourts.gov>

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

Hey Michelle, I did get it sorry about that. But the other letter I received I thought showed that everything got pushed off until November 24? Is that not true? I also received that letter in the mail today as well

Jonathan Clausen

PH: 509 714 0417

Email: contact@artakedowntool.com

Direct :(509) 991-3929

Direct Email: Jonathan@clausen.inc

AR-TT



[Quoted text hidden]

---

**Michelle Fox** <Michelle_Fox@waed.uscourts.gov>                    Wed, Oct 22, 2025 at 4:49 PM
To: The Takedown Tools <contact@artakedowntool.com>

Those are 2 different items.

The conference for tomorrow is still proceeding.

[Quoted text hidden]

---

**The Takedown Tools** <contact@artakedowntool.com>                    Wed, Oct 22, 2025 at 4:51 PM
To: Michelle Fox <Michelle_Fox@waed.uscourts.gov>

Hey Michelle, apologies, I'm very new to this and as you know,  counsel withdrew and I'm currently pro se but what is tomorrow's meeting about? And it's all done through Zoom?

Jonathan Clausen

PH: 509 714 0417

Email: contact@artakedowntool.com

Direct :(509) 991-3929

Direct Email: Jonathan@clausen.inc

AR-TT



[Quoted text hidden]

---

**Michelle Fox** <Michelle_Fox@waed.uscourts.gov>                    Wed, Oct 22, 2025 at 4:56 PM
To: The Takedown Tools <contact@artakedowntool.com>

It is a scheduling conference.  It will be handled through the Zoom link that was provided.

[Quoted text hidden]

---

**The Takedown Tools** <contact@artakedowntool.com>                    Thu, Nov 20, 2025 at 10:59 AM
To: Michelle Fox <Michelle_Fox@waed.uscourts.gov>

Hey Michelle, I wanted to reach out to you as I reached out to Lilly yesterday wanting to get the information on when the next court hearing was, she said that there was not one that was scheduled, but I thought that the judge had given me a date to get my representation by which I'm working on diligently I just need some additional time to try to nail down in attorney as you know that can be a little bit of a lengthy process. If you could let me know, that would be great

Jonathan Clausen

PH: 509 714 0417

Email: contact@artakedowntool.com

Direct :(509) 991-3929

Direct Email: Jonathan@clausen.inc

AR-TT



[Quoted text hidden]

---

**Michelle Fox** <Michelle_Fox@waed.uscourts.gov>                    Thu, Nov 20, 2025 at 11:14 AM
To: The Takedown Tools <contact@artakedowntool.com>

Good Morning;

At the hearing on October 23, 2025, the Court gave you 3 weeks to find counsel. If you wish to ask for an extension, you will need to file a Motion. The 3 weeks have passed so the Court may be entering an Order as discussed at the hearing.

I am unable to give you any legal advice on the Motion however it should be filed ASAP. This email is not sufficient.

Thank you.

[Quoted text hidden]

---

**The Takedown Tools** <contact@artakedowntool.com>                    Thu, Nov 20, 2025 at 11:44 AM
To: Michelle Fox <Michelle_Fox@waed.uscourts.gov>

Hey Michelle, I thought I was given until November 26 or 28th for some reason, Based on some documents I had gotten. And I'm working very diligently at trying to retain council as you can imagine having the same counsel for multiple years on this issue to then have them withdrawal last minute was Extremely unexpected and a true challenge considering I paid them nearly six figures . But I want you to know I'm doing everything in my power to get new counsel locked down, and I will file a motion asking for some additional time, I just want you to know that I am not doing that to intentionally delay anything whatsoever. It's just hard to get an experienced litigator in this field With a short notice. But I'm doing my best! And Get someone very soon

Jonathan ClausenI

PH: 509 714 0417

Email: contact@artakedowntool.com

Direct :(509) 991-3929

Direct Email: Jonathan@clausen.inc

AR-TT



[Quoted text hidden]

---

**The Takedown Tools** <contact@artakedowntool.com>                    Wed, Apr 22, 2026 at 11:47 AM
Draft To: Stephen Sulzer <ssulzer@sulzerpllc.com>

---------- Forwarded message ---------
From: **Marianne Love** <Marianne.Love@leehayes.com>
Date: Wed, Oct 22, 2025 at 3:41 PM
Subject: Hammerless Tools, LLC, et al. v. Jonathan Clausen, et al. - Case No. 2:24-cv-413-SAB
[Quoted text hidden]

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

[Quoted text hidden]

--
[Quoted text hidden]

Doc ID: 2ba8e98a16f9e569289600f5c09a96cacca9be99

**Dropbox** Sign                                                              Audit trail

| | |
|---|---|
| **Title** | 26 04 27 Declaration of Clausen re Mtn to Vacate re Failures... |
| **File name** | 26%2004%2027%20De...20of%20Servic.pdf |
| **Document ID** | 2ba8e98a16f9e569289600f5c09a96cacca9be99 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT** | **04 / 27 / 2026** 16:59:16 UTC | Sent for signature to AR Take Down Tool, LLC (jonathan@clauseninc.us) by services@clio.com acting on behalf of julie@whc-attorneys.com IP: 162.17.177.82

**VIEWED** | **04 / 27 / 2026** 18:57:38 UTC | Viewed by AR Take Down Tool, LLC (jonathan@clauseninc.us) IP: 172.56.204.53

**SIGNED** | **04 / 27 / 2026** 18:58:03 UTC | Signed by AR Take Down Tool, LLC (jonathan@clauseninc.us) IP: 172.56.204.53

**COMPLETED** | **04 / 27 / 2026** 18:58:03 UTC | The document has been completed.

Powered by **Dropbox** Sign