FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company, <br><br> Defendants. | No. 2:24-CV-00413-SAB <br><br><br> **ORDER TO SHOW CAUSE WHY PRO HAC VICE STATUS SHOULD NOT BE REVOKED** |

On March 9, 2026, the Court granted Stephen Sulzer's Motion to Appear Pro Hac Vice. ECF No. 92. Since that time, the Court has become concerned that Mr. Sulzer is engaging in conduct that goes against the decorum and practices of the Eastern District of Washington, as well as the principles of professional conduct set forth in the Local Rules. *See* LCivP 83.1(j); Declaration of Caleb Hatch, ECF No. 111.

**ORDER TO SHOW CAUSE WHY PRO HAC VICE STATUS SHOULD NOT BE REVOKED** ~ 1

Specifically, Mr. Hatch reported that Mr. Sulzer's response to the Court denying his effort to file an overlength brief was to say, "okay, you want to play that way judge," as the reason for refiling the same argument couched as a declaration, and his statement to counsel that he considered himself "particularly adept at making opposing parties decide that litigation is not financially feasible,"

These statements, along with continuing to file voluminous motions, appear to contravene the spirit and purpose of the principles of professional conduct which the Court expects all counsel in the Eastern District of Washington to follow, including:

(1)  I will be courteous and fair.
(2)  I will endeavor to resolve differences through cooperation and negotiation.

***

(4)  I will never design the timing, manner of service and scheduling of hearings for the objective of oppressing or inconveniencing my opponent.
(5)  I will always conduct myself professionally, as if I were in the presence of the judge.

Consequently Mr. Sulzer is ordered to show cause as to why his pro hac vice status should not be revoked. *See Cole v. U.S. Dist. Court for Dist. of Idaho*, 366 F.3d 813, 822 (9th Cir. 2004).

//
//
//
//
//
//
//
//
//

**ORDER TO SHOW CAUSE WHY PRO HAC VICE STATUS SHOULD NOT BE REVOKED** ~ 2

Accordingly, **IT IS HEREBY ORDERED**:

1.  Within **fifteen (15) days** from the date of this Order, Mr. Sulzer is directed to show cause as to why his pro hac vice status should not be revoked for failure to following the principles of professional conduct set forth in See LCivP 83.1(j).

**IT IS HEREBY ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and set a case management deadline accordingly.

**DATED** this 29th day of April 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER TO SHOW CAUSE WHY PRO HAC VICE STATUS SHOULD NOT BE REVOKED** ~ 3