STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC and
EIGHT EIGHTEEN, LLC,

         Plaintiffs,

    v.

JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC,

         Defendants.

Case No.: 2:24-CV-00413-SAB

DECLARATION OF JONATHAN CLAUSEN RE SEARCH FOR COUNSEL

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 1 of 9

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

I, Jonathan Clausen, hereby declare as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge and the files and records of my business(es) and am competent to testify to the matters herein.

2. I am the sole owner and President of Clausen, Inc. I am the sole member of AR-TT LLC. My wife and I are the members of Lilac City, LLC. All three of these companies have been named as Defendants in the above-captioned matter. I refer to them collectively in this Declaration as the "COMPANY DEFENDANTS."

3. I have also been named as an individual Defendant in the above-captioned matter. I refer to myself and the COMPANY DEFENDANTS collectively in this Declaration as the "DEFENDANTS."

4. The attorneys who initially represented me and the COMPANY DEFENDANTS in the above-captioned case withdrew from representing us at the end of September 2025. As I understand it, that withdrawal became effective on September 30, 2025.

5. As described below, I immediately undertook a search to find replacement counsel who could appear in the Eastern District of Washington and was knowledgeable about intellectual property litigation.

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 2 of 9

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

6. On October 2, 2025, I telephoned attorney Robb E. Grangroth of Phillabaum, Ledlin, Matthews, & Sheldon, PLLC in Spokane, Washington seeking to replace withdrawn counsel but was unsuccessful in obtaining representation.

7. On October 6, 2025, I emailed Schroeter, Goldmark & Bender of Seattle and Bremerton, Washington seeking to replace withdrawn counsel but was unsuccessful in obtaining representation.

8. On October 6, 2025, I contacted Terrell, Marshall Law Group of Seattle, Washington seeking replacement counsel. I filled out a contact/inquiry form on the firm's website and they responded three days later declining to help me.

9. On October 13, 2025, I telephoned the Rapake Law Group of Tacoma, Washington seeking replacement counsel. They did not return my call.

10. On October 16, 2025, I filled out an online intake form on the website of the Bold Patents Law Firm of Seattle, Washington, but they indicated they could not take this kind of case.

11. On October 23, 2025, I telephoned and emailed Eastgate IP of Bellevue, Washington seeking replacement counsel. They did not respond to my inquiries.

12. On October 28, 2025, I visited freelancer.com and looked through dozens of possible candidates to try to identify replacement counsel. I messaged multiple attorneys seeking any level of representation.

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 3 of 9

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

13. On November 4, 2025, I followed up on freelancer.com with the candidates I had contacted but did not get any responses.

14. On November 4, 2025, I contacted the Washington State Bar and attempted to get referrals online and over the phone.

15. On November 25, 2025, I contacted the U.S. Patent and Trademark Office seeking assistance and recommendations of counsel who might be able to represent the Defendants.

16. On November 26, 2025, I unsuccessfully attempted to make telephone contact with attorney Vanessa Rink for any level of representation including even just making a temporary appearance.

17. On December 18, 2025, I contacted intake specialist Brianne Goebel of Maginnis Howard in Raleigh, North Carolina. The firm was unable to take my case.

18. On December 18, 2025, I called Gravis Law in Spokane, Washington seeking representation. I received no response even after multiple attempts to communicate with them.

19. On December 18, 2025, I telephoned FIG 1 Patents in Spokane, Washington seeking representation, but never received a call back.

20. On December 18, 2025, I contacted McClure Intellectual Property Law, PLLC in Spokane, Washington seeking representation, but never received any response.

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 4 of 9

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

21. On December 18, 2025, I contacted attorney Dustin R. Marcello in Coeur D'Alene, Idaho seeking representation, but never received any response.

22. On December 18, 2025, I contacted Aeon Law, a Seattle-based patent specialist and IP firm, and filled out an online form, but I was never contacted in response to my email intake submission.

23. On December 18, 2026, I left multiple voicemails for Timberline Patent Law Group PLLC in Spokane, Washington seeking representation, but never received any response to my messages.

24. On December 18, 2025, I emailed attorney Vanessa Zink in Spokane, Washington seeking any type of counsel for a temporary appearance on behalf of the Defendants, but never received a response.

25. On December 29, 2025, I contacted Practus LLP, a Seattle-based firm, seeking representation, but never received any response.

26. On December 29, 2025, I telephoned and emailed Alloy Patent Law, a Seattle-based patent law firm, seeking representation, but never received any response.

