STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAMMERLESS TOOLS, LLC and EIGHT EIGHTEEN, LLC, | |
| Plaintiffs, | Case No.: 2:24-CV-00413-SAB |
| v. | DEFENDANT JONATHAN CLAUSEN'S NOTICE OF APPEAL |
| JONATHAN CLAUSEN, CLAUSEN, INC., AR-TT LLC, and LILAC CITY, LLC, | |
| Defendants. | |

NOTICE is hereby given that Defendant Jonathan Clausen in the above-named case hereby appeals to the United States Court of Appeals for the Federal

DEFENDANT JONATHAN CLAUSEN'S NOTICE OF
APPEAL
Case No. 2:24-CV-00413-SAB
Page 1 of 3

Circuit from so much of the Order of Chief United States District Judge Stanley Bastian dated and entered in this action on April 29, 2026 (ECF No. 127) as denied the motion dated March 30, 2026, of the Defendant Jonathan Clausen to Vacate (and dismiss *nunc pro tunc*, without prejudice, all claims, motions, orders, and proceedings in this action against the Defendant Jonathan Clausen as violative of 11 U.S.C. Section 362(a)(1)) (ECF No. 101); and this Notice of Appeal is so limited to so much of the said Order as denied the said motion.

Dated:  May 28, 2026                    Respectfully submitted,

By:   /s/ *Stephen L. Sulzer*
Stephen L. Sulzer (*pro hac vice*)
**STEPHEN L. SULZER PLLC**
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

/s/ *Douglas R. Dick*
Douglas R. Dick
ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

DEFENDANT JONATHAN CLAUSEN'S NOTICE OF APPEAL
Case No. 2:24-CV-00413-SAB
Page 2 of 3

STEPHEN L. SULZER PLLC
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 28th day of May 2026.

_____
**Julie Sutter,** Legal Assistant

DEFENDANT JONATHAN CLAUSEN'S NOTICE OF APPEAL
Case No. 2:24-CV-00413-SAB
Page 3 of 3

**STEPHEN L. SULZER PLLC**
11710 PLAZA AMERICA DRIVE, SUITE 2000
RESTON, VA 20190
TELEPHONE (703) 871-5000
FAX (202) 558-5101