STEPHEN L. SULZER (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen,*
*Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC and
EIGHT EIGHTEEN, LLC,

      Plaintiffs,

  v.

JONATHAN CLAUSEN, CLAUSEN, INC.,
AR-TT LLC, and LILAC CITY, LLC,

      Defendants.

Case No.: 2:24-CV-00413-SAB

COVER SHEET RE:
DEFENDANT-APPELLANT
JONATHAN CLAUSEN'S RULE
10 CERTIFICATION

TO THE COURT; PLAINTIFF'S HAMMERLESS TOOLS, LLC; EIGHT
EIGHTEEN, LLC and their ATTORNEY OF RECORD:

COVER SHEET RE DEFENDANT-APPELLANT
CLAUSEN'S RULE 10 CERTIFICATION
Page 1 of 3

Defendant Jonathan Clausen respectfully submits this cover sheet to notify the Court that Defendant-Appellant Jonathan Clausen's Rule 10 Certification has been filed in the United States Court of Appeals for the Federal Circuit in connection with the appeal docketed as Hammerless Tools LLC v. Clausen, Docket No. 2026-1918.

Defendant Jonathan Clausen is filing a copy of the Rule 10 Certification in this Court for the District Court record.  See attached *Exhibit A*.

Dated:  June 24, 2026                      Respectfully submitted,

By:   /s/ *Stephen L. Sulzer*
Stephen L. Sulzer (*pro hac vice*)
**STEPHEN L. SULZER PLLC**
11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

/s/ *Douglas R. Dick*
Douglas R. Dick
ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA  99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com
*Attorneys for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, & Lilac City, LLC*

COVER SHEET RE DEFENDANT-APPELLANT
CLAUSEN'S RULE 10 CERTIFICATION
Page 2 of 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, including the following:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Spokane Valley, Washington this 24th day of June 2026.

_Julie Sutter_

**Julie Sutter,** Legal Assistant

COVER SHEET RE DEFENDANT-APPELLANT
CLAUSEN'S RULE 10 CERTIFICATION
Page 3 of 3

**IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
Washington, D.C.

**HAMMERLESS TOOLS LLC, EIGHT EIGHTEEN LLC,**
*Plaintiffs-Appellees*

v.

**JONATHAN CLAUSEN,**
*Defendant-Appellant*

**CLAUSEN, INC., AR-TT LLC, LILAC CITY LLC,**
*Defendants*

Docket No. 2026-1918

## DEFENDANT-APPELLANT JONATHAN CLAUSEN'S RULE 10 CERTIFICATION

On May 28, 2026, Defendant-Appellant Jonathan Clausen filed a Notice of Appeal to this Court in the above-captioned case, his appeal having been docketed as *Hammerless Tools LLC v. Clausen,* Docket No. 2026-1918.

Defendant-Appellant Clausen hereby certifies pursuant to Rules 10(a) and 10(b)(1)(B) of the Federal Rules of Appellate Procedure as follows:

(1) the record on appeal comprises (a) all of the original papers and exhibits filed in the District Court; (b) the District Court's orders, notices, and other communications made of record in the District Court; and (c) a certified copy of the docket entries prepared by the District Court Clerk; and

(2) Defendant-Appellant Clausen will not be ordering any transcripts from the District Court.

Dated:  June 11, 2026                    Respectfully submitted,

By:   /s/ *Stephen L. Sulzer*
Stephen L. Sulzer (D.C. Bar No. 340943)
**STEPHEN L. SULZER PLLC**

1

Exhibit A
Page 1 of 3

11710 Plaza America Drive, Suite 2000
Reston, VA  20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorney for Defendant-Appellant*
*Jonathan Clausen*

2

Exhibit A
Page 2 of 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System and served a true and correct copy

of the foregoing by email to counsel for Plaintiffs-Appellees Hammerless Tools LLC

and Eight Eighteen LLC as set forth below:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

Signed at Reston, Virginia this 11th day of June 2026.

/s/ *Stephen L. Sulzer*
Stephen L. Sulzer

3