Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com
Johanna.tomlinson@leehayes.com
*Attorneys for Plaintiffs*

Stephen L. Sulzer (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA 20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

ROBERT T. WRIGHT, WSBA #54075
DOUGLAS R. DICK, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com
*Attorneys for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

HAMMERLESS TOOLS, LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

Plaintiffs,

v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation; AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

Defendants.

CASE NO. 2:24-CV-00413-SAB

**JOINT STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**

Pursuant to Local Civil Rule 16(a)(5), Plaintiffs and Defendants by and through their Counsel of record hereby stipulate and jointly move the Court for a Judicial Settlement Conference.

DATED this 14th day of July, 2026.

Respectfully submitted,

*/s/ Caleb Hatch*

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
LEE & HAYES, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256
caleb.hatch@leehayes.com

*Attorneys for Plaintiffs Hammerless Tools, LLC and Eight Eighteen, LLC*

*/s/ Stephen L. Sulzer*

Stephen L. Sulzer (*pro hac vice*)
STEPHEN L. SULZER PLLC
11710 Plaza America Drive, Ste 2000
Reston, VA 20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

/s/ *Douglas R. Dick*

Robert T. Wright, WSBA #54075
Douglas R. Dick, WSBA #46519
WHC ATTORNEYS, PLLC
12209 E. Mission Avenue, Suite 5
Spokane Valley, WA 99206
P: (509) 927-9700
F: (509) 777-1800
E: rwright@whc-attorneys.com
E: doug@whc-attorneys.com

*Attorneys for Defendants Jonathan Clausen, Clausen, Inc., AR-TT LLC, and Lilac City*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2026, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: *s/ Caleb Hatch*
Caleb Hatch