FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS LLC, a Washington limited liability company, and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

Plaintiffs,

v.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington Corporation, AR-TT LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

Defendants.

No. 2:24-CV-00413-SAB

**ORDER GRANTING JOINT STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**

Before the Court is the parties' Joint Stipulated Motion for Judicial Settlement Conference, ECF No. 134. The motion was heard without oral argument. Plaintiffs are represented by Johanna Tomlinson and Caleb Hatch. Defendants are represented by Douglas Dick, Robert Wright, and Stephen Sulzer.

The parties ask the Court to refer this matter to a Magistrate Judge for a settlement conference.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulated Motion for Judicial Settlement Conference, ECF No. 134, is **GRANTED**.

2. The above-caption matter is **referred** to Magistrate Judge James Goeke to conduct settlement proceedings.

3. Magistrate Judge Goeke's chambers will contact counsel for the purpose of setting the time and date of the settlement conference soon after the date of this Order, taking into consideration the scheduling demands of the Court and the needs of the parties.

4. All deadlines and pending motions, ECF Nos. 74, 85, and 87, are stayed, pending completion of the settlement proceedings.

**IT IS HEREBY ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel and Magistrate Judge Goeke.

**DATED** this 17th day of July 2026.

Stan Bastian
Chief United States District Judge