# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

HAMMERLESS TOOLS, LLC, a Washington limited liability company; and EIGHT EIGHTEEN, LLC, an Idaho limited liability company,

Plaintiffs,

vs.

JONATHAN CLAUSEN, an individual; CLAUSEN, INC., a Washington corporation; AR-TT, LLC, a Washington limited liability company; and LILAC CITY, LLC, a Washington limited liability company,

Defendants.

**Case No.** 2:24-CV-413-SAB

**CIVIL MINUTES**

**DATE: 8/4/2026**

**LOCATION: Spokane**

**TELEPHONIC SCHEDULING CONFERENCE**

**JUDGE JAMES A. GOEKE**

| | | | |
|---|---|---|---|
| Melissa Orosco<br>**Courtroom Deputy** | Heather Foe<br>**Law Clerk** | N/A<br>**Interpreter** | Not Reported<br>**Court Reporter** |

| | |
|---|---|
| Johanna Tomlinson<br>**Plaintiffs' Counsel** | Douglas Dick<br>Stephen Sulzer<br>**Defendants' Counsel** |

**[ ] Open Court** **[ ] Chambers** **[X] Telephonic**

All parties present by phone/video.

Parties are tentatively able to attend a half-day settlement conference on November 18, 2026, at 9:00 a.m. in Spokane. Should that date not work for Plaintiff, counsel shall contact chambers and a new scheduling conference will be set. The Court made everyone aware all parties who have authority to accept settlement need to be available during the mediation.

***[ X ] ORDER FORTHCOMING***

| | | | |
|---|---|---|---|
| CONVENED: 9:58 AM | ADJOURNED: 10:08 AM | TIME: 10 MINS | CALENDARED [ ] |