27. On December 29, 2025, I telephoned Cascadia Law Group in Seattle, Washington seeking representation, but never received a call back.

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 5 of 9

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

28. On December 31, 2025, I contacted Gordon Thomas Honeywell in Tacoma, Washington seeking representation. They emailed me back declining to take the case.

29. On January 2, 2026, I emailed attorney Vanessa Zink again pleading with her for help, but was unsuccessful in obtaining representation from her.

30. On January 5, 2026, I telephoned Caldwell Law Group in Moscow, Idaho seeking legal counsel to take this case, but was unsuccessful in obtaining representation.

31. On January 5, 2026, I telephoned Wells Law Group in Moscow, Idaho seeking legal counsel to take this case, but was unsuccessful in obtaining representation.

32. On January 5, 2026, I telephoned John Hart Law in Pullman, Washington seeking legal counsel to take this case, but was unsuccessful in obtaining representation.

33. On January 6, 2026, I emailed Vanessa Zink a final time but was unsuccessful in obtaining representation.

34. On January 6, 2026, I sat down with attorney Douglas Dick of Spokane, Washington seeking a referral to knowledgeable IP counsel. He gave me three local referrals, and I called all three numerous times, but was unsuccessful in obtaining representation from any of them.

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 6 of 9

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

35. On January 6, 2026, I emailed Dunlap Bennett & Ludwig of Seattle, Washington seeking legal counsel to take this case but was unsuccessful in obtaining representation.

36. On January 14, 2026, I telephoned and emailed Maier & Maier PLLC of Alexandria, Virginia, seeking representation, sent them the case record, but never received any response.

37. On January 14, 2026, I telephoned attorney April Anderson of Randall Danskin, P.S. in Spokane, Washington seeking representation and left her a personal voicemail, but did not receive a call back.

38. On January 16, 2026, I emailed Phillabaum, Ledlin, Matthews, & Sheldon, PLLC in Spokane, Washington seeking help in making a temporary appearance in this case but was unsuccessful in obtaining representation.

39. On January 18, 2026, an attorney from freelancer.com responded to an ad I had placed a couple of months earlier seeking representation by counsel with patent experience. He was unable to help me.

40. In January 2026, a mutual acquaintance serendipitously introduced me to Stephen L. Sulzer, Esq., who was representing our mutual acquaintance in a complex patent litigation involving five utility patents in Wyoming. It was quickly apparent to me that Mr. Sulzer had the necessary knowledge and experience to represent me and the COMPANY DEFENDANTS in this case and I requested his assistance. He

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 7 of 9

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

was unavailable to begin reviewing the case record until February 2026, but made sufficient progress to be able to offer his services in February. After he expressed willingness to take the case, I engaged him on February 19, 2026, and he agreed to arrangements with attorney Douglas Dick as suitable local counsel.

41. On behalf of all the Defendants I respectfully request that the Court not revoke Sulzer's *pro hac vice* status, particularly in view of the Defendants' need for his specialized legal representation in this case.

42. I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed: May 14, 2026

_____

Jonathan Clausen

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 8 of 9

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 14th day of May 2026.

*Julie Sutter*

**Julie Sutter**, Legal Assistant

DECLARATION OF JONATHAN CLAUSEN RE SEARCH
FOR COUNSEL
Page 9 of 9

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

Doc ID: 921ff963ae78fc053cae9f347e953affd268d095

 **Dropbox Sign**

Audit trail

| | |
|---|---|
| **Title** | 26 05 14 Declaration of Jonathan Clausen re Search for... |
| **File name** | 26%2005%2014%20De...for%20Counsel.pdf |
| **Document ID** | 921ff963ae78fc053cae9f347e953affd268d095 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 14 / 2026** 15:19:53 UTC | Sent for signature to AR Take Down Tool, LLC (jonathan@clauseninc.us) by services@clio.com acting on behalf of julie@whc-attorneys.com IP: 162.17.177.82 |
| **VIEWED** | **05 / 14 / 2026** 18:48:41 UTC | Viewed by AR Take Down Tool, LLC (jonathan@clauseninc.us) IP: 172.56.201.17 |
| **SIGNED** | **05 / 14 / 2026** 18:49:49 UTC | Signed by AR Take Down Tool, LLC (jonathan@clauseninc.us) IP: 172.56.201.17 |
| **COMPLETED** | **05 / 14 / 2026** 18:49:49 UTC | The document has been completed. |

Powered by **Dropbox Sign**